IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

    Defendant.

## AFFIDAVIT OF ERIC RAY

I, Eric Ray, being of sound mind and legal age, and first duly sworn, do hereby state that:

1. I have been employed by JBS USA, LLC ("JBS") since May 2001. From July 2007 to May 2010, I held the position of Human Resources Director for the Greeley, Colorado plant. From May 2010 to the present, I have held the position of Labor Relations Manager for JBS.

2. The United Food and Commercial Workers Union, Local No. 7 ("Union") is the exclusive bargaining agent for employees at the Greeley plant, and the terms of employment are governed by a collective bargaining agreement ("CBA"). A copy of the 2004-2009 CBA is attached as Exhibit 1. JBS and the Union completed negotiating terms of the current CBA covering November 23, 2009 through September 29, 2013, however the Agreement has not been published.

**EXHIBIT A**

EMPLOY\689428.1

3. During September 2008, over 180 grievances were filed claiming that various events which occurred at the Greeley plant during Ramadan 2008 violated the CBA. Specifically, grievances were filed challenging changes in break times, suspensions and terminations.

4. The majority of these grievances were filed by Somali Muslim employees who claimed violations of multiple articles of the CBA based on their suspensions, terminations, and/or alleged discrimination and harassment.

5. One grievance was filed by an individual Caucasian employee who complained that the meal break time was moved up to 7:30 p.m., and that such action constituted racism and violated multiple articles of the CBA.

6. Several grievances were filed on behalf of "all affected" Union members and asserted complaints such as "lunch was given at 7:30 and break at 5:30 p.m. [in] violation of the contract"; "[e]mployees feel discriminated because of their religion because other employees from other religion were given their brake [sic] when they ask for and not as the contract say [sic]".

7. As of September 2010, the Union has indicated that the majority of the grievances filed on behalf of "all affected" members concerning the break times given during Ramadan 2008 remain active.

8. Although the majority of the individual employee grievances filed in September 2008 were not included in a list of "active" grievances provided by the Union on in September 2010, to my knowledge these grievances have not been resolved or withdrawn.

Further affiant sayeth not.

Further affiant sayeth not.

DATED this 1st day of November, 2010.

_____
Eric Ray

STATE OF COLORADO        )
                         )
COUNTY OF Weld           )

  I hereby certify that the foregoing AFFIDAVIT OF ERIC RAY was subscribed and sworn to before me by Eric Ray on this 1st day of November, 2010, by

  WITNESS my official hand and seal.

My commission expires: April 29, 2013

[SEAL]

RACHELLE DURHAM
Notary Public
State of Colorado
My Commission Expires April 29, 2013

_____
Notary Public

3

EMPLOY\689428.1