IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 9; Filed November 1, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The caption in this case shall be amended to reflect the addition of Plaintiffs-Intervenors Iraq Abade, Abdirizak Abdi, Abdiwali Abdullahi Abdi, Farhia Abdi, Habiba Abdi, Yusuf Abdi, Abdi Abdirahman, Wali Abdulkadir, Khadro Abdullahi, Mahamed Abdullahi, Nur Abdullahi, Mahad Abdulle, Abdullahi Adan, Liban Adan, Aden Aden, Halimo Aden, Sadi Mohamed Adan, Abdirizak Ahmed, Ahmed Ahmed, Abdulkadir Ali, Ali Ali, Fardowsa Ali, Halawi Ali, Muhyodin Ali, Batula Awl, Abdiamar Bare, Mohamed Bunow, Nadifo Dahirali, Abdulle Dame, Abdullahi Dirie, Aurala Dirshe, Abdullahi Dualle, Ambiyo Dude, Habibo Elmi, Hassan Abdi Farah, Mohamud Farah, Mohamednoor Farah, Muno Farah, Ahmed Fiqi, Ahmed Gelle, Amino Nur Gure, Maryan Gure, Khalfan Haji, Najima Handule, Hussein Hassan, Ibrahim Hassan, Jamanoor Hassan, Sudi Hersi, Hawo Hirmoge, Mohamed Horor, Rashid Hundule, Abshir Hussein, Omar Hussein, Sadiyo Hussein, Aden Ibrahim, Irshad Ibrahim, Halimo Iise, Ibrahim Iman, Mohamed Isse, Abdi Jama, Fatuma Jama, Istahil Jama, Mohamed Jama, Sahro Jama, Suhan Jama, Halimo Jigis, Ali Hussein Karshe, Ahmed Khalif, Hibo Maalin, Deqa Mohammed, Mohamed Hassan Mire, Ali Moalin, Abukar Mohamed, Abdikadir Mohamed, Asha Mohamed, Ayan Mohamed, Halimo Mohamed, Hodan Mohamed, Idris Ali Mohamed, Mohamed A. Mohamed, Mohamed Mohamed, Safia Mohamed, Sahro Mohamed, Abdi Mohamud, Najimo Muhumed, Nimo Muhumed, Zahra Abdi Muse, Kuresha Noor, Mohamed Noor, Dahir Nur, Qorane Omar, Yusuf Omar, Abdiaziz Osman, Ahmed Osman, Farhan Osman, Osman Ossoble, Foos Sheikh, Hawa Sheikh, Nur Shube, Safiyo Sigad, Abdi Somow, Amina Warsame, Suled Warsame, Hashim Yusuf.

    IT IS FURTHER **ORDERED** that the Clerk is instructed to accept Plaintiffs-

Intervenors' Complaint in Intervention [Docket No. 9-1 at 2-34] for filing as of the date of this Minute Order.

Dated:  November 2, 2010