IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Uncontested Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 30; Filed November 18, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Maryan Abdulle, Rahma Arr, Abdirhishid Hussein, Faysal Ibrahim, Abdirasek Issa, and Raawi Sahal are given leave to intervene in this action. However, given the number of Plaintiffs-Intervenors already in this case, the caption shall remain as set forth above.

    IT IS FURTHER **ORDERED** that the Clerk is instructed to accept Plaintiffs-Intervenors' Complaint in Intervention [Docket No. 30-1] for filing as of the date of this Minute Order.

    Dated: November 29, 2010