IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs-Intervenors Iraq Abade, et al. and Plaintiffs-Intervenors Maryan Abdulle, et al.'s **Joint Motion to Amend Captions of Complaints in Intervention and Jury Demand** [Docket No. 88; Filed May 13, 2011] (the "Motion"). As a preliminary matter, the Court previously authorized the parties to use the truncated case caption set forth above due to the number of Plaintiffs-Intervenors in this matter. *See Order* [#22]; *Order* [#37]. To the extent that the parties use a caption which includes every named Plaintiff-Intervenor, the case caption shall be amended as set forth below.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the case caption of the Amended Complaint in Intervention filed by the Iraq Abade Plaintiffs-Intervenors [Docket No. 61] is amended to replace Amino Nur Gure with Amino Nur Galaal as a Plaintiff-Intervenor.

    IT IS FURTHER **ORDERED** that the case caption of the Complaint in Intervention filed by the Maryan Abdulle Plaintiffs-Intervenors [Docket No. 40] is amended to replace Abdirhishid Hussein with Abdirashid Hussein as a Plaintiff-Intervenor.

    Dated:  May 16, 2011