**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Ellen E. Miller  
Court Reporter: Janet Coppock

Date: June 14, 2011  
Time: 1 hour 50 minutes

**CASE NO.   10-cv-02103-PAB-KLM**

| Parties | Counsel |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Byrnes Kittle  Stephanie Struble |
| Plaintiff, and | |
| IRAQ ABADE, et al., | Diane S. King  Ashley M. Kelliher |
| Plaintiffs-Intervenors, and | |
| MARYAN ABDULLE, et al, | Rajasimha Raghunath |
| Plaintiffs-Intervenors, v. | |
| JBS USA, LLC, d/b/a JBS Swift & Company, | Heather Fox Vickles  Walter V. Siebert |
| Defendant. | |

**MOTION   HEARING**

*10-cv-02103-PAB-KLM*
*Motion Hearing*
*June 14, 2011*

**9:00 a.m.**      **COURT IN SESSION**

Appearances of counsel.

The Court raises Plaintiff Equal Employment Opportunity Commissions's Motion for Bifurcation [Docket No. 28, Filed November 12, 2010] for argument.

**9:11 a.m.**      Argument by Ms. Vickles.

**9:24 a.m.**      Argument by Ms. Struble.

**9:32 a.m.**      Response by Ms. Vickles

Questions and comments by the Court.

**9:40 a.m.**      Argument by Ms. Vickles

Questions and comments by the Court.

**9:51 a.m.**      Argument  by Ms. Struble.

**10:07 a.m.**      Argument by Ms. Vickles.

**10:11 a.m.**      Response by Ms. Struble.

Questions and comments by the Court.

**10:12 a.m.**      Argument by Ms. Byrnes Kittle.

**10:26 a.m.**      Argument by Ms. Vickles.

**10:29 a.m.**      Response by Ms. Byrnes Kittle.

**10:40 a.m.**      Rebuttal by Ms. Vickles.

Questions and comments by the Court.

**10:43 a.m.**      Argument by Ms. Struble.

**10:47 a.m.**      Argument by Ms. Vickles.

*10-cv-02103-PAB-KLM*
*Motion Hearing*
*June 14, 2011*

**It is ORDERED:**      Plaintiff Equal Employment Opportunity Commissions's MOTION FOR BIFURCATION  [Docket No. **28**, Filed November 12, 2010] is  **TAKEN  UNDER  ADVISEMENT.** The court will issue its written Order.

**10:50  a.m.    COURT IN RECESS**

**Total in court time:    01:50**

**Hearing concluded**