# ATTACHMENT 1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>**CHARGE NUMBER** |
|---|---|---|
| | Colorado Civil Rights Division<br>(State or local Agency, if any) | and EEOC |

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Abdirizak Amed | Home Phone No. (Incl. Area Code)<br>(720) 470-5756 | Date of Birth |
|---|---|---|
| Street Address<br>1217 29th St., #210 | City, State and ZIP Code<br>Greeley, CO 80631 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS BELOW.)

| Name<br>Swift & Company | No. Employees, Members<br>1,000+ | Phone No. (Include Area Code)<br>(970) 506-8000 |
|---|---|---|
| Street Address<br>1770 Promontory Circle | City, State and ZIP Code<br>Greeley, CO 80634 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>■ RACE  ■ COLOR  ☐ SEX  ■ RELIGION  ■ NATIONAL ORIGIN<br>■ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07/30/2008   Latest: 09/10/2008<br>☐ Continuing Action |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Abdirizak Amed, on behalf of myself and others similarly situated, and on a class-wide and continuing basis, allege the following:

I.  **PERSONAL HARM:** Swift & Company (hereinafter "Swift") has continually subjected me to unlawful harassment and has discriminated against me, thereby creating a hostile work environment, because of my race (African), color (black), national origin/ancestry (Somali/African) and religion (Muslim), and in retaliation for my complaints about the harassment and discrimination. In addition, Swift has unreasonably failed to accommodate my religious practices. These numerous incidents of harassment, discrimination, and retaliation have caused me substantial financial and emotional harm.

II. **SWIFT'S DEFENSE:** Swift has not offered a substantive defense for their actions.

III. **DISCRIMINATION STATEMENT:** I believe that I, and other similarly situated African employees, have been harassed and discriminated against because of our: race (African), color (black), national origin/ancestry (Somali/African) and religion (Muslim), and in retaliation for complaining about the harassment and discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, inasmuch as:

PARTICULARS CONTINUED ON FOLLOWING PAGES

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11/7/08<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, date, year)<br>11/7/09 Dianne M Behre<br>my commission expires 8/20/2010 |

**Attachment 1**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA<br>☐ EEOC   PAGE TWO |
|---|---|
| Colorado Civil Rights Division<br>(State or local Agency, if any) | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

A. I came to the United States from Somalia in September 2007 and began working for Swift on July 30, 2008. I worked the B shift (swing shift) from 3:15 p.m. until 11:15 p.m. in the Knife/Fabrication Department on Line 206. I earned $12.10 an hour. I performed my job duties satisfactorily throughout my employment at Swift.

B. I have been a member of the Muslim religion all of my life. I am currently a member of and regularly worship at the Islamic Center of Greeley Mosque at 1600 8th Ave. in Greeley, Colorado. There were approximately eight (8) other Muslim employees out of a total of forty (40) employees on Line 206.

C. Throughout my employment with Swift, management treated me differently than Caucasian/Hispanic employees. For example, Swift regularly shorted me on my paychecks. Other Somali employees and I regularly worked more than nine (9) hours a day, but Swift paid us for less than eight (8) hours a day. To my knowledge, Swift did not engage in this practice with Caucasian/Hispanic employees.

D. Swift gives new employees white hats and tells them that once they learn the job satisfactorily, they will become "qualified" for a raise and will receive a gold hat. Yet, Swift frequently failed or refused to qualify or promote Somali employees. In fact, Swift managers frequently moved Somali employees laterally from department to department in order to avoid qualifying or promoting them. It often took Somali employees several weeks or even months to "qualify," and in some cases Somali employees never became qualified. Non-Somali employees, on the other hand, typically became qualified and received a raise within a couple of days. I never became qualified or received a raise at Swift. When I asked my Hispanic supervisor why I was not qualified for a raise, he told me it would happen any day now, but it never did.

E. Because I am a practicing Muslim, my religion requires me to pray five (5) times a day. It is especially important that I pray during the month of September for Ramadan at designated times of the day. Swift was aware of the required times for Muslim employees to pray.

F. Swift made it a practice to harass me and other Muslim employees when we attempted to pray during the month of Ramadan. Management made it clear that they did not want us to pray, even during our regularly scheduled breaks when the whole line was breaking. Often times, my supervisors would question my intentions if I left the line for a mere moment, insinuating that I could not, under any circumstance, pray at work. I even witnessed supervisors and managers following Somali employees into restrooms, locker rooms, and the break room in order to prevent them from praying.

