# ATTACHMENT 18

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC  RECEIVED JUL 17 2009 | 541-2009-02596 |

Colorado Civil Rights Division  EEOC DENVER DISTRICT OFFICE  and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Hawo Jama Salad | (720) 447-9845 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 15522 East 12th Ave., Apt. #202, Aurora, CO 80011 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SWIFT & CO | 500 or More | (970) 506-8000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1770 Promontory Cir, Greeley, CO 80631 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-28-2008    Latest: 09-10-2008
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired in or around July 28, 2008 and my last position was in Fabrication. During my tenure, I and a class of individuals were subjected to daily adverse terms and conditions of our employment including, but not limited to the following: Denial of bathroom and water breaks; denial of religious accommodations such as praying and breaks and less desirable duties with additional work. There were complaints made to management and Human Resources regarding the adverse treatment, including in the beginning of September 2008. After the complaints, I and a class of individuals were told to leave the facility. Upon returning to work on or around September 10, 2008, I was discharged.

I believe I have been discriminated against based on my race, Black, color, national origin, Somali/African, religion, Muslim, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A. I performed my duties satisfactory.
B. The non-Muslim/non-African employees were treated more favorably.
C. Members of management were aware of the adverse conditions and also participated in the hostile work environment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>X 7/17/09  X Hawo<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Attachment 18                               E000003149

## Suaalo Kooban

Magaca: HAWO JAMA SALAD

Ciiwaanka: 15522 E 12th Ave #202

Magaalada: AURORA   Staytka: CO   Zibkodhka: 80011

Telefonka Gacanta: 720 364 4876   Talefon kale: 303 557-0777

Midabka/Sinjiyada: (wareji)   Madoe   Cadan   Isbanish   Asiyan   Hindi-Mareykan
Noockale

Dalkaaga Asalkaa (Somali)   African   Ethiopian   Eritrean   Sudanese   Liberian   Other
   Hadaad noockale tahay fadlan sheeg: _____

Maxaa tahay:   Rag   (Dumar)

Ehel iyo qaraabo, ama saxiibo aan kaala soo xariirno hadaad guurto :

Magaca: Mohamed Jama Salad

Ciiwaanka: 15522 E 12th Ave #202

Magaalada: AURORA   Staytka: CO   Zibkodhka: 80011

Telefonka Gacanta: 720 364 4876   Telefon kale: 303 557-0777

### WARBIXIN SHAQADAADA AH

Ma u shaqeysay Swift & Co.?   ☑ Haa   ☐ Maya

Xageed ka shaqeynaysay? Fab 213

Taariiqdii shaqadaada ?

   Tariiqdaad bilowday: 7/28/08

   Tariiqdaad ka tagtay: 9/5/08

Shaqo noocee ah ayaa ka haysay Swift & Co.? MISHIIN KA AGU JARO LAFAHA

---

OVER

E000003154

**Midkee ayaad kala kulantay dhibabka hoos ku tixan JBS Swift?**
( Kuwa ku khuseeye xariiq)

- ☐ Xadgudub la xariira dalka aad ka timid
- ☒ Xadgudub la xariira diintaada
- ☒ Amar laguugu diiday tukasho ama cibadeysi
- ☒ Waxaa laguu diiday waqti tukasho
- ☐ Waxaa laguu diiday in lagu daaweeyo
- ☐ Waxaa laguu diiday qalab taxadir
- ☐ Waxaa laguu diiday saacado badan
- ☐ Waxaan lagu siin lacag sax ah.
- ☐ Waxaa laguugu yeeray magacyo xun
- ☒ Waxaa lagaa ceyrshay shaqadii
- ☐ Waxaa laguu diiday lacagtii shaqo la'aanta (Unemployment)
- ☐ Wax kale (Fadlan noo sheeg ): _____

(1) WAXAA LA IIDIIDAY MUSQUSHA
(2) WAXAA LA IIDIDAY BIYAHA IWAAW CABBO ANNIGUU SOOMAAWAA
(3) WAXAA NALOO DIIDAY BIYAHA WAAWA LA QRAY

2

# QUESTIONNAIRE

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Cell Phone: _____ Other Phone: _____

Race/Ethnicity: (circle)  Black   White   Hispanic   Asian   Native-American   Other

National Origin:   Somali   African   Ethiopian   Eritrean   Sudanese   Liberian   Other

    If Other, please identify: _____

Gender:   Male   Female

Relative or Friend at a different address who we can contact if you relocate:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Cell Phone: _____ Other Phone: _____

## EMPLOYMENT INFORMATION

Did you work for Swift & Co.?   ☐ Yes   ☐ No

Where did you work? _____

Dates of employment?

    Start date: _____

    End date: _____

What job(s) did you have at Swift & Co.? _____
_____

OVER

Which of the following did you experience at JBS Swift? (Please check all that apply)

- ☐ Harassment because of your national origin
- ☐ Harassment because of your religion
- ☐ Told not to pray or practice your religion
- ☐ Denied time to pray
- ☐ Denied medical treatment
- ☐ Denied safety equipment
- ☐ Denied overtime pay
- ☐ Not paid at correct rate
- ☐ Called bad names
- ☐ Terminated / fired from your job
- ☐ Denied unemployment compensation
- ☐ Other (please describe): _____

_____

_____

_____

_____

_____

_____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

and

IRAQ ABADE, *et al.*,

        Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY

        Defendant.

## DECLARATION OF NASIR FARAH

I, Nasir Farah, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1. I am a long-time Somali interpreter for documents and speech.

2. I interpret from Somali to English and from English to Somali.

3. I read Hawo Jama Salad's Questionnaire, Ex. 8, and translated it into English.

4. The questionnaire reads as follows:

    Name: Hawo Jama Salad

    Address: 15522 E. 12th Ave., #202, Aurora, Colorado 80011

    Cell Phone: 720-364-4876
    Other Phone: 303-557-0777

    National Origin: Somali

Gender: Female

Relative or friend at a different address who we can contact if you relocate:
Mohamed Jama Salad
15522 E. 12th Ave., #202, Aurora, Colorado 80011

Cell Phone: 720-364-4876
Other Phone: 303-557-0077

Employment Information:

Did you work for Swift & Co.? Yes

Where did you work? Fab 213

Dates of employment?
Start date: 7/28/08
End Date: 9/5/08

What job(s) did you have at Swift & Co.? The machine that cuts the bone.

Which of the following did you experience at JBS Swift? [She checked]:
- Harassment because of your religion.
- Told not to pray or practice your religion.
- Denied time to pray.
- Terminated/fired from your job.
- Other:

1. I was refused to go to the bathroom.
2. I was refused to break my fast and drink water when I was fasting.
3. We were refused to drink water and they shut down the water.

Dated this 7th day of January, 2011

Nasir Farah
2