EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Halimo B. Mohamed** | Home Phone (Incl. Area Code)<br>**(857) 991-8501** | Date of Birth<br>**12/10/1965** |
|---|---|---|

Street Address
**609 8th Ave. Apt #407**
**Greeley, CO 80631**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**JBS SWIFT & CO** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(970) 506-8000** |
|---|---|---|

Street Address: **1770 Promontory Circle, Greeley, CO 80634**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **09/22/2008**   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

During my tenure, I and a class of individuals have been and continue to be subjected to adverse terms and conditions of our employment including, but not limited to the following: Denial of religious accommodations to pray; a hostile work environment; verbal harassment; graffiti in the restrooms including derogatory drawings, pictures and comments/terms; disciplinary actions; lower wages, and delayed qualification status. Employees have complained to management and Human Resources regarding the discriminatory treatment to no avail. When I complained about my treatment my supervisor screamed at me causing great fear to me.

I believe I have been discriminated against based on my race, Black, color, national origin, Somali/African, religion, Muslim, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A. I performed my duties satisfactorily.
B. The non-Muslim/non-African employees are treated more favorably.
C. Members of management are aware of the adverse conditions and also participated in the hostile work environment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/19/10   /s/ Halimo Mohamed
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED SEP 19 2010 EEOC DENVER DISTRICT OFFICE

**EXHIBIT A**