| EEOC Form 5 (5/01) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC　RECEIVED<br>　　　SEP 2 7 2009<br>　　　EEOC DENVER DISTRICT OFFICE | Agency(ies) Charge No(s):<br><br>541-2009-02595 | |
| | Colorado Civil Rights Division | | and EEOC |
| | *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Deqa Mahammed | (206) 353-5132 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3002 South 208th Street, Apt. # U - 7, Seatac, WA 98198 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SWIFT & CO | 500 or More | (970) 506-8000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1770 Promontory Cir, Greeley, CO 80631 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE　☒ COLOR　☐ SEX　☒ RELIGION　☒ NATIONAL ORIGIN
☒ RETALIATION　☐ AGE　☐ DISABILITY　☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-10-2007　Latest: 09-10-2008
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired in or around September 2007 and my last position was in Packaging. During my tenure, I and a class of individuals were subjected to daily adverse terms and conditions of our employment including, but not limited to the following: Denial of bathroom and water breaks; denial of religious accommodations such as praying and breaks; and less desirable duties with additional work. There were complaints made to management and Human Resources regarding the adverse treatment, including in the beginning of September 2008. After the complaints, I and a class of individuals were told to leave the facility. Upon returning to work on or around September 10, 2008, I was discharged.

I believe I have been discriminated against based on my race, Black, color, national origin, Somali/African, religion, Muslim, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A. I performed my duties satisfactory.
B. The non-Muslim/non-African employees were treated more favorably.
C. Members of management were aware of the adverse conditions and also participated in the hostile work environment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 7/30/09　X [signature]<br>Date　　Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT B**