# EXHIBIT 1

Case No. 1:10-cv-02103-PAB-KLM Document 114-1 filed 07/26/11 USDC Colorado pg 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-02103-PAB-KLM

EQUAL EMPLOYMENT OPPOSTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, *et al.*,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a/ JBS SWIFT & COMPANY,

    Defendant.

---

## DECLARATION OF SHANNON BREEN

---

I, Shannon Breen, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1. I am the EEOC's Lead Systemic Investigator and the Investigator responsible for investigating charges alleging race, national origin, and religious discrimination against Somali and Muslim employees at the Swift plant in Greeley, Colorado.

2. Due to the significant number of similarly situated individuals who filed charges against JBS Swift in 2008 and 2009, the EEOC began a systemic investigation regarding discrimination occurring at JBS Swift's Greeley plant.

3. As part of my investigation, I created a questionnaire which was translated into the Somali language, in order to assist the EEOC in identifying the nature of employees'

1

Exhibit 1

complaints against JBS Swift, and which could be sent to current or former JBS Swift employees.

4. The Somali questionnaire focused on allegations that were repeatedly alleged in numerous other EEOC charges already filed against JBS Swift, including that African/Muslim employees were called derogatory names, they were denied restroom breaks and JBS Swift refused to accommodate their religion by giving them breaks to pray.

5. When the EEOC received a completed questionnaire, the agency drafted charges of discrimination based on the allegations indicated in the questionnaire.

6. I considered the questionnaires to be requests for agency action.

7. Ms. Salad's questionnaire was received by the EEOC on March 6, 2009, well within the 300 days required of her to file with the EEOC. However, the EEOC did not draft a charge for Ms. Salad until July 16, 2009, after her 300 day deadline. Ms. Salad signed the draft charge the following day, on July 17, 2009.

8. Ms. Mohammed's questionnaire was received by the EEOC on March 3, 2009, well within the 300 days required of her to file with the EEOC. The EEOC did not draft a charge for Ms. Mohammed until July 16, 2009, on which date it was sent to Ms. Mohammed. The EEOC received the singed charge from Ms. Mohammed on July 27, 2009.

Dated this 25th day of July, 2011.

_Shannon Z. Breen_
Shannon Breen