**EXHIBIT 2**

## Suaalo Kooban

Magaca: __HAWO TANA SALAD__

Ciiwaanka: __15522 E 12Th Ave #202__

Magaalada: __AURORA__  Staytka: __CO__  Zibkodhka: __80011__

Telefonka Gacanta: __720 364 4876__  Telefon kale: __303 557-0777__

Midabka/Sinjiyada: (wareji)  Madoe  Cadan  Isbanish  Asiyan  Hindi-Mareykan
  Noockale

Dalkaaga Asalkaa (Somali)  African  Ethiopian  Eritrean  Sudanese  Liberian  Other

Hadaad noockale tahay fadlan sheeg: _____

Maxaa tahay:  Rag  (Dumar)

Ehel iyo qaraabo, ama saxiibo aan kaala soo xariirno hadaad guurto :

Magaca: __Mohamed J Farah Salad__

Ciiwaanka: __15522 E 12Th Ave #202__

Magaalada: __AURORA__  Staytka: __CO__  Zibkodhka: __80011__

Telefonka Gacanta: __720 364 4876__  Telefon kale: __303 557-0777__

### WARBIXIN SHAQADAADA AH

Ma u shaqeysay Swift & Co.?  ☑ Haa  ☐ Maya

Xageed ka shaqeynaysay? __FAB 213__

Taariiqdii shaqadaada ?

  Tariiqdaad bilowday: __7/28/08__

  Tariiqdaad ka tagtay: __9/5/08__

Shaqo noocee ah ayaa ka haysay Swift & Co.? __WASHING AGU JABO / AHAHA__

OVER

E000003154

Exhibit 2

Midkee ayaad kala kulantay dhibabka hoos ku tixan JBS Swift?
( Kuwa ku khuseeye xariiq)

- ☐ Xadgudub la xariira dalka aad ka timid
- ☑ Xadgudub la xariira diintaada
- ☑ Amar lagunugu diiday tukasho ama cibadeysi
- ☑ Waxaa laguu diiday waqti tukasho
- ☐ Waxaa laguu diiday in lagu daaweeyo
- ☐ Waxaa laguu diiday qalab taxadir
- ☐ Waxaa laguu diiday saacado badan
- ☐ Waxaan lagu siin lacag sax ah.
- ☐ Waxaa laguugu yeeray magacyo xun
- ☑ Waxaa lagaa ceyrshay shaqadii
- ☐ Waxaa laguu diiday lacagtii shaqo la'aanta (Unemployment)
- ☐ Wax kale (Fadlan noo sheeg ): _____

(1) WAXAA LA IIDIIDAY MUSQUSHA
(2) WAXAA LA IIDIDAY BIYAHA IWAAW GABBO ANNUGUU SOOMAAWAA
(3) WAXAA NALOO DIIDAY BIYAHA WAAWIA LA BIRAY

2

E000003155

# QUESTIONNAIRE

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Cell Phone: _____ Other Phone: _____

Race/Ethnicity: (circle)  Black   White   Hispanic   Asian   Native-American   Other

National Origin:   Somali   African   Ethiopian   Eritrean   Sudanese   Liberian   Other

    If Other, please identify: _____

Gender:   Male       Female

Relative or Friend at a different address who we can contact if you relocate:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Cell Phone: _____ Other Phone: _____

## EMPLOYMENT INFORMATION

Did you work for Swift & Co.?       ☐ Yes          ☐ No

Where did you work? _____

Dates of employment?

    Start date: _____

    End date: _____

What job(s) did you have at Swift & Co.? _____
_____

OVER

Which of the following did you experience at JBS Swift? (Please check all that apply)

- ☐ Harassment because of your national origin
- ☐ Harassment because of your religion
- ☐ Told not to pray or practice your religion
- ☐ Denied time to pray
- ☐ Denied medical treatment
- ☐ Denied safety equipment
- ☐ Denied overtime pay
- ☐ Not paid at correct rate
- ☐ Called bad names
- ☐ Terminated / fired from your job
- ☐ Denied unemployment compensation
- ☐ Other (please describe): _____

_____

_____

_____

_____

_____

_____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

and

IRAQ ABADE, et al.,

        Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY

        Defendant.

---

## DECLARATION OF NASIR FARAH

---

I, Nasir Farah, pursuant to 28 U.S.C. § 1746, depose and state as follows:

1. I am a long-time Somali interpreter for documents and speech.

2. I interpret from Somali to English and from English to Somali.

3. I read Hawo Jama Salad's Questionnaire, Ex. 8, and translated it into English.

4. The questionnaire reads as follows:

    Name:  Hawo Jama Salad

    Address:  15522 E. 12th Ave., #202, Aurora, Colorado 80011

    Cell Phone:  720-364-4876
    Other Phone:  303-557-0777

    National Origin:  Somali

Gender: Female

Relative or friend at a different address who we can contact if you relocate:
Mohamed Jama Salad
15522 E. 12th Ave., #202, Aurora, Colorado 80011

Cell Phone: 720-364-4876
Other Phone: 303-557-0077

**Employment Information:**

Did you work for Swift & Co.? Yes

Where did you work? Fab 213

Dates of employment?
Start date: 7/28/08
End Date: 9/5/08

What job(s) did you have at Swift & Co.? The machine that cuts the bone.

Which of the following did you experience at JBS Swift? [She checked]:
- Harassment because of your religion.
- Told not to pray or practice your religion.
- Denied time to pray.
- Terminated/fired from your job.
- Other:

1. I was refused to go to the bathroom.
2. I was refused to break my fast and drink water when I was fasting.
3. We were refused to drink water and they shut down the water.

Dated this 7th day of January, 2011

Nasir Farah

2