# EXHIBIT 3

## Suaalo Kooban

Magaca: _Deqa Muhammed_

Ciiwaanka: _____

Magaalada: _____ Staytka: ____ Zibkodhka: _____

Telefonka Gacanta: _____ Talefon kale: _____

Midabka/Sinjiyada: (wareji)   Madoe   Cadan   Isbanish   Asiyan   Hindi-Mareykan
    Noockale

Dalkaaga Asalkaa: Somali   African   Ethiopian   Eritrean   Sudanese   Liberian   Other
    Hadaad noockale tahay fadlan sheeg: _____

Maxaa tahay:       Rag           Dumar

Ehel iyo qaraabo, ama saxiibo aan kaala soo xariimo hadaad guurto: _____

Magaca: _____

Ciiwaanka: _____

Magaalada: _Denver_ Staytka: ____ Zibkodhka: _____

Telefonka Gacanta: _____ Telefon kale: _____

## WARBIXIN SHAQADAADA AH

Ma u shaqeysay Swift & Co.?      ☐ Haa       ☐ Maya

Xageed ka shaqeynaysay? _____

Taariiqdii shaqadaada ?

    Tariiqdaad bilowday: _09/10/2007_

    Tariiqdaad ka tagtay: _09/05/2008_

Shaqo noocee ah ayaa ka haysay Swift & Co.? _____

_____

OVER

Exhibit 3

Midkee ayaad kala kulantay dhibabka hoos ku tixan JBS Swift?
( Kuwa ku khuseeye xariiq)

- ☐   Xadgudub la xariira dalka aad ka timid
- ☑   Xadgudub la xariira diintaada
- ☐   Amar laguugu diiday tukasho ama cibadeysi
- ☐   Waxaa laguu diiday waqti tukasho
- ☐   Waxaa laguu diiday in lagu daaweeyo
- ☐   Waxaa laguu diiday qalab taxadir
- ☐   Waxaa laguu diiday saacado badan
- ☐   Waxaan lagu siin lacag sax ah.
- ☐   Waxaa laguugu yeeray magacyo xun
- ☑   Waxaa lagaa ceyrshay shaqadii
- ☐   Waxaa laguu diiday lacagtii shaqo la'aanta (Unemployment)
- ☐   Wax kale (Fadlan noo sheeg ): _____

_____ Wax kale Ma Xasuusto _____

_____

_____

_____

_____