IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 129; Filed November 3, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Asad Abdi, Bashir Hersi Abdi, Muse Mohamed Abdi, Rahma Abdi, Zeynab Abdi, Salado Abdille, Abdikadir Adan, Amino Adan, Dahiro Adan, Ahmed Aden, Maryana Yousuf Aden, Muhumed Aden, Nuho Aden, Abdi Afrah, Mohamud M. Ahamed, Abdisamed Ahmed, Omar Mohamed Alamudi, Adan Ali, Amina Ali, Bilan Ali, Hirsiyo Ali, Mohamoud H. Ali, Salah Ali, Saynab Ali, Osam Awale, Qiyas Burham, Adan Dadle, Abdullahi Dirie, Shukri Dirir, Habibo Diriye, Ahmed Egal, Manyan Egal, Abdi Rizak Farah, Abdirahman A. Farah, ZamZam Farah, Halimo Forah, Abdiweli Gelle, Zakariye Mohamed Gelle fka Hassan Gelle, Robleh Guedi, Layla Guruc, Abdikarim Hadi, Abdiaziz Hassan, Ibrahim Hassan, Maryan Hassan, Muno Hassan, Sadaq Hassan, Amina Hussein, Khadija Hussein, Abdulah H. Ibrahim, Hared Farah Jama, Mura Jama, Adosh A. Kahin, Sharifo H. Kuluc, Hawo Jama, Fardowsa A. Maalim, Habibo Mahamed, Taher H. Mame, Habibo Mahamed, Abdullahi Mahamud, Asha Abdi Mohamed, Luqman Mohamed, Mohamed A. Mohamed, Maryan Mohamed, Zuleka Mohamed, Haji Ali Mohamud, Abdullahi Mohamud, Nuur M. Mohomuud, Anisa Mursal, Fatuma Mursal, Amina Ali Muse, Nimo Omar, Fadermo Osman, Fardowsa Sanweyne, Malyun Sanweyne, Hassan

Shilale, Fadumo Saalah, Yasin Worsame, and Mohamed Warsame are given leave to intervene in this action.  However, given the number of Plaintiffs-Intervenors already in this case, the caption shall remain as set forth above.

IT IS FURTHER **ORDERED** that the Clerk of Court is instructed to accept Plaintiffs-Intervenors' Complaint in Intervention and Jury Demand [Docket No. 129-1] for filing as of the date of this Minute Order.

Dated:  November 4, 2011