IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Omar A. Muse and Abdulkadir H. Nur's Unopposed Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 133; Filed November 4, 2011] and on Plaintiffs-Intervenors Fartun Adan, et al.'s **Unopposed Motion to Correct Error** [Docket No. 134; Filed November 4, 2011].

    Regarding the Motion to Correct Error [#134], as a preliminary matter, the Court previously authorized the parties to use the truncated case caption set forth above due to the number of Plaintiffs-Intervenors in this matter.  *See Order* [#22].  To the extent that the parties use a caption which includes every named Plaintiff-Intervenor, the case caption shall be amended as set forth below.

    IT IS HEREBY **ORDERED** that Plaintiffs-Intervenors Fartun Adan, et al.'s **Unopposed Motion to Correct Error** [#134] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the case caption of the Complaint in Intervention filed by the Fartun Adan, et al.,Plaintiffs-Intervenors [Docket No. 109] is amended to replace Mohamed A. Hirsi with Abdi Mohamed Hirsi as a Plaintiff-Intervenor.

Regarding the Motion for Leave to Intervene [#133],

IT IS HEREBY **ORDERED** that the **Motion for Leave to Intervene** [#133] is **GRANTED**. Abdulkadir H. Nur and Omar A. Muse are given leave to intervene in this action. However, given the number of Plaintiffs-Intervenors already in this case, the caption shall remain as set forth above.

IT IS FURTHER **ORDERED** that the Clerk of Court is instructed to accept Plaintiffs-Intervenors Fartun Adan, Khadra Aden, Asli Ali, Abdi Bulle, Abdikher Bunow, Abdiaziz Elmi, Ahmed Farah, Abdi Mohammed Hirsi, Ubah Hussein, Qadra Ibrahim, Jama Ismail, Fadumo Mohamed, Omar Muse, and Abdulkadir Nur's Amended Complaint in Intervention and Jury Demand [Docket No. 133-1] and accompanying Exhibits [Docket Nos. 133-2, 133-3] for filing as of the date of this Minute Order.

Dated:  November 8, 2011