IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to File Amended Answers to Document Nos. 1, 40, 61, 132 and 137** [Docket No. 155; Filed January 30, 2012] (the "Motion"). The Motion is unopposed and timely filed. *See Sched. Ord.*, [#128] at 23 (setting deadline at January 31, 2012). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Answers attached to Docket No. 155 separately as follows:

    Amended Answer at [#155-1] to [#1] (EEOC's Complaint);
    Amended Answer at [#155-2] to [#40] (Abdulle Intervenors' Complaint);
    Amended Answer at [#155-3] to [#61] (Abade Intervenors' Amended Complaint);
    Amended Answer at [#155-4] to [#132] (Abdi Intervenors' Complaint); and
    Amended Answer at [#155-5] to [#137] (Adan Intervenors' Amended Complaint).

    Dated: January 31, 2012