**AGREN BLANDO COURT REPORTING & VIDEO INC.**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

---

DEPOSITION OF RAAWI SAHAL
February 15, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
      By Stephanie Struble, Esq.
        303 East 17th Avenue
        Suite 410
        Denver, CO 80203-9634
        Phone: 303.866.1381
        Fax: 303.866.1375
        stephanie.struble@eeoc.gov
          Appearing on behalf of the Plaintiff.

Exhibit F

AGREN BLANDO COURT REPORTING & VIDEO INC.

8

1   interest of the EEOC in the deposition.
2           MR. DEENY: I don't have an objection to
3   that, I have an objection to the deponent tomorrow
4   being in attendance.
5           THE COURT: I understand. And as I said,
6   Mr. Deeny, I'm not aware of any rule in the Federal
7   Rules of Civil Procedure, any local rule or any case
8   law that precludes a party from attending the
9   deposition of another party even under these
10  circumstances.
11          And I want to make two points about this.
12  Not only is there an absence of case law, despite
13  the fact that many lawyers seem to believe that they
14  can limit attendance at depositions, my research has
15  revealed no authority for that conclusion. That's
16  Point 1.
17          Point 2 is whether an intervenor can
18  attend the deposition of another intervenor is not
19  something that I addressed in my previous orders
20  regarding depositions because it wasn't a question
21  that the parties directly asked.
22          So you're asking it now and what I'm
23  telling you now is that in the absence of any
24  authority that allows me to limit the attendance of
25  parties at depositions, I'm inclined to allow the

AGREN BLANDO COURT REPORTING & VIDEO INC.

9

1    other individual to stay.
2              MR. DEENY:  I understand, Your Honor.  If
3    that changes we'll call you back.
4              THE COURT:  That would be fine.
5              MR. DEENY:  Thank you.
6              THE COURT:  Thank you.  Good-bye.
7              MS. STRUBLE:  Thank you.
8              (Ms. Von Rohr left the room.)
9              MR. DEENY:  Before we administer the oath,
10   Hassan, would you give some instructions, please, as
11   to your role and how you will conduct the
12   interpreting function?
13             THE INTERPRETER:  As you all know, I'm the
14   interpreter, and what happens is -- my role is when
15   I raise my hand, that means I'm asking the
16   interviewee to pause so I will have an opportunity
17   to interpret what they said, because you can only
18   retain so much information.
19             So when I raise my hand, there's nothing
20   else, I'm just asking you to kind of pause.
21             MR. DEENY:  Okay.  Would you -- Ms. Ali,
22   did you understand that?
23             THE DEPONENT:  (Indicates by nodding.)
24             THE COURT:  Okay.  Can you administer the
25   oath, please?

```
1     A    Yes.
2     Q    And they worked at Cargill?
3     A    Yes, they were working at Cargill.
4          Wait.  Repeat that question.
5          MR. DEENY:  Go ahead and read it back and
6    let Hassan interpret it.
7          (Last question read.)
8     A    Yes, they were working at Cargill.
9     Q    (By Mr. Deeny)  Do you remember any names?
10    A    I remember one of them.  His name was Ali.
11    Q    First name or second name?
12    A    Yes, first name.
13    Q    Okay.  And did you work with him at
14   Cargill?
15    A    When I was working at Cargill?
16    Q    Yes.
17    A    Yeah, he was working there, too.
18    Q    Where did you get the application from?
19    A    I got it from Swift.
20    Q    And then in May or June of 2008, you took
21   it over to people at Fort Morgan to have them fill
22   it out for you?
23    A    No.  His wife lived in Greeley, so he
24   would come to Greeley.
25    Q    So his wife, meaning Ali's wife?
```

AGREN BLANDO COURT REPORTING & VIDEO INC.

25

1  A   Yes. Ali's -- Ali's wife was in Greeley
2  and she was working in Greeley.
3  Q   And where did she work?
4  A   She was working at Swift.
5  Q   What's her name?
6  A   Nimo. N-i-m-o.
7  Q   And does Nimo still work at Swift?
8  A   No.
9  Q   How long ago did she leave Swift?
10 A   I cannot tell. I don't know.
11 Q   Does she still live in Greeley?
12 A   No.
13 Q   How long ago did she leave Greeley?
14 A   I cannot remember that.
15 Q   In the third page of this application did
16 you -- when you had Ali fill this out for you, did
17 you verify the information that was being put in the
18 application?
19 A   No. I don't know what he put in there.
20 All I wanted is to apply for the job and get the
21 job, so he was the one who was putting all this
22 information in the application.
23 Q   Ali apparently put that your work at
24 Cargill was in packaging.
25 A   That's wrong.

