## AGREN BLANDO COURT REPORTING & VIDEO INC.

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF HALAWI ALI
February 16, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        By William E. Moench, Esq.
           303 East 17th Avenue
           Suite 410
           Denver, CO 80203-9634
           Phone: 303.866.1378
           Fax: 303.866.1375
           william.moench@eeoc.gov
           Appearing on behalf of the
           Plaintiff

Exhibit G

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

24

1       A       -- you.

2               I can read a little bit, but I cannot

3    understand long questions and long answers.

4       Q       Did you study English when you lived in

5    Kenya?

6       A       No.

7       Q       Have you taken any courses to learn any

8    English since coming to the United States?

9       A       Yes.

10      Q       And what have you done?

11      A       When I left Swift, I attended a school

12   called ESL, ELS -- ESL.  And the reason that I took

13   those courses was to get my passport.  About two

14   years.  I was looking for a job at the same time.

15      Q       And did you pass those ESL classes or

16   programs?

17      A       Yeah.  I felt better.

18      Q       Do you know any Spanish?

19      A       When I was working, I could understand

20   here, there, but not now.

21      Q       Do you have any blood relatives who are

22   plaintiffs in this lawsuit?

23              THE INTERPRETER:  Can I rephrase?

24              MS. ROBINSON:  Did she not understand?

25              THE INTERPRETER:  Yeah.

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

25

1      Q      (BY MS. ROBINSON)   Okay.   Do you have any

2   relatives who are also a plaintiff in this lawsuit?

3      A      No.

4      Q      Do you have any close friends who are part

5   of this lawsuit?

6      A      We're not friends.   Somalis, we know each

7   other.   We all know each other.

8      Q      Do you have any uncles or aunts that are

9   part of this lawsuit?

10     A      No.

11     Q      When you moved from Kansas to Colorado to

12  work for Swift, did you have any family members who

13  worked for Swift at that time?

14     A      My relatives?

15     Q      Right.

16     A      No.

17     Q      And who did you move from Kansas to

18  Colorado with?   You said there was -- you keep saying

19  us.   Who are you referring to when you say us, as you

20  moving from Kansas to Colorado to work for Swift?

21            MR. MOENCH:   Objection to form.

22     A      We were told -- we were in Kansas

23  together.   And together we were told that Swift is

24  way much better than our previous job, our previous

25  employer.   So I left by myself.   Coworkers talk with

## AGREN BLANDO COURT REPORTING & VIDEO INC.

26

1    each other.  We have conversation.

2         Q    (BY MS. ROBINSON)   So you moved to

3    Colorado by yourself?

4         A    Yes.

5         Q    When you lived in Greeley -- when you

6    moved to Colorado, where did you live?

7         A    First, when I came, I was staying in a

8    hotel.  Then I started calling Somali community.  And

9    then I found a girl that I lived with her.

10        Q    What was her name?

11        A    Her name is Safiya.

12        Q    What was her last name?

13        A    Farah.

14        Q    And is she involved in this lawsuit?

15        A    No.

16        Q    Did she work for JBS?

17        A    She works for the company right now.

18        Q    And did she work for them when you lived

19   with her?

20        A    Yes.

21        Q    Do you have a driver's license?

22        A    No.

23        Q    Did you attend school, other than the ESL

24   program that we've already talked about?  Did you

25   attend school at any time in your life?

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

27

```
 1      A      Yes, in Somalia, in Somali language.

 2      Q      And how long did you attend school in

 3   Somalia?

 4      A      Until middle school.

 5      Q      Okay.  Did you work in Somalia?

 6      A      Yes.

 7      Q      And what did you do?

 8      A      I used to work for the theater industry.

 9      Q      What is that?

10      A      They would take pictures.  And then when

11   they take the pictures, my job was to process those

12   pictures.

13      Q      Okay.  And how long did you do that?

14      A      I started working there 1979, and I worked

15   until the government collapsed.

16      Q      When was that?

17      A      19 -- 1991.

18      Q      And Ms. Ali, are you Muslim?

19      A      Yes.

20      Q      And have you been Muslim all your life?

21      A      Yes.

22      Q      And what sect do you belong to?

23      A      Sunni.

24      Q      And what school of the Sunni faith do you

25   belong to?
```

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

44

1      Q      Where did you meet this man?

2      A      When I first came here -- when I first

3    came here, Colorado, I didn't come to Denver.  I

4    first went to Greeley and I stayed at hotel in

5    Greeley.  Then I met him in the market and I said to

6    him, how are you.  And that's how we met.

7            So we get together.  I gave him all my

8    information and he draft, and then he get the

9    application for me.  And then he drove me to Greeley,

10   to the plant.

11     Q      So had you already filled this application

12   out before you went to the plant?

13     A      Yes.

14     Q      And this man had brought the application

15   to you?

16     A      He went to the office and got the

17   application and then bring it to me.

18     Q      Was he working at Swift?

19     A      At the time, yes.

20     Q      And did he read the questions on this

21   application and then you gave him the information to

22   put down, is that how that worked?

23     A      Yes.

24     Q      On the second page, if you would look at

25   that.  Under the question, names of any relatives who

## AGREN BLANDO COURT REPORTING & VIDEO INC.

45

1    worked for the company, and then it says Hirsiyo Ali.

2         Do you see that?

3    A    The name that I told you earlier this

4    morning, Safiya, that was wrong.  The name that I was

5    looking for was Hirsiyo Ali.  This is the girl that I

6    moved in with.

7    Q    And she was working at Swift at the time?

8    A    She works, yeah, until now.

9    Q    Did you have a particular shift, A shift,

10   B shift, that you wanted to work?

11   A    Second shift.

12   Q    And why did you want to work second shift?

13   A    I was okay with any shift that they offer

14   me, but I prefer second shift.

15   Q    Why would you prefer second shift?

16   A    Morning shift -- morning shift, it tends

17   to be late.  It's too early.  Sometimes you can get

18   late to work.

19   Q    What shift was your roommate working?

20   A    Second shift.

21   Q    If you look on the third page of

22   Exhibit 42, it asks for employment history.  And the

23   boxes and all the rest is blank.  Is there a reason

24   why you didn't put down your employment history?

25   A    I didn't leave them out.  I was telling.