IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

and

IRAQ ABADE, et al.,

     Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Extend Deadlines** [Docket No. 181; Filed July 9, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.   The Phase I Scheduling Order entered October 27, 2011 [#128] and amended on March 22, 2012 [#177] is further modified as follows:

- Expert Witness Designations — **September 28, 2012**
- Rebuttal Expert Designations — **October 26, 2012**
- Discovery Cut-off — **December 21, 2012**
- Dispositive Motions Deadline — **January 25, 2013**

     IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 14, 2013, is **VACATED** and **RESET** to **April 16, 2013**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **April 11, 2013**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.

Dated:  July 10, 2012