**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 10-CV-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

IRAQ ABADE *et al.*,

    Plaintiffs- Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY

    Defendant,

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    Joel M. Borgman of KING & GREISEN, LLP hereby enters his appearance as co-counsel with Diane S. King and Lauren M. Hasselbacher of KING & GREISEN, LLP on behalf of plaintiffs-intervenors Iraq Abade *et al*.

    Dated:  August 21, 2012

                        King & Greisen, LLP

                        By: s/Joel M. Borgman
                            Diane S. King
                            Lauren M. Hasselbacher
                            Joel M. Borgman
                            1670 York Street
                            Denver, CO 80206
                            (303) 298-9878
                            (303) 298-9879 (fax)
                            king@kinggreisen.com
                            hasselbacher@kinggreisen.com
                            borgman@kinggreisen.com

*ATTORNEYS FOR PLAINTIFFS-INTERVENORS*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of August, 2012, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the COURT using the CM/ECF system which will send notification of such filing to the following email addresses:

Rita Byrnes Kittle  rita.kittle@eeoc.gov
Stephanie Struble  stephanie.struble@eeoc.gov
Andrew Winston  andrew.winston@eeoc.gov
William Moench  william.moench@eeoc.gov
Iris Halpern  iris.halpern@eeoc.gov
Sean Ratliff  sean.ratliff@eeoc.gov

*Attorneys for the U.S. Equal Employment Opportunity Commission*

Rajasimha Raghunath rraghunath@law.du.edu
Rhonda Brownstein rbrownstein@law.du.edu

*Attorneys for Maryan Abdulle, et al. Plaintiffs-Intervenors*

blundelladvocates@yahoo.com
rick@rkblaw.net
harry@denverfirm.com
james@chiulawoffice.com

*Attorneys for Fartun Adan, et al. Plaintiffs-Intervenors*

David Lichtenstein dave@lichtensteinlaw.com
Todd McNamara tjm@18<sup>th</sup>avelaw.com

*Attorneys for Asad Abdi, et al. Plaintiffs-Intervenors*

Heather Fox Vickles – hvickles@sah.com
Raymond Myles Deeny – rdeeny@sah.com
W. V. Siebert – bsiebert@sah.com
Andrew W. Volin – avolin@shermanhoward.com

*Attorneys for Defendant JBS Swift & Company*

          s/Dianne Von Behren
          Dianne Von Behren, Paralegal