IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff EEOC's **Unopposed Motion to Amend Scheduling Order to Extend All Expert Deadlines** [Docket No. 189; Filed September 11, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#189] is **GRANTED**. The Phase I Scheduling Order entered on October 27, 2011 [#128] and amended on March 22, 2012 [#177] and on July 10, 2012 [#183] is further modified to extend the following deadlines:

- Affirmative Expert Designation Deadline    **October 29, 2012**
- Rebuttal Expert Designation Deadline    **November 26, 2012**

    Dated: September 12, 2012