IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Scheduling Order to Extend the Discovery Cut-off and Dispositive Motions Deadline** [Docket No. 203; Filed January 3, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#203] is **GRANTED**. The Phase I Scheduling Order entered on October 27, 2011 [#128] and amended on March 22, 2012 [#177], July 10, 2012 [#183], September 12, 2012 [#191], October 12, 2012 [#195], December 7, 2012 [#198], and December 18, 2012 [#202], is further modified as follows:

- Discovery Cut-off     **March 15, 2013**
- Dispositive Motion Deadline     **April 12, 2013**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 23, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **June 20, 2013 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 14, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall

be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  January 6, 2013