IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 233; Filed April 3, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Nafiso Abdi, Abdi Abdille, Randusa Hassan Abdullahi, Abdullahi Hussein, Safiya Mohamed, Halima Salad, Zakaria Salad, Aden Abdi Yerow, Harima Saney Yussuf, and Adey Yussuf are given leave to intervene in this action. However, given the number of Plaintiffs-Intervenors already in this case, the caption shall remain as set forth above.

    IT IS FURTHER **ORDERED** that the Clerk of Court is instructed to accept Plaintiffs-Intervenors' Complaint in Intervention and Jury Demand [#233-1] for filing as of the date of this Minute Order.

    Dated: April 4, 2013