# EXHIBIT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2013-00239 |

Colorado Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Fuad D. Mohamed | (720) 938-0814 | 01-01-1988 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2446 1st Ave #1, Greeley, CO 80631 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JBS SWIFT USA LLC | 500 or More | (970) 506-8000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1770 Promontory Circle, Greeley, CO 80631 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-26-2012   Latest: 10-26-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired August 27, 2007 and my current position is Flanker. During my tenure, I and a class of individuals were subjected to daily adverse terms and conditions of our employment including but not limited to the following: Denial of religious accommodations such as praying and breaks and derogatory comments about Muslims. On or about October 26, 2012, I complained about my treatment to the superintendent and I was then suspended.

I believe I have been discriminated against because of my race, Black, national origin, Somali/African, religion, Muslim, and in retaliation for having opposed a discriminatory practice, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A. I am performing in a satisfactory manner.
B. Non-Muslim/non-African employees are treated more favorably.
C. Members of management are aware of the adverse conditions and also participated in the hostile work environment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date _____ Charging Party Signature _____

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

**PERSON FILING CHARGE**

Fuad D. Mohamed

Mr. Bernie Ruesgen
Director of Human Resources
JBS SWIFT USA LLC
P. O. Box 1450
Greeley, CO 80632

THIS PERSON (check one or both)
[X] Claims To Be Aggrieved
[ ] Is Filing on Behalf of Other(s)

**EEOC CHARGE NO.**
541-2013-00239

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **26-APR-13** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Shannon L. Breen,
Investigator
*EEOC Representative*

Telephone (303) 866-1306

Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203
Fax: (303) 866-1085

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race  [ ] Color  [ ] Sex  [X] Religion  [X] National Origin  [ ] Age  [ ] Disability  [X] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| March 26, 2013 | Nancy A. Sienko, Director | *[signed]* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | Amended<br>541-2013-00239 |

Colorado Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Fuad D. Mohamed | (720) 938-0814 | 01-01-1988 |

Street Address: 2446 1st Ave #1, Greeley, CO 80631

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JBS SWIFT USA LLC | 500 or More | (970) 506-8000 |

Street Address: 1770 Promontory Circle, Greeley, CO 80631

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [X] COLOR  [ ] SEX  [X] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 8-27-2007   Latest: 11-05-2012
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired August 27, 2007 and my current position is Flanker. During my tenure, I and a class of individuals were subjected to daily adverse terms and conditions of our employment including but not limited to the following: Denial of religious accommodations such as praying and breaks and derogatory comments about Muslims. On or about October 26, 2012, I complained about my treatment to the superintendent and I was then suspended. On or around November 5, 2012, I was discharged.

I believe I have been discriminated against because of my race, Black, national origin, Somali/African, religion, Muslim, and in retaliation for having opposed a discriminatory practice, in violation of Title VII of the Civil Rights Act of 1964, as amended.

A. I am performing in a satisfactory manner.
B. Non-Muslim/non-African employees are treated more favorably.
C. Members of management are aware of the adverse conditions and also participated in the hostile work environment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/23/2013   Charging Party Signature: [signature]

NOTARY -- When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)