IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion for Leave to Intervene as Party Plaintiffs** [Docket No. 254; Filed August 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#254] is **GRANTED**. Fuad D. Mohamed, Mahad A. Mohamed, Ambiyo A. Muhumed, Fowzia A. Muhumed, and Mohamed M. Muhumed are given leave to intervene in this action. However, given the number of Plaintiffs-Intervenors already in this case, the caption shall remain as set forth above.

    IT IS FURTHER **ORDERED** that the Clerk of Court is instructed to accept Plaintiffs-Intervenors' Amended Complaint in Intervention and Jury Demand [#254-1] for filing as of the date of this Minute Order.

    Dated: August 15, 2013