IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

IRAQ ABADE, et al.,

      Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's Unopposed Motion to Amend Scheduling Order to Extend Dispositive Motions Deadline and Re-set Final Pretrial Conference** [Docket No. 265; Filed August 23, 2013] (the "Motion").  In the Motion, Defendant requests that the dispositive motions deadline be extended and the Final Pretrial Conference be reset.  Defendant further requests that the Court set a briefing schedule regarding an unfiled dispositive motion.  The Court will not set deadlines relating to unfiled motions.

IT IS HEREBY **ORDERED** that the Motion [#265] is **GRANTED in part** as follows. The Scheduling Order entered on October 27, 2011 [#128] and amended on July 10, 2012, October 12, 2012, January 6, 2013, and March 12, 2013 [##183, 195, 205, 223], is further modified to extend the following deadline:

- Dispositive Motions Deadline                       **November 15, 2013**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 12, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **January 29, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout

Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 22, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers @cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  August 26, 2013