# EXHIBIT 3

## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 10-cv-02103-PAB-KLM
 3    _____
 4    DEPOSITION OF BARBARA I. WALKER
      EXAMINATION DATE: February 23, 2012
 5    _____
 6    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
         Plaintiff,
 7
      IRAQ ABADE, et al.,
 8       Plaintiffs-Intervenors,
 9    MARYAN ABDULLE, et al.,
         Plaintiffs-Intervenors,
10
      FARTUN ADAN, et al.,
11       Plaintiffs-Intervenors,
12    and
13    ASAD ABDI, et al.,
         Plaintiffs-Intervenors,
14
      v.
15
      JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
16       Defendant.
17    _____
            PURSUANT TO NOTICE AND SUBPOENA, the
18    deposition of BARBARA I. WALKER was taken at 10:02 a.m.
      on February 23, 2012, at 303 East 17th Avenue,
19    Suite 410, Denver, Colorado, before Tammie E. Singer,
      Professional Court Reporter and Notary Public in and for
20    the State of Colorado, said deposition being taken
      pursuant to the Federal Rules of Civil Procedure.
21
22
23
24
25
```

## Page 2

```
 1               A P P E A R A N C E S
 2    For the Plaintiff:
 3    STEPHANIE STRUBLE, ESQ.
         Senior Trial Attorney
 4       Equal Employment Opportunity Commission
         Denver Field Office
 5       303 East 17th Avenue, Suite 410
         Denver, Colorado 80203
 6       (303) 866-1381
 7
      For Plaintiffs-Intervenors Iraq Abade, et al.:
 8
      DIANE S. KING, ESQ.
 9       King Greisen, LLP
         1670 York Street
10       Denver, Colorado 80206
         (303) 298-9878
11
12    For Plaintiffs-Intervenors Maryan Abdulle, et al.:
13    Mr. Daniel Mauk
      Mr. Sam Scheurich
14
15    For Plaintiffs-Intervenors Asad Abdi, et al.:
16    TODD J. McNAMARA, ESQ.
         McNamara, Roseman, Martinez & Kazmierski, LLP
17       1640 East 18th Avenue
         Denver, Colorado 80218-1202
18       (303) 333-8700
19
      For the Defendant:
20
      W. V. BERNIE SIEBERT, ESQ.
21    BRIANNA COLE, ESQ.
         Sherman & Howard, LLC
22       633 Seventeenth Street, Suite 3000
         Denver, Colorado 80202-3622
23
24
25
```

## Page 3

```
 1                    I N D E X
 2    EXAMINATION BY                              PAGE
 3    Ms. Struble . . . . . . . . . . . . . . .    5
 4    Ms. King  . . . . . . . . . . . . . . . .   --
 5    Mr. Mauk  . . . . . . . . . . . . . . . .   --
 6    Mr. McNamara  . . . . . . . . . . . . . .   --
 7    Mr. Siebert . . . . . . . . . . . . . . .   --
 8
      DEPOSITION EXHIBITS              INITIAL REFERENCE
 9
      60  JBS Human Resources org chart, JBS006502    7
10
      61  Diagram of cafeteria and parking lot drawn  49
11       by Ms. Walker
12    62  Color photograph of several people standing, 123
         CAM8 2008-09-05 21-00-38
13
      63  9/8/08 handwritten notes beginning with    179
14       "Ron Gould," JBS000267
15    64  Two pages of handwritten notes beginning   179
         with "Ron: What happen," JBS000091 and 92
16
      65  9/6/08 email from Mr. Kitch to Mr. Ray     185
17       and others re "Breaks - B shift Fab w/e
         9/6/08," JBS000960
18
      66  JBS "General Production and Break          187
19       Sign-off," JBS013002
20    67  9/16/08 email from Mr. Lovell to Mr. Ray   187
         and others re writeups for unauthorized
21       breaks, JBS000082
22    68  9/9/08 email from Mr. Ray to Mr. Lovell    189
         and Ms. Walker re "Walk off list,"
23       JBS000422 to 426
24    69  Spreadsheet of names, ID, ck#, date, vac,  190
         wd, dept, and signature, JBS000427 to 432
25
```

## Page 4

