# EXHIBIT 4

# Laura Schwartz

| | |
|---|---|
| From: | Vickles, Heather F. [HVICKLES@shermanhoward.com] |
| Sent: | Monday, February 18, 2013 3:15 PM |
| To: | 'STEPHANIE STRUBLE'; 'ANDREW WINSTON (ANDREW.WINSTON@EEOC.GOV)' |
| Subject: | EEOC Expert Koontz |

Stephanie and Andy,

Please consider this communication a "meet and confer" under Local Rule 7.1A. The EEOC designated Keith Koontz, P.E., as a rebuttal expert to the summary of anticipated testimony of Heather Skinner. However, the opinions offered in Mr. Koontz's "Industrial Engineer Rebuttal" report do not rebut Ms. Skinner's opinions concerning the financial impact of various religious accommodation scenarios. Ms. Skinner is the Director of Finance for JBS's US Beef Division. Mr. Koontz is an industrial engineer who describes his methodology as relying on "standard Industrial Engineering practices used in work methods and work station design, continuous conveyor assembly line design, and operations management." Clearly, this is way beyond the scope of Ms. Skinner's field of expertise and testimony.

We request that the EEOC agree to one of two options: (a) withdraw Mr. Koontz as a rebuttal expert; or (b) agree that JBS may designate an additional expert in the field of industrial engineering to rebut Mr. Koontz's opinions. In the absence of an agreement on one of these options, we will move the court to strike Mr. Koontz or permit JBS to designate a rebuttal expert. Please let us know how you would like to proceed.

Thank you,
Heather

Heather Fox Vickles, Esq.

**SHERMAN & HOWARD** L.L.C.

633 17th Street, Suite 3000, Denver, CO 80202  |  D 303-299-8194  |  F 303-298-0940  www.shermanhoward.com

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please let me know by replying to and then deleting this message. Thank you.