# EXHIBIT 5

AGREN BLANDO COURT REPORTING & VIDEO INC.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF MOHAMED MOHAMED
September 21, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

APPEARANCES:
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By Stephanie Struble, Esq.
303 East 17th Avenue
Suite 410
Denver, CO 80203-9634
Phone: 303.866.1381
Fax: 303.866.1375
stephanie.struble@eeoc.gov
Appearing on behalf of the Plaintiff

---

**Page 2**

APPEARANCES: (Continued)
KING GREISEN LLP
By Diane S. King, Esq.
1670 York Street
Denver, CO 80206
Phone: 303.298.9878
Fax: 303.298.9879
king@kinggreisen.com
Appearing on behalf of the Abade
Plaintiff-Intervenors

SHERMAN & HOWARD, LLC
By Brooke A. Colaizzi, Esq.
633 Seventeenth Street
Suite 3000
Denver, CO 80202
Phone: 303.299.8194
Fax: 303.298.0940
bcolaizzi@shermanhoward.com
Appearing on behalf of the
Defendant

Also present:
Paula Wolff, Videographer
Omar Nur, Interpreter
Mohamed Kheyre, Interpreter

---

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the videotaped deposition of MOHAMED MOHAMED, called by Defendant, was taken on Friday, September 21, 2012, commencing at 9:07 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Kelly A. Mackereth, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado, Court Reporting Office of Agren Blando Court Reporting & Video, Inc., 216-16th Street, Suite 650, Denver, Colorado 80202.

* * * * * * *

INDEX

| EXAMINATION | PAGE |
|---|---|
| BY MS. COLAIZZI | 6 |
| BY MS. STRUBLE | 181 |

PRODUCTION REQUEST(S):

None.

---

**Page 4**

INDEX OF EXHIBITS

| DESCRIPTION | INITIAL REFERENCE |
|---|---|
| Exhibit 297 Application for Hourly Employment for Mohamed Mohamed | 60 |
| Exhibit 298 Acknowledgment of Conditional Offer of Employment for Mohamed Mohamed | 63 |
| Exhibit 299 Acknowledgment of Receipt & Understanding of the Employee Handbook for Mohamed Mohamed | 69 |
| Exhibit 300 Acknowledgment Best Work Environment Training for Mohamed Mohamed | 72 |
| Exhibit 301 Attendance Violation Notice for Mohamed Mohamed | 149 |
| Exhibit 302 Charge of Discrimination by Mohamed Mohamed | 170 |

PREVIOUSLY MARKED EXHIBITS

| | |
|---|---|
| Exhibit 8 Swift's Employee Handbook | 68 |
| Exhibit 19 Posting about reporting to your manager | 74 |
| Exhibit 27 Copy of the Collective Bargaining Agreement | 72 |
| Exhibit 66 (No description) | 63 |
| Exhibit 275 Document listing prayer times | 32 |

Page 57

1 your work and your religious beliefs or your
2 religious practices?
3    A   No, I haven't encountered any problems.
4    Q   Did you say prayers during your shifts at
5 the Hyatt in Black Hawk?
6    A   Yes.
7    Q   And what did you do if you needed to pray
8 during your shift?
9    A   I used to inform my supervisors and then I
10 go and perform my prayers.
11    Q   To your knowledge, were any of your
12 coworkers at the Hyatt Black Hawk Muslim?
13    A   Yes, there are some Somali Muslims who
14 worked there with me.
15    Q   Were there Somalis that worked in
16 housekeeping with you?
17    A   Yes, some of them housekeeping, some of
18 them in banquet.
19    Q   Were there ever any conflicts between your
20 religious beliefs and practices in your work when you
21 worked at the Adams Mark?
22    A   No. I didn't have any problems whenever I
23 request a prayer, my supervisor used to ask me, where
24 do you want to pray? Find a place. And when I said
25 I would like to pray that area, he used to assist me.

Page 58

1    Q   Did you have any problems or conflicts
2 between your religious beliefs and practices in your
3 work when you worked for Cargill?
4    A   No.
5    Q   Were you able to take prayer breaks at
6 Cargill when you needed them?
7    A   Yes.
8    Q   Was your job in packaging at Cargill a
9 line job? Were you working on a line?
10    A   Yes. It's a moving line. It's kind of
11 conveyor belt and then the boxes, the meat both come
12 into that moving line.
13    Q   Describe for me what happened when it was
14 time to pray. During your shift at Cargill, what
15 would you do?
16    A   I used to ask the supervisor, I need to
17 pray. Either he would bring someone to relieve me or
18 he would relieve me himself.
19    Q   Do you know if there were any other
20 Muslims working on the line with you at Cargill?
21    A   Yes, some Muslims.
22    Q   Can you give me a number? How many
23 Muslims do you think were working on the line with
24 you at Cargill?
25    A   I don't exactly remember. I cannot give

