# EXHIBIT 6

AGREN BLANDO COURT REPORTING & VIDEO INC.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

--------------------------------------------------

DEPOSITION OF RAAWI SAHAL
February 15, 2012
--------------------------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiff-Intervenors,
v.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
Defendant.
--------------------------------------------------

APPEARANCES:
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
  By Stephanie Struble, Esq.
  303 East 17th Avenue
  Suite 410
  Denver, CO 80203-9634
  Phone: 303.866.1381
  Fax: 303.866.1375
  stephanie.struble@eeoc.gov
    Appearing on behalf of the Plaintiff.

**Page 2**

UNIVERSITY OF DENVER STURM COLLEGE OF LAW
  By Raja Raghunath, Esq.
  2255 East Evans Avenue, Room 480C
  Denver, Colorado 80208-0632
  Phone: 303.871.6941
  Fax: 303.871.6847
  rraghunath@law.du.edu
    Appearing on behalf of the Abdulle
    Plaintiff-Intervenors.
KING GREISEN LLP
  By Diane S. King, Esq.
  1670 York Street
  Denver, CO 80206
  Phone: 303.298.9878
  Fax: 303.298.9879
  king@kinggreisen.com
    Appearing on behalf of the Abade
    Plaintiff-Intervenors.
SHERMAN & HOWARD, LLC
  By Raymond M. Deeny, Esq.
  Heather Fox Vickles, Esq.
  Kelly K. Robinson, Esq.
  633 Seventeenth Street
  Suite 3000
  Denver, CO 80202
  Phone: 303.299.8194
  Fax: 303.298.0940
  rdeeny@shermanhoward.com
  hvickles@shermanhoward.com
  krobinson@shermanhoward.com
    Appearing on behalf the Defendant.
Also present: Hassan Haile, interpreter
  Sam Scheurich
  Feben Behe
  Don Mauk
  Omar Nur
  Hawali Ali
  Hilary Von Rohr

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the deposition of RAAWI SAHAL, called by Defendant, was taken on Wednesday, February 15, 2012, commencing at 9:24 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Vanessa D. Campbell, Registered Professional Reporter and Notary Public within and for the State of Colorado.

I N D E X
DEPOSITION OF RAAWI SAHAL

| EXAMINATION BY: | PAGE |
|---|---|
| Ms. Struble | 156 |
| Mr. Raghunath | -- |
| Ms. King | -- |
| Mr. Deeny | 10 |
| Ms. Vickles | 131, 158 |
| Ms. Robinson | -- |

| EXHIBITS | INITIAL REFERENCE |
|---|---|
| Exhibit 15   Copy of Raawi Sahal's Colorado instruction permit and Social Security card | 12 |
| Exhibit 16   United Food & Commercial Workers Union Local 7R document | 16 |

**Page 4**

I N D E X (Continued)

| | |
|---|---|
| Exhibit 17   Swift & Company Application for Hourly Employment | 23 |
| Exhibit 18   Questionnaire | 57 |
| Exhibit 19   JBS posting regarding graffiti | 75 |
| Exhibit 20   Charge of Discrimination | 81 |
| Exhibit 21   JBS Disciplinary Suspension | 92 |
| Exhibit 22   List of words | 109 |
| Exhibit 23   Time detail for Raawi Sahal | 129 |
| Exhibit 24   General Production and Break Sign-off | 142 |
| Exhibit 25   Acknowledgement of Receipt & Understanding of the Employee Handbook | 145 |
| Exhibit 26   Acknowledgement Best Work Environment Training | 146 |
| Exhibit 27   Agreement between Swift & Company and United Food and Commercial Workers, Local No. 7 | 146 |

| EXHIBITS PREVIOUSLY MARKED | PAGE |
|---|---|
| Exhibit 8   Employee Handbook | 144 |
| Exhibit 10   Prayer times | 44 |
| Exhibit 13   Prayer times schedule | 131 |

AGREN BLANDO COURT REPORTING & VIDEO INC.

