# EXHIBIT 7

AGREN BLANDO COURT REPORTING & VIDEO INC

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF IRAQ ABADE   August 28, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff's-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

**Page 2**

APPEARANCES:
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
  By Stephanie Struble, Esq.
    303 East Seventeenth Avenue, Suite 410
    Denver, Colorado 80203
      Appearing on behalf of Plaintiff.
KING GREISEN LLP
  By Lauren Hasselbacher, Esq.
    1670 York Street
    Denver, Colorado 80206
      Appearing on behalf of Plaintiff-Intervenors.

SHERMAN & HOWARD, LLC
  By Kelly K. Robinson, Esq.
    633 Seventeenth Street, Suite 3000
    Denver, Colorado 80202
      Appearing on behalf of Defendant.

Also Present: Maryvonne Tompkins, CLVS
              Mohomed Kheyre, Interpreter
              Ahmed Odawaay

---

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the videotaped deposition of IRAQ ABADE, called by Defendant, was taken on Tuesday, August 28, 2012, commencing at 9:23 a.m., at 633 Seventeenth Street, Suite 3000, Denver, Colorado, before Robin M. McGee, Registered Professional Reporter and Notary Public within and for the State of Colorado.

---

**Page 4**

INDEX
VIDEOTAPED DEPOSITION OF IRAQ ABADE

| EXAMINATION BY: | PAGE |
|---|---|
| Ms. Struble | 157 |
| Ms. Hasselbacher | -- |
| Ms. Robinson | 6 |

| EXHIBITS | INITIAL REFERENCE |
|---|---|
| Exhibit 156 Prayer Times Schedule | 27 |
| Exhibit 157 Application for Hourly Employment | 36 |
| Exhibit 158 Acknowledgment of Receipt of and Understanding of the Employee Handbook | 40 |
| Exhibit 159 Acknowledgment of Receipt & Understanding of the Employee Handbook | 40 |
| Exhibit 160 Acknowledgment Best Work Environment Training | 41 |
| Exhibit 161 Hard Hat Colors, Training Course Outline | 42 |
| Exhibit 162 Day 1, Review & Quiz | 43 |
| Exhibit 163 Termination letter | 122 |
| Exhibit 164 Grievance Report Form | 123 |
| Exhibit 165 Statement of Iraq Ibrahim Abace dated 9-16-08 | 124 |
| Exhibit 166 Statement of Ms. Iraq Abade | 127 |
| Exhibit 167 Charge of Discrimination | 154 |

AGREN BLANDO COURT REPORTING & VIDEO INC

**Page 37**

1  says, "Person to be notified in case of emergency,
2  Mohamed Farha."
3       Do you see that?
4  A   Farhan, Mohamed Farhan.
5  Q   Is that your husband?
6  THE DEPONENT: (In English) Yeah.
7  A   Yes.
8  Q   (By Ms. Robinson) And was he working at
9  Swift at the time you applied?
10 A   No.
11 Q   Did he work at the Swift plant during the
12 same time that you worked there?
13 A   No. It was later on.
14 Q   On the third page of this application, you
15 list a company that you previously worked for in Kenya,
16 Garisa Wholesalers or something like that, where you
17 sold clothes.
18      Did you work there selling clothes?
19 A   No. I did not work in Kenya. Maybe the
20 person who was filling the application, he wrote that.
21 I -- any job that I took was the first job here in
22 Greeley.
23 Q   And if you look at the last page, is that
24 your signature where it says Signature of Applicant?
25 A   Yes, yes. I am the one who signed it, but

**Page 38**

1  nobody read me or explain me. I don't know what's
2  written here.
3  Q   Did the person who was helping you tell you
4  to sign there?
5  A   Yes. After he completed the filling, then he
6  asked me to sign there.
7  Q   Did you ask the person who was helping you to
8  read the application to you and what he had filled out?
9  A   I no know how the system works, and I did not
10 know in this country, United States, so I was looking
11 for job. He told me, "I will help you and fill out the
12 application for you." That's what happened.
13 Q   Were you interviewed after submitting this
14 application?
15 A   They called me through the phone and then
16 they -- when I came, they take me for health check.
17 After health check, then I went to the orientation.
18 Q   When you applied for a job, did you ask to
19 work the second shift?
20 A   No. I did not asked any shift, no. I was
21 ready to take any shift. But they are the ones who --
22 who selected the shift for me.
23 Q   When you applied for work or were interviewed
24 by the company, did they explain to you the hour -- the
25 work hours and the break schedule?

