# EXHIBIT 8

Case No. 1:10-cv-02103-PAB-KLM   Document 276-8   filed 09/30/13   USDC Colorado   pg 1 of 3

AGREN BLANDO COURT REPORTING & VIDEO INC.

---

**Page 1**

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
Case No.: 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI
August 30, 2012

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,
        Plaintiff,
and

IRAQ ABADE, et al.,

        Plaintiff-Intervenors,
vs.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
        Defendant.

APPEARANCES:

  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    By: Andrew Winston, Esq.
        303 East 17th Avenue
        Suite 410
        Denver, Colorado 80203-9634
        Appearing on behalf of Plaintiff
  KING GREISEN LLP
    By: Raina Bayas, Esq.
        1670 York Street
        Denver, Colorado 80206
        Appearing on behalf of
        Plaintiff-Intervenor

---

**Page 2**

APPEARANCES (Continued)
  SHERMAN & HOWARD LLC
    By: Heather Fox Vickles, Esq.
        633 17th Street
        Suite 3000
        Denver, Colorado 80202
        Appearing on behalf of Defendant.

ALSO PRESENT: Paula Wolff, Videographer
              Hassan Haile, Interpreter
              Omar Nur, Interpreter
              Ahmed Odawaay, Interpreter

---

**Page 3**

Pursuant to Notice of the Federal Rules of Civil Procedure, the videotaped deposition of NUR ALI ABDULLAHI, called by Defendant JBS USA LLC, was taken on Thursday, August 30, 2012, commencing at 9:15 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Wendy Bustos, Registered Professional Reporter and Notary Public within and for the State of Colorado.

        I N D E X
VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI
EXAMINATION BY:                    PAGE
  Ms. Fox Vickles                    5
  Mr. Winston                      153

EXHIBITS                       INITIAL REFERENCE
197 Massachusetts Driver's License of Nur Ali
    Abdullahi and Social Security card of Nur
    Ali Abdullahi                              5
198 Nebraska Driver's License of Ali
    Ibrahim Dahir                              5

199 JBS Application for Hourly Employment of
    Nur Abdullahi                             44
200 Acknowledgement of Receipt & Understanding
    of the Employee Handbook of Nur Abdullahi,
    dated 5-5-08                              52
201 Swift Employee Training Tracking Form of
    Nur Abdullahi, dated 5-5-08               52

---

**Page 4**

        I N D E X (Continued)
EXHIBITS                       INITIAL REFERENCE
202 Acknowledgement Best Work Environment
    Training of Nur Abdullahi, no date        52

203 Nur Abdullahi Statement, September 16,
    2008                                     142
204 Grievance Report Form, A Step 2 Meeting
    is Requested as Per Contract             143

205 Charge of Discrimination, Nur Abdullahi  145

---

AGREN BLANDO COURT REPORTING & VIDEO INC.

Page 25

1  Q  Were you fired from your job at Cargill?
2  A  No.
3  Q  Did you quit your job at Cargill?
4  A  Yes, I quit.
5  Q  Did you have another job when you quit your
6  job at Cargill?
7  A  Yes, I did quit.
8  Q  When you quit Cargill, did you have another
9  job lined up?
10 A  No.
11   (Brief interruption.)
12 Q  In May 2010, did you move to Nebraska?
13 A  No.
14   (Interpreter Ahmed Odawaay enters the
15   deposition room and Interpreter Omar Nur
16   exits.)
17 Q  (BY MS. FOX VICKLES) Where did you move?
18 A  Massachusetts.
19 Q  Did you work when you lived in
20 Massachusetts?
21 A  Yeah, I worked a little bit somewhere.
22 Q  Who did you work for?
23 A  A company called Home Good.
24 Q  What did you do there?
25 A  It was warehouse and we load trucks.

Page 26

1  Q  What dates did you work for Home Goods in
2  Massachusetts?
3  A  August 24, 2010. That was my start date.
4  Q  What was your end date?
5  A  September 20, 2010.
6  Q  Was your job at the Home Goods warehouse a
7  full-time job?
8  A  Yeah, it was full time.
9  Q  How much were you paid per hour?
10 A  $8.00.
11 Q  And did you quit your job at the warehouse?
12 A  Yes, I did.
13 Q  Why did you quit?
14 A  Because I moved to Lexington.
15 Q  Why did you move to Lexington?
16 A  I wanted to get the job that pays better.
17 Q  Were you planning to apply for work at the
18 Tyson plant in Lexington?
19 A  Yes.
20 Q  When did you first apply for a job at the
21 Tyson plant in Lexington?
22 A  November 27, 2010.
23 Q  And you were hired the same date you
24 applied?
25 A  That date is the date I started.

Page 27

1  Q  My question was what date did you first
2  apply, fill out an application for Tyson?
3  A  A week before this date.
4  Q  How much were you paid when you worked at
5  the Cargill plant in Fort Morgan?
6  A  $12.75.
7  Q  And why did you quit your job in
8  Fort Morgan?
9  A  I moved from the state.
10 Q  Why did you move from Colorado?
11 A  My family lived there, so I moved.
12 Q  When you worked at the Fort Morgan plant,
13 how did Cargill accommodate your religious practices?
14 A  I never missed my prayer time. They
15 allowed me to pray.
16 Q  And what happened when you left your line
17 for a prayer break?
18 A  Someone would replace me. My co-workers,
19 my supervisor, or they will find someone else.
20 Q  And were there occasions when you had to
21 wait for a period of time before someone came to
22 replace you?
23 A  Yes, it would happen that I would wait but
24 not long.
25 Q  Were there occasions when you had to pray

Page 28

1  late because you were waiting for someone to replace
2  you?
3  A  No.
4  Q  When you worked at the Fort Morgan Cargill
5  plant what was your position?
6  A  Tan boss.
7  Q  What did you do in that position?
8  A  I would work with knife. I'll take the
9  gland here from the cow.
10 Q  And when you worked at the Cargill plant
11 how many Muslims were on your line?
12 A  Only me.
13 Q  Did you have any other jobs after you were
14 terminated from JBS?
15 A  I worked at Cargill.
16 Q  Besides the Home Goods warehouse, Cargill
17 and Tyson, have you had any other jobs since you left
18 JBS?
19 A  No.
20 Q  And since you left JBS have you had any
21 other sources of income?
22 A  No.
23 Q  Did you ever receive any unemployment
24 benefits or other government benefits since you left
25 JBS?