# EXHIBIT A - 1

# IRAQ ABADE DEPOSITION

Page 1

```
1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 10-cv-02103-PAB-KLM
3
     ---------------------------------------------------
4
5    VIDEOTAPED DEPOSITION OF IRAQ ABADE    August 28, 2012
6
7    ---------------------------------------------------
8
9    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
10
11   Plaintiff,
12
13   and
14
15   IRAQ ABADE, et al.,
16
17   Plaintiffs-Intervenors,
18
19   vs.
20
21   JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
22
23   Defendant.
24
25   ---------------------------------------------------
```

Page 2

```
1    APPEARANCES:
2        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
             By Stephanie Struble, Esq.
3                303 East Seventeenth Avenue, Suite 410
                 Denver, Colorado  80203
4                Appearing on behalf of Plaintiff.
5        KING GREISEN LLP
             By Lauren Hasselbacher, Esq.
6                1670 York Street
                 Denver, Colorado  80206
7                Appearing on behalf of Plaintiff-
                 Intervenors.
8
         SHERMAN & HOWARD, LLC
9            By Kelly K. Robinson, Esq.
                 633 Seventeenth Street, Suite 3000
10               Denver, Colorado  80202
                 Appearing on behalf of Defendant.
11
         Also Present:  Maryvonne Tompkins, CLVS
12                       Mohomed Kheyre, Interpreter
                         Ahmed Odawaay
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1        Pursuant to Notice and the Federal
2    Rules of Civil Procedure, the videotaped deposition of
3    IRAQ ABADE, called by Defendant, was taken on Tuesday,
4    August 28, 2012, commencing at 9:23 a.m., at
5    633 Seventeenth Street, Suite 3000, Denver, Colorado,
6    before Robin M. McGee, Registered Professional Reporter
7    and Notary Public within and for the State of Colorado.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                     I N D E X
2    VIDEOTAPED DEPOSITION OF IRAQ ABADE
3    EXAMINATION BY:                          PAGE
4        Ms. Struble                          157
5        Ms. Hasselbacher                     --
6        Ms. Robinson                         6
7    EXHIBITS                       INITIAL REFERENCE
8    Exhibit 156 Prayer Times Schedule         27
9    Exhibit 157 Application for Hourly        36
             Employment
10
     Exhibit 158 Acknowledgment of Receipt of  40
11           and Understanding of the
             Employee Handbook
12
     Exhibit 159 Acknowledgment of Receipt &   40
13           Understanding of the Employee
             Handbook
14
     Exhibit 160 Acknowledgment Best Work      41
15           Environment Training
16   Exhibit 161 Hard Hat Colors, Training     42
             Course Outline
17
     Exhibit 162 Day 1, Review & Quiz          43
18
     Exhibit 163 Termination letter            122
19
     Exhibit 164 Grievance Report Form         123
20
     Exhibit 165 Statement of Iraq Ibrahim     124
21           Abade dated 9-16-08
22   Exhibit 166 Statement of Ms. Iraq Abade   127
23   Exhibit 167 Charge of Discrimination      154
24
25
```

Page 25

1    MR. ODAWAAY: Hadith.
2    THE INTERPRETER: Hadith is the way of life
3 of the prophet.
4    MR. ODAWAAY: Yeah, but the -- she looked in
5 the text of the book.
6    THE INTERPRETER: Hadith. Hadith. Hadith is
7 the way of life of the prophet.
8    MR. ODAWAAY: But that's the word she's
9 looking for, though.
10   THE INTERPRETER: Are you looking for Hadith?
11   MS. ROBINSON: I'm looking for the book --
12 any other books that she follows for her religious
13 beliefs.
14   A    I follow the -- the Qur'an and the way of
15 life of the prophet.
16   THE INTERPRETER: It's in Arabic, Hadith.
17 Hadith is word of the prophet that tells people, and it
18 is collected in a book.
19   Q    (By Ms. Robinson) And do you have a copy of
20 the Hadith?
21   A    So I have not personally, but I follow it and
22 it is part of my religion.
23   Q    Have you ever read the Hadith?
24   A    No.
25   Q    How do you know what is stated in the Hadith?

