# EXHIBIT A - 2

# KADRO ABDULLAHI DEPOSITION

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

1

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

Case No.: 10-CV-02103-PAB-KLM

---

VIDEO DEPOSITION OF KADRO ABDULLAHI

November 9, 2012

---

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

    Defendant.

---

APPEARANCES:

    EQUAL OPPORTUNITY EMPLOYMENT COMMISSION
        By:  Andrew Winston, Esq.
            303 East 17th Avenue
            Suite 410
            Denver, Colorado 80203-9634
              Appearing on behalf of Plaintiff.

    KING GREISEN LLP
        By:  Jennifer Cruseturner, Esq.
            1670 York Street
            Denver, Colorado 80206
              Appearing on behalf of
              Plaintiff-Intervenor.

AGREN BLANDO COURT REPORTING & VIDEO INC.

18

1      THE DEPONENT:  2008, October 13.
2   Q  You worked at Cargill from October 13, 2008
3   until December 2010?
4      THE DEPONENT:  '10, yeah.
5   Q  And your job at Cargill was full time?
6      THE DEPONENT:  Yes, full time.
7   Q  And how much were you making an hour?
8      THE DEPONENT:  Making hour -- 11, 12.
9   A  It depends on the grade you are in.  $11
10  per hour, $12 dollars per hour.
11  Q  So you quit working at your job at Cargill
12  so you could go to the community college?
13     INTERPRETER HASSAN HAILE:  I'll ask her to
14  repeat.  I didn't understand.
15  A  I loved my job at Cargill, and I still love
16  it.  I wanted to stay and work there, but the last
17  month I had a problem with my supervisor and my
18  supervisor fired me.
19  Q  You were fired from Cargill in December
20  2010?
21     THE DEPONENT:  2010, in December 7.
22  Q  And after you were fired from Cargill,
23  since then you have had any other employment?
24     INTERPRETER HASSAN HAILE:  Can I translate
25  that for her?

AGREN BLANDO COURT REPORTING & VIDEO INC.

19

1     A    No, I started going to school.

2     Q    (BY MR. VOLIN) When did you start going to
3 school? Was that January 2011?

4     THE DEPONENT: This year.

5     A    This year.

6     Q    Was it January of 2012 that you started to
7 go to school?

8     A    April or May?

9     Q    What did you do in between the time you
10 were fired from Cargill in December 2010 and when you
11 started going to school in April or May of 2012?

12     A    I went to different states looking for
13 a job.

14     Q    Did you have any employment between the
15 time you were fired from Cargill in December 2010 and
16 the time you started going to school in April or May
17 of 2012?

18     A    No, I was looking for. I couldn't find.

19     Q    What was the dispute you had with your
20 supervisor at Cargill that led to you being fired?

21     A    Do I go back the whole history between us
22 or do you want me to just tell you what happened that
23 day?

24     Q    No, explain to me as much as you need to
25 explain in order to help me understand why you got

AGREN BLANDO COURT REPORTING & VIDEO INC.

20

1   fired.
2       A   I had good supervisor. Okay? Good
3   managers. We got along very well. We had no
4   problems. And then they started to transfer good
5   supervisors and bring in this new supervisor. It was
6   in celebration day. And I told him that I wanted to
7   go and pray. He told us that we had no value and he
8   denied everybody, not only me. But I told him, I
9   love my religion and I have to go.
10          Then my old supervisor and the manager
11  came, and then they permitted me to go pray. There
12  were some harassments going on. My manager and my
13  supervisor were American and that's why I was able to
14  get along with them. Then came this new supervisor,
15  a Mexican guy. And he told us that he didn't care
16  what previous supervisors and managers, the way they
17  were treating us or that we were getting along. He
18  said I'm in charge. I don't approve of Hijab,
19  covering. And I don't care about prayers. What
20  else?
21      Q   Have you told me the entire story of how
22  you got fired from Cargill?
23      A   I worked at Swift. I worked at Cargill. I
24  had no problem. The only people that I had a problem
25  with is Spanish people. When your supervisor is

AGREN BLANDO COURT REPORTING & VIDEO INC.

