# EXHIBIT A - 3

# NUR ALI ABDULLAHI DEPOSITION

## Page 1

```
 1   UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
     Case No.: 10-CV-02103-PAB-KLM
 2   _____
 3   VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI
 4                   August 30, 2012
 5   _____
 6   EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,
 7          Plaintiff,
     and
 8
     IRAQ ABADE, et al.,
 9
            Plaintiff-Intervenors,
10   vs.
11   JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
12          Defendant.
     _____
13
     APPEARANCES:
14
         U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15          By:  Andrew Winston, Esq.
            303 East 17th Avenue
16          Suite 410
17          Denver, Colorado 80203-9634
18             Appearing on behalf of Plaintiff
19
         KING GREISEN LLP
20          By:  Raina Bayas, Esq.
21          1670 York Street
22          Denver, Colorado 80206
23             Appearing on behalf of
24             Plaintiff-Intervenor
25
```

## Page 2

```
 1   APPEARANCES (Continued)
 2       SHERMAN & HOWARD LLC
            By:  Heather Fox Vickles, Esq.
 3          633 17th Street
            Suite 3000
 4          Denver, Colorado 80202
               Appearing on behalf of Defendant.
 5
 6   ALSO PRESENT:  Paula Wolff, Videographer
                   Hassan Haile, Interpreter
 7                 Omar Nur, Interpreter
                   Ahmed Odawaay, Interpreter
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1         Pursuant to Notice of the Federal Rules
 2   of Civil Procedure, the videotaped deposition of NUR ALI
 3   ABDULLAHI, called by Defendant JBS USA LLC,
 4   was taken on Thursday, August 30, 2012, commencing
 5   at 9:15 a.m., at 633 17th Street, Suite 3000,
 6   Denver, Colorado, before Wendy Bustos,
 7   Registered Professional Reporter and Notary Public
 8   within and for the State of Colorado.
 9
10           I N D E X
11   VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI
12   EXAMINATION BY:                        PAGE
13     Ms. Fox Vickles                       5
14     Mr. Winston                         153
15
16   EXHIBITS               INITIAL REFERENCE
17   197  Massachusetts Driver's License of Nur Ali
          Abdullahi and Social Security card of Nur
18        Ali Abdullahi                      5
19   198  Nebraska Driver's License of Ali
          Ibrahim Dahir                      5
20
     199  JBS Application for Hourly Employment of
21        Nur Abdullahi                     44
22   200  Acknowledgement of Receipt & Understanding
          of the Employee Handbook of Nur Abdullahi,
23        dated 5-5-08                      52
24   201  Swift Employee Training Tracking Form of
          Nur Abdullahi, dated 5-5-08       52
25
```

## Page 4

```
 1          I N D E X (Continued)
 2   EXHIBITS               INITIAL REFERENCE
 3   202  Acknowledgement Best Work Environment
          Training of Nur Abdullahi, no date   52
 4
     203  Nur Abdullahi Statement, September 16,
 5        2008                             142
 6   204  Grievance Report Form, A Step 2 Meeting
          is Requested as Per Contract     143
 7
     205  Charge of Discrimination, Nur Abdullahi   145
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 45**

1  A  Yes.
2  Q  And the third one, that is not yours?
3  A  The name is mine, but the way I sign is
4  different.
5  Q  Did Abdi Bare fill out this application for
6  you?
7  A  No.
8  Q  Who filled out the application?
9  A  Someone. I don't know. But Abdi knew that
10 person. That person came with me and they filled out
11 the application for me.
12 Q  What was that person's name?
13 A  I did not ask him -- I did not ask what his
14 name was. He helped me fill out the application and
15 that was it.
16 Q  Did that person who helped you read the
17 questions to you, and did you give him the answers?
18 A  I was looking for work. Wherever it tells
19 me to put my name on or sign, that's what I was
20 doing.
21 Q  Did the person who helped you read you the
22 questions on the application, and did you give him
23 the answers to fill in?
24 A  I don't remember what he told me. But
25 whenever he tells me to write my name down, I did

**Page 46**

1  write my name. Whenever he tells me to put down
2  a date, I did.
3  Q  Did he ask you questions about where you
4  worked before?
5  A  Yes.
6  Q  Did you give him that information?
7  A  Yes.
8  Q  Did he ask you things such as your address
9  and your telephone number?
10 A  Yes.
11 Q  And did you give him that information?
12 A  Yes.
13 Q  Did he ask you whether you were available
14 to work the day shift or the night shift?
15 A  He did ask that question.
16 Q  And did you tell him that you would prefer
17 to work on the night shift?
18 A  I was looking for a job, so I told him no
19 matter what shift, whichever shift is available, I'm
20 ready to work.
21 Q  Did you know on your application he circled
22 the night shift for you?
23 A  He told me.
24 Q  And was that okay with you?
25 A  Yes.

**Page 47**

1  Q  This indicates that you applied to work at
2  JBS on April 28th of 2008; is that correct?
3  A  Yes.
4  Q  After you turned in your application did
5  you have an interview?
6  A  Yes.
7  Q  Do you recall the name of the person who
8  interviewed you?
9  A  I don't recall his name.
10 Q  Did he explain the work schedule and the
11 break schedule to you?
12 A  No.
13 Q  Did he explain anything about the jobs or
14 the company to you?
15 A  No.
16 Q  Did you ask the interviewer any questions?
17 A  Yes, I did ask.
18 Q  What did you ask?
19 A  Did ask like does the company allow for
20 prayers.
21 Q  What was his answer?
22 A  It was no.
23 Q  Did he say anything else?
24 A  I don't recall.
25 Q  Did you ask him any questions after that?

**Page 48**

1  A  No.
2  Q  If you asked does the company allow prayers
3  and he said no, why did you still want to work for
4  that company?
5  A  The Muslim workers before me, whichever way
6  that they deal with this prayer issue, that's what I
7  intended to do. I was wait and see. Start working
8  and see what happens.
9  Q  Did you know how the Muslim workers before
10 you had dealt with this issue?
11 A  No.
12 Q  Were you surprised when the interviewer
13 told you, No, the company doesn't allow prayers?
14 A  Very much so.
15 Q  And you must have gone to ask your friend
16 Abdi Bare about that, did you?
17 A  Yes.
18 Q  What did Abdi tell you?
19 A  He told me they give us a hard time on
20 prayers. They don't allow us. Sometimes they let
21 us. But most of the time they don't permit us to
22 pray.
23 Q  And did Abdi tell you how he handled that?
24 A  Whatever that we talked about that time, I
25 don't remember.