# EXHIBIT A - 4

# SADI MOHAMED ADAN DEPOSITION

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLORADO
 3
        Case No. 10-CV-02103-PAB-KLM
 4      _____
 5      VIDEOTAPED DEPOSITION OF SADI MOHAMED ADAN
                      August 27, 2012
 6      _____
 7      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 8      Plaintiff,
 9      and
10      IRAQ ABADE, et al.,
11      Plaintiff-Intervenors,
12      v.
13      JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
14      Defendant.

15
        APPEARANCES:
16
            U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17          By Stephanie Struble, Esq.
18          303 East 17th Avenue
19          Suite 410
20          Denver, CO 80203-9634
21          Phone: 303.866.1378
22          Fax: 303.866.1375
23          stephanie.struble@eeoc.gov
24          Appearing on behalf of the
25          Plaintiff
```

## Page 2

```
 1  APPEARANCES:  (Continued)
 2      KING GREISEN LLP
        By Joel Borgman, Esq.
 3      1670 York Street
        Denver, CO 80206
 4      Phone: 303.298.9878
        Fax: 303.298.9879
 5      borgman@kinggreisen.com
        Appearing on behalf of the Abade
 6      Plaintiff-Intervenors
 7
        SHERMAN & HOWARD, LLC
 8      By Andrew W. Volin, Esq.
        633 Seventeenth Street
 9      Suite 3000
        Denver, CO 80202
10      Phone: 303.299.8194
        Fax: 303.298.0940
11      avolin@shermanhoward.com
        Appearing on behalf of the
12      Defendant
13  Also present:
        Maryvonne Tompkins, CLVS, Videographer
14      Hassan Haile, Interpreter
        Ahmed Odawaay
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1      Pursuant to Notice and the Federal Rules of
 2  Civil Procedure, the videotaped deposition of SADI
 3  MOHAMED ADAN, called by Defendant, was taken on
 4  Monday, August 27, 2012, commencing at 9:05 a.m., at
 5  633 17th Street, Suite 3000, Denver, Colorado, before
 6  Kelly A. Mackereth, Certified Shorthand Reporter,
 7  Registered Professional Reporter, Certified Realtime
 8  Reporter and Notary Public within Colorado, Court
 9  Reporting Office of Agren Blando Court Reporting &
10  Video, Inc., 216-16th Street, Suite 650, Denver,
11  Colorado 80202.
12                  * * * * * *
13                  I N D E X
14
    EXAMINATION                              PAGE
15
    BY MR. VOLIN                              6
16  BY MS. STRUBLE                           175
17
    PRODUCTION REQUEST(S):
18
    None.
19
20
21
22
23
24
25
```

## Page 4

