# EXHIBIT A -5

# FARDOWSA ALI DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02103-PAB-KLM

------------------------------------------------------

VIDEO DEPOSITION OF FARDOWSA ALI

December 14, 2012

------------------------------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

------------------------------------------------------

APPEARANCES:

    SHERMAN & HOWARD L.L.C.
       By Kelly Robinson, Esq.
         633 17th Street, Suite 3000
         Denver, Colorado 80202
           Appearing on behalf of Defendant.

    U.S. Equal Employment Opportunity Commission
      By Stephanie Struble, Esq.
         303 East 17th Avenue, Suite 410
         Denver, Colorado 80203-9634
           Appearing on behalf of Plaintiff.

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

166

1  see people that I used to work, if I come back to this
2  state, these things come back to my mind.  But now I
3  moved out so I am better.
4      Q   Have you ever experienced these same
5  symptoms at any other times in your life?
6      A   No.
7      Q   After being fired from JBS in May of 2010,
8  what efforts did you make to look for other work?
9      A   I tried to look for jobs.
10     Q   Where did you look for jobs?
11     A   I looked for jobs at stores where I shop.
12 I used to ask people for jobs.
13     Q   What type of jobs were you looking for?
14     A   Normally the good jobs they require you
15 have to have an education.  I don't have.  So I used to
16 go to Walmart and look for jobs that assist people and
17 use the stickers and something like that.
18     Q   Did you re-apply at Cargill?
19     A   I don't remember.  I might have applied.
20     Q   You do not remember one way or another?
21     A   I don't remember, but I remember I applied
22 to Tyson and Luxton.
23     Q   When did you apply at Tyson?
24     A   When I was fired.
25     Q   How many times did you apply for a job at

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306