# EXHIBIT A - 6

# AHMED GELLE DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF AHMED GELLE
November 6, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        By Christopher Houk, Esq.
           3300 North Central Avenue
           Suite 690
           Phoenix, Arizona 85012
             Appearing on behalf of Plaintiff.

    KING GREISEN LLP
        By Lauren Hasselbacher, Esq.
           1670 York Street
           Denver, Colorado 80206

             Appearing on behalf of Abade

             Plaintiffs-Intervenors.

Case No. 1:10-cv-02103-PAB-KLM   Document 281-6   filed 10/10/13   USDC Colorado
pg 3 of 4

AGREN BLANDO COURT REPORTING & VIDEO INC.

56

1    A    I remember the agency that placed me,
2  these jobs, but I was sent to different jobs.  I
3  don't remember all their names.
4    Q    Okay.  What types of jobs did you
5  personally do with these production line companies
6  in Ohio?
7    A    Companies that manufacture perfumes and
8  creams, you assemble them, you package them, put
9  them in a box, label them.
10   Q    Did you have any difficulties meeting
11 your prayer obligations when you were working with
12 these companies that were production line based?
13   A    No.
14   Q    How did these companies handle your need
15 for prayer?
16        MS. HASSELBACHER:  Objection to form.
17   A    Different companies.  Some companies you
18 will have like four breaks, and when you talk to
19 them about your prayers, they will tell you, "Go
20 ahead and adjust your prayer time to one of your
21 breaks."
22   Q    (BY MS. COLAIZZI)  Did you have any
23 conflicts between your prayer obligations and your
24 work at Cargill?
25   A    No.

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

AGREN BLANDO COURT REPORTING & VIDEO INC.

59

```
 1      Q     Who helped you?
 2      A     Another employee, a lady who was also
 3  filling out the application.
 4      Q     Do you recall where you were physically
 5  when you filled out this application?
 6            THE INTERPRETER:  Where you were?
 7            MS. COLAIZZI:  Where were you physically.
 8      A     I believe one of the offices of JBS.
 9      Q     (BY MS. COLAIZZI)  Mr. Gelle, if you will
10  look through the pages of Exhibit 432 --
11      A     Yes.  What do you want me to do?
12      Q     Is any of the handwriting on this
13  application not yours?
14      A     I think it's all my handwriting.
15      Q     If you will turn to the third page of
16  Exhibit 432, in the boxes that ask you about your
17  employment history, why did you not put down your
18  work at FedEx?
19      A     I didn't -- at that time I didn't
20  understand the difference between full and part
21  time, and I didn't consider FedEx as a job or
22  full-time job.  So that's why I didn't put it there.
23  I thought I had to put if I had a full-time job
24  experience.
25      Q     Okay.  Did anybody from Swift interview
```