# EXHIBIT A - 7

# ABDIKARIM ALI A/K/A
# ABDIKARIM HAJI DEPOSITION

## Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
   Civil Action No. 10-cv-02103-PAB-KLM
3  _____
4  VIDEOTAPED DEPOSITION OF ABDIKARIM ALI
            September 18, 2012
5  _____
6  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
7  Plaintiff,
8  and
9  IRAQ ABADE, et al.,
10 Plaintiffs-Intervenors,
11 vs.
12 JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
13 Defendant.
14 _____
15
   APPEARANCES:
16
      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17       By Stephanie Struble, Esq.
         303 East 17th Avenue
18       Suite 410
         Denver, Colorado 80203-9634
19         Appearing on behalf of Plaintiff.
20
   KING GREISEN LLP
21    By Raina Bayas, Esq.
      1670 York Street
22    Denver, Colorado 80206
23      Appearing on behalf of Abade
24      Plaintiffs-Intervenors.
25

## Page 2

1  APPEARANCES: (Cont.)
2
   SHERMAN & HOWARD LLC
3     By W.V. Bernie Siebert, Esq.
      633 17th Street
4     Suite 3000
      Denver, Colorado 80202-3622
5       Appearing on behalf of Defendant.
6
7  Also Present: Hassan Haile, Somali Interpreter
                 Paula Wolff, Videographer
8
9
10
...
25

## Page 3

1       Pursuant to Notice and the Federal Rules
2  of Civil Procedure, the videotaped deposition of
3  ABDIKARIM ALI, called by The Defendant, was taken on
4  Tuesday, September 18, 2012, commencing at 9:10 a.m.
5  at 633 17th Street, Suite 3000, Denver, Colorado,
6  before Ellen Leifer, Professional Reporter and
7  Notary Public within and for the State of Colorado.
8
9
10            I N D E X
11
12 VIDEOTAPED DEPOSITION OF ABDIKARIM ALI
13 EXAMINATION BY:                     PAGE
14    Mr. Siebert            4, 102
15    Ms. Struble              100
16
17
   EXHIBITS            INITIAL REFERENCE
18
   Exhibit 261  Declaration of Abdikarim     45
19      Ali, dated 10/20/11
20
21
22
23
24
25

## Page 4

1           P R O C E E D I N G S
2       THE VIDEOGRAPHER: On the record, the
3  time is 9:10 a.m. Today is September 18, 2012.
4       Will the court reporter please swear in
5  the interpreter and witness.
6          HASSAN HAILE,
7  being first duly sworn in the above cause,
8  interpreted the testimony as follows:
9          ABDIKARIM ALI,
10 being first duly sworn in the above cause, was
11 examined and testified through the interpreter as
12 follows:
13             EXAMINATION
14 BY MR. SIEBERT:
15    Q    Do you speak English?
16    A    (In English) Yes, I do.
17    Q    Okay. Tell you what. If you don't mind,
18 we will try and -- it will go quicker if we don't
19 have to use the interpreter, but I want you to use
20 the interpreter if you don't understand something.
21       Is that fair?
22       MS. STRUBLE: Are you comfortable if he
23 asks you the questions in English and then you have
24 the interpreter here if you need him, or would you
25 prefer that everything be translated into Somali?

Page 85
1  Q  Was there any limit on the number of
2 restroom breaks you could request?
3  A  I think it was one time.
4  Q  One time per day or one time per hour,
5 one time --
6  A  (In English) Per day.
7    (Through the interpreter) Per day.
8  Q  Was there any limitation on what you
9 could do during your restroom break?
10  A  I don't know.
11  Q  Was there any limitation on how much time
12 you could take for a restroom break?
13  A  Are you talking about the time, or are
14 you talking about how many times I can --
15  Q  The amount of time.
16  A  I think it was 15 minutes, 1-5.
17  Q  15 minutes or 5?
18  A  (In English) 15.
19    THE INTERPRETER: 1-5 I said.
20    MR. SIEBERT: Oh, 1-5. Okay.
21    THE INTERPRETER: I don't want to mix
22 that with 50.
23  Q  (BY MR. SIEBERT) Was it your
24 understanding that you had to ask for permission to
25 go for a restroom break?

Page 86
1  A  (Through the interpreter) Yes.
2  Q  And did you have to have someone to fill
3 in for you in order to go to the restroom break?
4  A  I don't know when I asked for restroom.
5 It was the supervisor who was giving me permission
6 to go.
7  Q  Okay. Do you know what factors the
8 supervisor considered when either granting or not
9 granting a restroom break?
10  A  I don't know what factors the supervisor
11 considered, but when someone wants to use the
12 bathroom -- for example they want to go and pee -- I
13 don't see how can anyone say no.
14  Q  What accommodation do you believe the
15 company should have provided for you, for you to be
16 able to exercise your religious observances?
17  A  Just like similar plants, like how they
18 handle the prayer issue. For example, in Cargill,
19 the supervisor will come to you. He will ask you
20 the prayer schedule and then you tell him, and even
21 sometimes when there aren't a lot of employees at
22 the line or when he is short of staff, he would
23 explain to you, talk to you very politely and tell
24 you the problem, and he will promise that he will
25 get you time to pray.

Page 87
1  Q  And you think that's what Swift should
2 have done?
3  A  Yes, because everybody has the right to
4 have freedom of religion and have time to practice
5 his religion.
6  Q  And that's an absolute right, without
7 regard to anything else?
8    MS. STRUBLE: Object to form.
9  A  Yes, it's a right, and when people have
10 mutual respect to each other, you respect my point
11 of view, my religion, and I respect your point of
12 view and your religion and your opinion, fine, but
13 if they don't respect your religion, then you will
14 consider that person to be enemy of yours.
15  Q  (BY MR. SIEBERT) Do you keep in touch
16 with any people who still work at Swift?
17  A  No.
18  Q  Has anyone encouraged you to be part of
19 this lawsuit?
20  A  No. It was my choice.
21  Q  Has anyone encouraged you not to
22 participate in the lawsuit?
23  A  No.
24  Q  Has anyone other than your lawyers told
25 you what to do or say with regard to the lawsuit?

Page 88
1    MS. STRUBLE: Object to form.
2  A  No, there was no one else that I talked
3 to or I get involved with.
4  Q  (BY MR. SIEBERT) Would you go back to
5 work for Swift today?
6  A  If they allow me to practice my religion
7 and the work environment, which was discrimination,
8 and all these things are not there anymore, I would
9 be willing to go back.
10  Q  Are you aware of any JBS -- any Swift
11 employees who were Muslim but not black?
12  A  No, I don't know.
13  Q  Are you aware of any Swift employees who
14 are Somali but not Muslim?
15  A  No.
16  Q  Are you aware of any black employees who
17 are not Muslim?
18  A  (In English) Let me think.
19    (Through the interpreter) Not that I can
20 remember right now.
21  Q  Have you ever filed for bankruptcy?
22  A  No.
23  Q  Ever been arrested?
24  A  No.
25  Q  Ever been charged with a criminal