# EXHIBIT A - 8

# ABDIRASHID HUSSEIN VOLUMES I AND II DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02103-PAB-KLM

---

VIDEO DEPOSITION OF ABDIRASHID HUSSEIN VOLUME I
February 17, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OP COMMISSION
        By Rita Byrnes Kittle, Esq.
          303 East 17th Avenue
          Suite 410
          Denver, CO  80203-9634
          Phone: 303.866.1381
          Fax: 303.866.1375
            Appearing on behalf of the Plaintiff

AGREN BLANDO COURT REPORTING & VIDEO INC.

60

1    A    It is the job application that I filled
2 out.
3    Q    And is this your handwriting on Exhibit 56?
4    A    No, it's not my handwriting. Somebody
5 helped me. So I was worried to mess up, so somebody
6 helped me.
7         I was not good in that time. I had no good
8 English knowledge at that time.
9    Q    Who helped you fill this out?
10   A    Some community members, they help me to
11 fill out. They told me, "You have to wait, then they
12 will call you."
13   Q    On the second page, under "relatives who
14 work for the company," it says Svado Karshe?
15   A    I have told you before she come here before
16 me. She is my aunt.
17   Q    And on the last page of Exhibit 56, is that
18 your signature at the top of -- towards the top -- last
19 page.
20        Is that your signature where it says
21 "signature of applicant"?
22   A    Yes, my signature.
23   Q    And there's a box toward the bottom of this
24 last page that has the name of a translator, that says
25 Abdullah Adon. Do you see that?

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

**AGREN BLANDO COURT REPORTING & VIDEO INC.**

124

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02103-PAB-KLM

---

VIDEO DEPOSITION OF ABDIRASHID HUSSEIN, VOLUME II

August 30, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    UNIVERSITY OF DENVER
        By Raja Raghunath, Esq.
           Ricketson Law Building
           2255 E. Evans Avenue, Suite 335
           Denver, Colorado 80208-0632
             Appearing on behalf of Abdirashid
             Hussein, Plaintiff-Intervenors.

    SHERMAN & HOWARD L.L.C.
        By Kelly Robinson, Esq.
           633 17th Street, Suite 3000
           Denver, Colorado 80202
             Appearing on behalf of Defendant.

```
 1        A     Yes.
 2        Q     How long did you work there?
 3        A     I don't know.  Maybe a month and a half.  I
 4   don't remember.
 5        Q     Do you remember what year that was?
 6        A     I don't know.  I remember I worked there,
 7   but I don't know what time it was.
 8        Q     Why did you leave Cargill?
 9        A     I was fired.
10        Q     Why?
11        A     I think I met one of the supervisors who
12   also used to work at Swift and he put me in a lot of
13   pressure, and I think that was the reason.  Another
14   supervisor, a different name, fired me.
15        Q     What was the name of the supervisor that you
16   believe worked at Swift?
17        A     I don't remember.  I remember I was fired
18   but that is all that I remember.
19        Q     Who was your supervisor at Cargill?
20        A     I don't know.
21        Q     What shift did you work?
22        A     Morning shift.
23        Q     Were you able to recite your prayers at
24   Cargill?
25        A     Yes.
```