# EXHIBIT A ~9

# FAYSAL IBRAHIM DEPOSITION

Ibrahim  Faysal.txt

1

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

Case No.: 10-CV-02103-PAB-KLM

---

VIDEO DEPOSITION OF FAYSAL IBRAHIM

February 8, 2013

---

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

    Defendant.

---

APPEARANCES:

  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    By: Andrew Winston, Esq.
      303 East 17th Avenue, Suite 410
      Denver, Colorado 80203-9634
       Appearing on behalf of Plaintiff.

  UNIVERSITY OF DENVER
    By: Raja Raghunath, Esq.
      2255 E. Evans Avenue, Suite 335
      Denver, Colorado 80208
       Appearing on behalf of
       Faysal Ibrahim.

2

1    APPEARANCES (Continued)

Page 1

Ibrahim Faysal.txt

25   worked at Cargill?

21

1     A   I moved up. Finally I was training the new
2   employees.
3     Q   When you say you were "training the new
4   employees," what were you doing specifically?
5     A   I used to teach them about safety,
6   equipment, how to handle the knife, how to cut the
7   meat. And in case of emergency there are some
8   chemicals, ammonia, and in case of emergency what to
9   do. If there is a tornado, where to go, the shelter
10  to go to in case of tornado, and lots of other
11  things.
12     Q   What language were you conducting the
13  training in at Cargill?
14     A   Most of it Somali, sometimes English.
15     Q   And did you say prayers at work when you
16  worked for Cargill?
17     A   Of course, yes.
18     Q   Did you have any complaints about your work
19  at Cargill?
20     A   No.
21     Q   What was the procedure you used for saying
22  prayers at work at Cargill?
23     A   We had the calendar, the schedule, the
24  prayer schedule, and five minutes before the prayer
25  time one of us would go and pray and somebody will