# EXHIBIT A -12

# NUUR MOHAMUD DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF NUUR MOHAMUD
October 2, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        By Sean Ratliff, Esq.
           303 East 17th Avenue
           Suite 410
           Denver, Colorado 80203-9634
             Appearing on behalf of Plaintiff.

    DAVID LICHTENSTEIN, ESQ.
           1556 Williams Street
           Suite 100
           Denver, Colorado 80218
             Appearing on behalf of Abade
             Plaintiffs-Intervenors.

AGREN BLANDO COURT REPORTING & VIDEO INC.

38

1    A    In Fort Morgan.

2    Q    When you worked for the government in
3 California, were you allowed to recite your prayers
4 during your workday?

5    A    I used to pray on time.

6    Q    How did they handle it?

7    A    I was working with good people who would
8 allow me to pray.

9    Q    Why did you move to Colorado?

10   A    I didn't have a job, so I was looking for
11 a job.

12   Q    How did you find out about the job at
13 Cargill?

14   A    Repeat the question.

15   Q    How did you find out about the job at
16 Cargill?

17   A    I was told by guys that -- we heard from
18 each other.

19   Q    How long did you work for Cargill?

20   A    Seven to eight months.

21   Q    Why did you leave Cargill?

22   A    I left and went to JBS.

23   Q    Why did you want to leave Cargill to go
24 to JBS?

25   A    I was hired for it and I liked the area.

AGREN BLANDO COURT REPORTING & VIDEO INC.

39

1    Q    Did you quit your job at Cargill, or were
2    you fired from that job?
3    A    No, I quit.
4    Q    What were you doing for Cargill?
5    A    I used to work with knife at one time,
6    and the other time I was working with the ground
7    beef.
8    Q    Were you able -- back up.
9         Were you working first shift or second
10   shift at Cargill?
11   A    Second.
12   Q    What were the hours for the second shift?
13   A    Start time 2:30 until 11:30.
14   Q    And were you able to recite your prayers
15   during work hours at Cargill?
16   A    Yes.
17   Q    How did Cargill handle your request to
18   pray during work hours?
19   A    The guy that I was working with had no
20   problem for me to go and pray, and he would allow me
21   to go.
22   Q    Is that when you worked on the ground
23   beef or with the knife?
24        MR. LICHTENSTEIN:  Object to form.
25   A    In Cargill I was working sometimes knife

```
 1       A    I don't remember, but it was more than
 2  30.
 3       Q    When it was time to recite your prayer
 4  when you were working with the knife, did somebody
 5  have to come and replace you and do your work while
 6  you left?
 7       A    Yes, they would bring someone.
 8       Q    Were you allowed to leave your line if
 9  there was nobody available to fill in for you while
10  you were away?
11       A    I would inform them, notify them
12  20 minutes before the prayer time.
13       Q    But my question is, if there was no one
14  available to fill in for you, were you allowed to
15  leave the line?
16       A    Yes, they would allow me.  I used to go.
17  I never seen anyone bother me.
18       Q    How many times did you need a prayer
19  break when you were working for Cargill on the knife
20  line?
21       A    Prior time changed, but I used to pray
22  Asr and Maghrib, and Isha.
23       Q    So you would take three prayer breaks
24  when you worked at Cargill?
25       A    Yes.
```

AGREN BLANDO COURT REPORTING & VIDEO INC.

42

```
 1     Q     And how long would you be away from the
 2  line?
 3     A     10 to 12 minutes.
 4     Q     And were you paid or unpaid during that
 5  time away?
 6     A     I never seen anything that they -- any
 7  time that they deduct from me.  They used to pay me.
 8     Q     And was it -- was this the same when you
 9  worked at the ground beef area?
10     A     Yes, same.
11     Q     How much were you making when you worked
12  at Cargill?
13     A     I don't remember how much I was making
14  per hour.  It used to change.
15     Q     What was the approximate range of pay
16  that you earned at Cargill?
17     A     You mean per hour?  Do you mean my
18  paycheck?
19     Q     Per hour.
20     A     I don't remember that.
21     Q     When you went and worked for JBS, were
22  you making more or less than you were making at
23  Cargill?
24     A     I don't remember how much I was making at
25  Cargill, but this one, JBS, I know.
```

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433  Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

```
 1   were living in Fort Morgan, working at Cargill, and
 2   he was working at JBS in Greeley?
 3             MR. RATLIFF:  Object to form.
 4        A    I was introduced to him by someone.
 5        Q    (BY MS. ROBINSON)  Did you talk to anyone
 6   other than Sulayman about the job at JBS?
 7        A    No.
 8             MS. ROBINSON:  Mark this.
 9             (Exhibit 335 marked.)
10        Q    (BY MS. ROBINSON)  Let me hand you what
11   has been marked as Exhibit 335.
12             Is Exhibit 335 a copy of your application
13   that you submitted to JBS?
14        A    I know this much, but I don't understand
15   the language.
16        Q    Did somebody help you fill this out?
17        A    Yes.
18        Q    And who was that?
19        A    I was helped by Kamal Abdi.
20        Q    And how did you know him?
21        A    Kamal used to work at Fort Morgan.
22        Q    And here it represents that he is your
23   cousin.  Is he your cousin?
24        A    No.
25        Q    So Mr. Kamal worked with you at Cargill?
```

AGREN BLANDO COURT REPORTING & VIDEO INC.

51

1      A      (In English)  Yes.

2             (Through the interpreter)  Yes, he used

3   to work at Cargill.

4      Q      Then he moved to Greeley and worked at

5   JBS?

6      A      We started at the same time.

7      Q      You started at JBS at the same time?

8      A      At the same time.

9      Q      Do you know a person by the name of Asha

10  Abdullahi?

11     A      No, I do not know.

12     Q      Do you know why that person is listed as

13  a person who referred you to JBS?

14     A      I think Kamal knew her, and that's why he

15  put her name on it.

16     Q      When did you start working at Cargill in

17  Fort Morgan?

18     A      I don't remember.

19     Q      On page 4 of Exhibit 335, is that your

20  signature under -- on the line that says "Signature

21  of Applicant"?

22     A      That's my signature.

23     Q      How long after submitting your

24  application to JBS did it take before you were

25  hired?

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306