# EXHIBIT A - 13

# ZAHRA ABDI MUSE DEPOSITION

```
                                                                    1

     IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO

     Civil Action No. 10-cv-02103-PAB-KLM

     ---------------------------------------------------------

     VIDEOTAPED DEPOSITION OF ZAHRA ABDI MUSE

                                           August 27, 2012

     ---------------------------------------------------------



     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,


             Plaintiff,


             and


             IRAQ ABADE, et al.,


             Plaintiffs-Intervenors,


     vs.


     JBS USA, LLC d/b/a JBS SWIFT & COMPANY,


             Defendant.


     ---------------------------------------------------------
```

Zahra Abdi Muse

```
                                                                   65
 1              THE INTERPRETER:  The clock, yeah.
 2       Q     (By Ms. Colaizzi)  Before you started working
 3  for Swift, other than what you heard from Yousef, had
 4  you heard anything else about what it was like to work
 5  for the company?
 6       A     The only person that I knew at that time
 7  was -- was that boy.
 8       Q     When you applied for employment at JBS, did
 9  you know anybody else who was already working there?
10       A     No.  He was the one who helped me to fill out
11  the application.
12       Q     Yousef was?
13       A     Yes.
14       Q     Did he help you fill out the application here
15  in Colorado or back in Minnesota?
16       A     He were -- when I come, he was already here.
17       Q     Okay.  When -- when -- when he told you that
18  Swift was a good company to work for, were you both in
19  Minnesota when he told you that?
20       A     Well, he came first.  Yeah.
21       Q     Oh, to Colorado?
22       A     Yes.
23       Q     When he told you that Swift was a good place
24  to work, were you both in Minnesota, or were you in
25  Minnesota and he was in Colorado?
```

Zahra Abdi Muse

```
                                                                    66
 1        A    He was here, and I was in Minnesota.
 2        Q    Were you talking on the phone to him when he
 3   told you this?
 4        A    Um-hum.
 5             MS. KING:  And you need to answer yes or no.
 6             MS. COLAIZZI:  Thank you.
 7             This will be 117.
 8             (Exhibit 117 marked.)
 9        Q    (By Ms. Colaizzi)  Ms. Muse, you have in
10   front of you Deposition Exhibit 117.
11             Do you recall seeing this before?  I
12   understand that you can't read it, but do you recall
13   seeing the papers before?
14        A    No.
15             THE DEPONENT:  (In English)  No.
16        Q    (By Ms. Colaizzi)  When Yousef helped you
17   fill out the application, where were you?
18        A    It's from the Workforce.
19        Q    Okay.  Did Yousef tell you what the
20   application said and then ask -- ask you what to write,
21   or did he just fill it out for you?
22        A    I don't know -- I don't know how to read and
23   he not asked me any question about the -- the
24   application.  Then he started filling out my Social
25   Security and the -- the box which asks questions about
```

Zahra Abdi Muse

```
                                                                  67
 1   to answer yes and no.
 2       Q    Could you please turn to the last page of
 3   117, which is JBS Page 3434, and about halfway down,
 4   your name is written there.
 5            Did you write your name or --
 6            MS. COLAIZZI:  What did she say?
 7            THE INTERPRETER:  "Yes.  I see that's my
 8   name."
 9       Q    (By Ms. Colaizzi)  Did you write your name
10   there, or did Yousef write your name there?
11       A    Yousef is the one who -- who wrote down.
12       Q    Okay.  The application states that you
13   went -- that you had eight years of schooling in
14   Somalia.  Is that correct?
15       A    I don't know what he wrote there.  I did not
16   attended eight years of school in Somalia.
17       Q    Okay.  Did you ever attend Mogadishu High
18   School?
19            THE DEPONENT:  (In English)  No.
20       A    Uh-uh.
21            MS. KING:  You need to answer yes or no
22   again, okay?
23            THE DEPONENT:  (In English)  Yes.
24            MS. KING:  It's difficult.  I know.
25            THE DEPONENT:  (In English)  Sorry.  Sorry.
```

Zahra Abdi Muse

```
                                                                    68
 1        Q    (By Ms. Colaizzi)  Do you know somebody by
 2   the name of Abdullahi Yousef?
 3        A    I don't know Abdullahi Yousef.  I don't
 4   remember now.
 5        Q    Do you have an aunt by the name of Abdullahi
 6   Yousef?
 7             THE INTERPRETER:  Aunt, you said?
 8             MS. COLAIZZI:  Yes.
 9             THE INTERPRETER:  Aunt?
10             MS. COLAIZZI:  Aunt.
11             THE INTERPRETER:  Abdi?  Abdi Yousef?
12        Q    (By Ms. Colaizzi)  Abdullahi Yousef.  Do you
13   have an aunt by the name of Abdullahi Yousef?
14             THE DEPONENT:  (In English)  No.
15        A    No.
16             Abdeerahim or Abdullahi?
17        Q    Abdullahi.
18             THE DEPONENT:  (In English)  No.
19        A    No.
20        Q    (By Ms. Colaizzi)  Just to make sure I'm
21   clear on this, did you have any other jobs in Minnesota
22   other than working at the Jennie-O chicken plant?
23        A    Yes.  Child care.  Day care.
24        Q    Other than Jennie-O and child care, did you
25   have any jobs in Minneapolis other than those two?
```

Zahra Abdi Muse

```
                                                                 69
 1       A    There was another job that I work for a
 2  month, eld (sic) care.
 3       Q    Healthcare?
 4            THE INTERPRETER:  Eld, eld, eld, eld.
 5            MS. COLAIZZI:  Eld care?
 6            THE INTERPRETER:  Eld care.
 7            MS. COLAIZZI:  Okay.  Like elder care?
 8            MS. KING:  Elder?
 9            THE INTERPRETER:  Elder or eld, yeah.
10       Q    (By Ms. Colaizzi)  For older people, elderly
11  people?
12            THE DEPONENT:  (In English)  Yeah.
13       A    Yes, eld care.
14       Q    (By Ms. Colaizzi)  Was that a company that
15  you worked for when you did that?
16       A    So that is a government company, and I was
17  having a patient in my house.
18       Q    Okay.
19            MR. NUR:  Excuse me.  She didn't say "my
20  house."  She said "house."
21            THE DEPONENT:  (In English)  House.
22            MR. NUR:  Not in her house.  A house.
23       Q    (By Ms. Colaizzi)  Okay.  Okay.  So would you
24  go -- would you go to the patient's house to help them?
25       A    Yeah.  In their -- in -- in her house.
```

Zahra Abdi Muse

```
                                                                    70
 1        Q    Okay.  Did you do that before or after you
 2   worked for Jennie-O?
 3        A    After.
 4        Q    Why did you stop doing the elder care job?
 5        A    So I become sick because I need to -- to lift
 6   the person, so the doctor told me not to do.
 7        Q    The doctor told you not to do the job?
 8        A    Yeah.  The doctor told me not to lift the
 9   person.
10        Q    Okay.  Thank you.  When you were hired at
11   Swift, did somebody from the company interview you?
12        A    What kind of interview?
13        Q    Did somebody from the company meet with you
14   and ask you questions about yourself?
15        A    So not personally, but I was among those
16   people, black and white people, those who are supposed
17   to be hired.
18        Q    Okay.  So you went through an orientation?
19        A    Yes.  We went through orientation.
20        Q    Okay.  Did anybody from the company meet with
21   you before you started orientation?
22        A    No.
23        Q    Did anybody ask you whether you wanted to
24   work on the first shift or the second shift?
25        A    I do not ask them, and nobody told me about
```

Zahra Abdi Muse