# EXHIBIT A - 14

# RAAWI ALI SAHAL DEPOSITION

## Page 1

```
 1  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 2
    Case No. 10-CV-02103-PAB-KLM
 3
    ------------------------------------------------
 4
    DEPOSITION OF RAAWI SAHAL
 5  February 15, 2012
 6  ------------------------------------------------
 7  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 8  Plaintiff,
 9  and
10  IRAQ ABADE, et al.,
11  Plaintiff-Intervenors,
12  v.
13  JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
14  Defendant.
15  ------------------------------------------------
16  APPEARANCES:
17  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
18        By Stephanie Struble, Esq.
19           303 East 17th Avenue
20           Suite 410
21           Denver, CO 80203-9634
22           Phone: 303.866.1381
23           Fax: 303.866.1375
24           stephanie.struble@eeoc.gov
25              Appearing on behalf of the Plaintiff.
```

## Page 2

```
 1  UNIVERSITY OF DENVER STURM COLLEGE OF LAW
          By Raja Raghunath, Esq.
 2           2255 East Evans Avenue, Room 480C
             Denver, Colorado  80208-0632
 3           Phone:  303.871.6941
             Fax:  303.871.6847
 4           rraghunath@law.du.edu
                Appearing on behalf of the Abdulle
 5           Plaintiff-Intervenors.
 6  KING GREISEN LLP
          By Diane S. King, Esq.
 7           1670 York Street
             Denver, CO 80206
 8           Phone: 303.298.9878
             Fax: 303.298.9879
 9           king@kinggreisen.com
                Appearing on behalf of the Abade
10           Plaintiff-Intervenors.
11  SHERMAN & HOWARD, LLC
          By Raymond M. Deeny, Esq.
12           Heather Fox Vickles, Esq.
             Kelly K. Robinson, Esq.
13           633 Seventeenth Street
             Suite 3000
14           Denver, CO 80202
             Phone: 303.299.8194
15           Fax: 303.298.0940
             rdeeny@shermanhoward.com
16           hvickles@shermanhoward.com
             krobinson@shermanhoward.com
17              Appearing on behalf the Defendant.
18
19  Also present:  Hassan Haile, interpreter
20              Sam Scheurich
21              Feben Berhe
22              Don Mauk
23              Omar Nur
24              Hawali Ali
25              Hilary Von Rohr
```

## Page 3

```
 1       Pursuant to Notice and the Federal Rules
 2  of Civil Procedure, the deposition of RAAWI SAHAL,
 3  called by Defendant, was taken on Wednesday,
 4  February 15, 2012, commencing at 9:24 a.m., at 633
 5  17th Street, Suite 3000, Denver, Colorado, before
 6  Vanessa D. Campbell, Registered Professional Reporter
 7  and Notary Public within and for the State of Colorado.
 8
 9
10            I N D E X
11  DEPOSITION OF RAAWI SAHAL
12  EXAMINATION BY:                        PAGE
13      Ms. Struble                        156
14      Mr. Raghunath                       --
15      Ms. King                            --
16      Mr. Deeny                           10
17      Ms. Vickles                        131, 158
18      Ms. Robinson                        --
19
20  EXHIBITS                       INITIAL REFERENCE
21  Exhibit 15    Copy of Raawi Sahal's      12
                  Colorado instruction permit
22                and Social Security card
23  Exhibit 16    United Food & Commercial   16
                  Workers Union Local 7R
24                document
25
```

## Page 4

```
 1        I N D E X (Continued)
 2  Exhibit 17    Swift & Company Application   23
                  for Hourly Employment
 3
    Exhibit 18    Questionnaire                 57
 4
    Exhibit 19    JBS posting regarding         75
 5                graffiti
 6  Exhibit 20    Charge of Discrimination      81
 7  Exhibit 21    JBS Disciplinary Suspension   92
 8  Exhibit 22    List of words                109
 9  Exhibit 23    Time detail for Raawi Sahal  129
10  Exhibit 24    General Production and       142
                  Break Sign-off
11
    Exhibit 25    Acknowledgement of Receipt   145
12                & Understanding of the
                  Employee Handbook
13
    Exhibit 26    Acknowledgement Best Work    146
14                Environment Training
15  Exhibit 27    Agreement between Swift &    146
                  Company and United Food and
16                Commercial Workers, Local
                  No. 7
17
18  EXHIBITS PREVIOUSLY MARKED              PAGE
19  Exhibit 8   Employee Handbook            144
20  Exhibit 10  Prayer times                  44
21  Exhibit 13  Prayer times schedule        131
22
23
24
25
```

