# EXHIBIT A - 15

# NUR BADAL SHUBE DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC

1

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

Case No.: 10-CV-02103-PAB-KLM

---

VIDEO DEPOSITION OF NUR BADAL SHUBE

December 13, 2012

---

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,

        Plaintiff,

and

IRAQ ABADE, et al.,

        Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

        Defendant.

---

APPEARANCES:

    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        Laurie S. Elkin, Esq.
        303 East 17th Avenue
        Suite 410
        Denver, Colorado 80203-9634
          Appearing on behalf of Plaintiff.

    KING GREISEN LLP
        Diane S. King, Esq.
        1670 York Street
        Denver, Colorado 80206
          Appearing on behalf of
          Plaintiff-Intervenor
          Nur Badal Shube.

AGREN BLANDO COURT REPORTING & VIDEO INC

33

```
 1   2010.
 2        Q    Do you know what month in 2010 you stopped
 3   working at Cargill?
 4        A    I don't remember.
 5        Q    How much did you make when you stopped
 6   working at Cargill?
 7        A    Per week, year, month?
 8        Q    Per week.
 9        A    From 450, 500 to 600.
10        Q    Did you have benefits of any kind at
11   Cargill?
12        A    No.
13        Q    Why did you stop working at Cargill?
14        A    For my own reasons.
15        Q    What were those reasons?
16        A    I chose to leave.
17        Q    Why did you choose to leave?
18        A    It was my personal decision.
19        Q    And why did you make that decision?
20        A    For personal reasons.
21        Q    And I need to know what those personal
22   reasons were.
23        A    I cannot tell you a reason right now.
24        Q    Why not?
25        A    I decided just to leave.
```

AGREN BLANDO COURT REPORTING & VIDEO INC

34

```
1      Q    Why can't you tell me a reason?
2      A    If you are walking down the street and
3    somebody asks you the question, Why are you walking
4    here, it doesn't make sense.  I chose to leave and
5    there is no reason that I left.  I just left.
6      Q    Did you have any difficulties or problems
7    working at Cargill?
8      A    No.
9      Q    Did you work anyplace else after you left
10   Cargill?
11     A    Yes.
12     Q    Where?
13     A    San Diego.
14     Q    Where did you work in San Diego?
15     A    Taxi.
16     Q    Were you a driver?
17     A    I was driving.
18     Q    Why did you move to California from
19   Colorado after you left Cargill?
20     A    The weather is hot in San Diego.  Colorado
21   is cold.
22     Q    And I take it you like the hot weather?
23     A    Hot weather with the job, that's beautiful.
24     Q    About how many hours a week did you work as
25   a taxi driver in San Diego?
```

AGREN BLANDO COURT REPORTING & VIDEO INC

57

```
 1      Q    Did someone help you fill out an
 2   application to work at Swift?
 3      A    Yes.
 4      Q    Was it Kalid or somebody else?
 5      A    Kalid.
 6      Q    Do you remember, were you sitting with him
 7   when he was filling out the paperwork for you?
 8      A    Yes, I was.
 9      Q    Did he ask you questions and you tell him
10   what to write or did he fill out the papers by
11   himself?
12           MS. ELKIN:  Object to form.
13      A    He would ask me questions and I answered
14   him back.
15      Q    (MS. COLAIZZI)  Did anyone from JBS
16   interview you before you started working there?
17      A    It was long time ago.  I don't remember
18   very well.
19      Q    When you worked at JBS what shift were you
20   on?
21      A    Last shift.
22      Q    Before you started working at JBS, did
23   anybody ask you what shift you preferred to work?
24      A    Yes.
25      Q    And what did you say?
```

144

1    A    Yes.
2    Q    When you applied for unemployment benefits,
3    were you asked to give a reason why you were no
4    longer working at Cargill?
5    A    Yes.
6    Q    What did you say?
7    A    I told them.
8    Q    What did you tell them?
9    A    How it happened.
10   Q    And what are you talking about when you say
11   how it happened?
12   A    How I left the job.  That's what I told
13   them.
14   Q    And how was it that you left the job?
15   A    I want to apologize.  Earlier I gave you
16   the wrong answer.
17   Q    What is the correct answer?
18   A    I didn't quit.  I was fired.
19   Q    What reason did Cargill give you for your
20   termination, if any?
21   A    I was trying to send visas to my wife.  So
22   I came from Fort Morgan and came to Denver.  And it
23   took me a long time, like the way it did today.  The
24   number that I needed to call, I left it home.  So I
25   missed work that day.  And next day when I went to

AGREN BLANDO COURT REPORTING & VIDEO INC

145

1  work they told me that I did not call and I did not

2  show up.  That's why they fired me.

3      Q    You said a minute ago that it "took a long

4  time like today."  What do you mean?

5      A    It was in downtown.

6      Q    Meaning downtown Denver?

7      A    It was at Colfax.  There were lots of

8  people.  I was waiting the lawyer and that's how I

9  took long time.

10     Q    Did Cargill contest or challenge or try to

11 stop you from getting unemployment benefits?

12     A    Yes.

13     Q    But you received them anyway?

14     A    Yes.

15     Q    Are any of the answers -- other answers

16 that you have given me today incorrect or untruthful

17 in any way?

18     A    This was the only wrong answer.  There may

19 be questions that I need to go back but this is the

20 only wrong answer I know.  And I apologized.

21          MS. COLAIZZI:  I don't have anything

22 further right now.

23          MS. ELKIN:  Okay.  I have a few questions.

24                    EXAMINATION

25 MS. ELKIN: