# EXHIBIT B -1

# RON GOULD DEPOSITION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02103-PAB-KLM

---

DEPOSITION OF RON GOULD
EXAMINATION DATE:  OCTOBER 17, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
        Plaintiff,
IRAQ ABADE, et al.,
        Plaintiffs-Intervenors,
MARYAN ABDULLE, et al.,
        Plaintiffs-Intervenors,
FARTUN ADAN, et al.,
        Plaintiffs-Intervenors,
and
ASAD ABDI, et al.,
        Plaintiffs-Intervenors
v.
JBS USA, LLC d/b/a JBS SWIFT COMPANY,
        Defendant.

---

        PURSUANT TO NOTICE, the deposition of
RON GOULD was taken at 9:32 a.m. on October 17, 2012, at
303 East 17th Avenue, Suite 410, Denver, Colorado,
before Nathan Stormo, Registered Professional Reporter
and Notary Public in and for the State of Colorado, said
deposition being taken pursuant to the Federal Rules of
Civil Procedure.


                Nathan Stormo
        Registered Professional Reporter

Stormo Reporting, Inc.  (303) 200-4792

103

1   2007, did it occur to you to try to find out what they

2   had done and use that for informational purposes to help

3   you decide how to deal with the situation in Greeley?

4       A    No.

5            MS. VICKLES:  Object to form.

6       Q    (By Ms. Kittle)  So you didn't call Grand

7   Island management and see what they had done the prior

8   year?

9       A    No.

10      Q    Did you make any effort to consult with any

11  other -- any processing plants like Cargill or Tyson to

12  see if they were dealing with similar sorts of issues?

13      A    No.

14      Q    Did you know that Cargill and Tyson had both

15  made some accommodation for Muslim prayer requests

16  during Ramadan already?

17           MS. VICKLES:  Object to form.

18      A    At that time I don't think I did.

19      Q    (By Ms. Kittle)  Did anyone suggest to you that

20  you should consult an imam about how to deal with this

21  problem?

22      A    Some specifics I don't remember, okay?  An

23  imam, I don't -- I don't remember specifically seeking

24  out an imam or being instructed to seek one out.

25      Q    Okay.  So about what time was it when -- well,

Stormo Reporting, Inc.  (303) 200-4792