# EXHIBIT B - 2

# ERIC RAY DEPOSITION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02103-PAB-KLM

---

DEPOSITION OF ERIC RAY
EXAMINATION DATE: SEPTEMBER 26, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,
IRAQ ABADE, et al.,
    Plaintiffs-Intervenors,
MARYAN ABDULLE, et al.,
    Plaintiffs-Intervenors,
FARTUN ADAN, et al.,
    Plaintiffs-Intervenors,
and
ASAD ABDI, et al.,
    Plaintiffs-Intervenors
v.
JBS USA, LLC d/b/a JBS SWIFT COMPANY,
    Defendant.

---

    PURSUANT TO NOTICE, the deposition of ERIC RAY was taken at 9:33 a.m. on September 26, 2012, at 303 East 17th Avenue, Suite 410, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

    Nathan Stormo
    Registered Professional Reporter

Stormo Reporting, Inc.  (303) 200-4792

Page 73

1  A   I don't remember if they signed in, but they
2  would have been required to be there.
3  Q   And is it customary at Swift when you do
4  training on some new policy that there is a sign-in
5  sheet for who is in attendance at the training?
6  A   Usually there is, yes.
7  Q   And do you know what training the supervisors
8  were given with respect to employee requests for
9  religious accommodation and prayer breaks?
10 A   I know that James Hamilton conducted some
11 training on general best work environment type things.
12 Q   And was Mr. Hamilton's training done before or
13 after the employees were terminated around Ramadan 2008?
14 A   I don't recall exactly.
15 Q   And did you attend the training that
16 Mr. Hamilton conducted?
17 A   Yes.
18 Q   And was there a sign-in sheet for the training
19 Mr. Hamilton conducted?
20 A   I don't remember.
21 Q   Were there materials passed out as part of the
22 training?
23 A   I don't remember.
24 Q   What do you remember about how long the
25 training was?

Page 74

1  A   Thirty minutes to an hour maybe. I don't know.
2  Q   And where was it conducted?
3  A   At the plant.
4  Q   Where at the plant?
5  A   In a conference room.
6  Q   And who all was in attendance at the training
7  that Mr. Hamilton conducted on prayer requests for
8  religious accommodation?
9  A   All the management team.
10 Q   And that would include the line supervisors?
11 A   Yes.
12 Q   And did Mr. Hamilton conduct that training in
13 one session with all employees, or were there two
14 sessions for the different shifts?
15 A   I don't remember.
16 Q   Now, you talked -- when we were talking about
17 the prior policy before it changed, we talked about the
18 standards for determining what might be an abuse of the
19 unscheduled break policy. Did those standards for
20 determining what would be an abuse change with the new
21 policy, or were you still looking at things like
22 frequency, duration, consistency?
23 A   You would still look for those things.
24 Q   And was there any new training provided to the
25 supervisors on how to assess those factors in

Page 75

1  determining whether some employee was abusing the
2  policy?
3  A   I don't recall.
4  Q   After implementation of the new policy, were
5  there any problems in implementing it, or did it create
6  any new problems in terms of running the operation of
7  the plant?
8  A   I don't recall.
9  Q   You don't remember there being any problems?
10 A   I don't remember if there were or there
11 weren't.
12 Q   Was there any analysis done about whether the
13 new policy was anymore costly?
14 A   I don't know.
15 Q   Were you aware that Cargill and Tyson had both
16 implemented policies that allowed for accommodation of
17 Muslim employees to pray?
18     MR. SIEBERT: Object to the form of the
19 question.
20     You may answer.
21 A   I don't know what Tyson did. I had a
22 conversation with Mary Ginther.
23 Q   You had a conversation with who?
24 A   With Mary Ginther.
25 Q   And who is that?

Page 76

1  A   She worked at Cargill.
2  Q   When did you have -- is it Mary?
3  A   Mary.
4  Q   When did you have a conversation with
5  Ms. Ginther?
6  A   I don't remember. It was sometime around
7  September of 2008.
8  Q   At the time when you were talking to the Muslim
9  employees about accommodating their prayer requests?
10 A   It would have been around -- it was sometime in
11 September of 2008.
12 Q   Okay. And what do you remember about your
13 conversation with Ms. Ginther?
14 A   She explained to me what they were doing.
15 Q   What did she tell you they were doing?
16 A   I don't remember. I would have to look at my
17 notes.
18 Q   And are those notes that you saw among the
19 notes that you picked out this morning?
20 A   Yes.
21 Q   All right. And what prompted you to call
22 Ms. Ginther?
23 A   Mary and I had a very good relationship, and we
24 talked about all kinds of things.
25 Q   So did you just routinely talk to her