# EXHIBIT B - 4

# JURIANA SPERANDIO DEPOSITION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02103-PAB-KLM

---

DEPOSITION OF JURIANA SPERANDIO
EXAMINATION DATE:  OCTOBER 16, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,
IRAQ ABADE, et al.,
    Plaintiffs-Intervenors,
MARYAN ABDULLE, et al.,
    Plaintiffs-Intervenors,
FARTUN ADAN, et al.,
    Plaintiffs-Intervenors,
and
ASAD ABDI, et al.,
    Plaintiffs-Intervenors
v.
JBS USA, LLC d/b/a JBS SWIFT COMPANY,
    Defendant.

---

    PURSUANT TO NOTICE, the deposition of JURIANA SPERANDIO was taken at 9:26 a.m. on October 16, 2012, at 303 East 17th Avenue, Suite 410, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

                      Nathan Stormo
             Registered Professional Reporter

```
                                                                    147
 1       Q    Oh, Chris Gaddis?
 2       A    Yes.  Greg Sunner knows what his previous
 3   company did too.
 4       Q    Where did Mr. Sunner previously work?
 5       A    Cargill.
 6       Q    In Fort Morgan?
 7       A    No.  He was from a Pennsylvania plant.
 8       Q    Did Mr. Gaddis previously work for a JBS
 9   competitor?
10       A    Gaddis, no.
11       Q    How about Mr. Schult?
12       A    He did.
13       Q    Who did Mr. Schult work for?
14       A    He worked for Tyson and Seaboard, I think.
15       Q    Tyson and who?
16       A    Seaboard.
17            MR. SIEBERT:  Seaboard, S-e-a-b-o-a-r-d.
18            MR. WINSTON:  Just like it sounds, Seaboard.
19       Q    (By Mr. Winston)  Do you know -- in response to
20   the events of Ramadan 2008 at the Greeley plant, do you
21   know whether Mr. Schult contacted and consulted other
22   meat packing companies in terms of how they deal with
23   religious accommodations of their Muslim employees?
24       A    I don't.
25       Q    You don't know?
```

```
                                                              148
 1      A    Huh-uh, no.
 2      Q    All right.  Do you know whether or not Mr. Ray
 3  did that?
 4      A    I don't.
 5      Q    Okay.  Do you know whether anyone within HR did
 6  that in the fall 2008 time period in response to the
 7  issues that arose in Ramadan 2008?
 8      A    I know there is conversation with the other
 9  meat packaging.  I don't know exactly the timeline,
10  because we have some information about how Tyson does
11  and how Cargill does.  But I don't know who took the
12  lead and call and how they did and when.
13      Q    Tell me what you recall learning about what
14  Cargill does and what Tyson does.
15      A    They have similar practice in terms of breaks
16  because it is a pretty standard way to run lines, so
17  they calculate pretty similar.  So I don't think there
18  is anything different really than we do.
19      Q    When did you first become aware of what Cargill
20  and Tyson and other JBS competitors do?
21      A    I can't remember.  It's been very informal
22  through different conversations, and we collect
23  information through this.
24      Q    It was subsequent to the September 2008 time
25  period?
```