# EXHIBIT B-5

# GREGORY E. SUNNER DEPOSITION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02103-PAB-KLM

DEPOSITION OF GREGORY E. SUNNER
EXAMINATION DATE:  OCTOBER 15, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,
IRAQ ABADE, et al.,
    Plaintiffs-Intervenors,
MARYAN ABDULLE, et al.,
    Plaintiffs-Intervenors,
FARTUN ADAN, et al.,
    Plaintiffs-Intervenors,
and
ASAD ABDI, et al.,
    Plaintiffs-Intervenors
v.
JBS USA, LLC d/b/a JBS SWIFT COMPANY,
    Defendant.

    PURSUANT TO NOTICE, the deposition of
GREGORY E. SUNNER was taken at 9:30 a.m. on October 15,
2012, at 303 East 17th Avenue, Suite 410, Denver,
Colorado, before Nathan Stormo, Registered Professional
Reporter and Notary Public in and for the State of
Colorado, said deposition being taken pursuant to the
Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

Stormo Reporting, Inc.  (303) 200-4792

```
                                                                    9

 1      A     A year, year and a half.
 2      Q     Did you supervise employees?
 3      A     I did.
 4      Q     How many employees did you supervise?
 5      A     Approximately five.
 6      Q     What was your next position at Cargill?
 7      A     Human resources manager.
 8      Q     I assume that was a promotion?
 9      A     Correct.
10      Q     How long were you the HR manager?
11      A     2-1/2 years.
12      Q     And then did you leave to go to JBS?
13      A     Correct.
14      Q     Did you leave Cargill voluntarily?
15      A     I did.
16      Q     Were you looking for a new job, or were you
17   recruited by JBS?
18      A     I was recruited.
19      Q     And were you hired as the HR manager at JBS?
20      A     HR director.
21      Q     At their Greeley facility?
22      A     Correct.
23      Q     Which facility did you work at for Cargill?
24      A     Dodge City, Hazleton, and Marshall.
25      Q     Dodge City, Iowa?
```

Stormo Reporting, Inc.  (303) 200-4792

12

```
1     A    Typically.
2     Q    Okay.  At any of the Cargill facilities, do you
3  know whether there were Muslim employees there?
4     A    I'm not sure of specific religions of
5  employees.
6     Q    Do you know whether or not there were any
7  Somali employees employed there?
8     A    In Dodge City there were.
9     Q    Was there ever an issue that arose at Cargill
10 for accommodating Muslim employees' prayers?
11    A    I don't believe anyone ever asked to pray.
12    Q    When you were employed at any of the plants at
13 Cargill, did you ever see any employees praying in the
14 facility?
15    A    No.
16    Q    During your employment with Cargill, did you
17 ever have any requests for religious accommodations that
18 came to your --
19    A    Not that I can recall.
20    Q    How many Somali employees do you estimate were
21 employed at the Dodge City facility while you were
22 there?
23    A    I'm not sure.
24    Q    I mean, was it more than ten?
25    A    I'm really not sure.  It was five years ago or
```

```
 1    six years ago.
 2         Q    I mean, were there hundreds, or were there just
 3    a handful?
 4         A    I would say a handful.
 5         Q    And to your knowledge, they -- you never
 6    observed them praying at the facility?
 7         A    Correct.
 8         Q    Were you employed at the Dodge City facility at
 9    all during Ramadan?
10         A    Ramadan is every year, so I would have been.
11         Q    Okay.  I don't know how long you were at the
12    Dodge City facility.  How long were you at the Dodge
13    City facility?
14         A    About 2-1/2 years.
15         Q    And were you aware that it was Ramadan while
16    you were employed there at all?
17         A    No.
18         Q    And you never worked at the Cargill facility in
19    northern Colorado; is that correct?
20         A    Correct.
21         Q    During your employment at Cargill, were you
22    aware of any efforts to accommodate Muslim employees at
23    other facilities, other than the one you worked?
24         A    No.
25         Q    And were you involved in any conversations
```