# EXHIBIT C – 1

# McNULTY REPORT (Part 1 of 2)




# DISCRIMINATION ANALYSIS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

V.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY

November 16, 2012

## BACKGROUND

The analyses in this report relate to claims that JBS USA, LLC d/b/a JBS SWIFT & COMPANY ("Swift") disciplined (including discharge) Black, Somali, and/or Muslim workers because of their race, national origin, and/or religion.[1] While race is identified directly in the data, national origin and/or religion are identified indirectly using birthdate and/or name as proxy variables. Hence, the analyses contained in this report are conducted to determine whether or not race, declared date of birth, and/or name of Swift employees are significant factors in the disciplinary actions taken by Swift. The documents identified in Appendix A were reviewed in preparing this analysis.

## DISCIPLINARY ACTIONS

The available data consists of 49,235 records identifying personnel actions relating to 9,625 individuals uniquely identified by employee identification numbers.[2] Each record contains an "action" value and an "action_reason" value in addition to other information. Definitions of the action and action_reason values are identified in the "Field Code Values" worksheet of the same file (e.g., action TER stands for "Termination" and action_reason VIO stands for "Violation of Plcy/Miscnduct").[3] The action dates range from January 1, 2007 to April 13, 2009.

Disciplinary actions are culled from the database of all personnel actions using the "action" and "action_reason" values identified in Table 1. Table 1 also gives the number of times each disciplinary action occurred in the Job worksheet, showing that most of the disciplinary actions are either termination due to attendance or termination due to violation of policy/misconduct. It is understood the plaintiffs are claiming the nature of many of these "action_reasons" are pretextual. Hence, the objective of the analysis is to determine if the rate of disciplinary actions for Blacks,

---

[1] It is understood there are additional claims at issue in this case that are not addressed in this report.

[2] Information on Swift personnel actions is contained in the "Job" worksheet of the file "EEOC_data_04-13-2009.xls".

[3] Of note, some "action_reason" values (e.g., PER) that exist in the records "Job" worksheet are not defined in the "Field Code Values". It is understood definitions of these actions is forthcoming, and this report will be supplemented as needed.

Somali, and/or Muslim Swift employees is statistically different than for other Swift employees.

**Table 1. Disciplinary Actions**

| Action/Action_Reason | Definition | Number |
|---|---|---|
| DEM/USP | Demotion/Unsatisfactory Performance | 1 |
| LOF/SUS | Layoff/Suspension 6900 | 0 |
| LOF/WRN | Layoff/Warn Notice | 0 |
| LWP/WRN | Leave With Pay/Warn Notice | 0 |
| TER/ATT | Termination/Attendance | 254 |
| TER/IPJ | Termination/Inability prfrm/lwprductvty | 38 |
| TER/TAR | Termination/Tardiness | 0 |
| TER/UNS | Termination/Unsatisfactory Performance | 7 |
| TER/VIO | Termination/Violation of Plicy/Miscnduct | 383 |

## PERSONAL CHARACTERISTICS

The claim being investigated is that workers were disciplined because of their race, national origin, and/or religion. As noted earlier, only race is identified in the available data (Somalis will have a race of Black).[4] Two other personal characteristics, birthdate and name, are utilized in this analysis as proxies for national origin and/or religion.[5] It is understood and assumed for the purpose of this analysis that Somalis do not typically keep birth records based on the month and day of their birth, but when requested for this information, often provide a birthdate of January 1.

It is also understood and assumed for the purpose of this analysis that Somalis and Muslims are likely to give their children Somali or Muslim names. A list of Somali/Muslim names was constructed using information from four internet sites that

---

[4] Race is identified in the "Divers_Ethnic" worksheet of the file "EEOC_data_04-13-2009.xls" with the classifications White, Black or African American, Hispanic or Latino, Asian, American Indian or Alaska Native, and Native Hawaiian or Other Pacific Islander. Of note, race is also identified in the file "JBS 006607.xls"; using this alternative race classification gave results similar to those contained in this report.

[5] Date of birth is identified in the "Person" worksheet and first, last, and middle names are identified in the "Names" worksheet of the file "EEOC_data_04-13-2009.xls".

provide lists of Somali or Muslim names.[6] Also added to this list are the names of individuals identified as plaintiffs in this case. Recognizing that there is overlap between categories of names (e.g., "Adam" is classified as both Muslim and Hebrew), names that had origins other than Arabic are deleted from the list, leaving a total of 3,256 Somali/Muslim names.[7] These Somali/Muslim names where then matched against the first, middle, and last names of the Swift employees resulting in 859 matches. The 228 Somali/Muslim names from the internet/plaintiff names list that generated these matches are given in Table 2.

