# EXHIBIT C – 2

# McNULTY REPORT (Part 2 of 2)

11

**Appendix A**

The following files and/or documents have been provided to Pacey and McNulty in the course of this analysis.

- Complaint and Jury Trial Demand;
- Answer to EEOC's Complaint and Jury Trial Demand;
- Plaintiff EEOC's Initial Disclosures;
- Response to Request for Further Information;
- First Supplemental Response to Request for Further Information;
- Response to Request for Information;
- Second Supplemental Response to Request for Further Information: Question No.6;
- letter from Heather Fox Vickles to Shannon L. Breen, Investigator dated April 29, 2009;
- photocopies of screen snapshots and email communications Bates stamped E000004291-E00004309 and E000004317-E-4322;
- document titled "Appendix E. Common Somali Names and Meanings";
- CD labeled "EEOC v. Swift JBS 006607 JBS 008836";
- CD labeled "EEOC v. Swift JBS 008802";
- CD labeled "EEOC v. Swift JBS 008784";
- JBS 006607.xls;
- JBS 008836.XLS;
- Data Information.doc;
- EE Data Screen Prints.doc;
- EEOC_AUDIT_QUERIES SETUP.SQL;
- EEOC_AUDIT_QUERIES.SQL;
- EEOC_data_04-13-2009.xlsx;
- Examples.xls;
- joined vp_wfcexceptionv42.xlsx;
- joined vp_wfcexceptionv42.zip;
- readme.doc;
- vp_employeev42.xls;
- vp_punchitem.csv;

12

- vp_punchitem.xlsx;
- vp_punchitem.zip;
- vp_wfcexception42.zip.xlsx;
- vp_wfcexceptionv42.csv;
- vp_wfcexceptionv42.zip; and
- attorney correspondence.

In addition, specific inquiries and/or research related to this case were also performed, including:

- information from the internet sites SomaliNames.com, Names4Muslims.com, BabyNamesWorld.com, and ThinkBabyNames.com.

# CURRICULUM VITAE

## MARK S. MCNULTY, PH.D.
PACEY & MCNULTY
3005 CENTER GREEN DRIVE, SUITE 200
BOULDER, COLORADO 80301
(303) 530-5333
mmcnulty@paceyecon.com

## EDUCATION

PH.D.  joint in Economics & Statistics (*Econometrics and Natural Resources*)
Iowa State University, 1985

B.S.  joint in Economics & Mathematics
University of South Dakota, 1978

## WORK EXPERIENCE

**Pacey & McNulty**
Boulder, Colorado

Managing Director, April 2008 to present

- conduct economic damage analyses and provide testimony for litigation-related consulting projects regarding business contracts, employment termination, personal injury, and wrongful death
- conduct economic research in various areas including agricultural economics, energy, education finance, and tobacco prevention and control

**University of Wyoming, Wyoming Survey & Analysis Center**
Laramie, Wyoming

Senior Research Scientist, February 2006 to March 2008

- conduct public policy analyses related to health, environment, education, and criminal justice
- build and analyze global energy models
- conduct survey methodology research

**Los Alamos National Laboratory**
Los Alamos, New Mexico

Technical Staff Member, November 1999 to January 2006
Team Leader, September 2005 to January 2006

- analyze institutional operations (e.g., production, finance, organization, security, and safety) and the allocation of institutional resources (e.g., human, financial, and capital)
- analyze US infrastructure vulnerabilities
- analyze issues related to national security
- analyses typically include the construction of performance metrics, risk analysis, and option prioritization

WORK EXPERIENCE (CONT.)

