# EXHIBIT D

**Please carefully read the following:**

I understand that false information or the omission of information on this application or in the application process, including physical ability assessment (as permitted by law), constitutes grounds for termination of employment.

In making this application for employment, I understand that an investigation may be made whereby information is obtained through personal interviews with my former employer(s), teacher(s), and others with whom I am acquainted.

I agree to conform to the rules and regulations of the Company, and I understand that my employment and compensation can be terminated, with or without cause, and with or without notice, at any time, at either the option of the Company or myself. I understand that no manager or representative of the Company, other than the President of the Company, had any authority to enter into any agreement for my employment for any specified period of time, or to make any agreement contrary to the foregoing.

As a condition of my employment by the Company, I hereby consent to provide samples of my blood and/or urine for analysis (where permitted by law) when reasonably requested during the course of my employment.

I understand that any offer of employment by any agent of the Company is conditional upon completion of the entire application process including but not limited to an interview, drug and alcohol testing (where permitted by law), physical ability assessment (as permitted by law), etc.

By signing this application form I acknowledge that I have read and understand fully the all the above and that I voluntarily give my consent and submit myself to the application process as stated.

**Signature of Applicant**_____

**Lea cuidadosamente lo siguiente:**

Entiendo que información falsa o la omisión de información en esta aplicación, o en el proceso de la aplicación, incluyendo la evacuación de habilidad física (permitido dentro la ley), constituyen razones para terminación de empleo.

Al completar esta postulación para empleo, comprendo que se puede conducir una investigación en la cual se obtendrá información mediante entrevistas personales con mi(s) empleador(es) anterior(es), profesores y otras personas que me conocen.

Me comprometo a obedecer las reglas y regulaciones de la Compañía, y entiendo que mi empleo y compensación pueden ser terminados, con o sin causa, y con o sin notificación previa, en cualquier momento, tanto a opción de la Compañía como a la mía propia. Entiendo que ningun gerente o representante de la Compañía, con la excepción del Presidente de la Compañía, tiene la autoridad para entrar en un acuerdo de empleo por un periodo de tiempo especifico, o entrar en un acuerdo que sea contrario a lo anterior.

Como una condición de empleo en la Compañía, sus divisiones o subsidiarias, por medio de la presente consiento a entregar muestras de mi sangre y/u orina para su análisis (estando permitido dentro la ley).

Entiendo que cualquier oferta de empleo por cualquier agente de la Compañía será condicional hasta terminar el proceso completo de la aplicación incluyendo, pero no limitada a una entrevista, un examen de alcohol y drogas (cuando permitido dentro la ley), y una evaluación de habilidad física (estando permitido dentro la ley).

Al firmar este formulario de postulación certifico que he leído y comprendo en su totalidad todo lo anterior, y que en forma voluntaria entrego mi consentimiento y me someto al proceso de postulación según establecido.

**Firma del Postulante**_____

---

**TRANSLATOR CERTIFICATION:** (To be completed and signed if application is completed by a person other than the applicant.)
I attest, that I have assisted in the completion of this form, that the information is true and correct and that fully translated all questions including the acknowledgement on this page.

**Preparer/Translators Signature**_____   **Print Name**_____

**Address**_____   **Date**_____

---

**JBS (and all of their associated subsidiaries and divisions) are Equal Opportunity Employers**
*JBS (incluyendo todos sus subsidiarias y divisiones) practican igualad en empleo.*

THIS APPLICATION WILL REMAIN ACTIVE FOR 30 DAYS
ESTA APLICACION PERMANECERA ACTIVA POR 30 DIAS

**JBS 009269**