IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

ABADE, *et al.*,

    Plaintiffs-Intervenors,

and

ABDULLE, *et al.*,

    Plaintiffs-Intervenors,
and

ASAD ABDI, *et al.*,

    Plaintiffs-Intervenors,

NAFISO ABDI, *et al.*,

    Plaintiffs-Intervenors,
and

FARTUN ADAN, *et al.*,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS SWIFT & COMPANY,

    Defendant.

_____

**PLAINTIFFS-INTERVENORS' NOTICE OF TRANSFER ORDER FROM THE
WESTERN DISTRICT OF ARKANSAS**
_____

All Plaintiffs-Intervenors, the Abade Intervenors, Abdulle Intervenors, Asad Abdi Intervenors, Nafiso Abdi Intervenors, and Fartun Adan Intervenors (collectively "Plaintiffs"), through their respective attorneys, for their Notice of Transfer Order From the Western District of Arkansas state as follows:

1. As this Court knows, Defendant JBS USA, LLC, D/B/A JBS Swift & Company ("JBS") served a subpoena duces tecum directed to Tyson Foods, Inc. ("Tyson") for twelve (12) Plaintiff-Intervenors seeking their complete personnel files. The Western District of Arkansas issued the subpoena.

2. On September 27, 2013, Plaintiff-Intervenors filed a Motion to Transfer Plaintiffs' Objections Regarding Subpoena Duces Tecum served by JBS USA, LLC, D/B/A JBS Swift & Company on Tyson Foods, Inc ("Motion to Transfer") and an accompanying Memorandum of Law in Support of Motion to Transfer. The Motion was filed in the United States District Court, Western District of Arkansas, Civil No. 13-mc-54.

3. On October 24, 2013, that court granted the Motion to Transfer. A copy of the Order is attached as Ex. 1.

4. Plaintiffs-Intervenors are contemporaneously filing a motion to quash the subpoena directed to Tyson Inc.

Dated this 8th day of November 2013.

                Respectfully submitted,

                KING & GREISEN, LLP

                By:  s/Diane S. King
                      Diane S. King
                      Lauren M. Hasselbacher
                      1670 York Street

Denver, Colorado 80206
(303) 298-9878
303) 298-9879 (fax)

*Attorneys for Plaintiffs/Intervenors*

## CERTIFICATE OF SERVICE

**I hereby certify that on this 8**[th] **day of November 2013, that the foregoing PLAINTIFFS-INTERVENORS' NOTICE OF TRANSFER ORDER FROM THE WESTERN DISTRICT OF ARKANSAS was electronically filed via CM/ECF which will send notification of such filing to the following email addresses:**

Bernie Siebert      bsiebert@shermanhoward.com
Heather Vickles   hvickles@shermanhoward.com
Raymond Deeny   rdeeny@shermanhoward.com
Kelly Robinson    krobinson@shermanhoward.com
Andrew Volin     avolin@shermanhoward.com
Brooke Colaizzi   colaizzi@shermanhoward.com
*Attorneys for Defendant*

David Lichtenstein     dave@lichtensteinlaw.com
Todd McNamara        tjm@18thavelaw.com
*Attorneys for Abade et al., Asad Abdi et al.*
*and Nafiso Abdi et al. Plaintiffs-Intervenors*

Rajasimha Raghunath  rraghunath@law.du.edu
*Attorneys for Maryan Abdulle, et al.,*
*Plaintiff's Intervenors*

Richard K. Blundell  rick@rbklaw.net
Harry Budisidharta   harry@denverfirm.com
James Y. Chiu        james@chiulawoffice.com
*Attorneys for Fartun Adan, et al.,*
*Plaintiffs-Intervenors*

Rita Kittle  rita.kittle@eeoc.gov
Stephanie Struble  stephanie.struble@eeoc.gov
Andrew Winston  andrew.winston@eeoc.gov
Iris Halpern  iris.halpern@eeoc.gov
William Moench  William.moench@eeoc.gov
Sean Ratliff  sean.ratliff@eeoc.gov
*Attorney for Plaintiff EEOC*

s/ Dianne Von Behren
Dianne Von Behren, Paralegal