# EXHIBIT   5

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF SAYNAB ALI
November 9, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiffs-Intervenors,
vs.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
Defendant.

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By Stephanie Struble, Esq.
303 East 17th Street
Suite 410
Denver, Colorado 80203-9634
Appearing on behalf of Plaintiff.

KING GREISEN LLP
By Lauren Hasselbacher, Esq.
1670 York Street
Denver, Colorado 80206
Appearing on behalf of Abade
Plaintiffs-Intervenors.

2

1  APPEARANCES: (Cont.)
2
3  SHERMAN & HOWARD LLC
3     By Kelly K. Robinson, Esq.
       633 17th Street
4     Suite 3000
       Denver, Colorado 80202-3622
5       Appearing on behalf of Defendant.
6
7  Also Present: Omar Nur, Somali Interpreter
               Maryvonne Tompkins, Videographer
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

1     Pursuant to Notice and the Federal Rules
2  of Civil Procedure, the videotaped deposition of
3  SAYNAB ALI, called by The Defendant, was taken on
4  Friday, November 9, 2012, commencing at 8:40 a.m. at
5  633 17th Street, Suite 3000, Denver, Colorado,
6  before Ellen Leifer, Professional Reporter and
7  Notary Public within and for the State of Colorado.
8
9
10              I N D E X
11
12  VIDEOTAPED DEPOSITION OF SAYNAB ALI
13  EXAMINATION BY:                    PAGE
14    Ms. Robinson            5, 145
15    Ms. Struble             139
16
17  EXHIBITS                  INITIAL REFERENCE
18  Exhibit 455  Copy of Ms. Ali's Social        4
                 Security card and Kansas
19               driver's license,
                 Bates No. JBS020029
20
    Exhibit 456  JBS application for hourly       41
21               employment of Ms. Ali,
                 Bates Nos. JBS019995
22
    Exhibit 457  Acknowledgement of receipt       57
23               of and understanding of
                 employee handbook (revised
24               April 2004), signed by
                 Ms. Ali, dated 4/5/09,
25               Bates No. JBS020023

4

1              I N D E X (Continued)
2  EXHIBITS                  INITIAL REFERENCE
3  Exhibit 458  Acknowledgement of receipt       58
                 and understanding of
4               employee handbook, signed
                 by Ms. Ali, dated 5/4/09,
5               Bates No. JBS020107
6  Exhibit 459  Acknowledgement form             58
                 attendance policy, signed
7               by Ms. Ali, Bates No.
                 JBS020111
8
   Exhibit 460  Confirmation of understanding   59
9               annual renewal training,
                 Bates No. JBS020200
10
11  Exhibit 461  Charge of discrimination filed  128
                 by Ms. Ali, dated 9/19/10,
12               Bates No. E7141
13  Exhibit 462  Personnel action record, dated  134
                 6/30/10, Bates No. JBS020215
14
    Exhibit 463  Personnel action record, dated  135
15               7/14/10, Bates No. JBS020017
16  Exhibit 464  Personnel action record, dated  135
                 12/20/11, Bates No. JBS020008
17
    Exhibit 465  JBS document, dated 7/12/10,    136
18               full and complete settlement,
                 signed by Ms. Ali, Bates No.
19               JBS020014
20
21
22
23
24
25

AGREN BLANDO COURT REPORTING & VIDEO INC.

37

1  Q    Which position at Tyson did you hold
2  longer, the knife position or the packaging
3  position?
4  A    I don't remember.
5  Q    How much money did you make per hour
6  working at Tyson?
7  A    It's been a long time. I don't remember.
8  Q    Did you have benefits?
9  A    What benefits?
10  Q    Did you have any benefits like health
11  insurance, dental insurance?
12  A    Yes, I had medical insurance.
13  Q    How much did that cost you?
14  A    I don't remember.
15  Q    Why did you leave Tyson?
16  A    I moved to Colorado.
17  Q    But why?
18  A    My family moved here.
19  Q    Which family?
20  A    My friends. Some of my friends called
21  me, and then my aunt's daughter -- that's my family
22  member -- was here, so I joined -- I joined her
23  here.
24  Q    Did you voluntarily leave your employment
25  at Tyson or were you fired?

