# EXHIBIT   6

AGREN BLANDO COURT REPORTING & VIDEO INC.

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF SADI MOHAMED ADAN
August 27, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiff-Intervenors,
v.
JBS USA, LLC c/b/a JBS SWIFT & COMPANY,
Defendant.

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By Stephanie Struble, Esq.
303 East 17th Avenue
Suite 410
Denver, CO 80203-9634
Phone: 303.866.1378
Fax: 303.866.1375
stephanie.struble@eeoc.gov
Appearing on behalf of the
Plaintiff

**Page 2**

1  APPEARANCES: (Continued)
2  KING GREISEN LLP
      By Joel Borgman, Esq.
3       1670 York Street
        Denver, CO 80206
4       Phone: 303.298.9878
        Fax: 303.298.9879
5       borgman@kinggreisen.com
        Appearing on behalf of the Abade
6       Plaintiff-Intervenors
7
8  SHERMAN & HOWARD, LLC
      By Andrew W. Volin, Esq.
        633 Seventeenth Street
9       Suite 3000
        Denver, CO 80202
10      Phone: 303.299.8194
        Fax: 303.298.0940
11      avolin@shermanhoward.com
        Appearing on behalf of the
12      Defendant
13  Also present:
        Maryvonne Tompkins, CLVS, Videographer
14      Hassan Haile, Interpreter
        Ahmed Odaxway
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1  Pursuant to Notice and the Federal Rules of
2  Civil Procedure, the videotaped deposition of SADI
3  MOHAMED ADAN, called by Defendant, was taken on
4  Monday, August 27, 2012, commencing at 9:05 a.m., at
5  633 17th Street, Suite 3000, Denver, Colorado, before
6  Kelly A. Mackereth, Certified Shorthand Reporter,
7  Registered Professional Reporter, Certified Realtime
8  Reporter and Notary Public within Colorado, Court
9  Reporting Office of Agren Blando Court Reporting &
10 Video, Inc., 216-16th Street, Suite 650, Denver,
11 Colorado 80202.
12                    * * * * * * *
13                    I N D E X
14
15 EXAMINATION                          PAGE
16 BY MR. VOLIN                           6
17 BY MS. STRUBLE                        175
18 PRODUCTION REQUEST(S):
19    None.
20
21
22
23
24
25

**Page 4**

1  INDEX OF EXHIBITS
2                         INITIAL
3  DESCRIPTION                  REFERENCE
4
5  Exhibit 131 Photocopy of Sadi Mohamed Adan's    7
      Kansas ID card and Social
      Security card
6
7  Exhibit 132 Sadi Mohamed Adan Swift &          49
      Company Application for Hourly
      Employment
8
9  Exhibit 133 Sadi Adan Employee Training        54
      Trucking Form
10 Exhibit 134 Sadi Adan's Acknowledgement of     55
      Best Work Environment Training
11    form
12 Exhibit 135 Copy of Sadi Adan Job Change       63
      Form
13
14 Exhibit 136 Form titled Cost of Equipment      74
15 Exhibit 137 Affidavit of Sadi M. Adan          88
16 Exhibit 138 Statement of Mr. Sadi Mohamed     171
      Adan
17 Exhibit 139 (Exhibit number not used. No      168
      Exhibit 139 marked.)
18
19 Exhibit 140 Copy of Sadi Mohamed Adan's       168
      Charge of Discrimination form
20
21 PREVIOUSLY MARKED EXHIBITS
22 Exhibit 19                                     60
23
24
25

AGREN BLANDO COURT REPORTING & VIDEO INC.

45

1  don't care about it. If you're facing something that
2  you cannot control, that's different story. Like you
3  don't have work to pray or to clean your body, if you
4  can't find all those, you pray when you can.
5      Q    (BY MR. VOLIN) Do you think that your
6  beliefs about prayer are unique to yourself or do you
7  think that your beliefs about prayer are basically
8  the same beliefs that other Somali Muslims have?
9      A    All Somali Muslims believe the same thing.
10      Q    What if the Prophet Mohamed said something
11  different about prayer times and prayers than what
12  you've told me? Would you follow your own beliefs or
13  would you follow what the teachings of Mohamed are?
14      MS. STRUBLE: Object to form.
15      A    I follow Prophet Mohamed and what I
16  believe is the same thing. It's that one.
17      Q    (BY MR. VOLIN) You think your beliefs are
18  exactly what the teachings of Mohamed are?
19      A    Yes.
20      MR. VOLIN: Let's take a break.
21      THE VIDEOGRAPHER: The time is 10:41. We
22  are going off the record.
23      (Recess taken from 10:41 a.m. to
24  10:55 a.m.)
25      THE VIDEOGRAPHER: The time is 10:55. We

46

1  are back on the record.
2      Q    (BY MR. VOLIN) Mr. Adan, did you work
3  before you came to the United States?
4      A    No.
5      Q    Before you started work at JBS, did you
6  work in the United States?
7      A    Yes.
8      Q    What was your first job in the United
9  States?
10      A    I worked for a company called Tyson, some
11  meat job.
12      Q    When did you start and finish your work at
13  Tyson?
14      A    November to March 2008. Start date
15  November 2007, end date March 2008.
16      Q    What was your job at Tyson?
17      A    I was working with the machine.
18      Q    What did you do with the machine?
19      A    I will cut the horns of the cow, and I
20  will use knife to cut the ears.
21      Q    Were you full time at Tyson?
22      A    Yes.
23      Q    Why did you leave your work at Tyson?
24      A    The company has been closed. All the
25  employees got laid off.

