# EXHIBIT 7

AGREN BLANDO COURT REPORTING & VIDEO INC

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 10-cv-02103-PAB-KLM

VIDEO DEPOSITION OF NIDIFO AHMED ASHKIR
December 10, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

## Page 2

APPEARANCES:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    By William E. Moench, Esq.
    303 East 17th Avenue, Suite 410
    Denver Colorado 80203
        Appearing on behalf of Plaintiff.
KING GREISEN LLP
    By Lauren Hasselbacher, Esq.
    1670 York Street
    Denver Colorado 80206
        Appearing on behalf of
        Plaintiffs-Intervenors.

SHERMAN & HOWARD L.L.C.
    By Heather Fox Vickles, Esq.
    633 - 17th Street, Suite 3000
    Denver, Colorado 80202
        Appearing on behalf of Defendant.

Also present: Omar Nur, Interpreter
              Maryvonne Tomkins, CLVS

## Page 3

Pursuant to Notice and the Federal Rules of Civil Procedure, the video deposition of NIDIFO AHMED ASHKIR, called by Defendant, was taken on Monday, December 10, 2012, commencing at 8:43 a.m., at 633 - 17th Street, Suite 3000, Denver, Colorado, before Sharon R. Dobson, Registered Professional Reporter and Notary Public within and for the State of Colorado.

INDEX
VIDEO DEPOSITION OF NIDIFO AHMED ASHKIR

| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Moench | 197 |
| Ms. Hasselbacher | -- |
| Ms. Vickles | 6, 206 |

| EXHIBITS | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 515 | Photocopy of Social Security card and driver's license | 6 |
| Exhibit 516 | Charge of Discrimination | 8 |
| Exhibit 517 | Handwritten note in Spanish | 41 |
| Exhibit 518 | Attendance Violation Notice | 109 |
| Exhibit 519 | Job Summary | 116 |
| Exhibit 520 | Health Notes | 121 |

## Page 4

| EXHIBITS | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 521 | Application for Hourly Employment | 162 |
| Exhibit 522 | Acknowledgment of Receipt of and Understanding of the Employee Handbook (Revised April 2004) | 168 |
| Exhibit 523 | Grievance Report Form | 178 |

| EXHIBITS PREVIOUSLY MARKED | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 8 | Employee Handbook | 167 |

AGREN BLANDO COURT REPORTING & VIDEO INC

### 157

1 would leave the line to pray before you?
2   A   Yes.
3   Q   Okay. Is it your testimony that you were
4 permitted to pray at your exact prayer time every
5 day at Tyson?
6   A   Yes. Tyson allows people to pray on time.
7   Q   Weren't there days when you prayed late?
8   A   It's part of the rotation, that they talk
9 about the prayer, that people come pray on time.
10 And when their prayer time comes, then they would be
11 allowed to pray.
12   Q   Okay. But you didn't answer my question.
13 Were there days at Tyson when you prayed late?
14   A   No, I don't remember.
15   Q   In 2006 how many Muslim employees worked
16 on your line at Tyson?
17   A   2006 the line I was working maybe we had
18 10.
19   Q   And did all 10 of you get to go pray at
20 the same time?
21   A   The 10 of us maybe two times because where
22 we pray and where the line is very close. And some
23 of them might leave little bit early before the
24 prayer and others will leave later.
25   Q   Okay. But that doesn't accommodate

### 158

1 everyone's religious needs, does it?
2   A   It will accommodate everybody pray.
3   Q   Okay. Does that mean that the other
4 Somalis on your line -- the other Muslims on your
5 line did not believe that they had to pray at the
6 precise prayer time like you did?
7   A   They pray. I -- I don't know. I can't
8 say that. But they pray when it's due. For me, my
9 discipline is to pray when it's due.
10   Q   And if all 10 Muslims on your line had the
11 same discipline and belief they had to pray when it
12 was due, but they couldn't all 10 go at the same
13 time, doesn't that mean that some of them are
14 praying late?
15   A   When the prayer is due, and if five of
16 them are praying, the other five when they finish
17 they go. They can finish within that break time
18 they were given.
19   Q   But they're not going to pray at the time
20 the prayer is due, are they?
21   A   Yes, they will pray when the prayer is
22 due.
23   Q   Okay. Did the prayer breaks --
24   A   And at times the supervisor will let the
25 whole 10 go sometimes a little bit before. He want

