# EXHIBIT 8

AGREN BLANDO COURT REPORTING & VIDEO INC.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF HALAWI ALI
February 16, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiff-Intervenors,
v.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
Defendant.

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By William E. Moench, Esq.
303 East 17th Avenue
Suite 410
Denver, CO 80203-9634
Phone: 303.866.1378
Fax: 303.866.1375
william.moench@eeoc.gov
Appearing on behalf of the
Plaintiff

---

**Page 2**

APPEARANCES: (Continued)
KING GREISEN LLP
By Diane S. King, Esq.
1670 York Street
Denver, CO 80206
Phone: 303.298.9878
Fax: 303.298.9879
king@kinggreisen.com
Appearing on behalf of the Abade
Plaintiff-Intervenors

MCNAMARA, ROSEMAN & KAZMIERSKI, LLP
By Todd J. McNamara, Esq.
(For a.m. session)
1640 East 18th Avenue
Denver, CO 80218-1202
Phone: 303.333.8700
Fax: 303.331.6967
tjm@18thavelaw.com
Appearing on behalf of the Abdi
Plaintiff-Intervenors

SHERMAN & HOWARD, LLC
By Kelly K. Robinson, Esq.
633 Seventeenth Street
Suite 3000
Denver, CO 80202
Phone: 303.299.8194
Fax: 303.298.0940
krobinson@shermanhoward.com
Appearing on behalf of the
Defendant

Also present:
Joe Coriat, CLVS Videographer
Hassan Haile, Interpreter
Ahmed Odawaay

---

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the videotaped deposition of HALAWI ALI, called by Defendant, was taken on Thursday, February 16, 2012, commencing at 9:06 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Kelly A. Mackereth, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado, Court Reporting Office of Agren Blando Court Reporting & Video, Inc., 216-16th Street, Suite 650, Denver, Colorado 80202.

* * * * * * *

INDEX

| EXAMINATION | PAGE |
|---|---|
| EXAMINATION BY MS. ROBINSON | 6 |
| EXAMINATION BY MR. MOENCH | 185 |
| FURTHER EXAMINATION BY MS. ROBINSON | 187 |

PRODUCTION REQUEST(S):
None.

---

**Page 4**

INDEX OF EXHIBITS

| DESCRIPTION | INITIAL REFERENCE |
|---|---|
| Exhibit 41  Copy of Halawi Farah Ali ID card and Social Security card | 10 |
| Exhibit 42  Halawi Ali JBS Application | 42 |
| Exhibit 43  Halawi Ali acknowledgement of receipt of and understanding of the employee handbook | 52 |
| Exhibit 44  Halawi Ali acknowledgement of receipt and understanding of the employee handbook | 53 |
| Exhibit 45  Halawi Ali Form I-9 | 53 |
| Exhibit 46  Halawi Ali acknowledgement best work environment training | 55 |
| Exhibit 47  Halawi Ali union application | 56 |
| Exhibit 48  2008 September calendar | 100 |
| Exhibit 49  Halawi Ali Charge of Discrimination | 137 |
| Exhibit 50  9/16/08 Halawi Ali statement | 142 |
| Exhibit 51  9/16/08 Halawi Ali statement | 144 |
| Exhibit 52  Undated Statement of Ms. Halawi Ali | 160 |

PREVIOUSLY MARKED EXHIBITS

| Exhibit 3  Termination letter | 121 |
|---|---|
| Exhibit 8  Employee Handbook | 51 |

AGREN BLANDO COURT REPORTING & VIDEO INC.

173

1 you allowed to recite your prayers during your shift?
2   A   Yes.
3   Q   And what shift did you work at Tyson?
4   A   Second shift.
5   Q   And how many prayers did you have to
6 recite at work when you were at Tyson?
7   A   Two.
8   Q   And what did Tyson do to accommodate your
9 prayer breaks?
10  A   When I come into work, Tyson, first of
11 all, had a Mosque. When I come to the plant, I would
12 go to the Mosque and pray. And that's before I start
13 working. And then when we did Maghrib prayers,
14 everybody was told to go and pray. That's it.
15  Q   And was that during your regular break
16 time or was this an extra break for the Muslim
17 employees?
18  A   It was an extra break for Muslim
19 employees.
20  Q   And any other -- what about the Isha'a
21 prayer, the nighttime prayer?
22  A   We pray Salat Isha'a -- Isha'a pray when
23 we get home.
24  Q   And when you worked at the poultry company
25 in Wisconsin, did they accommodate your prayer

174

1 request?
2   A   Yes.
3   Q   And what did they do?
4   A   The same thing we told them, that we were
5 Muslims. People before me already talked to them
6 about it. So when I started working there, everybody
7 was praying.
8   Q   And were you on B shift, second shift for
9 that company?
10      THE DEPONENT: Um-hum.
11  Q   (BY MS. ROBINSON) Is that a yes?
12  A   Yes, I was second shift.
13  Q   And did you say just the Maghrib prayer
14 during your shift at that company?
15  A   Which?
16  Q   The Maghrib prayer, did you say that
17 prayer during your shift at that company in
18 Wisconsin?
19  A   I would go get a break to pray.
20  Q   The Maghrib prayer?
21  A   Yes.
22  Q   Any of the other prayers?
23  A   Prayer times change. If a prayer time
24 comes in while we are home, we pray at home. If the
25 prayer time is due while we're working, we pray at

175

1 work.
2   Q   When you worked at Tyson, were there more
3 or less Muslim employees that worked at Tyson than
4 worked at the Greeley beef plant?
5   A   Tyson.
6   Q   Tyson had more Muslim employees than the
7 Greeley plant?
8   A   Yes.
9   Q   Did you receive any -- or have you
10 received any unemployment benefits since your
11 termination from JBS?
12  A   Yes.
13  Q   From which states?
14  A   The places that I worked, is that what
15 you're asking?
16  Q   No, from what state did you -- state or
17 states did you receive unemployment benefits from?
18      MS. KING: Object to form.
19  A   Colorado.
20  Q   (BY MS. ROBINSON) Any other states?
21  A   No.
22  Q   And how long did you receive unemployment
23 benefits from Colorado?
24  A   Two years.
25  Q   And did you receive any other government

176

1 payments?
2   A   Right now, yes.
3   Q   From who?
4   A   I get food stamps and $200 cash from
5 social services.
6   Q   Anything else?
7   A   No.
8   Q   How do you -- right now, how do you pay
9 your bills for rent, gas, food?
10  A   My daughter Sahra works and she helps me
11 out, pay all these bills. And when I run out and I
12 need money to pay my bills, she will help me pay
13 those bills.
14  Q   Other than the $200 a month and food
15 stamps, do you have any other source of income or
16 money outside of what Sahra lends you from time to
17 time?
18  A   No.
19  Q   What's the total amount of money that you
20 got from Colorado for unemployment benefits?
21  A   Add them all up?
22  Q   Right.
23  A   I don't know what you're asking.
24  Q   How much -- how often did you receive
25 unemployment benefits? Was it on a weekly basis?