G. Sometimes when I asked for a break to go to the restroom or drinking fountain, even if I did not plan to pray during the break, my supervisor refused to let me go to the restroom because he thought I was going to use the break to pray.

PARTICULARS CONTINUED ON FOLLOWING PAGES

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11/7/08   /s/ [signature]<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, date, year) 11/7/08<br>My Commission Expires 8/20/2010 |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA<br>☐ EEOC           PAGE THREE |
|---|---|
| Colorado Civil Rights Division<br>(State or local Agency, if any) | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

H. Management grew increasingly dissatisfied with Muslim employees using their scheduled break time to pray. As a result, they harassed us further by tagging restrooms and drinking fountains with red tags. Red tags are for labeling bad meat or doorways that employees cannot pass through because meat passes through them. Tagging the restrooms and drinking fountains red meant that they were out of order or we could not use them. I felt like management was calling me dirty and insinuating that they did not want me using the same facilities as them because I am black and Muslim.

I. When we enter and leave the Swift plant, security guards check our belongings to make sure we are not stealing anything. They usually check our belongings more thoroughly when we leave than when we arrive. It seemed to me that they checked Muslim employees more thoroughly than Caucasian/Hispanic employees. Additionally, although I was terminated the day before September 11, 2008, I heard from other Muslim employees who were still working at Swift on other shifts that, security guards were checking Muslim employees very extensively upon their arrival to work on September 11—as if they thought Muslim employees would bring weapons to work with them on that particular day.

J. Swift management knew that my fellow Muslim employees and I needed our final break around 7:30 p.m. during Ramadan, in order to carry out our final prayer of the day, the most important prayer of the day. As a result, Swift moved the break time from 9:15/9:30 p.m. to 7:30 p.m. during the first two (2) days of Ramadan. However, on Friday, September 5, 2008, after Caucasian/Hispanic employees complained about the company accommodating our religion, Swift promptly and without telling us changed our break back to 9:30 p.m. and did not allow us to take our 7:30 p.m. break. We even offered to use restroom breaks for prayer instead of requiring the company to adjust the usual break time, but Swift did not allow that either.

K. When we attempted to take our break, management called security and blocked the exits. Additionally, management shut down the restroom and drinking fountains on the production line. We could not get a drink of water, even though we had been fasting all day since sunrise. Management knew that we had not had a sip of water all day, yet they still shut down the drinking fountains.

L. Managers also physically searched employees who were already praying for their identification cards, without their permission, and sent them to the lunch room. Some supervisors pushed Muslim employees into the lunch room like they were herding cattle. They sent us to the lunch room and did not tell us what was going on.

M. Once in the lunch room, they told us to go back to work immediately or they would terminate us. We protested that we needed a break to pray at 7:30 p.m. and did not want to go back to work until we could pray as we had done the past two (2) days. Some Somali employees then attempted to go back to work immediately, but managers blocked them at the lunch room doors and would not let them return to work. They told us we could not pray and then they told us to leave. So we left the building as they told us to do.

PARTICULARS CONTINUED ON FOLLOWING PAGE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11/7/08 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, date, year)<br>11/7/08<br>my commission expires 8/20/2010 |

| Date | Charging Party Signature | |
|---|---|---|
| | | |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:    Agency(ies) Charge No(s): |
|---|---|
| | ☐ FEPA |
| | ☐ EEOC      **PAGE FOUR** |
| Colorado Civil Rights Division<br>(State or local Agency, if any) | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

    N.    Swift accused me of walking out on Friday, September 5, 2008 and suspended me for two (2) days, along with most of the other Somali employees. However, I walked out of work on September 5 because the managers told me to leave.

    O.    Other Somali employees and I returned to work the next week after our suspensions. Upon my arrival back at work, managers sent me to the lunch room and then terminated my employment without explanation. They also told me to sign a piece a termination paper.

IV.    As a result of Swift's discrimination, harassment and retaliation against me, I have suffered severe emotional distress and economic damages.

V.    My name may be used in the processing of this charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/7/08    [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, date, year)    11/7/08 [signature]<br>my commission expires 8/20/2010 |