AGREN BLANDO COURT REPORTING & VIDEO INC.

26

1     Q     Ali apparently put that your job title was
2 packaging.
3     A     That's totally wrong.
4     Q     Ali put that the supervisor you had at
5 Cargill was Aron.
6     A     That's not my supervisor's name.
7     Q     And Ali put that your salary or wage --
8          MR. DEENY: Let's use wage, Hassan.
9     Q     (By Mr. Deeny) -- wage was $12.20 per
10 hour.
11     A     The wage is right.
12     Q     Okay. Were you present when Ali was
13 filling out this information?
14     A     He asked me my wage per hour. I do recall
15 that. But he didn't ask me a lot of information.
16 He was just filling out the application.
17     Q     Did Ali tell you that it was important to
18 provide accurate information to Swift?
19     A     He didn't tell me that. He didn't, and I
20 wasn't aware that that's -- that that was very
21 important. Had I known the importance, I would go
22 to someone who has a good command of English
23 language and I would ask them to explain for me this
24 so I can put the right information in here.
25     Q     Would you --

AGREN BLANDO COURT REPORTING & VIDEO INC.

27

```
 1              MR. DEENY:  Hassan, have her look at the
 2    last page of that.
 3        Q    (By Mr. Deeny)  Is that your signature?
 4        A    Yes.
 5        Q    And did Ali tell you that the information
 6    above there says that you are supposed to know that
 7    the information you're providing is accurate?
 8        A    No.
 9        Q    Before you signed that, did Ali tell you
10    what that said?
11        A    No.
12        Q    Did you ask him what it said before you
13    wrote your signature on there?
14        A    The reason I needed his help was to help
15    me and protect me, and he told me this is all you
16    need to do, just sign there, and I did it.
17        Q    My question was did you ask him what does
18    all that language mean?
19        A    No.
20        Q    And you were asking him to protect you?
21             MS. STRUBLE:  Objection form.
22        A    Yes, indeed.
23        Q    (By Mr. Deeny)  On the first page of that
24    document did Ali read to you the notice to the
25    applicant?
```

AGREN BLANDO COURT REPORTING & VIDEO INC.

119

1   A   But I told the government, and it's part
2   of my claim.
3   Q   The government being who?
4   A   It's the government. It's our government.
5   It's the American government.
6   Q   Who -- you said you told your lawyers
7   about this. Who in the government did you tell
8   about this on or about September 5th of 2008?
9       MS. STRUBLE: Objection. Form.
10  A   I don't know what you're talking about.
11  Q   (By Mr. Deeny) You don't know what I'm
12  talking about? I guess we're even.
13      Would you please focus on September 5th,
14  2008, when you claimed this yellow person -- hat
15  person took your rug, reached into your pockets in
16  an attempt to steal things, on or about that day did
17  you report that to any police agency?
18  A   No.
19  Q   Thank you.
20      Do you know an individual -- well
21  actually, let's do this.
22      MR. DEENY: Hassan, look at Exhibit 17,
23  please. And if you'd turn to the second page.
24  Q   (By Mr. Deeny) There is a statement there
25  that the relative who -- any relative who works for

```
 1   the company, and there's an individual there named
 2   Abdi --
 3             MR. DEENY:  Can you pronounce that for me,
 4   Hassan, please?
 5             THE INTERPRETER:  Abdi ...  I don't know.
 6   All I know is Abdi.
 7             MR. SCHEURICH:  He's not looking at the
 8   right line.
 9             MR. DEENY:  Look up -- well, it's two
10   places, but --
11             THE INTERPRETER:  It's the same.
12             MR. DEENY:  Look up a little bit there,
13   Hassan.
14             THE DEPONENT:  Abdiamar.
15             MR. DEENY:  Abdiamar Bare?
16             THE DEPONENT:  Last name Bare is good, but
17   I don't know ...
18        Q    (By Mr. Deeny)  Good.  Who is that person?
19        A    I have no relatives working for the
20   company.  So it's all people that I know them.
21        Q    So you know that -- that person?
22        A    I don't remember right now this person.
23        Q    Okay.  And you can read that, correct,
24   that name?
25        A    No.  It's blurry.
```