```
 1    EXHIBITS PREVIOUSLY MARKED      INITIAL REFERENCE
 2    8                                      155
 3    11                                     164
 4    12                                     153
 5    19                                     165
 6    35                                     167
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 137

1 hiring during this time; is that correct?
2    A.  No.
3    Q.  When -- you were, however, involved in hiring
4 back in the late '80s and '90s, correct?
5    A.  I don't know if it was that far back, but --
6    Q.  Oh, okay.
7    A.  -- whenever.
8    Q.  Okay. And it was when you were the employment
9 manager; is that right?
10   A.  Correct.
11   Q.  Okay. When you were the hiring manager, you
12 actually interviewed people as well?
13   A.  I could.
14   Q.  And when you interviewed people, did you ever
15 check references?
16   A.  At that time, I can't remember. I know we did
17 in 1986. I don't remember. I don't remember, because
18 mostly what I did was supervisors and management. The
19 clerk did more of the production area. So I would,
20 like, run a background check.
21   Q.  For supervisors and managers?
22   A.  Correct.
23   Q.  Do you know whether background checks were done
24 for employees being hired onto the floor?
25   A.  For the production employees at that time?

Page 138

1    Q.  Correct.
2    A.  No, we didn't do -- we've never done background
3 checks. It would be too expensive.
4    Q.  Okay. Do you do any sort of checking of
5 references?
6    A.  I'm not sure what they do now. I don't know
7 what they do now.
8    Q.  What did you do back when you were doing it?
9    A.  I don't remember. I don't remember if they --
10 they checked backgrounds or not. I don't recall.
11   Q.  Do you ever recall not hiring someone because
12 the information on their application was incorrect?
13   A.  Yes.
14   Q.  Tell me about that.
15   A.  It would be -- they would -- there was a
16 question on there that asked if you've ever worked at
17 this company before. And they would say, "No."
18       And then when we would run the information
19 through the computer to see if they were a rehire or
20 not, then we would find out that they were.
21   Q.  And that they had been fired before or
22 something like that?
23   A.  Correct.
24   Q.  Okay.
25   A.  Correct.

Page 139

1    Q.  What about if somebody put their employment
2 background on the application, like left off an
3 employer? Have you ever not hired someone because they
4 left off an employer on their application?
5    A.  I don't know that I've really ever had that
6 situation or that I would have known. You know what I
7 mean?
8    Q.  Right.
9    A.  So I would have to say no.
10   Q.  And is that something that would have bothered
11 you if you were hiring for the fabrication floor?
12   A.  It could --
13       MR. SIEBERT: Object to the form of that
14 question. You can answer.
15       THE DEPONENT: I can?
16       MR. SIEBERT: Yes.
17   A.  It could for the fact of that when you're
18 hiring, if you're in different statuses, depending on
19 how many individuals we need, obviously sometimes if we
20 need people with experience, you know, if you have
21 experience over someone that doesn't have experience,
22 obviously you're going to hire the experienced person
23 with knives because it's a skilled job.
24   Q.  (BY MS. STRUBLE) Do you always hire -- do
25 you -- are you looking for people with experience for

Page 140

1 the fabrication floor?
2    A.  It's preferred. It doesn't mean that they have
3 to. You know what I mean? But it's obviously
4 preferred.
5       If someone has knife skills, that's a learned,
6 you know, art, to be able to keep knives sharp and to
7 cut the meat quickly, so, yes.
8    Q.  But you've hired people for knife that don't
9 have any experience, correct?
10   A.  Correct.
11   Q.  Are you aware of JBS ever terminating an
12 employee once it found out that an employee's
13 information on the application was incorrect?
14   A.  Can you be more specific?
15   Q.  I'm just wondering whether you're aware of --
16 you're involved in termination decisions often, correct?
17   A.  Correct.
18   Q.  So I'm wondering if you're aware of any
19 employee being terminated because JBS found that the
20 application had incorrect information on it.
21   A.  It has happened, yes.
22   Q.  Okay. Tell me about that.
23   A.  It was for a felony.
24   Q.  And how did JBS figure out that someone had a
25 felony?