Page 59

1 you exact number, but I think maybe three.
2    Q   And do you have any recollection of how
3 many people worked on your line total at Cargill?
4    A   No.
5    Q   Do you know if it was more than ten?
6    A   I didn't count. I didn't try to focus how
7 many people. So I don't exactly remember how many
8 people.
9    Q   Why did you apply for employment at Swift?
10    A   Can you repeat the question?
11    Q   Why did you decide to apply for employment
12 at Swift?
13    A   I had a need, I needed for income.
14    Q   Had you heard anything from anyone about
15 what it was like to work at Swift before you applied?
16    A   No.
17    Q   How did you first hear about Swift as
18 being a place you could possibly apply for work?
19    A   I've met people who worked at Swift. And
20 I met them and they told me.
21    Q   Were these people that you met Somali?
22    A   Yes.
23    Q   To your knowledge, were they Muslim?
24    A   Yes.
25    Q   Did these individuals tell you anything

Page 60

1 about what it was like to work at Swift?
2    A   I was looking for a job and I met people
3 who worked there. And they informed me that you can
4 work there, the meat place.
5    Q   Did these individuals tell you about any
6 problems they had between their work and religious
7 beliefs or religious practices?
8    A   The individual that I met at that time, he
9 was new to the job and he informed me about the job.
10 And I was looking for a job. So that's how I went.
11    Q   Did this individual say anything to you
12 about how prayer breaks were handled at Swift?
13    A   No.
14    Q   Did you ask him?
15    A   No.
16    Q   Other than this individual, was there
17 anybody else that you knew or that you were related
18 to by blood that was working at Swift, at the time
19 you applied?
20    A   No.
21       (Exhibit 297 marked.)
22    Q   (BY MS. COLAIZZI) Mr. Mohamed, you've
23 been handed Exhibit 297. Can you please turn to the
24 very last page? And just a little less than halfway
25 down, there's a signature. Is that your signature?

AGREN BLANDO COURT REPORTING & VIDEO INC.

**61**

1  A  Yes, that's my signature.
2  Q  If you go to the bottom of the page where
3  there's another signature --
4  A  No, someone else signed for me that one.
5  Q  Okay. Was there somebody helping --
6  strike that.
7     Do you recall if this is the application
8  that you submitted to Swift for employment?
9  A  Yes.
10 Q  Was there somebody helping you fill it
11 out?
12 A  Yes.
13 Q  And who was helping you fill it out?
14 A  I don't remember. There were people who
15 were helping out, translate the application for other
16 people.
17 Q  Were the people that were helping you
18 Swift employees, do you know?
19 A  Some of the employees were there, and
20 there were other people also. So someone helped me
21 out. I don't exactly remember who.
22 Q  Okay. Did you tell this individual what
23 to write down on the application?
24 A  Whenever he asked me something, I was
25 giving him an answer.

**62**

1  Q  Did anybody from Swift interview you
2  before you started working there?
3  A  Before I start?
4  Q  Yes.
5  A  Before I fill out the application?
6  Q  Not necessarily before you filled out the
7  application, but before you actually started working.
8  A  I remember one day, someone who has
9  similar name like me, Mohamed Mohamed, spoke with me.
10 Q  Did he ask you questions about yourself?
11 A  No.
12 Q  What did he talk to you about?
13 A  I will explain to you how you can perform
14 your job.
15 Q  Did you understand him to be a Swift
16 employee?
17 A  Yes, he was.
18 Q  At the time that you filled out your
19 application for Swift, did anybody explain to you the
20 various shifts?
21    Go ahead.
22 A  Yeah, I remember we were told that your
23 shift would be 2 or 2:30.
24 Q  Did anybody from Swift ask you what shift
25 you wanted to work on?

**63**

1  A  When I was given the application, I think
2  there were areas that ask you what shift do you want
3  to work? I told them, I'm available for any shift,
4  whatever I can work.
5  Q  Could you please turn to Exhibit 66 in
6  this notebook, please? Mr. Mohamed, you're being
7  shown Deposition Exhibit 66. And I understand you
8  may or may not be able to read all of it, but do you
9  recall ever seeing the document before?
10 A  I don't recognize anything about this
11 paper.
12 Q  Okay. Thank you.
13    Prior to starting work at Swift, did you
14 ask anyone about how breaks -- or how prayer breaks
15 were handled during the shift?
16 A  No.
17    (Exhibit 298 marked.)
18 Q  (BY MS. COLAIZZI) Mr. Mohamed, you've
19 been handed Exhibit 298. If you look at the bottom
20 of the page, is that your signature on the first
21 signature line at the bottom?
22 A  Yes, that's my writing.
23 Q  Okay. Do you recall seeing this paper
24 before?
25 A  No, I don't remember it, but I recognize

**64**

1  my writing.
2  Q  Okay. As a general matter, when you
3  worked at Swift or before you worked at Swift, did
4  you ask someone to translate papers for you before
5  you signed them?
6  A  No, because no it wasn't customary for me
7  to read, because I don't read.
8  Q  And that was my question. When you were
9  given a paper to sign, did you ask for help from
10 someone to read or to understand what was on the
11 paper before you signed it?
12    MS. STRUBLE: Object to form.
13 A  Yes, I used to ask people, but I don't
14 remember this specific paper if I asked somebody to
15 read or not.
16 Q  (BY MS. COLAIZZI) Okay. And what was
17 your understanding of the hours of the B shift at
18 Swift?
19 A  The way I understood, it was eight-hour
20 job.
21 Q  And what was your understanding of what
22 time your shift began?
23 A  By the time that I needed, to get the
24 paycheck.
25 Q  What time did you have to be at the plant

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306