**17**

1  A  (Shook head.)
2  Q  Can you understand English?
3  A  Very little. And I cannot -- I cannot
4  talk back English.
5  Q  Do you know what a union is?
6  A  I know that there is a union and I see
7  them walk around, but I don't know what they do or
8  what they -- what they're there for.
9  Q  Did you ever process a grievance with any
10 union representative at JBS Swift?
11 A  There were times where I had some problem
12 with my hours, I talked to them. Nothing further.
13 Q  So just what was the problem with the
14 hours?
15 A  I was missing hours. They didn't pay me
16 those hours.
17 Q  When was that?
18 A  2009.
19 Q  What month?
20 A  I don't recall the month.
21 Q  Did the -- who was the union
22 representative that you talked to?
23 A  I do not know their names. I recognize
24 their faces, but I don't know their names.
25 Q  Was the individual Hispanic?

**18**

1  A  Repeat the question.
2     MR. DEENY: You help me here, Hassan.
3     THE INTERPRETER: Yeah. For sure.
4     MR. DEENY: Would -- would
5  Mexican-American be easier?
6  A  Yes. Mexican. A male.
7  Q  (By Mr. Deeny) And you knew he was a
8  union representative?
9  A  They wear a different hat.
10 Q  Right. As a union representative.
11 A  Yes, that they are a representative of the
12 union.
13 Q  And did your wage claim get resolved?
14 A  No. They didn't. They told me that I
15 will get paid, I will get paid, but they never did
16 pay me.
17 Q  And that's the only time you have
18 processed a grievance with the union?
19 A  That was the only time.
20 Q  Okay. Did you work at ConAgra before
21 working at JBS Swift? ConAgra.
22 A  What is it called?
23 Q  You've never worked for that company?
24 A  Can you repeat the name of the company?
25 Q  Sure. ConAgra.

**19**

1  A  I worked for Cargill company.
2  Q  Right.
3  A  For seven months.
4  Q  Right. In Fort Morgan?
5  A  Yes.
6  Q  Did you ever work for ConAgra is my
7  question.
8  A  No.
9  Q  Okay.
10 A  I don't know.
11 Q  And you worked at Cargill for seven
12 months. They also had a union representing
13 employees, correct?
14 A  They do have, but I had no problem so I
15 had no contact with the union --
16 Q  Okay.
17 A  -- there.
18 Q  And so when you say you had no problems at
19 Cargill, I take it you had no problems with prayer
20 breaks?
21 A  At Cargill I was doing morning shift.
22 Q  Okay.
23 A  So sometimes I would pray morning prayers
24 at home so I didn't have any problem, and I had no
25 prayers problem at all.

**20**

1  Q  Did you know how Cargill accommodated
2  employees who needed prayer breaks?
3  A  I have no idea.
4  Q  And you worked in packaging at Cargill?
5  A  No. I was working with knife.
6  Q  You were working --
7     MR. DEENY: I'm sorry, Hassan.
8  A  Knife.
9  Q  (By Mr. Deeny) Knife. So you were on
10 the -- on the cut line?
11 A  Yes.
12 Q  Had you ever worked in meat packing prior
13 to that time?
14 A  No. Never had another job before that.
15 Q  Cargill -- did Cargill train you to work
16 on the cut line?
17 A  Yes. I had three days training.
18 Q  Okay. Why did you leave Cargill?
19 A  I moved here. There was no problem that
20 forced me to leave.
21 Q  Moved -- you said you moved here. Where
22 is here?
23 A  Greeley.
24 Q  So from Fort Morgan to Greeley?
25 A  Yes.

AGREN BLANDO COURT REPORTING & VIDEO INC.