**Page 39**

1  A   This is during the orientation?
2  Q   Did you discuss it during orientation?
3  A   I have not any interpreter for myself on
4  that. I was looking what they were presenting here, and
5  I don't know the times, any times.
6  Q   When you went through orientation, was there
7  an interpreter that interpreted the orientation for you?
8  A   No. There was a Somali -- Somali employed by
9  Swift. He was the one who -- who was running the
10 orientation. Just I was looking at anything he was
11 writing on the blackboard.
12 Q   So the person who did your training was --
13 spoke the Somali language, correct?
14 A   Yes. Correct.
15 Q   And do you know what his name was?
16 A   No.
17 Q   During orientation, did he go through the
18 employee -- Swift employee handbook with you?
19 A   Yeah. They handed a copy every -- every --
20 every employee, those who attended the orientation, but
21 nobody read for me or explained me.
22 Q   Were -- was any of the contents of the
23 handbook discussed by the trainer?
24 A   So he was writing on the board, on the
25 blackboard, and telling us to fill out the blanks in

**Page 40**

1  the -- in the handbook.
2  Q   I'm going to show you Exhibit 8.
3       Is this -- is Exhibit 8 a copy of the
4  handbook that you recall receiving during your
5  orientation?
6  A   This one?
7  Q   Yes.
8  A   Maybe. I don't remember.
9       (Exhibit 158 marked.)
10 Q   (By Ms. Robinson) Ms. Abade, is this your
11 signature and handwriting on Exhibit 158?
12 A   I see my name and all the other information,
13 but I don't remember.
14 Q   Is 6498 the last four digits of your Social
15 Security number?
16 A   Yes.
17 Q   And is the handwriting on that, does that
18 look like your handwriting?
19 A   I don't remember if I signed it or not. It
20 looks like my handwriting.
21 MS. ROBINSON: This is 159.
22      (Exhibit 159 marked.)
23 Q   (By Ms. Robinson) Ms. Abade, is this your
24 handwriting on Exhibit 159?
25 A   I don't know.

AGREN BLANDO COURT REPORTING & VIDEO INC

141

1  Q   How do I spell your husband's name?
2      THE DEPONENT: (In English) F.
3  A   F.
4      THE DEPONENT: (In English) F-a.
5  A   A.
6      THE DEPONENT: (In English) R.
7  A   R.
8      THE DEPONENT: (In English) F.
9  A   F.
10     THE DEPONENT: (In English) A.
11 A   A.
12     THE DEPONENT: (In English) R.
13 A   R.
14     THE DEPONENT: (In English) H.
15 A   H.
16     THE DEPONENT: (In English) A.
17 A   A.
18     THE DEPONENT: (In English) N.
19 A   N.
20 Q   F-a-r-h-n (sic)?
21     THE DEPONENT: Um-hum.
22 Q   (By Ms. Robinson) And how do you spell his
23 last name?
24 A   Mohamed.
25 Q   M-o-h-a-m-e-d?

142

1  A   Yes.
2  Q   Have you applied for work since leaving JBS?
3  A   Yes.
4  Q   Have you reapplied for a job at JBS?
5  A   I don't know. Once they terminated, I don't
6  know what -- how to contact them and where I have to
7  contact with them.
8  Q   Would you take a job back at JBS?
9  A   No. After -- after they terminated, no. I
10 do not go back to JBS.
11 Q   But would you go back to work for JBS if they
12 offered you a job?
13 A   Yes. And if they're give me the time for the
14 prayer and they don't involved with my religion and they
15 stop what they did to me, I'm ready to go back.
16 Q   What shift would you be willing to work?
17 A   I need -- I want a job, any shift, any shift
18 that they offer me.
19 Q   Where have you applied for work?
20 A   After the termination --
21 Q   Right.
22 A   -- from JBS?
23 Q   Right.
24 A   Yes, Cargill.
25 Q   Did you work there?

143

1  A   Yes.
2  Q   For how long?
3      THE DEPONENT: (In English) Three year.
4  A   Three years.
5  Q   (By Ms. Robinson) And why did you leave
6  Cargill?
7  A   I become pregnant and then I become sick, so
8  I did not continue.
9  Q   How long did it take you from the time you
10 were terminated from your employment at Shift -- or at
11 Swift to getting a job at Cargill?
12 A   I don't know exact date that they terminated
13 me, but it was in September. I started Cargill in
14 October 6th.
15 Q   2008?
16 A   Yes. 2008.
17 Q   And what was your last day at Cargill?
18 A   June 2011.
19 Q   Have you applied for work since leaving
20 Cargill in June of 2011?
21 A   13. June 13.
22     I -- I applied many positions, many different
23 companies, but nobody called me.
24 Q   My understanding is that you left Cargill in
25 June of 2011 because you were pregnant and sick.