Page 26

1    A    It's from the prophet I know, and God knows
2 too.
3    Q    Well, who has taught you the content of the
4 Hadith?
5    A    My father told me. My parents told me about
6 the Hadith.
7    Q    When was the last time that you saw your
8 father? How old were you?
9    MS. HASSELBACHER: Objection to form.
10   THE INTERPRETER: Sorry. Sorry. Sorry.
11   Q    (By Ms. Robinson) How old were you when you
12 last saw your father?
13   A    Over 10 years. I cannot guess how many.
14   Q    You were over 10 years old, or it's been more
15 than 10 years?
16   A    I was older than 10 years.
17   Q    Did he move from -- did your father move from
18 Somalia to Kenya with you?
19   A    Yes.
20   Q    And how long did he live in Kenya with you?
21   A    He used to -- to come and stay for a while
22 and then go back to Somalia.
23   Q    What is your date of birth?
24   THE DEPONENT: (In English) 01-01-1985.
25   A    01-01.

Page 27

1    THE DEPONENT: (In English) 1985.
2    A    1985.
3    Q    (By Ms. Robinson) And do you always wear
4 your head scarf when you are in public?
5    A    Yes.
6    Q    Do you pray every day?
7    A    Yes.
8    Q    How many times?
9    A    The prayer is five time.
10   Q    And what prayer calendar do you follow for
11 the times of your prayers?
12   A    So there is a Web site that you can get the
13 prayer schedule. Somebody will download for me, print
14 it and then we post on the wall.
15   Q    At your house?
16   A    Yes. In my house.
17   Q    Do you know what Web site?
18   A    I don't know even how to get in the -- in the
19 Web. I ask the people.
20   MS. ROBINSON: Can you mark this as 156,
21 please.
22   (Exhibit 156 marked.)
23   Q    (By Ms. Robinson) Ms. Abade, I've handed you
24 what's been marked Exhibit 156.
25   Does this look like the type of schedule that

Page 28

1 you have posted in your home for the prayer times?
2    A    Yes. It looks like.
3    Q    It looks like what you use?
4    A    Yes, yes. It looks like the one I have
5 posted in my house.
6    Q    And do you know -- do you have an
7 understanding of why you're supposed to pray at these
8 particular times?
9    A    It's the prophet's Hadith tells us.
10   Q    Do the prayer times change each day?
11   A    The prayer is performed at exact time.
12   Q    But do those times vary throughout the year?
13   A    So it's only one time, and when the prayer
14 time is due, you pray at that time.
15   Q    Is the prayer time for today the same as what
16 the prayer time will be for tomorrow?
17   A    No. I think it's the same. Today is 1:05.
18 Maybe it will increase a minute or maybe it will be the
19 same.
20   Q    And do you know why that sometimes the prayer
21 times are different?
22   A    No, I do not.
23   Q    What preparations do you perform before
24 reciting your prayers?
25   A    You need to -- to make the ablution.

Page 29

1  Q    And what do you do to perform the ablution?
2  A    First -- first of all, you -- you take the
3  intention that you want to pray.
4  Q    And what else?
5  A    Just the intention and the ablution.
6  Q    And what do you do to perform the ablution?
7       MR. ODAWAAY: (Speaking in Somali.)
8  A    I wash my hands. Then I clean my mouth, then
9  my face, my hands, then on the top of the head and the
10 ears, and then the feet.
11 Q    (By Ms. Robinson) And how long does it take
12 you to do that?
13      THE DEPONENT: One minute or two minute.
14 A    One or two minutes.
15 Q    (By Ms. Robinson) Do you have to do that
16 part at each prayer?
17 A    It's good to make ablution every -- every
18 prayer. There is some time that when you take an
19 ablution and you no use the restroom, you can preserve
20 your ablution and you can pray with this -- the next
21 prayer.
22 Q    And how long does it take you to recite the
23 Fajr prayer?
24 A    It is short, and it's only two cycles, the
25 Fajr prayer.

Page 30

1  Q    So about how many minutes does it take for
2  you to recite that prayer?
3  A    When you work, maybe two or three minutes,
4  but when you are at home, you can take any time.
5  Q    And how many cycles is the Dhuhr prayer? Is
6  that four cycles?
7  A    Yes, four.
8  Q    How many cycles is the Asr prayer?
9  A    Four.
10 Q    And how many cycles is the Maghrib?
11 A    Three.
12 Q    And how many cycles with the Isha'a prayer?
13 A    Four.
14 Q    And how long does it take you to recite the
15 prayers that are four cycles?
16      THE INTERPRETER: All of the four prayers?
17      MS. ROBINSON: Yeah, the four cycles. The
18 prayer --
19      (Brief interruption by the reporter.)
20      THE INTERPRETER: Yes. I understand.
21 A    It's not -- it's not more than four cycles.
22 Q    (By Ms. Robinson) And how long would it take
23 you to say the prayers that are four cycles?
24 A    Four minutes for the four cycles.
25 Q    Does the Fajr prayer have to be recited at