21

1  Spanish, you will always have a problem.  That's what
2  is making me cry right now.
3           THE DEPONENT:  Okay, sorry.  Okay.  Go
4  ahead.
5       Q    Have you finished your story of how you got
6  fired from Cargill?
7       A    This is a long story.  Do you want me to go
8  ahead and finish?
9       Q    Please finish the story.
10          THE DEPONENT:  Okay, thank you.
11      A    I worked for one year at keen (phonetic)
12 floor, the hot area.  I worked one year at fab area.
13 My managers and my supervisors were all Americans and
14 I have no problem.  I used to work as if I owned the
15 company, as if I were the owner of the company.  And
16 the reason I was doing that, because of the way they
17 treated me.
18          And then my manager was transferred to
19 Kansas and my supervisor left.  And then they brang
20 this new supervisor and he started to do just the
21 opposite of what my previous manager, supervisor were
22 doing.  And it was not only me.  He was treating all
23 of us the same way.  And I told him that I can no
24 longer take this.
25          He was only with us one month, December.

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017  Boulder (303) 443 - 0433  Colorado Springs (719) 635 - 8328  Greeley (970) 356 - 3306

AGREN BLANDO COURT REPORTING & VIDEO INC.

22

1 And he told us that nobody can wear Hijab. He told
2 us that nobody can take and ask for prayer break.
3          Then the manager came and said, "No, you
4 guys can go ahead and take prayer break and come
5 back." And that's what I did. And when I came back
6 the supervisor said, "I don't care what you say about
7 your previous managers and supervisors, I'm in charge
8 here right now. I don't want to see you wear Hijab
9 or anything like that or else I will fire you." And
10 then he fired a lot of people. But I can only speak
11 for myself. I left work that day.
12     Q    So you quit your job at Cargill?
13     A    It was 8 a.m. in the morning and during the
14 second break he called me into his office and he told
15 me, "Give me all the equipment and leave." I was the
16 only female working at that time there. He said he
17 doesn't need any Muslims there anymore. And that's
18 how it happened.
19     Q    So your Spanish supervisor at Cargill told
20 you to give him your equipment and to leave because
21 he doesn't need anymore Muslims at the plant?
22     A    And he said if you want to pray and wear
23 your Hijab, you can go back to Africa where you came
24 from. This was only going on for a couple of weeks.
25 And then that's how I got fired.

AGREN BLANDO COURT REPORTING & VIDEO INC.

23

1    Q    Did your supervisor tell you that you were
2    fired?
3    A    Yes, my supervisor did it.
4    Q    And you have filed a complaint with the
5    government or with a lawyer about getting fired from
6    your job at Cargill?
7    A    Yes, I told them, the court, hearing at the
8    unemployment.  And they claim that I quit my job.
9    And that's how I was able to tell the hearing -- the
10   court that I did not quit.
11   Q    Have you filed a charge of discrimination
12   against Cargill?
13   A    Yes, when I was questioned how I lost my
14   job, I told them how I lost my job.  And then I
15   realized that this is only for unemployment.  And
16   then I just kind of stopped complaining.
17   Q    Did you file a charge with the Equal
18   Employment Opportunity Commission of discrimination
19   against Cargill?
20   A    The HR office?
21   Q    No, the federal government agency.  The
22   Equal Employment Opportunity Commission.
23   A    The unemployment?
24   Q    Different than unemployment.
25   A    I never heard that one before.

1   Colorado in --

2           THE DEPONENT:  Yes.

3       Q   -- in 2008?

4           THE DEPONENT:  Yes.

5       Q   When you moved to Colorado you moved to

6   Greeley?

7           THE DEPONENT:  Yes.

8       Q   That was for the purpose of applying to

9   work at JBS?