```
 1              INDEX OF EXHIBITS
 2
                        INITIAL
 3  DESCRIPTION                      REFERENCE
 4
    Exhibit 131 Photocopy of Sadi Mohamed Adan's   7
 5      Kansas IP card and Social
        Security card
 6
    Exhibit 132 Sadi Mohomed Adan Swift &          49
 7      Company Application for Hourly
        Employment
 8
    Exhibit 133 Sadi Adan Employee Training        54
 9      Tracking Form
10  Exhibit 134 Sadi Adan's Acknowledgement of     55
        Best Work Environment Training
11      form
12  Exhibit 135 Copy of Sadi Adan Job Change       63
        Form
13
    Exhibit 136 Form titled Cost of Equipment      74
14
    Exhibit 137 Affidavit of Sadi M. Adan          88
15
    Exhibit 138 Statement of Mr. Sadi Mohamed     171
16      Adan
17  Exhibit 139 (Exhibit number not used.  No     168
        Exhibit 139 marked.)
18
    Exhibit 140 Copy of Sadi Mohamed Adan's       168
19      Charge of Discrimination form
20
21  PREVIOUSLY MARKED EXHIBITS
22
    Exhibit 19                                     60
23
24
25
```

Page 49
1  Abdi Afrah. I found his telephone number because he
2  was working there. So I asked him.
3  Q    So after you were laid off from Tyson, you
4  called Abdi to see if he knew whether there was any
5  work for you in Colorado at JBS?
6  A    Yes.
7  Q    And what did Mr. Afrah tell you about
8  working at JBS?
9  A    All he told me was there is work and
10 they're hiring.
11 Q    Did you move to Colorado before you got a
12 job offer from JBS?
13 A    When he told me, then I came over here.
14 Then I filled out the application and applied for the
15 job.
16 Q    So you moved to Colorado before you
17 applied to work at JBS?
18 A    Yes. The reason was that he told me that
19 they were hiring.
20 Q    I'm going to hand you what has been marked
21 as Exhibit 132. Mr. Adan, is Exhibit 132 a copy of
22 the application that you filled out for employment
23 with JBS?
24 A    Yes.
25 Q    Did you fill this out, or did someone else

Page 50
1  fill out the application for you?
2  A    I don't read -- I'm sorry, I don't write.
3  Somebody else did it.
4  Q    Do you know who wrote for you?
5  A    Yes.
6  Q    Who?
7  A    Somali man.
8  Q    Do you remember his name?
9  A    Yes. His name was Said, S-A-I-D, I think.
10 Q    Did this Somali man, Said, work for JBS,
11 or how did you know him?
12       MS. STRUBLE: Object to form.
13 A    He himself was getting an application and
14 he was applying for the job. That's how he helped
15 us.
16 Q    (BY MR. VOLIN) Did you tell Said what to
17 put in the application?
18 A    Yes.
19 Q    Is that your signature on the middle of
20 page 4?
21 A    This one?
22 Q    Yes. Is that your signature on page 4 of
23 Exhibit 132?
24 A    I didn't sign it. I think that guy signed
25 it I think. This is not my signature. The one that

Page 51
1  was filling out application did it. I think he
2  signed for me, because he was the one who was putting
3  all the information.
4  Q    Do you sign documents now?
5  A    Yes, I can write my name now.
6  Q    Do you recall being interviewed for work
7  at JBS?
8  A    Yes.
9  Q    Do you remember whether or not you
10 requested to work on the second shift?
11 A    Yes.
12 Q    Why did you want to work on the second
13 shift?
14 A    My roommates and other employees who lived
15 in my neighborhood, they were all second shift, so I
16 wanted them to give me a ride to work.
17 Q    If you look at page 1 of the application,
18 one of the questions is how long have you been at the
19 above address. And the answer that is written in
20 there says seven weeks, I believe is what it says.
21       Had you lived in Greeley for seven weeks
22 before you applied to work at JBS?
23 A    About that time.
24 Q    Well, this application is dated March of
25 2008. You said you worked for Tyson until March of

Page 52
1  2008, right?
2  A    Yes.
3  Q    So how could you have lived in Greeley for
4  seven weeks?
5  A    I got laid off from my work. The company
6  that I was working for were paying us two months that
7  we were not working. So I moved to Greeley while I
8  was getting paid from my company. That's how it was.
9  And now that they were paying me, I was their
10 employee.
11 Q    Did you work in Greeley for anyone before