Page 17
1   A   (Shook head.)
2   Q   Can you understand English?
3   A   Very little.  And I cannot -- I cannot
4  talk back English.
5   Q   Do you know what a union is?
6   A   I know that there is a union and I see
7  them walk around, but I don't know what they do or
8  what they -- what they're there for.
9   Q   Did you ever process a grievance with any
10  union representative at JBS Swift?
11   A   There were times where I had some problem
12  with my hours, I talked to them.  Nothing further.
13   Q   So just what was the problem with the
14  hours?
15   A   I was missing hours.  They didn't pay me
16  those hours.
17   Q   When was that?
18   A   2009.
19   Q   What month?
20   A   I don't recall the month.
21   Q   Did the -- who was the union
22  representative that you talked to?
23   A   I do not know their names.  I recognize
24  their faces, but I don't know their names.
25   Q   Was the individual Hispanic?

Page 18
1   A   Repeat the question.
2       MR. DEENY:  You help me here, Hassan.
3       THE INTERPRETER:  Yeah.  For sure.
4       MR. DEENY:  Would -- would
5  Mexican-American be easier?
6   A   Yes.  Mexican.  A male.
7   Q   (By Mr. Deeny)  And you knew he was a
8  union representative?
9   A   They wear a different hat.
10   Q   Right.  As a union representative.
11   A   Yes, that they are a representative of the
12  union.
13   Q   And did your wage claim get resolved?
14   A   No.  They didn't.  They told me that I
15  will get paid, I will get paid, but they never did
16  pay me.
17   Q   And that's the only time you have
18  processed a grievance with the union?
19   A   That was the only time.
20   Q   Okay.  Did you work at ConAgra before
21  working at JBS Swift?  ConAgra.
22   A   What is it called?
23   Q   You've never worked for that company?
24   A   Can you repeat the name of the company?
25   Q   Sure.  ConAgra.

Page 19
1   A   I worked for Cargill company.
2   Q   Right.
3   A   For seven months.
4   Q   Right.  In Fort Morgan?
5   A   Yes.
6   Q   Did you ever work for ConAgra is my
7  question.
8   A   No.
9   Q   Okay.
10   A   I don't know.
11   Q   And you worked at Cargill for seven
12  months.  They also had a union representing
13  employees, correct?
14   A   They do have, but I had no problem so I
15  had no contact with the union --
16   Q   Okay.
17   A   -- there.
18   Q   And so when you say you had no problems at
19  Cargill, I take it you had no problems with prayer
20  breaks?
21   A   At Cargill I was doing morning shift.
22   Q   Okay.
23   A   So sometimes I would pray morning prayers
24  at home so I didn't have any problem, and I had no
25  prayers problem at all.

Page 20
1   Q   Did you know how Cargill accommodated
2  employees who needed prayer breaks?
3   A   I have no idea.
4   Q   And you worked in packaging at Cargill?
5   A   No.  I was working with knife.
6   Q   You were working --
7       MR. DEENY:  I'm sorry, Hassan.
8   A   Knife.
9   Q   (By Mr. Deeny)  Knife.  So you were on
10  the -- on the cut line?
11   A   Yes.
12   Q   Had you ever worked in meat packing prior
13  to that time?
14   A   No.  Never had another job before that.
15   Q   Cargill -- did Cargill train you to work
16  on the cut line?
17   A   Yes.  I had three days training.
18   Q   Okay.  Why did you leave Cargill?
19   A   I moved here.  There was no problem that
20  forced me to leave.
21   Q   Moved -- you said you moved here.  Where
22  is here?
23   A   Greeley.
24   Q   So from Fort Morgan to Greeley?
25   A   Yes.