Table 3 provides the tabulation of the Swift employees by race, birthdate, and name separately and jointly. Of the note, the frequency of the January 1 birthdate provides further support for use of birthdate as a proxy for national origin/religion; the January 1 birthdate occurs 779 times in the data while other dates occur with frequencies that range from 5 to 45.[8]

---

[6] The four internet sites are SomaliNames.com, Names4Muslims.com, BabyNamesWorld.com, and ThinkBabyNames.com.

[7] The list of names with non-Arabic origins was constructed from the BabyNamesWorld.com webstite.

[8] With 9,625 individuals and 365 days in the year, approximately 26 (= 9,625/365) individuals would be anticipated to have any given birthdate in a random population.

**Table 2. Somali/Muslim Name Identifiers**

| Name | Name | Name | Name | Name | Name |
|---|---|---|---|---|---|
| Abdalla | Bilan | Hodan | Maryan | Sadaq | Yasin |
| Abdelaziz | Bunow | Hussein | Mikail | Sadiq | Yasser |
| Abdelhamid | Burhan | Ibado | Mire | Sadiyo | Zahra |
| Abdellatif | Dadle | Idil | Mohamad | Safia | Zamzam |
| Abdi | Dahir | Idiris | Mohamed | Safiyo | Zeinab |
| Abdiamar | Dayib | Iman | Mohamed Ali | Sagal | Zeynab |
| Abdikadir | Deqa | Iraq | Mohamednoor | Sahal | Zuhair |
| Abdikarim | Duniyo | Irshad | Mohammad | Sahro | Zuleka |
| Abdille | Egal | Isam | Mohammed | Said | |
| Abdirahman | Elmi | Isse | Mohamud | Salad | |
| Abdirashid | Fadumo | Istahil | Mohomed | Salado | |
| Abdirizak | Fahmo | Jama | Muhumed | Salah | |
| Abdiwahab | Faisal | Jamal | Mukhtaar | Saleban | |
| Abdiweli | Farah | Jibril | Mukhtar | Salih | |
| Abdul | Fardowsa | Jimale | Mumina | Salima | |
| Abdulahi | Fardowso | Kaahin | Muna | Samatar | |
| Abdulhakim | Farhan | Kablan | Munir | Samira | |
| Abdulkadir | Fathi | Kadar | Muno | Samsam | |
| Abdullahi | Faysal | Kadir | Murad | Saynab | |
| Abdulle | Foos | Kahin | Mursal | Shafi | |
| Abdulmalik | Fuad | Kamal | Muse | Shahin | |
| Abdulqadir | Gelle | Karshe | Mustaf | Shamso | |
| Abshir | Gure | Kassim | Mustafa | Sharif | |
| Abukar | Habib | Khadija | Nadifo | Sharmarke | |
| Adnan | Habiba | Khadro | Nafiso | Shazad | |
| Afrah | Habibo | Khalfan | Naima | Sheikh | |
| Ahmed | Halawi | Khalid | Najima | Shire | |
| Alamudi | Halima | Khalif | Najmo | Shuayb | |
| Ali | Halimo | Khalil | Nasir | Shube | |
| Amal | Hamdi | Kiin | Nawal | Shugri | |
| Ambiyo | Hamid | Kooshin | Nazim | Shukri | |
| Amran | Hanad | Kulmiye | Nimo | Sudi | |
| Anshur | Hared | Kuluc | Noor | Suhan | |
| Arr | Hashim | Layla | Nuho | Suled | |
| Ashkir | Hassan | Liban | Nuri | Sultan | |
| Asli | Hawa | Luqman | Nuur | Taher | |
| Aurala | Hawo | Mad | Osama | Tahir | |
| Awale | Haydar | Mahad | Ossoble | Thamer | |
| Aweys | Hersi | Mahamed | Qorane | Ubah | |
| Awl | Hibo | Mahamud | Rashid | Wali | |
| Aziz | Hilal | Mahdi | Rasul | Walid | |
| Aziza | Hirsi | Mahmoud | Rayn | Wantings | |
| Bashir | Hirsiyo | Malyun | Robleh | Warsame | |
| Batula | Hisham | Man | Saad | Yahye | |

**Table 3. Number of Swift Employees With Identified Characteristics**

| Characteristic | Number |
|---|---|
| Black | 1,335 |
| January 1 Birthdate | 779 |
| Somali/Muslim Name | 859 |
| Black, January 1 Birthdate, and Somali/Muslim Name | 560 |

## DISCRIMINATION ANALYSES

Analyses are performed to determine whether being Black, having a birthdate of January 1, and/or having a Somali/Muslim name are significant factors in the number of disciplinary actions taken by Swift. Because most of the identified disciplinary actions involve termination, most individuals had either no or one disciplinary actions (only 13 individuals had two disciplinary actions, and no individuals had more than two). Consequently, the number of disciplinary actions taken by Swift against a given individual was classified as either "none" or "one or two". Tables 4 through 7 give the percent of the 9,625 Swift employees that had "one or two" disciplinary actions for each the personal characteristics described in the previous section. Tables 4 through 7 show that Swift employees that are Black, have a January 1 birthdate, and/or have a Somali/Muslim name have disciplinary actions at about two-and-a-half times the rate of other employees; the values in Tables 4 through 7 are illustrated in Figure 1. Table 8 gives values for the 124 plaintiffs that could be uniquely identified by name in the Swift data; for these plaintiffs Swift takes disciplinary actions at almost 8 times the rate of other employees.