### Center for Adaptive Systems Applications
Los Alamos, New Mexico

Senior Scientist, September 1998 to October 1999

- perform financial analyses (e.g., portfolio risk analyses, market risk analyses, and customer scoring) for global corporations Citibank and Monsanto

### Kansas State University
Manhattan, Kansas

Associate Professor of Economics, September 1991 to August 1998
Director of Graduate Studies, Department of Economics, September 1996 to August 1998
Assistant Professor of Economics, September 1989 to August 1991
Assistant Professor of Statistics, September 1985 to August 1989

- teach Ph.D. theory sequences in microeconomics and econometrics
- manage the graduate program in economics
- direct Master's and Ph.D.'s candidates
- conduct research in the fields of economics, agricultural economics, and statistics

### University of North Carolina – Greensboro
Greensboro, North Carolina

Instructor of Economics, September 1983 to August 1985

- teach graduate and undergraduate courses in economics and statistics

REFEREED PUBLICATIONS

S. Keller-McNulty and **M. S. McNulty**, 2002. "Show Me the Data: Statistical Representation." *Theoria and Historia Scientiarum*, 6:75-85.

M. E. Odejar and **M. S. McNulty**, 2001. "Bayesian Analysis of the Stochastic Switching Regression Model Using Markov Chain Monte Carlo Methods." *Computational Economics*, 17:265-284.

**M. S. McNulty** and W. E. Huffman, 1996. "Market Equilibria with Endogenous, Hierarchical Information." *The Journal of Economic Dynamics and Control*, 20:607-626.

O. C. Grunewald, D. J. Faulds, and **M. S. McNulty**, 1993. "Evidence on Agglomeration in Quality Space-Revisited." *The Journal of Industrial Economics*, 41:205-214.

O. C. Grunewald, **M. S. McNulty**, and A. W. Biere, 1993. "Live Cattle Futures Response to Cattle on Feed Reports." *The American Journal of Agricultural Economics*, 75:131-137.

**M. S. McNulty** and W. E. Huffman, 1992. "Trading-Day Variation: Theory and Implications for Meat Demand." *The American Journal of Agricultural Economics*, 74:1003-1009

D. R. Vruwink and **M. S. McNulty**, 1991. "A Model for Determining the Market Valuation of Savings and Loan Companies with Negative Earnings: Some Empirical Evidence." Akron Business and Economic Review, 22:34-44

REFEREED PUBLICATIONS (CONT.)

**M. S. McNulty** and W. Eisle, 1991. "Testing for Autocorrelation in Nested Analysis of Variance." *Communications in Statistics*, 20:399-410.

S. Keller-McNulty, **M. S. McNulty**, and D. A. Gustafson, 1991. "Stochastic Models for Software Science." *The Journal of Systems and Software*, 16:59-68.

D. R. Vruwink and **M. S. McNulty**, 1990. "Analyzing the Use of Accounting Information in Investment Decision Making for Savings & Loan Companies: An Equity Valuation Model." *Midwestern Journal of Business and Economics*, 4:15-26.

**M. S. McNulty** and W. E. Huffman, 1989. "The Sample Spectrum of Time Series with Trading Day Variation." *Economics Letters*, 31:367-370.

S. Keller-McNulty and **M. S. McNulty**, 1989. "Response to: Resolving the Software Science Anomaly." *The Journal of Systems and Software*, 10:69-71.

C. D. Lambert, **M. S. McNulty**, O. C. Grunewald, and L. R. Corah, 1989. "An Analysis of Feeder Cattle Price Differentials." *Agribusiness*, 5:9-23.

S. Keller-McNulty and **M. S. McNulty**, 1987. "The Independent Pairs Assumption in Hypothesis Tests Based on Rank Correlation Coefficients. *The American Statistician*, 41:40-41.

**M. S. McNulty**, 1986. "A Test of the Independence of Subsets of Instrumental Variables and Regressors." *Economics Letters*, 21:329-331.

W. E. Huffman and **M. S. McNulty**, 1985. "Endogenous Local Public Extension Policy." *The American Journal of Agricultural Economics*, 67:761-768.

OTHER PUBLICATIONS

**M.S. McNulty**, 2010. "Characterization of Demand and Price for Transportation Fuels," for the National Renewable Energy Laboratory.

**M.S. McNulty**, 2010. "Energy Price-Biofuel Production Cost Coupling Analysis," for the National Renewable Energy Laboratory.

**M.S. McNulty**, and A.W. Ahrens, 2009. "Energy Price-Production Cost Coupling Analysis," for the National Renewable Energy Laboratory.