38

1  A    Voluntarily I left.
2  Q    Did you have any problems at Tyson?
3      MS. STRUBLE: Object to form.
4  A    No.
5  Q    (BY MS. ROBINSON) Did you work the first
6  shift or second shift at Tyson?
7  A    Second shift.
8  Q    What were the hours of the second shift?
9  A    Four -- no, 40.
10  Q    What time did you start work and what
11  time did you end work?
12  A    Start at 3 and ends at 12, 3 to 12.
13  Q    Did you recite prayers at Tyson?
14  A    Yes.
15  Q    How did they -- how did the company
16  handle that?
17      MS. HASSELBACHER: Objection; form.
18  A    The company handled the prayer very well.
19  They took care of it, and I never had any problem.
20  Q    (BY MS. ROBINSON) How did you have to
21  request a prayer break at Tyson?
22      MS. STRUBLE: Object to form.
23  A    All the supervisors had a printed
24  calendar, a schedule, posted on their area station,
25  and when your prayer time comes, they will either

39

1  come and tap you on the shoulder and say go ahead
2  and pray.
3  Q    (BY MS. ROBINSON) And did somebody cover
4  your work for you while you were away?
5  A    Even if there is nobody to cover you,
6  it's their responsibility. They let you go and they
7  take care of it.
8  Q    When you were at Tyson, how many other
9  Muslim employees worked on your line?
10  A    There were many Muslims, but I don't know
11  how many.
12  Q    Other than working for Tyson in Emporia
13  and at JBS in Greeley, have you had any other
14  employment in the United States?
15  A    I don't remember.
16  Q    You don't remember whether you worked
17  anywhere else?
18  A    I have been here roughly six years. I
19  applied different jobs, so I don't remember exactly.
20  Q    Have you worked at any other jobs other
21  than Tyson and JBS?
22  A    No, I don't remember.
23  Q    Before moving to Greeley, had you heard
24  anything about Swift before you -- Swift or JBS
25  before you applied for a job there?

40

1  A    No.
2  Q    Why did you want to move from Kansas to
3  Greeley to work at JBS?
4      MS. HASSELBACHER: Objection; form.
5  A    They told me there is a meat packing
6  plant there. I didn't -- they didn't tell me any
7  names. So that's all I know.
8  Q    (BY MS. ROBINSON) Why did you want to
9  leave Tyson to move to Greeley?
10      MS. HASSELBACHER: Objection to form.
11  A    As I told you earlier, my family members
12  moved here, and then I moved with them.
13  Q    (BY MS. ROBINSON) Had your family
14  members been living with you in Emporia, Kansas?
15  A    Yes.
16  Q    And were they working for Tyson?
17  A    Yes.
18  Q    And do you know why they wanted to leave
19  to move to Colorado?
20  A    No.
21  Q    Had you heard that the beef plant in
22  Greeley was a better place to work?
23  A    No.
24  Q    Had you heard that they paid better?
25  A    No.

AGREN BLANDO COURT REPORTING & VIDEO INC.

41

1　　Q　Did you apply for any other jobs other
2　than at the beef plant in Greeley?
3　　A　No.
4　　Q　How long did it take you before you got
5　hired at the beef plant in Greeley?
6　　A　When I fill out the application, I was
7　hired.
8　　　　MS. ROBINSON: Mark this.
9　　　　(Exhibit 455 marked.)
10　　Q　(BY MS. ROBINSON) Ms. Ali, I have handed
11　you Exhibit 455.
12　　　　Is that a copy of your Social Security
13　card and your Kansas driver's license?
14　　A　Yes.
15　　Q　And is that your correct Social Security
16　number?
17　　A　Yes.
18　　　　(Exhibit 456 marked.)
19　　Q　(BY MS. ROBINSON) Ms. Ali, I have handed
20　you Exhibit 456.
21　　　　Is this a copy of your application that
22　you filled out for your job at JBS in Greeley,
23　Colorado?
24　　A　I don't read and write, but it looks
25　like.

42

1　　Q　Did somebody help you fill this out?
2　　A　Yes.
3　　Q　Who?
4　　A　I don't remember.
5　　Q　This application is dated April 29, 2009.
6　　　　How long had you been living in Greeley
7　before you went and filled out this application?
8　　A　I don't exactly remember. Maybe a month
9　or two before I got the job.
10　　Q　On the second page of Exhibit 456, it
11　says the names of relatives working for the company
12　are Leyla and Hadan.
13　　　　Are those both relatives of yours?
14　　A　Yes.
15　　Q　And who is Leyla?
16　　A　She was just a friend, and we met.
17　　Q　Had you been living with Leyla in Kansas?
18　　A　No.
19　　Q　Did you move to Colorado with Leyla?
20　　A　She was already here when I came.
21　　Q　Had you moved to Colorado with Hadan?
22　　A　Hadan and Leyla were roommates here.
23　　Q　Who did you move from Kansas to Colorado
24　with?
25　　A　All by myself.

43

1　　Q　You said you had family that was working
2　for Tyson and they were moving to Colorado, and
3　that's why you moved.
4　　　　So who was the family that you were
5　living with in Kansas?
6　　　　MS. HASSELBACHER: Objection to form.
7　　A　Leyla and Hadan were living together
8　here, and my family, some of them went to
9　Minneapolis, and then my aunt's daughter moved to
10　Colorado.
11　　Q　(BY MS. ROBINSON) And was your aunt's
12　daughter living in Kansas before moving to Colorado?
13　　A　She wasn't working in Tyson. She was
14　working here. She called me from here, and I joined
15　them here.
16　　Q　What family members did you have in
17　Kansas that were working for Tyson?
18　　A　My immediate family.
19　　Q　And who is that?
20　　A　I have many relatives. I don't remember
21　who.
22　　Q　Which immediate family members worked
23　with you at Tyson?
24　　A　It's been a long time, so I don't exactly
25　remember who.