47

1      Q    Were you fired from your job at Tyson?
2      A    No.
3      Q    Were you able to recite prayers during
4  work hours when you worked at Tyson?
5      A    Yes.
6      Q    How was the prayer time handled at Tyson?
7      A    We tell our supervisor ahead of time when
8  we need to pray. And then while we are at the line,
9  our supervisors will come and remind, even sometimes
10  remind us that it's time to pray. And we already
11  submitted them the schedule of the prayer.
12      If they don't come to us and it's prayer
13  time, we talk to them and ask them to let us go and
14  they will.
15      Q    You're using the word we. Did you work at
16  Tyson with other Muslim employees?
17      A    About 700 Somali employees.
18      Q    When you worked at Tyson, there were about
19  700 Somali employees there?
20      A    Approximately. It's my estimate.
21      Q    What percentage of the work force was
22  Somali?
23      A    I cannot give you that fact, but I just
24  knew Somali people who worked there.
25      Q    Was the work force mostly Somali?

48

1      A    The two shifts over there, I was working
2  the second shift. And like I told you, the number of
3  Somali employees working there was what I told you.
4      Q    Do you think there were 700 Somalis on the
5  second shift?
6      A    That's -- that's the estimate. People
7  sometimes get fired, so it may be less than 700,
8  sometimes maybe more than 700.
9      Q    Why did you apply to work at JBS?
10      A    I wanted to work.
11      Q    Had you heard anything about JBS before
12  you applied?
13      A    No.
14      Q    When you worked for Tyson, where was that
15  work located? What state?
16      A    Kansas.
17      Q    So when you got laid off from your job at
18  Tyson in Kansas, is that when you moved to Colorado?
19      A    Yes.
20      Q    And why did you move to Colorado? Was it
21  because of the work at JBS?
22      A    Yes.
23      Q    How did you find out that there was work
24  at JBS?
25      A    I found that guy that I told you about,

AGREN BLANDO COURT REPORTING & VIDEO INC.

49

1  Abdi Afrah. I found his telephone number because he
2  was working there. So I asked him.
3    Q    So after you were laid off from Tyson, you
4  called Abdi to see if he knew whether there was any
5  work for you in Colorado at JBS?
6    A    Yes.
7    Q    And what did Mr. Afrah tell you about
8  working at JBS?
9    A    All he told me was there is work and
10 they're hiring.
11   Q    Did you move to Colorado before you got a
12 job offer from JBS?
13   A    When he told me, then I came over here.
14 Then I filled out the application and applied for the
15 job.
16   Q    So you moved to Colorado before you
17 applied to work at JBS?
18   A    Yes. The reason was that he told me that
19 they were hiring.
20   Q    I'm going to hand you what has been marked
21 as Exhibit 132. Mr. Adan, is Exhibit 132 a copy of
22 the application that you filled out for employment
23 with JBS?
24   A    Yes.
25   Q    Did you fill this out, or did someone else

50

1  fill out the application for you?
2    A    I don't read -- I'm sorry, I don't write.
3  Somebody else did it.
4    Q    Do you know who wrote for you?
5    A    Yes.
6    Q    Who?
7    A    Somali man.
8    Q    Do you remember his name?
9    A    Yes. His name was Said, S-A-I-D, I think.
10   Q    Did this Somali man, Said, work for JBS,
11 or how did you know him?
12        MS. STRUBLE: Object to form.
13   A    He himself was getting an application and
14 he was applying for the job. That's how he helped
15 us.
16   Q    (BY MR. VOLIN) Did you tell Said what to
17 put in the application?
18   A    Yes.
19   Q    Is that your signature on the middle of
20 page 4?
21   A    This one?
22   Q    Yes. Is that your signature on page 4 of
23 Exhibit 132?
24   A    I didn't sign it. I think that guy signed
25 it I think. This is not my signature. The one that

51

1  was filling out application did it. I think he
2  signed for me, because he was the one who was putting
3  all the information.
4    Q    Do you sign documents now?
5    A    Yes, I can write my name now.
6    Q    Do you recall being interviewed for work
7  at JBS?
8    A    Yes.
9    Q    Do you remember whether or not you
10 requested to work on the second shift?
11   A    Yes.
12   Q    Why did you want to work on the second
13 shift?
14   A    My roommates and other employees who lived
15 in my neighborhood, they were all second shift, so I
16 wanted them to give me a ride to work.
17   Q    If you look at page 1 of the application,
18 one of the questions is how long have you been at the
19 above address. And the answer that is written in
20 there says seven weeks, I believe is what it says.
21        Had you lived in Greeley for seven weeks
22 before you applied to work at JBS?
23   A    About that time.
24   Q    Well, this application is dated March of
25 2008. You said you worked for Tyson until March of

52

1  2008, right?
2    A    Yes.
3    Q    So how could you have lived in Greeley for
4  seven weeks?
5    A    I got laid off from my work. The company
6  that I was working for were paying us two months that
7  we were not working. So I moved to Greeley while I
8  was getting paid from my company. That's how it was.
9  And now that they were paying me, I was their
10 employee.
11   Q    Did you work in Greeley for anyone before
12 you started working at JBS?
13   A    No. Other than Tyson, I didn't.
14   Q    If you look at page 2 of your application,
15 Exhibit 132, the sixth question down or seventh, is
16 regarding your education and it says you have three
17 years of education.
18        Do you see that?
19   A    Again, I did not, I didn't write this. I
20 think the guy who was filling out the application
21 just wrote it.
22   Q    You have not had three years of education,
23 correct?
24   A    I did not get any education, like I told
25 you.