### 159

1 everyone to use that 10 minutes opportunity to pray,
2 and sometimes a little bit before the time the
3 leader and supervisor will come and they know and
4 they will say, Everybody go, go, go. And 10 will go
5 and they come back.
6   Q   Do the prayer breaks work the same way
7 today at Tyson's Garden City plant?
8   A   Same -- I work at the same line I used to
9 work 2006, so it's the same schedule, same time.
10   Q   And do you know a Somali employee by the
11 name of Fardusa Council?
12   A   Fardusa Council?
13   Q   Yes. She works in HR for Tyson.
14   A   Fardusa, she works on -- I think she used
15 to be Emporia.
16   Q   Do you know her?
17   A   I heard about her, but I don't know her.
18   Q   What did you hear about her?
19   A   I heard she works Tyson, some -- and
20 Emporia plant was closed. Some of the Emporia
21 employees come to where we are so I heard from them.
22   Q   Has Miss Council worked at the Garden City
23 plant when you were there?
24   A   Fardusa, no. No.
25   Q   So you said after you quit the Garden City

### 160

1 plant because your father was ill, you moved to
2 another state. Where did you move?
3   A   Then I moved to Arizona.
4   Q   And what did you do there?
5   A   I was working at the airport.
6   Q   What did you do at the airport?
7   A   Clean up.
8   Q   What was the name of your employer?
9   A   The Airport Run Star.
10   Q   Run Star?
11     THE INTERPRETER: Run Star.
12   A   GCA. And then another company took over
13 Run Star.
14   Q   (By Ms. Vickles) And why did you leave
15 that position?
16   A   Laid off.
17   Q   Were you working in Phoenix?
18   A   Yes.
19   Q   And how long did you work at the Phoenix
20 airport?
21   A   Seven months. Eight months.
22   Q   When did you get laid off from that
23 position?
24   A   August 8, 2007.
25   Q   And then what did you do?

AGREN BLANDO COURT REPORTING & VIDEO INC

**Page 161**

1  A  That's when I moved to Swift.
2  Q  And did you hear there were jobs at the
3  Swift plant in Greeley?
4  A  Yes.
5  Q  What did you hear about the company?
6  A  Someone who was working there at that time
7  told me.
8  Q  Who told you about the jobs at JBS?
9  A  A friend of mine.
10 Q  What was the friend's name?
11 A  Eid.
12 Q  What was the --
13 A  Abdi Eid.
14 Q  Is this the same person you mentioned
15 earlier?
16 A  Yes.
17 Q  What did he tell you about the jobs?
18 A  He told me the company's creating new --
19 new shift, the B shift, so they need employees.
20 Q  Was he already employed at the plant?
21 A  Yes. He was working.
22 Q  And what did he tell you about the
23 company?
24 A  He told me that the company's creating a
25 new shift, and their pay is very good compared to

**Page 162**

1  the other companies.
2  Q  Did he tell you it was a good place to
3  work or a bad place to work?
4  A  No. He didn't tell me anything like that.
5  He was himself new at that time.
6  Q  And so did you submit an application?
7  A  Yes.
8  Q  Did someone help you to complete the
9  application?
10 A  Yeah. He helped me.
11 Q  Abdi Eid did?
12 A  Yes.
13 Q  Does Abdi Eid speak and write English?
14 A  Yes.
15    (Exhibit 521 marked.)
16    THE COURT REPORTER: 521.
17 Q  (By Ms. Vickles) Is Exhibit 521 a copy of
18 the application you submitted?
19 A  Yes.
20 Q  And is that your signature on the last
21 page?
22 A  Yes.
23 Q  Did Mr. Eid complete the rest of the
24 application for you?
25 A  Yes.

**Page 163**

1  Q  Did you have an interview after you
2  submitted the application?
3  A  Yes.
4  Q  Do you recall who interviewed you?
5  A  I don't remember exactly, but I believe it
6  was a lady.
7  Q  And did you tell the lady that you would
8  prefer to work on the new second shift?
9  A  I didn't care, morning or afternoon shift,
10 but they told me they are hiring for the B shift.
11 Q  Did the lady who interviewed you tell you
12 what the work schedule was?
13 A  She told me I would work B shift.
14 Q  Did she tell you what the hours were?
15 A  She told me that the regular hours is
16 32, but you could work up to 40 hours a week.
17 Q  Did she tell you what the work hours each
18 day were?
19 A  Yes.
20 Q  And what did she tell you?
21 A  Start at 3 and finish by 11:45.
22 Q  And did she tell you how many breaks you
23 would receive?
24 A  Yes.
25 Q  And what did she tell you about breaks?

**Page 164**

1  A  Two breaks.
2  Q  Did she tell you the time of those two
3  breaks?
4  A  No.
5  Q  Did you ask her any questions about prayer
6  breaks?
7  A  Yes.
8  Q  What did you ask?
9  A  I told her that I'm a Muslim, I practice
10 Islam, and I would like to pray when my prayers are
11 due.
12 Q  What did she say?
13 A  She told me, Your supervisor will be
14 informed that you need to pray. And the company is
15 working on talking about the prayers and how to take
16 care of when people want to pray.
17 Q  And your first day of work was
18 September 17th of 2007?
19 A  Yes.
20 Q  And did you first go through orientation?
21 A  Yes.
22 Q  Did Mohamed Mohamed provide the
23 orientation?
24 A  Yes.
25 Q  In Somali?