Walker, Barbara 022312                                    Pages 137 - 140

Page 141

1   A.   Someone reported him.
2   Q.   Another employee said, "Hey, by the way, this
3 person has got a felony"?
4   A.   And gave information on it. And then we
5 checked with the police department and confirmed that it
6 was true.
7   Q.   And does the application ask whether someone's
8 been convicted of a felony?
9   A.   Yes.
10   Q.   And the person had lied?
11   A.   Correct.
12   Q.   So was the person fired because they had a
13 felony or because they had not put it on their
14 application?
15   A.   Because they falsified their application. They
16 put no, that they were not a felon. And in fact that --
17 yes, they were.
18   Q.   Are you aware of anybody else being terminated
19 for falsifying an application?
20   A.   Not that I can think of, no.
21   Q.   So you can't think of anybody who's been
22 terminated because they left off an employer on their
23 application, for example?
24   A.   No.
25        MR. SIEBERT:   Object to the form of the

Page 142

1 question. You can answer.
2   Q.   (BY MS. STRUBLE) Does JBS provide translators
3 for employees for filling out applications?
4   A.   They have.
5   Q.   What does that mean?
6   A.   I'm not sure what their current practice is.
7 There's times that the employees will bring in their own
8 translators.
9   Q.   But has JBS actually provided a translator to
10 help fill out the application?
11   A.   I don't know.
12   Q.   So when you were hiring manager, how did the
13 hiring process work for employees in fabrication?
14   A.   Basically the same as it does now. You just,
15 you know, hire the best fit for the job.
16   Q.   How do you get applications?
17   A.   Through Job Service. When I did it, we only
18 got the application through Job Service.
19   Q.   Is that a -- like an agency?
20   A.   Yes.
21   Q.   And they would send applications over, and you
22 would review them?
23   A.   Correct.
24   Q.   And then would you call people in for
25 interviews?

Page 143

1   A.   Correct.
2   Q.   And did you do the interviews?
3   A.   No.
4   Q.   Who would do the interviews?
5   A.   Connie.
6   Q.   And were translators provided for the
7 interviews?
8   A.   No. They would just bring their own
9 translator, kind of like they do now.
10   Q.   Is that how it happens now?
11   A.   I believe so.
12   Q.   Do you have any idea of what percentage of the
13 employees in fabrication are monolingual Spanish
14 speakers?
15   A.   I do not.
16   Q.   Do you have an estimate of percentage?
17        MR. SIEBERT:   Object to the form of the
18 question. You may answer.
19   A.   No, I don't.
20   Q.   (BY MS. STRUBLE) And same for percentage of
21 employees who speak Somali?
22        MR. SIEBERT:   Object to the form of the
23 question.
24   A.   I don't. I really don't.
25   Q.   (BY MS. STRUBLE) Is the application translated

Page 144

1 into any other languages?
2   A.   The application? I'm not sure if it is now. I
3 know when I was down there, it was, I believe, Spanish
4 and English. But I don't know now how they handle
5 Burmese, Somalis. I don't know.
6   Q.   You have nothing to do with hiring now, or you
7 still do hiring for managers? I can't remember what you
8 said. I'm sorry.
9   A.   No. I -- sometime -- occasionally I will do
10 rehires.
11   Q.   People who have been hired before?
12   A.   Correct.
13   Q.   And have you seen an application in any
14 language other than English and Spanish?
15   A.   I don't believe so.
16   Q.   What about the employee handbook? What
17 languages is that in?
18   A.   I don't know for sure. I do know it's in
19 English and I do know Spanish. I don't know if it's
20 been translated into any other language.
21   Q.   What about the collective bargaining agreement?
22   A.   It is in all languages, I believe, yes.
23   Q.   When was that first translated into Somali? Do
24 you know?
25   A.   I don't know.

Walker, Barbara 022312                                    Pages 141 - 144