Page 25

1 Q In Denver?
2 A Denver, yes.
3 Q Who trained you here in Denver?
4 A It was a white guy. An American white guy
5 who is located in Federal street. He is the one who
6 trained me.
7 Q Did you get this training as part of a
8 job, or did you just go on your own to get the
9 forklift training?
10 A No, I went all by myself, not any job
11 training.
12 Q Have you had any other kind of licenses or
13 certifications related to work other than the
14 forklift license?
15 A Yellow taxi, license, I have that, too.
16 Q What year did you get the license and the
17 forklift training?
18 A 2011.
19 Q And what year did you get the license for
20 -- to drive a taxi?
21 A 2005 -- 2006. Sorry, 2006.
22 Q Have you ever worked as a taxi driver?
23 A Not yet.
24 Q Have you ever worked driving a forklift?
25 A No, no, I didn't find any job of those,

Page 26

1 both of them.
2 Q Any certifications or licenses other than
3 forklift and taxi?
4 A No. I have also my regular license.
5 Q Driver's license?
6 A Yes.
7 Q Okay. Mr. Mohamed, are you Muslim?
8 A Yes.
9 Q And have you been a Muslim all your life?
10 A Yes.
11 Q Are you Sunni?
12 A Yes.
13 Q Do you belong to any school of the Sunni
14 faith such as Shafi'i, Maliki, Hanafi or Hanbali?
15 A I believe all -- I believe all of those
16 schools, but my particular school is Hanafi.
17       INTERPRETER KHEYRE: And he's asking me to
18 correct, but I cannot correct.
19 Q (BY MS. COLAIZZI) Is there something you
20 need to -- what do we need to correct?
21       INTERPRETER KHEYRE: He's talking about
22 those four schools --
23 A I do not understand those four schools.
24 And if there is something wrong, you are an old man,
25 if you can correct it.

Page 27

1       MR. NUR: I think what he is talking about
2 the word school, he's saying, I did not attend a
3 school for it. So you might want to ask him, did you
4 go to any of these schools. He is asking him, you
5 are Muslim, you know -- so if you would repeat the
6 question, and then we can break it down.
7       THE REPORTER: Can we go off the record?
8       THE VIDEOGRAPHER: We are going off the
9 record. The time is 9:54 a.m.
10       (Recess taken from 9:54 a.m. to 9:55 a.m.)
11       THE VIDEOGRAPHER: We are back on the
12 record. The time is 9:55 a.m.
13       MS. STRUBLE: And just to clarify for the
14 record, are we striking that last answer, since it
15 sounds like there was a whole bunch of translation
16 issues, and we're going to start again with that
17 topic?
18       MS. COLAIZZI: I can if that's what you
19 want me to do. I was going to follow up on it.
20 Q (BY MS. COLAIZZI) I thought I understood
21 from your previous answer that you consider yourself
22 part of Hanafi; is that correct?
23 A I am Muslim and I am Sunni. I don't know
24 the different madhhabis of scholars.
25       THE REPORTER: I'm sorry, I did not

Page 28

1 understand.
2 A Madhhabis. The madhhab. The format,
3 madhhab of scholars.
4       MR. NUR: Different scholars. He does not
5 understand the different scholars.
6 Q (BY MS. COLAIZZI) Okay. Do you currently
7 attend a mosque here in Denver?
8 A I go to the Masjid and I pray.
9       THE REPORTER: I'm having trouble.
10       MS. KING: Yeah, I am too.
11 Q (BY MS. COLAIZZI) Where is that mosque
12 located that you go?
13 A The mosque is in upper Parker, and is
14 located -- the mosque is located in Parker Road.
15       MS. COLAIZZI: They're Somali names.
16       MS. KING: Parker Road?
17       INTERPRETER KHEYRE: Parker Road.
18 Q (BY MS. COLAIZZI) And who is the Imam
19 there?
20 A I don't recall his name right now.
21 Q Have you ever discussed this lawsuit with
22 the Imam at the mosque?
23 A No.
24 Q Did you pray at any Mosques in Greeley
25 when you worked for Swift?