144

1      When -- when were you able to work again?
2  A   It was after I give birth. Then I'm ready
3  for any position if they call me for job.
4  Q   And when did you give birth?
5  A   It was on December. December 2011.
6  Q   Did you collect unemployment benefits from
7  the date you were terminated at JBS to the date that you
8  started working at Cargill?
9  A   No.
10 Q   Were you able to recite your prayers when you
11 worked at Cargill?
12 A   Yes. I was -- I was able to pray, and the
13 lead was the one who were giving us the time for the
14 prayer.
15 Q   Did the lead fill in for you and cover your
16 work while you went to pray?
17 A   Yes. He was working in the packaging area,
18 and while I was in the prayer, the lead was one who
19 replaced me.
20 Q   How many other Muslim employees worked in the
21 packaging area?
22 A   14 people.
23 Q   Did you take turns with those employees?
24 A   It's not like the -- working with the meat or
25 working with the speed of the meat. The packaging is

AGREN BLANDO COURT REPORTING & VIDEO INC

145

1 different. Some people, just they collect the -- the
2 plastic bags and some have extra times, that some they
3 have not much to do, so there is less time that you can
4 get for the prayer.
5    Q  Do all -- did all 14 Muslim employees leave
6 at the same time to recite their prayers?
7    A  There was no problem. Everybody was going to
8 recite prayer and there was some people that were
9 replacing them when they go for the prayer. When you
10 work with the knife, nobody can replace you because the
11 meat is coming.
12   Q  Have you received any unemployment benefits
13 since -- since leaving Cargill?
14   A  Yes. I'm receiving right now unemployment --
15 unemployment benefit.
16   Q  Have you reapplied for your position at
17 Cargill?
18   A  No. I did not apply to Cargill.
19   Q  Why not?
20   A  I moved from there and I did not reapply.
21   Q  Where have you applied for work since
22 December of 2011?
23   A  Can you repeat the question, please.
24   Q  Where have you applied for work since
25 December of 2011?

146

1    A  I go to the Workforce offices and I applied
2 in many position, but nobody called me.
3    Q  Do you have any records of your job effort --
4 job-search efforts?
5    A  Yes.
6    Q  What kind of records do you have?
7    A  So they give the Workforce offices that --
8 that you applied.
9    Q  And do you keep copies of those documents to
10 show where you applied?
11   A  Yes.
12   Q  What sort of job are you looking for?
13   A  I -- I can do any work that they offer me,
14 meat or warehouse or anywhere.
15   Q  Why did you move to Denver if your husband
16 has a job in Greeley?
17   A  I like Denver. It's a big city.
18   Q  Did you apply for any jobs in Greeley before
19 you moved away from there?
20   A  While I was in Greeley, I -- I applied those
21 positions, all those positions, in the Workforce in
22 Greeley. And they said we have positions in JBS. I
23 told them that they terminated me and they told me leave
24 it.
25   Q  Have you visited the Denver Workforce Center

147

1 to apply for jobs?
2    A  I'm just leaving now. It's only five days,
3 and I did not want any Workforce office.
4    Q  What was your rate of pay when you worked at
5 Cargill?
6    A  They pay me biweekly.
7    Q  How much money did you make per hour?
8    A  I don't know how much per hour, but I know
9 how -- how much I received biweekly.
10   Q  How much was that?
11   A  281 per week, so around 562.
12   Q  Is that more or less than you were making at
13 JBS?
14   A  In Greeley, in JBS, I was making 400 -- 430.
15 That was more and this is less.
16   Q  Were the benefits at Cargill the same as what
17 you had at JBS?
18   A  What do you mean by the -- by the benefit?
19   Q  Health insurance benefits.
20   A  They give you insurance, employment
21 insurance. I have not any insurance right now.
22   Q  And when you worked at Cargill, did you have
23 health insurance benefits?
24   A  Yes.
25   Q  Was it the same as what was available to you

148

1 at JBS?
2       MS. STRUBLE:  Object to form.
3    A  They are the same. They are same for the
4 health benefits, JBS and the Cargill. Six month.
5    Q  (By Ms. Robinson) Which employer did you
6 like working for better, Cargill or JBS?
7    A  I like JBS, to -- to work for JBS if they
8 stop all -- all the problems on -- relating to the
9 religion and the prayer.
10   Q  Why did you like JBS better?
11      MS. STRUBLE:  Object to form.
12   A  I was making good money when I was employed
13 by -- by JBS.
14   Q  (By Ms. Robinson) Did you ever apply for a
15 knife position when you worked at Cargill?
16      THE INTERPRETER:  Night shift, right?
17      MS. ROBINSON:  Work -- no. Working with a
18 knife.
19   A  I said any position. Then they are offering
20 me the packaging position. It was a very easy job.
21   Q  (By Ms. Robinson) Did the knife positions at
22 Cargill make more money than the positions in packaging?
23   A  Yes. With the knife, you make more.
24   Q  Did you ever ask to be transferred to a
25 position using the knife?