Page 31

1  exactly the time shown on the prayer calendar, or is
2  there a window within which that can be recited and
3  still be considered on time?
4  A    So if you are in a place that you can hear
5  the prayer call, after you hear the prayer call, you
6  have to start praying.
7  Q    What if you're not at a place where you can
8  hear the prayer call?
9  A    So I pray the exact time that the prayer is
10 due.
11 Q    With the Dhuhr prayer, can you say that
12 prayer up until the time of the Asr prayer and still be
13 considered on time?
14 A    No. Every prayer has its own time.
15 Q    And what happens if you're late on any of the
16 prayers?
17 A    That -- that is a big sin.
18 Q    Are there reasons when you're excused from
19 praying on time?
20 A    When the prayer time's due?
21 Q    Right.
22 A    There is some times, only particularly for
23 women when they are not clean, they don't -- they
24 don't -- they don't pray, but the rest is you have to
25 pray on time.

Page 32

1  Q    If you accidentally sleep through the time
2  for the Fajr prayer, can you say that prayer when you
3  wake up?
4  A    Yes, because we have -- oh, sorry. Yes,
5  because you have been slept and the sleep comes from
6  God, so as soon as you get up, you can pray.
7  Q    And is that considered on time or late?
8  A    So as the prophet's Hadith teach us, if you
9  get -- fall asleep, you could not get, and then when you
10 get up, you can make up. You can pray. That will be
11 fine.
12 Q    If you get busy during the day and you miss
13 the Dhuhr prayer time, can you say that prayer right
14 when you remember and still be considered on time?
15 A    No, no. That's wrong. You cannot consider
16 that you prayed on time.
17 Q    Are there any circumstances under which you
18 can combine prayers and say two prayers at one
19 particular time?
20 A    I've not knowledge for that.
21 Q    Have you ever combined two prayers, like the
22 Asr prayer and the Dhuhr prayer, and recited those
23 prayers at the same time?
24 A    No. I pray every prayer its own time.
25 Q    Are there -- can you shorten your prayers and

Page 33

1 say fewer cycles?
2   A   There -- you can shorten. There is some
3 verse are short and some verse are long. If you pray
4 with the short verses or with the long verses, it's all
5 accepted.
6   Q   What do you believe are the consequences for
7 missing a prayer?
8   A   Then God will punish you.
9   Q   And what is the punishment?
10   A   So you go to hellfire.
11   Q   Does the Qur'an talk about what the
12 consequences are for missing prayers?
13   A   Yeah. The Hadith of the prophet describe
14 clearly if you miss or -- then what will be the
15 consequences.
16   Q   If the Qur'an says something different
17 regarding prayers than what you've told me, is it your
18 intention to follow what the Qur'an says?
19   A   I know what my -- my parents teach. I know
20 only the Qur'an, those that I perform when my prayers.
21   Q   But if the Qur'an says something than what
22 somebody taught you, would you follow the Qur'an?
23   A   Yes. Anything that Qur'an describes, yes, I
24 follow.
25   Q   And if the Prophet Muhammad said something

Page 34

1 different, would you follow what the prophet has told
2 you?
3   A   So there is no discrepancies between the
4 Hadith of the prophet and the Qur'an, because the Hadith
5 is the explanation of the word.
6   Q   But my question is, if the Hadith says
7 something different than what you've told me, is it your
8 intention to follow what the Hadith says?
9   A   The -- the Hadith and the Qur'an are the
10 same. I always follow what the Qur'an instructs me.
11   Q   That's not my question, though.
12       If -- if something you've said about the
13 Hadith is not accurate, is it your intention to follow
14 what the Hadith says?
15   A   Yes. I follow both of them, the Hadith and
16 the Qur'an.
17   Q   Did you work prior to moving to the United
18 States?
19   A   Before I came here, United States?
20   Q   Right.
21   A   No. I don't recall now.
22   Q   What was your first job in the United States?
23   A   Swift.
24   Q   In Greeley?
25   A   Um-hum.