10          THE DEPONENT:  Yeah.

11      Q   That was because your sister Hawa already

12  worked there?

13          THE DEPONENT:  Yeah.

14      Q   What did she tell you about working for

15  JBS?

16      A   I wanted to stay with my sister so we can

17  live together.  She just told me "come and work."  I

18  did not ask her anything.

19      Q   Did she say anything to you about whether

20  she was able to pray at work?

21      A   She did not explain to me anything like

22  that.  My question was, Are they hiring?  "Yes."  So

23  I filled out the application, get the job.

24          (Exhibit 467 was marked.)

25      Q   (BY MR. VOLIN)  I show you what has been

AGREN BLANDO COURT REPORTING & VIDEO INC.

60

1  marked Exhibit 467.  Is this the application you
2  submitted to JBS in July 2008?
3      A   My first application?
4      Q   Yes.  This is dated July 2008.
5      A   I came 2008, and I think I submitted my
6  application on July 2008.  I don't remember the
7  history of this application.
8      Q   Is that your signature on the middle of the
9  last page of Exhibit 467?
10     A   Yes.
11     Q   Did you fill out this application or did
12 somebody fill it out for you?
13     A   Somebody.  I did not understand the system.
14 Somebody filled it out for me.
15     Q   Was it your sister?
16         THE DEPONENT:  No.  No.
17     Q   Was this someone that your sister knew?
18     A   A male.  Young people who were working for
19 the company.  We lived in the same apartments.
20     Q   On the second page in the section that's
21 marked "Education" it has filled in there, I think
22 it's a number 4, four years of education.  Did you
23 have four years of education at the time you applied
24 to work at JBS in July 2008?
25     A   I told you how many years of the schooling

AGREN BLANDO COURT REPORTING & VIDEO INC.

61

1   I had.  I think the guy who was filling out this
2   application put it four years.  I don't know why he
3   did it.
4       Q    The third page of the application has your
5   employment history, and note you worked for Tyson.
6   It says January `07 through September of `07.  Are
7   those the dates you worked for Tyson?
8       A    So how many months will that be, or how
9   many years?
10      Q    My question to you is did you work for
11  Tyson from January 2007 through September 2007, which
12  is what this application says?
13      A    I forgot everything.  I forgot everything
14  because it's been a long time ago.  But I told you
15  before to the best of my recollection I worked for
16  that company one year.
17      Q    When did your employment with Tyson end?
18      A    Beginning of 2007 to beginning of 2007.  I
19  don't remember the months.  I told you this morning.
20      Q    This application says that your employment
21  at Tyson ended in September of 2007.  Do you think
22  that September 2000 date is correct or do you not
23  remember?
24      A    What I remember is beginning of 2007 all
25  the way to beginning of 2008.  I don't know how many

AGREN BLANDO COURT REPORTING & VIDEO INC.

62

1  months in 2008. And together it was one year. It's
2  been a long time. I don't remember everything. And
3  the person who filled this application, I don't know
4  why he put that date. So it's been like five years
5  ago so far. So I don't remember all of it. I
6  remember correctly that it was one year, beginning of
7  2007 until 2008. I don't know how many months in
8  2008, but I do remember that it was one year. It's
9  been a long time ago. I don't remember.
10      Q   You started working for JBS in July 2008?
11      A   Yes, I do remember July 2008.
12      Q   Did you have any employment in between the
13 end of your employment with Tyson and the beginning
14 of your employment with JBS in July 2008?
15      A   No, no.
16          (Exhibit 468 was marked.)
17      Q   (BY MR. VOLIN) I'm handing you what has
18 been marked Exhibit 468. Is Exhibit 468 a copy of an
19 identification card you provided to JBS when you
20 applied to work there in 2008?
21      A   Yes. When I filled out the application
22 they also took a copy of my legal papers.
23      Q   Do you remember anything that was said in
24 the interview? Did you have an interview?
25      A   They were asking me my employment history