12 you started working at JBS?
13 A    No. Other than Tyson, I didn't.
14 Q    If you look at page 2 of your application,
15 Exhibit 132, the sixth question down or seventh, is
16 regarding your education and it says you have three
17 years of education.
18       Do you see that?
19 A    Again, I did not, I didn't write this. I
20 think the guy who was filling out the application
21 just wrote it.
22 Q    You have not had three years of education,
23 correct?
24 A    I did not get any education, like I told
25 you.

Sadi Mohamed Adan                                           Pages 49 - 52

Page 161

1  it's okay to do this.
2  Q    Did you suffer any emotional distress as a
3  result of losing your job at JBS?
4  A    Yes.
5  Q    What kind of emotional distress?
6  A    A human being whose religion has been
7  denied, denied to practice religion, lost his job. I
8  always ask myself, why this is happening to me, why
9  this is happening to me. And I know in this country,
10 that should not happen. That's not supposed to
11 happen.
12        It impact my health. It impact my
13 financial situation.
14 Q    How has it impacted your health?
15 A    Because you think a lot about it. And
16 when you think something a lot and you keep thinking
17 about it, thinking about it, it will impact your
18 health. Generally, it didn't have that much impact
19 in my health. But it's very dangerous. When you
20 keep thinking about one thing over and over and over
21 again, it's very dangerous.
22 Q    Has your termination from employment at
23 JBS had any impact on your health other than that you
24 keep thinking about it?
25 A    No, not my health.

Page 162

1  Q    Do you believe you have depression?
2  A    No, I don't have. No, but I thought about
3  it and I thought about it a lot, why it happened to
4  me, how it happened to me. I am in a country where
5  there is law and order. And I am sure I will never
6  see the kind of treatment that I received from that
7  organization. But I think about it.
8  Q    How long were you out of work after you
9  were fired from your job at JBS?
10 A    18 days, 1-8.
11 Q    What was your next job after you were
12 fired from your job at JBS?
13 A    Cargill in Fort Morgan.
14 Q    And do you still work at Cargill in Fort
15 Morgan?
16 A    Yes.
17 Q    Is that a full-time job?
18 A    It's full time.
19 Q    Has it been full time since you started?
20 A    Yes.
21 Q    And what do you earn at Fort Morgan?
22 A    $13.75.
23 Q    13.75?
24      THE INTERPRETER: Yes.
25      MS. STRUBLE: 13 or 15?

Page 163

1       THE INTERPRETER: 1-3.
2  Q    (BY MR. VOLIN) And what was your wage
3  when you first started at Cargill?
4  A    $12.25.
5  Q    What was your last wage at JBS before you
6  were fired?
7  A    Wages?
8  Q    Yes. What was your last hourly pay rate
9  at JBS before you were fired?
10 A    12.80, 8-0.
11 Q    And you started at Cargill in September of
12 2008?
13 A    Yes.
14 Q    And when was your pay increased from
15 12.25?
16 A    During the time that I was getting
17 qualified. So slowly it get to 13.75. For example,
18 first time I get wage, it was 20 cents. And then it
19 went on from there slowly.
20      MR. ODAWAAY: The first time that I
21 qualified was 20 cents.
22 Q    (BY MR. VOLIN) What is your job at
23 Cargill?
24 A    Knife.
25 Q    Is it a beef processing plant?

Page 164

1  A    Yes.
2  Q    Are there any problems with prayer breaks
3  at Cargill?
4  A    No.
5  Q    How do prayer breaks work at Cargill?
6  A    It's normal. They allow us to go and we
7  pray.
8  Q    Are there other Somalis that work at
9  Cargill in Fort Morgan besides you?
10 A    Yes, hundreds.
11 Q    Have you been harassed at work at all at
12 Cargill?
13 A    No.
14 Q    Do you want to go back to work at JBS?
15 A    Yes. Provided that I will not face the
16 same treatment that I had there and that they stop
17 treating me like that. And also, if I have the
18 right -- if I have my right as employee and I have
19 equal rights like any other employee.
20 Q    Why would you want to quit your job at
21 Cargill to go back to work at JBS if you're making
22 more at Cargill than you made at JBS?
23      MS. STRUBLE: Object to form.
24 A    You asked me the question as an example.
25 You said if. Right now I have a job. You asked me