**Page 25**

```
1    A   Yes.  Ali's -- Ali's wife was in Greeley
2　and she was working in Greeley.
3    Q   And where did she work?
4    A   She was working at Swift.
5    Q   What's her name?
6    A   Nimo.  N-i-m-o.
7    Q   And does Nimo still work at Swift?
8    A   No.
9    Q   How long ago did she leave Swift?
10   A   I cannot tell.  I don't know.
11   Q   Does she still live in Greeley?
12   A   No.
13   Q   How long ago did she leave Greeley?
14   A   I cannot remember that.
15   Q   In the third page of this application did
16 you -- when you had Ali fill this out for you, did
17 you verify the information that was being put in the
18 application?
19   A   No.  I don't know what he put in there.
20 All I wanted is to apply for the job and get the
21 job, so he was the one who was putting all this
22 information in the application.
23   Q   Ali apparently put that your work at
24 Cargill was in packaging.
25   A   That's wrong.
```

**Page 26**

```
1    Q   Ali apparently put that your job title was
2 packaging.
3    A   That's totally wrong.
4    Q   Ali put that the supervisor you had at
5 Cargill was Aron.
6    A   That's not my supervisor's name.
7    Q   And Ali put that your salary or wage --
8        MR. DEENY:  Let's use wage, Hassan.
9    Q   (By Mr. Deeny) -- wage was $12.20 per
10 hour.
11   A   The wage is right.
12   Q   Okay.  Were you present when Ali was
13 filling out this information?
14   A   He asked me my wage per hour.  I do recall
15 that.  But he didn't ask me a lot of information.
16 He was just filling out the application.
17   Q   Did Ali tell you that it was important to
18 provide accurate information to Swift?
19   A   He didn't tell me that.  He didn't, and I
20 wasn't aware that that's -- that that was very
21 important.  Had I known the importance, I would go
22 to someone who has a good command of English
23 language and I would ask them to explain for me this
24 so I can put the right information in here.
25   Q   Would you --
```

**Page 27**

```
1        MR. DEENY:  Hassan, have her look at the
2 last page of that.
3    Q   (By Mr. Deeny)  Is that your signature?
4    A   Yes.
5    Q   And did Ali tell you that the information
6 above there says that you are supposed to know that
7 the information you're providing is accurate?
8    A   No.
9    Q   Before you signed that, did Ali tell you
10 what that said?
11   A   No.
12   Q   Did you ask him what it said before you
13 wrote your signature on there?
14   A   The reason I needed his help was to help
15 me and protect me, and he told me this is all you
16 need to do, just sign there, and I did it.
17   Q   My question was did you ask him what does
18 all that language mean?
19   A   No.
20   Q   And you were asking him to protect you?
21       MS. STRUBLE:  Objection form.
22   A   Yes, indeed.
23   Q   (By Mr. Deeny)  On the first page of that
24 document did Ali read to you the notice to the
25 applicant?
```

**Page 28**

```
1    A   No.
2    Q   And did you ask him what that language
3 said?
4    A   When I get the application form and I went
5 to him, I wanted him to explain to me what I need to
6 do, but he didn't tell me anything, he just fill out
7 the form and said, You need to sign here, and I did.
8    Q   On that first page it asks for your
9 previous address, and there is an address of 16701
10 East Mississippi, Denver, Colorado.  Do you see
11 that?
12   A   That was my first address when I came here
13 in this country.
14   Q   And you didn't know Ali at that time,
15 correct?
16   A   No.
17   Q   So the only source of that information for
18 Ali would have been you, correct?
19   A   I had the I.D. with me.
20   Q   And did you live at that address for eight
21 months?
22   A   Yes.
23   Q   And the only source of that information
24 would be you as well, correct?
25   A   I gave him -- I gave him my I.D. and he
```