The issue now at hand is to determine whether the observed differences in the percent of Swift employees with one or two disciplinary actions between, for example, Blacks and non-Blacks is statistically significant; in other words, whether the observed differences in Table 4 are due to chance or something other than chance. The statistical test result is presented as a probability value, i.e., the probability that the observed differences in the rates at which disciplinary actions are taken by Swift is due to chance. That is, is it due to chance that 13.9% of Black Swift employees have one or two disciplinary actions compared to 5.8% for non-Black Swift employees? If the probability level is less than (more extreme than) 0.05 (five times

in 100), the results are considered as being statistically significant.[9] The probability value of the statistical test is less than 0.001, with the conclusion that the observed difference in the percent of disciplinary actions between Blacks and non-Black is not due to chance.[10] The probability values for the other personal classifications given in Tables 5 through 8 are also less than 0.001. The conclusion is that being Black, having a birthdate of January 1, and/or having a Somali/Muslim name are significant factors in the number of disciplinary actions Swift takes against an individual.

**Table 4. Race Percent of Disciplinary Actions**

| Race | Percent With One or Two Disciplinary Actions |
|---|---|
| Black | 13.9% |
| Other | 5.8% |

**Table 5. Birthdate Percent of Disciplinary Actions**

| Birthdate | Percent With One or Two Disciplinary Actions |
|---|---|
| January 1 Birthdate | 15.5% |
| Other | 6.2% |

**Table 6. Name Percent of Disciplinary Actions**

| Name | Percent With One or Two Disciplinary Actions |
|---|---|
| Somali/Muslim Name | 17.3% |
| Other | 5.9% |

---

[9] The levels of significance commonly used are 0.01, 0.05, and 0.10; while 0.05 is referenced in the discussion, the same conclusions are reached using either a 0.01 or a 0.10 level of significance.

[10] The specific test used is the standard z-test for a difference in proportions. Logit analyses were also performed controlling for the variables "deptid" or "jobcode"; the results were similar to those presented in this report.

**Table 7. Race, Birthdate, and Name Percent of Disciplinary Actions**

| Race, Birthdate, and Name | Percent With One or Two Disciplinary Actions |
|---|---|
| Black, January 1 Birthdate, and Somali/Muslim Name | 20.0% |
| Other | 6.2% |

**Table 8. Plaintiffs Percent of Disciplinary Actions**

| Race, Birthdate, and Name | Percent With One or Two Disciplinary Actions |
|---|---|
| Plaintiffs | 50.8% |
| Other | 6.4% |



## CONCLUSIONS

The issues in this case include claims of discrimination based on race, national origin, and/or religion. While race is identified directly in the data, national origin and/or religion are identified indirectly using birthdate and/or name as proxy variables. While it is understood that birthdate is related to national origin/religion, the relationship is not perfect; for example, some individuals who have a January 1 birthdate will not be Somali/Muslim, and not all Somali/Muslims will have a (declared) birthdate of January 1. The use of proxy variables (also known as variables with measurement error) has various consequences for statistical analysis but, given the assumption that Somali/Muslims are more likely to give January 1 as a birthdate than the other individuals in the population, the statistical test of whether a relationship exists between national origin/religion and rate of disciplinary actions using birthdate as a proxy for Somali/Muslim remains statistically valid. Similarly, given the assumption that individuals with a Somali/Muslim name are more likely to be Somali/Muslim than the other individuals in the population, the statistical test of whether a relationship exists between national origin/religion and rate of disciplinary actions using name as a proxy for Somali/Muslim remains statistically valid. Additionally, an implication of using birthdate and name as proxies for Somali/Muslim is that the differences in the proportions given in Tables 5, 6, and 7 underestimate the true differences in the rate of disciplinary actions between Somali/Muslims and other Swift employees.

**PROFESSIONAL FEES**

Pacey & McNulty is being compensated at a rate of $325 per hour for Dr. Pacey, $275 per hour for Dr. McNulty, $150 per hour for senior analysts, and $75 per hour for support staff. The work has been performed by me and/or under my supervision and direction.

At this time, I am not aware of any information that would have a material impact on the analysis in this report; however, as additional information becomes available that may be relevant, it may be appropriate to update this analysis.

Sincerely,

Mark S. McNulty, Ph.D.
Managing Director