**M.S. McNulty**, 2008. "FAIR-MC Extensions to Global Interventions and Energy Markets." Los Alamos National Laboratory monograph.

**M.S. McNulty**, 2008. "Impact of the 2003 Cigarette Excise Tax Increase on Consumption and Revenue in Wyoming: First Biannual Report FY 2008." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-803.

**M.S. McNulty**, N.M. Nelson, 2007. "The economic impact of Laramie's smokefree ordinance: Second biannual report FY 2007." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-714.

MARK S. MCNULTY                                                                                                  4

OTHER PUBLICATIONS (CONT.)

**M.S. McNulty**, N.M. Nelson, 2007. "Impact of the 2003 Cigarette Excise Tax Increase on Consumption and Revenue in Wyoming: Second Biannual Report FY 2007." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-732.

**M.S. McNulty**, N.M. Nelson, 2007. "Impact of the 2003 Cigarette Excise Tax Increase on Consumption and Revenue in Wyoming: First Biannual Report FY 2007." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-701.

**M.S. McNulty**, 2007. "Wyoming Moist Snuff Tobacco Taxation Policy." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-702.

**M.S. McNulty**, N.M. Nelson, 2007. "The Wyoming Addicted Offenders Accountability Act: Advanced ASI Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-708.

**M.S. McNulty**, N.M. Nelson, 2007. "The Wyoming Addicted Offenders Accountability Act: ASI Descriptive Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-703.

T. Furgeson, **M.S. McNulty**, S.M. Wilhelm, 2007. "A Cost-Benefit Analysis of Three Medicolegal Systems for Wyoming." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-704.

S.M. Williams, **M.S. McNulty**, L.L. Feldman, 2007. "Evaluation of the Tobacco-Free Wyoming Communities Program: 2002-2006." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-719.

T. Worley, M. Storey, **M.S. McNulty**, 2007. "Study of Incarcerated Persons: Caregiver Report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-710.

M. Storey, **M.S. McNulty**, T. Worley, 2007. "Study of Incarcerated Persons: Final Report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-709.

M. Storey, **M.S. McNulty**, 2007. "Study of Incarcerated Persons: Literature Review." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-702.

**M.S. McNulty**, 2007. "Wyoming Department of Corrections Tobacco Cessation Program: Final Report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-707.

**M.S. McNulty**, 2007. "Wyoming Department of Corrections Tobacco Cessation Program: Followup & Intake Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-704.

**M.S. McNulty**, 2006. "The economic impact of Laramie's smokefree ordinance: First biannual report FY2007." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-633.

**M.S. McNulty**, 2006. "The economic impact of Laramie's smokefree ordinance: Fourth quarterly report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-527-04.

**M.S. McNulty**, M. McLean, & L. Feldman, 2006. "The economic impact of Laramie's smokefree ordinance: Third quarterly report." Wyoming Survey & Analysis Center Technical Report No. CHES-527-03.

**M.S. McNulty**, M. McLean, & L. Feldman, 2006. "The economic impact of Laramie's smokefree ordinance: Second quarterly report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-527-02.

MARK S. MCNULTY                                                                                                  5

OTHER PUBLICATIONS (CONT.)

**M.S. McNulty**, 2006. "Impact of the 2003 Cigarette Excise Tax Increase on Consumption and Revenue in Wyoming: Fourth Quarterly Report 2005-2006." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-521-04.

**M.S. McNulty**, M. McLean, & L. Feldman, 2006. "Impact of the 2003 Cigarette Excise Tax Increase on Consumption and Revenue in Wyoming: Third Quarterly Report." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CHES-521-03.

**M.S. McNulty**, 2006. "Wyoming Department of Corrections Tobacco Cessation Program: Education Pre/Post Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-605.

**M.S. McNulty**, 2006. "Wyoming Department of Corrections Tobacco Cessation Program: Probation and Parole Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-603.

**M.S. McNulty**, 2006. "Wyoming Department of Corrections Tobacco Cessation Program: Inmate Pre-Program Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-602.