44

1　　Q　Did any of your immediate family members
2　move with you from Kansas to Colorado?
3　　A　No.
4　　Q　On the second page of Exhibit 356, under
5　"Person to be notified in case of emergency," it
6　says Farhia Adeys.
7　　　　Do you know who that is?
8　　A　Yes.
9　　Q　Who is that?
10　　A　That's the daughter of my aunt.
11　　Q　And where was she living at the time you
12　filled out this application?
13　　A　Greeley.
14　　Q　And in the box on page 456, it lists an
15　individual named Abdiaziz Abdi.
16　　　　Do you know who that is?
17　　A　No.
18　　Q　Back to the first page of this exhibit,
19　456, it lists your address as 609 Eighth Avenue, No.
20　707, in Greeley, Colorado.
21　　　　Was that where you were living at the
22　time you filled out this application?
23　　A　Yes, this is the address Hadan and Leyla
24　lived.
25　　Q　And were you living with them at that

AGREN BLANDO COURT REPORTING & VIDEO INC.

**45**

1 time?
2　A　Yes.
3　Q　And how long did you live with them?
4　A　I don't remember. A couple of months.
5 Until I got the job and work. Maybe a couple of
6 months.
7　Q　It indicates on this first page that you
8 had been living at this address, 609 Eighth Avenue,
9 for eight months.
10　　Had you been living with them for eight
11 months before applying for this job?
12　A　No.
13　Q　Do you know who helped you fill this
14 application out?
15　A　I don't know him. Hadan and Leyla, a
16 friend of theirs, they asked him to help me out and
17 fill out the application.
18　Q　Looking at page 3 of this exhibit, it
19 says -- for previous employment, it says Tyson Food
20 in Hillsdale.
21　　Where is that?
22　A　The Tyson plant was shut down and they
23 transferred everybody who wanted to go to Chicago
24 Hillsdale, and that's where I transferred.
25　Q　And that was in Illinois?

**46**

1　A　Yes.
2　Q　And when did you move from Kansas to
3 Illinois?
4　A　I don't remember.
5　Q　How long did you work in Illinois?
6　A　I don't know.
7　Q　When you moved to Greeley, Colorado, did
8 you move from Illinois or from Kansas?
9　A　Illinois.
10　Q　Who were you living with in Illinois?
11　A　I was living by myself.
12　Q　What was your address?
13　A　I don't remember.
14　Q　On the last page of this exhibit, next to
15 "Signature of Applicant," is that your signature?
16　A　Yes.
17　Q　Is any of the other handwriting on
18 Exhibit 456 yours?
19　A　Someone helped me fill out.
20　Q　Right, but did you fill anything else out
21 yourself other than your signature on the last page?
22　A　No.
23　Q　How did the individual help you fill this
24 out? Did he read the questions to you and you told
25 him the answers and he filled it out for you, or how

**47**

1 did the process work?
2　A　He was asking me where did you work
3 before and how long you work, and that's what he was
4 filling out, so he is the one who filled it out.
5　Q　And did you understand that you needed to
6 be truthful and accurate in filling out your
7 application?
8　A　Yes.
9　Q　When you applied for a job at the plant
10 in Greeley, did you want to work first shift or
11 second shift?
12　A　Second shift.
13　Q　Why did you prefer to work that shift?
14　A　I was new to the place. The people I was
15 staying were -- both of them were working the second
16 shift. I didn't have my own transportation, so
17 that's why I choose to work in the afternoon, so I
18 can ride with them and come home with them.
19　Q　And did you have any preference of
20 whether you worked on slaughter or fabrication?
21　A　No, I don't remember.
22　Q　Have you worked in fabrication or
23 slaughter for JBS?
24　A　What is fabrication?
25　Q　The cooler side.

**48**

1　A　Yes, I worked the cooler.
2　Q　Okay. Did you request to work in the
3 cooler side?
4　A　I don't remember.
5　Q　Were you willing to work on the slaughter
6 side of the operation?
7　A　I was looking for a job, and whatever is
8 available, I was willing to take it.
9　Q　After filling out your application, were
10 you interviewed by somebody at the company?
11　A　Yes.
12　Q　Was there somebody that translated for
13 you during that interview?
14　A　Yes.
15　Q　And did you know the person who was
16 translating?
17　A　No.
18　Q　Was it somebody that works in the
19 company?
20　A　I didn't know.
21　Q　Were you interviewed by a man or a woman?
22　A　I don't remember.
23　Q　Did you have more than one interview?
24　A　Two interviews.
25　Q　And how far apart?