AGREN BLANDO COURT REPORTING & VIDEO INC

**149**

1   A   No.
2   Q   Why not?
3   A   Anywhere they take me -- job's a job. I have
4   no choice.
5   Q   At Cargill, are you allowed to bid on open
6   positions?
7   A   JBS is a little bit different. If you bid
8   and then when they offering the position, they -- they
9   give you the position. But Cargill is different. If
10  you bid, they say the people, those who are working in
11  that area they say no, we need this position.
12  Q   Did you ever try to bid on a position at
13  Cargill?
14  A   No, I did not, but some people -- I saw some
15  people who bid for the position.
16  Q   Have you had any other sources of income
17  since leaving employment at JBS?
18  A   No.
19  Q   Are you seeking damages for emotional
20  distress that you believe were caused by JBS?
21      THE INTERPRETER: Can you repeat that,
22  please.
23  Q   (By Ms. Robinson) Are you claiming damages
24  for emotional distress from JBS?
25  A   I did not understand.

**150**

1   Q   Do you believe that JBS caused you to suffer
2   emotional damages?
3   A   Yes. I believe that they caused me emotional
4   stress.
5   Q   What sort of symptoms have you had of
6   emotional distress?
7   A   A lot of headache, a lot of thinking, no
8   income. So I was very concerned about my life.
9   Q   Did you go talk to a counselor about how you
10  were feeling?
11  A   Yes. I told -- I told my -- my counselor.
12  Q   And what was that person's name?
13  A   My lawyer.
14  Q   Did you talk to a mental health professional?
15  A   All the problems concerning my religion and
16  that desecration that caused emotional distress, I told
17  my -- my attorney.
18  Q   Have you ever talked to a doctor about it?
19  A   No. I do not see any doctor.
20  Q   Have you ever experienced these same kind of
21  symptoms at any other times in your life?
22  A   I'm over 20. I have never experienced
23  anywhere other stress except when they terminated (sic)
24  from Swift.
25  Q   Did you go on any sort of prescription

**151**

1   medication to help deal with your feelings?
2   A   No. I did not see any doctor and they did
3   not prescribe me any medicine. I was using the
4   painkillers and ibuprofen for the headache.
5   Q   Have your symptoms gotten better over time?
6   A   Still the -- the symptoms looks like the
7   same, but when one year I worked, and I was feeling
8   that -- that there is some improvement.
9   Q   When you worked for Cargill, you were feeling
10  better?
11  A   Yes.
12  Q   When you lived in Kenya as a refugee, did you
13  have any of these sort of emotional stress symptoms?
14      MS. STRUBLE: Object to form.
15  A   No.
16  Q   (By Ms. Robinson) When you lived in Kenya,
17  were you living in a refugee camp?
18  A   No. We were not in a camp, in a refugee
19  camp, but we were living in our own houses, a big place.
20  Q   When you lived in Kenya, who were you living
21  with?
22  A   My parents.
23  Q   Your parents?
24  A   Yes.
25  Q   Any other family?

**152**

1   A   No. My mother.
2   Q   Do you have any siblings?
3   A   Yes.
4   Q   How many?
5       THE DEPONENT: (In English) Four.
6   Q   (By Ms. Robinson) And did they live with you
7   in Kenya?
8   A   Yes.
9       MS. STRUBLE: Counselor, I know you're about
10  to wrap up. I hate to do this, but prayer time is in
11  one minute.
12      MS. ROBINSON: Oh, let's take a prayer break.
13      THE VIDEOGRAPHER: The time is 4:41. We are
14  going off the record.
15      (Recess from 4:41 p.m. to 5:00 p.m.)
16      THE VIDEOGRAPHER: The time is 5:00 o'clock.
17  We are back on the record.
18  Q   (By Ms. Robinson) Ms. Abade, did you ever
19  see any of the water fountains shut off when you were
20  working at JBS?
21  A   We saw the restrooms were locked and also
22  the -- the water fountains.
23      (The Interpreter and Mr. Odawaay had a
24      discussion in Somali.)
25  Q   (By Ms. Robinson) And on how many -- on how