Page 35

1   Q   And how did it -- how did it come -- or why
2 did you decide to apply for a job at the plant in
3 Greeley?
4   A   So the work is good and that is for your
5 survival. Then I went to work.
6   Q   How did you know that there would be a --
7 that the Swift company in Greeley was hiring?
8   A   From the Somali, I got information.
9   Q   From the Somali community?
10   A   Yeah. I was looking for job and then I got
11 information from the Somali community.
12   Q   What did the -- what did you hear about the
13 company before you applied?
14   A   Nothing else I heard. Just that they are
15 hiring. Then I filled out my application and I applied
16 for the job.
17   Q   Did you know anyone who was already working
18 there?
19   A   No.
20   Q   When did you apply for a job at the Swift
21 plant in Greeley?
22   A   It was in April.
23   Q   Of what year?
24       THE DEPONENT: (In English) 2008.
25   A   2008.

Page 36

1   Q   (By Ms. Robinson) Did you apply for jobs at
2 any other place prior to applying for the job at Swift?
3   A   No, no.
4       MS. ROBINSON: Let's mark this.
5       (Exhibit 157 marked.)
6   Q   (By Ms. Robinson) Ms. Abade, I've handed you
7 what's been marked as Exhibit 157.
8       Is this a copy of your application to Swift?
9 Is this a copy of your application to the Swift?
10   A   I see my first name, middle name and last
11 name, and I don't know correctly, but somebody helped me
12 to fill out the application.
13   Q   And do you know who that was?
14   A   It was a Somalian person.
15   Q   Was it a friend of yours?
16   A   No. It's not my friend.
17   Q   Did they -- is the person who helped you fill
18 this out the person who wrote the information on here?
19   A   Yes. He is.
20   Q   And did he read the questions to you, and
21 then you told him the answers, and that's what you
22 expected him to write down?
23   A   He filled out and he turned it in, the
24 application.
25   Q   On the second page towards the bottom, it

Page 37
1  says, "Person to be notified in case of emergency,
2  Mohamed Farha."
3       Do you see that?
4  A   Farhan. Mohamed Farhan.
5  Q   Is that your husband?
6       THE DEPONENT: (In English) Yeah.
7  A   Yes.
8  Q   (By Ms. Robinson) And was he working at
9  Swift at the time you applied?
10 A   No.
11 Q   Did he work at the Swift plant during the
12 same time that you worked there?
13 A   No. It was later on.
14 Q   On the third page of this application, you
15 list a company that you previously worked for in Kenya,
16 Garisa Wholesalers or something like that, where you
17 sold clothes.
18      Did you work there selling clothes?
19 A   No. I did not work in Kenya. Maybe the
20 person who was filling the application, he wrote that.
21 I -- any job that I took was the first job here in
22 Greeley.
23 Q   And if you look at the last page, is that
24 your signature where it says Signature of Applicant?
25 A   Yes, yes. I am the one who signed it, but

Page 38
1  nobody read me or explain me. I don't know what's
2  written here.
3  Q   Did the person who was helping you tell you
4  to sign there?
5  A   Yes. After he completed the filling, then he
6  asked me to sign there.
7  Q   Did you ask the person who was helping you to
8  read the application to you and what he had filled out?
9  A   I no know how the system works, and I did not
10 know in this country, United States, so I was looking
11 for job. He told me, "I will help you and fill out the
12 application for you." That's what happened.
13 Q   Were you interviewed after submitting this
14 application?
15 A   They called me through the phone and then
16 they -- when I came, they take me for health check.
17 After health check, then I went to the orientation.
18 Q   When you applied for a job, did you ask to
19 work the second shift?
20 A   No. I did not asked any shift, no. I was
21 ready to take any shift. But they are the ones who --
22 who selected the shift for me.
23 Q   When you applied for work or were interviewed
24 by the company, did they explain to you the hour -- the
25 work hours and the break schedule?

Page 39
1  A   This is during the orientation?
2  Q   Did you discuss it during orientation?
3  A   I have not any interpreter for myself on
4  that. I was looking what they were presenting here, and
5  I don't know the times, any times.
6  Q   When you went through orientation, was there
7  an interpreter that interpreted the orientation for you?
8  A   No. There was a Somali -- Somali employed by
9  Swift. He was the one who -- who was running the
10 orientation. Just I was looking at anything he was
11 writing on the blackboard.
12 Q   So the person who did your training was --
13 spoke the Somali language, correct?
14 A   Yes. Correct.
15 Q   And do you know what his name was?
16 A   No.
17 Q   During orientation, did he go through the
18 employee -- Swift employee handbook with you?
19 A   Yeah. They handed a copy every -- every --
20 every employee, those who attended the orientation, but
21 nobody read for me or explained me.
22 Q   Were -- was any of the contents of the
23 handbook discussed by the trainer?
24 A   So he was writing on the board, on the
25 blackboard, and telling us to fill out the blanks in