```
                                              Page 165
 1  if.  And I say if they are going to give me my
 2  rights, yes, I would go back to them.
 3      Q    (BY MR. VOLIN)  Why would you rather work
 4  at JBS than Cargill?
 5           MS. STRUBLE:  Object to form.
 6      A    Right now I have a job and I'm not
 7  quitting.  But just in case I lose my job for
 8  whatever reason I can go somewhere.  JBS is like any
 9  other company as long as they going to give me my
10  rights, I would work for them.
11      Q    (BY MR. VOLIN)  Would you prefer to work
12  at JBS over Cargill, or would you prefer to stay at
13  Cargill?
14      A    Right now?
15      Q    Yeah.
16      A    Right now I have a job.  Right now I have
17  a job.  You can lose your job a lot of different
18  ways.  So if they would allow me to practice my
19  religion and if my rights will be like any other
20  employee's rights and I will have equal rights, as
21  long as I live in America, they will be the same as
22  any other company I would apply.
23      Q    That wasn't my question.
24      A    What was your question?
25      Q    If you had to choose between working at

                                              Page 166
 1  JBS, if things were better at JBS, and your current
 2  job at Cargill, which would you prefer?
 3      A    The companies are the same.  If JBS change
 4  for the better, they are the same to me.  But right
 5  now I have a job.
 6      Q    Is the work that you do at Cargill now, is
 7  that harder than the work that you did at JBS?
 8      A    No.
 9      Q    So your job now at Cargill is easier work
10  than the work that you did at JBS?
11      A    I've been working for them for close to
12  four years right now.  I don't work just one
13  position.  I work with knife.  I do different jobs,
14  some of them easy, some of them hard.
15      Q    Have you kept records of the money that
16  you've made working at Cargill?
17      A    The check that I get, or is it how much
18  money I make a year?
19      Q    Do you keep -- do you get a pay stub with
20  your check?  Is that it?
21      A    Is it attached to the check or is it the
22  copy when you deposit the check in the bank, is it
23  the copy that you get?
24      Q    Do you get something in writing from
25  Cargill about the pay that they provide to you?

                                              Page 167
 1      A    Yes.
 2      Q    Have you kept those?
 3      A    Maybe they are in my apartment.  The one
 4  that you're talking about is the one that says the
 5  hours?
 6      Q    For example, that would be one, yes.
 7      A    He said -- yeah, I do have one that I use
 8  when I get my W-2 form or the ones that I get every
 9  time I get a check, I do have them.
10      Q    You've kept the ones that you get every
11  time you get a check?
12      A    I'm not understanding that.
13      Q    What kind of records do you have at home
14  about how much money is made at Cargill?
15      A    I can prove that I am an employee of
16  Cargill.  I do have the ID.  And right there you can
17  figure out how much employees make a year from
18  working there.
19      Q    Do you have copies of your weekly pay
20  stubs from Cargill?
21           THE INTERPRETER:  The interpreter wants to
22  say he doesn't understand paycheck stubs so if you
23  could please explain or elaborate.
24      Q    (BY MR. VOLIN)  What kind of papers do you
25  have at home about what you've been paid?

                                              Page 168
 1      A    Cargill?
 2      Q    Yes.
 3      A    Yes, I can find the checks that I got.
 4      Q    You've kept copies of the checks that
 5  you've received?
 6      A    Yes.
 7           (Exhibit 140 marked.)
 8      Q    (BY MR. VOLIN)  That's 140.  I've given
 9  you what has been marked as Exhibit 140, Mr. Adan.
10  It's got your name on the bottom left.  And this is a
11  charge of discrimination.
12           Have you ever seen this before?
13      A    Yes.
14      Q    Was this translated for you, ever?
15      A    Yes.
16      Q    Do you know why someone else signed it for
17  you?
18           MR. BORGMAN:  Object to the extent it
19  calls for attorney-client privilege information and
20  instruct you to answer to the extent that it doesn't
21  involve a conversation with your attorney or an
22  interpreter or a representative.
23           THE INTERPRETER:  Do you want me to repeat
24  the question?  Is that all right?
25           MR. VOLIN:  Sure.  It's -- I'll rephrase
```