**M.S. McNulty**, 2006. "Wyoming Department of Corrections Tobacco Cessation Program: Staff Pre-Program Analysis." University of Wyoming, Wyoming Survey & Analysis Center Technical Report No. CJR-601.

**M. S. McNulty**, K. Hougton, F. Benson, M. Burnside, T. Renshaw, K. Lier, 2005. "New Employee Hiring Costs." *Los Alamos National Laboratory Technical Report*, LA-UR-05-3228.

M. Meyer, S. Keller-McNulty, T. Bement, J. Booker, **M. S. McNulty**, N. Singpurwalla, 2001. PREDICT, *Los Alamos National Laboratory Technical Report*, LA-UR-01-4607.

**M. S. McNulty**, 1993. "The Equivalence of State Adjustment and Autoregressive-Error Demand Models." *American Statistical Association: 1993 Proceedings of the Business and Economics Statistics Section*. American Statistical Association, 187-189.

S. Keller-McNulty and **M. S. McNulty**. "Statistics and Software and Software Metrics." In A. Melton (Ed.) *Software Metrics: Understanding Software Engineering*, Chapman Hall: New York, 1996, 115-144.

S. Keller-McNulty and **M. S. McNulty**, 1994. Statistics and Software Metrics. *Technical Report II-94-1*, Department of Statistics, Kansas State University.

S. Keller-McNulty, **M. S. McNulty**, and E. A. Unger, 1989. "The Protection of Confidential Data." *Proceedings of the 21st Symposium on the Interface of Computer Science and Statistics*, Orlando, Florida.

D. R. Vruwink and **M. S. McNulty**, 1989. "Analyzing the Use Accounting Information in Investment Decision Making for Saving & Loan Companies: An Equity Valuation Model. *"Collected Papers and Abstracts of the American Accounting Association Southwestern Region Meetings*, 62-169.

**M. S. McNulty** and W. E. Huffman, 1986. "Calendar Effects in Regression Analysis." *Proceedings of the Business and Economics Section of the 1986 Joint ASA Meetings.*

PROFESSIONAL ASSOCIATION MEMBERSHIPS

- American Economic Association
- American Statistical Association
- American Evaluation Association