Page 40
1  the -- in the handbook.
2  Q   I'm going to show you Exhibit 8.
3       Is this -- is Exhibit 8 a copy of the
4  handbook that you recall receiving during your
5  orientation?
6  A   This one?
7  Q   Yes.
8  A   Maybe. I don't remember.
9       (Exhibit 158 marked.)
10 Q   (By Ms. Robinson) Ms. Abade, is this your
11 signature and handwriting on Exhibit 158?
12 A   I see my name and all the other information,
13 but I don't remember.
14 Q   Is 6498 the last four digits of your Social
15 Security number?
16 A   Yes.
17 Q   And is the handwriting on that, does that
18 look like your handwriting?
19 A   I don't remember if I signed it or not. It
20 looks like my handwriting.
21      MS. ROBINSON: This is 159.
22      (Exhibit 159 marked.)
23 Q   (By Ms. Robinson) Ms. Abade, is this your
24 handwriting on Exhibit 159?
25 A   I don't know.

Page 141

1  Q  How do I spell your husband's name?
2     THE DEPONENT: (In English) F.
3  A  F.
4     THE DEPONENT: (In English) F-a.
5  A  A.
6     THE DEPONENT: (In English) R.
7  A  R.
8     THE DEPONENT: (In English) F.
9  A  F.
10    THE DEPONENT: (In English) A.
11 A  A.
12    THE DEPONENT: (In English) R.
13 A  R.
14    THE DEPONENT: (In English) H.
15 A  H.
16    THE DEPONENT: (In English) A.
17 A  A.
18    THE DEPONENT: (In English) N.
19 A  N.
20 Q  F-a-r-h-n (sic)?
21    THE DEPONENT: Um-hum.
22 Q  (By Ms. Robinson) And how do you spell his
23 last name?
24 A  Mohamed.
25 Q  M-o-h-a-m-e-d?

Page 142

1  A  Yes.
2  Q  Have you applied for work since leaving JBS?
3  A  Yes.
4  Q  Have you reapplied for a job at JBS?
5  A  I don't know. Once they terminated, I don't
6 know what -- how to contact them and where I have to
7 contact with them.
8  Q  Would you take a job back at JBS?
9  A  No. After -- after they terminated, no. I
10 do not go back to JBS.
11 Q  But would you go back to work for JBS if they
12 offered you a job?
13 A  Yes. And if they're give me the time for the
14 prayer and they don't involved with my religion and they
15 stop what they did to me, I'm ready to go back.
16 Q  What shift would you be willing to work?
17 A  I need -- I want a job, any shift, any shift
18 that they offer me.
19 Q  Where have you applied for work?
20 A  After the termination --
21 Q  Right.
22 A  -- from JBS?
23 Q  Right.
24 A  Yes. Cargill.
25 Q  Did you work there?

Page 143

1  A  Yes.
2  Q  For how long?
3     THE DEPONENT: (In English) Three year.
4  A  Three years.
5  Q  (By Ms. Robinson) And why did you leave
6 Cargill?
7  A  I become pregnant and then I become sick, so
8 I did not continue.
9  Q  How long did it take you from the time you
10 were terminated from your employment at Shift -- or at
11 Swift to getting a job at Cargill?
12 A  I don't know exact date that they terminated
13 me, but it was in September. I started Cargill in
14 October 6th.
15 Q  2008?
16 A  Yes. 2008.
17 Q  And what was your last day at Cargill?
18 A  June 2011.
19 Q  Have you applied for work since leaving
20 Cargill in June of 2011?
21 A  13. June 13.
22    I -- I applied many positions, many different
23 companies, but nobody called me.
24 Q  My understanding is that you left Cargill in
25 June of 2011 because you were pregnant and sick.