MARK S. MCNULTY, Ph.D.
PACEY & MCNULTY
<u>DEPOSITION TESTIMONY</u>

| YEAR | CASE | NUMBER | COURT |
|---|---|---|---|
| Nov-12 | Thanasi Foods, LLC v. Winpak Ltd. | 11-CV-7565 | Denver District Court, Colorado |
| Sep-12 | Nicholas T. Ray-Rivera, et al. v. Cumberland County Hospital System, Inc, et al. | 11-CV-8271 | Cumberland County Superior Court, North Carolina |
| Sep-12 | Katelyn Cichon, et al. v. Cumberland County Hospital System, Inc, et al. | 11-CV-8372 | Cumberland County Superior Court, North Carolina |
| Aug-12 | Ana Stephens v. John D. Papilion, M.D. | 11-CV-4735 | Denver District Court, Colorado |
| Jul-12 | Anthony & Helen Moon v. Saul S. Schwartz, M.D. | 09-CV-8019 | Denver District Court, Colorado |
| May-12 | Terri M. Dickerson-Maceyka v. Courtney M. Buell, et al. | 10-CV-1868 | Arapahoe County District Court, Colorado |
| Apr-12 | Winn-Dixie Stores, Inc. v. Dolgencorp, LLC, et al. | 11-CV-80601 | U.S. District Court, Florida |
| Mar-12 | Jennifer Roitz, et al. v. Diane Doherty, et al. | 2010CV1782 | Adams County District Court, Colorado |
| Mar-12 | Arron Vigil, et al. v. Healthone, et al. | 2011CV1305 | Arapahoe County District Court, Colorado |
| Feb-12 | Ryan Maxwell v. Mountain Medicine, P.C., et al. | 10CV157 | Gunnison County District Court, Colorado |
| Feb-12 | Brandi Jo Veach, et al. v. Stephen S. Rotholz, M.D. | 37674 | Ninth Judicial District Court, Wyoming |
| Jan-12 | Randle Cameron v. American Guarantee & Liability Insurance Company | 10-CV-1706 | El Paso District Court, Colorado |
| Oct-11 | Mykah Mahaney v. Scott Jones | 10-CV-805 | Eagle County District Court, Colorado |
| Sep-11 | Yonas H. Belay v. James W. Stubbert | 10-CV-2034 | Arapahoe County District Court, Colorado |
| Sep-11 | Isaiah E. Braud, et al. v. The Women's Group of Gwinnett, P.C., et al. | 09C-17798-2 | Gwinnett County Court, Georgia |
| Aug-11 | Justin & Lynne Handlin v. Liberty Mutual Insurance Company | 10-CV-02636 | U.S. District Court, Colorado |
| Aug-11 | Carolyn & Charles Scudder v. William H. Bentley, M.D, et al. | 09-CV-963 | Boulder County District Court, Colorado |
| Jul-11 | Colorado Mills, LLC v. Sunrich, LLC | 2010-1116 | Judicial Arbiter Group, Inc. |
| Jul-11 | Melissa Reeger v. Sean Reif, D.C. | 10-CV-1388 | Adams County District Court, Colorado |
| Jun-11 | James & Monica Lovell v. David W. Miller, M.D. | 10-CV-00992 | U.S. District Court, Colorado |
| Jun-11 | Josh Combs v. Catherine Considine, D.O. | 10-CV-6774 | Denver District Court, Colorado |
| May-11 | Leslie Wolfe v. Mile High Primary Care, P.C., et al. | 09-CV-2527 | Arapahoe County District Court, Colorado |
| Mar-11 | Roy W. Ogborn v. MWH Global, Inc. | 10-CV-01492 | U.S. District Court, Colorado |
| Jan-11 | Sheri L. Grossman v. Robert Benz, M.D., et al. | 09-CV-785 | Larimer County District Court, Colorado |
| Jan-11 | Michael E. Cummings v. Avon Wynfield, LLC | 09-CV-02601 | U.S. District Court, Colorado |
| Jan-11 | Maritza Ramos Arevalo et al. v. Sonrise Pilot, LLC, et al. | 09-CV-03031 | U.S. District Court, Colorado |
| Dec-10 | James & Brenda Creel v. Brett Veesart, L&L, Inc., et al. | 173-555 | Laramie County District Court, Wyoming |
| Dec-10 | Anthony & Helen Moon v. Saul S. Schwartz, M.D. | 09-CV-8019 | Denver District Court, Colorado |
| Nov-10 | William Olson v. Steven Benecke, M.D. et al. | 09-CV-4601 | El Paso District Court, Colorado |
| Jun-10 | Ray Pope v. Holley, Albertson and Polk, P.C., et al. | 09-CV-4445 | Denver District Court, Colorado |
| Mar-10 | Maria Contreras, et al. v. Catherine Schirmer, et al. | 09-CV-2043 | Denver District Court, Colorado |
| Jan-10 | Martin & Rosalie Lange v. Colorado Powersports Boulder East, Inc. | 08-CV-2533 | Boulder County District Court, Colorado |
| Oct-09 | Rachel Luchaco v.. Colorado State Patrol | 08-CV-412 | Mesa County District Court, Colorado |
| Jul-09 | David Brooks, et al. v. Safeco Insurance Company of America, Inc. | 07-CV-7210 | Jefferson County District Court, Colorado |
| May-09 | Felisha Goodwin, et al. v. Bridgton Hospital, et al. | 07-CV-522 | Cumberland Superior Court, Maine |
| Apr-09 | RCL Properties, Inc., et al. v. U.S.A. | 08-CV-00055 | U.S. District Court, Colorado |
| Mar-09 | Kara Muller, et al. v. Varsity Spirit Corporation | 07-CV-5613 | Denver District Court, Colorado |

| | | | |
|---|---|---|---|
| Feb-09 | Timothy Hoffman v. Wendy Jo Cuba, et al. | 08-CV-2378 | Denver District Court, Colorado |
| Feb-09 | Roger & Madeline Talbot v. St. Mary's Hospital & Medical Center, Inc., et al. | 07-CV-02669 | U.S. District Court, Colorado |