Page 144

1     When -- when were you able to work again?
2  A  It was after I give birth. Then I'm ready
3 for any position if they call me for job.
4  Q  And when did you give birth?
5  A  It was on December. December 2011.
6  Q  Did you collect unemployment benefits from
7 the date you were terminated at JBS to the date that you
8 started working at Cargill?
9  A  No.
10 Q  Were you able to recite your prayers when you
11 worked at Cargill?
12 A  Yes. I was -- I was able to pray, and the
13 lead was the one who were giving us the time for the
14 prayer.
15 Q  Did the lead fill in for you and cover your
16 work while you went to pray?
17 A  Yes. He was working in the packaging area,
18 and while I was in the prayer, the lead was one who
19 replaced me.
20 Q  How many other Muslim employees worked in the
21 packaging area?
22 A  14 people.
23 Q  Did you take turns with those employees?
24 A  It's not like the -- working with the meat or
25 working with the speed of the meat. The packaging is

Iraq Abade                                    Pages 141 - 144

Page 145

1 different. Some people, just they collect the -- the
2 plastic bags and some have extra times, that some they
3 have not much to do, so there is less time that you can
4 get for the prayer.
5   Q   Do all -- did all 14 Muslim employees leave
6 at the same time to recite their prayers?
7   A   There was no problem. Everybody was going to
8 recite prayer and there was some people that were
9 replacing them when they go for the prayer. When you
10 work with the knife, nobody can replace you because the
11 meat is coming.
12   Q   Have you received any unemployment benefits
13 since -- since leaving Cargill?
14   A   Yes. I'm receiving right now unemployment --
15 unemployment benefit.
16   Q   Have you reapplied for your position at
17 Cargill?
18   A   No. I did not apply to Cargill.
19   Q   Why not?
20   A   I moved from there and I did not reapply.
21   Q   Where have you applied for work since
22 December of 2011?
23   A   Can you repeat the question, please.
24   Q   Where have you applied for work since
25 December of 2011?

Page 146

1   A   I go to the Workforce offices and I applied
2 in many position, but nobody called me.
3   Q   Do you have any records of your job effort --
4 job-search efforts?
5   A   Yes.
6   Q   What kind of records do you have?
7   A   So they give the Workforce offices that --
8 that you applied.
9   Q   And do you keep copies of those documents to
10 show where you applied?
11   A   Yes.
12   Q   What sort of job are you looking for?
13   A   I -- I can do any work that they offer me,
14 meat or warehouse or anywhere.
15   Q   Why did you move to Denver if your husband
16 has a job in Greeley?
17   A   I like Denver. It's a big city.
18   Q   Did you apply for any jobs in Greeley before
19 you moved away from there?
20   A   While I was in Greeley, I -- I applied those
21 positions, all those positions, in the Workforce in
22 Greeley. And they said we have positions in JBS. I
23 told them that they terminated me and they told me leave
24 it.
25   Q   Have you visited the Denver Workforce Center

Page 147

1 to apply for jobs?
2   A   I'm just leaving now. It's only five days,
3 and I did not want any Workforce office.
4   Q   What was your rate of pay when you worked at
5 Cargill?
6   A   They pay me biweekly.
7   Q   How much money did you make per hour?
8   A   I don't know how much per hour, but I know
9 how -- how much I received biweekly.
10   Q   How much was that?
11   A   281 per week, so around 562.
12   Q   Is that more or less than you were making at
13 JBS?
14   A   In Greeley, in JBS, I was making 400 -- 430.
15 That was more and this is less.
16   Q   Were the benefits at Cargill the same as what
17 you had at JBS?
18   A   What do you mean by the -- by the benefit?
19   Q   Health insurance benefits.
20   A   They give you insurance, employment
21 insurance. I have not any insurance right now.
22   Q   And when you worked at Cargill, did you have
23 health insurance benefits?
24   A   Yes.
25   Q   Was it the same as what was available to you

Page 148

1 at JBS?
2       MS. STRUBLE: Object to form.
3   A   They are the same. They are same for the
4 health benefits, JBS and the Cargill. Six month.
5   Q   (By Ms. Robinson) Which employer did you
6 like working for better, Cargill or JBS?
7   A   I like JBS, to -- to work for JBS if they
8 stop all -- all the problems on -- relating to the
9 religion and the prayer.
10   Q   Why did you like JBS better?
11       MS. STRUBLE: Object to form.
12   A   I was making good money when I was employed
13 by -- by JBS.
14   Q   (By Ms. Robinson) Did you ever apply for a
15 knife position when you worked at Cargill?
16       THE INTERPRETER: Night shift, right?
17       MS. ROBINSON: Work -- no. Working with a
18 knife.
19   A   I said any position. Then they are offering
20 me the packaging position. It was a very easy job.
21   Q   (By Ms. Robinson) Did the knife positions at
22 Cargill make more money than the positions in packaging?
23   A   Yes. With the knife, you make more.
24   Q   Did you ever ask to be transferred to a
25 position using the knife?

Iraq Abade                                    Pages 145 - 148