**MARK S. MCNULTY, Ph.D.**
**PACEY & MCNULTY**
**TRIAL TESTIMONY**

| YEAR | CASE | NUMBER | COURT |
|---|---|---|---|
| Nov-12 | Cary Hagan v. John R. Wright, D.O., et al. | 11-CV-4404 | El Paso County District Court, Colorado |
| Oct-12 | Kenneth Baker & Lynette Kraft v. Michael S. Benton, et al. | 12-CV-1575 | El Paso County District Court, Colorado |
| Jul-12 | Carolyn D. Scudder and Charles M. Scudder v. William H. Bentley, M.D., et al. | 09-CV-963 | Boulder County District Court, Colorado |
| Jul-12 | Anthony & Helen Moon v. Saul S. Schwartz, M.D. | 09-CV-8019 | Denver District Court, Colorado |
| Jun-12 | Brandi Jo Veach, et al. v. Stephen S. Rotholz, M.D., et al. | 37674 | Fremont County District Court, Wyoming |
| Jun-12 | Terri M. Dickerson-Maceyka v. Courtney M. Beull, et al. | 10-CV-1868 | Arapahoe County District Court, Colorado |
| Jan-12 | Mykah Mahaney v. Scott Jones | 10-CV-805 | Eagle County District Court, Colorado |
| Jan-12 | Sheri L. Grossman v. Robert Benz, M.D., et al. | 09-CV-785 | Larimer County District Court, Wyoming |
| Nov-11 | Stephen R. Voshell v. Agnes T. Carroll | 10-CV-2613 | Arapahoe County District Court, Colorado |
| Sep-11 | Cynthia Bennett v. James A. Narrod, M.D. | 09-CV-4302 | Mesa County District Court, Colorado |
| Aug-11 | William Olson v. Steven M. Benecke, M.D. | 09-CV-4601 | El Paso County District Court, Colorado |
| Aug-11 | Colorado Mills, LLC v. Sunrich, LLC | 2010-1116 | Judicial Arbiter Group, Inc. |
| Aug-11 | Jeremy Thielman v. Matthew Hegdahl, et al. | | Arbitration |
| Jul-11 | Trudy Carra-Desalero v. HEV-Southtech, Ltd., et al. | 09-CV-1541 | Arapahoe County District Court, Colorado |
| Apr-11 | Joseph Andrew v. Geoff Coon, et al. | 09-CV-65 | Routt County District Court, Colorado |
| Mar-11 | Robert Rodriguez, et al. v. Healthone, et al. | 96-CV-1446 | Denver District Court, Colorado |
| Oct-10 | Alexander R. Roeder v. Thomas C. Riley | 09-CV-10282 | Denver District Court, Colorado |
| Sep-10 | Christopher Bierhaus v. Ray Raines | 09-CV-1355 | Adams County District Court, Colorado |
| Sep-10 | Ray Pope v. Holley, Albertson & Polk, P.C., et al. | 09-CV-4445 | U.S. District Court, Colorado |
| Aug-10 | Giacomo Kratter v. Catholic Health Initiatives Colorado, et al. | 08-CV-02709 | U.S. District Court, Colorado |
| Apr-10 | Michael Will v. Hurley McKenna & Mertz, P.C., et al. | 07-CV-186 | Montrose County District Court, Colorado |
| Apr-10 | Maria Contreras, et al. v. Catherine Schirmer, et al. | 09-CV-2043 | Denver District Court, Colorado |
| Nov-09 | Holly Speaks v. Alan Ellis, et al. | 09-CV-396 | Jefferson County District Court, Colorado |
| Aug-09 | David Brooks, et al. v. Safeco Insurance Company of America, Inc. | 07-CV-7210 | Jefferson County District Court, Colorado |