# EXHIBIT 9

AGREN BLANDO COURT REPORTING & VIDEO INC.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

VIDEO DEPOSITION OF MOHAMED ALI BUNOW
October 3, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiffs-Intervenors,
vs.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
Defendant.

APPEARANCES:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
  By Andrew Winston, Esq.
    303 East 17th Avenue, Suite 410
    Denver, Colorado 80203-9634
    Appearing on behalf of Plaintiff.

KING GREISEN, LLP
  By Lauren Hasselbacher, Esq.
     Jennifer Cruseturner, Esq.
    1670 York Street
    Denver, Colorado 80206
    Appearing on behalf of
    Plaintiff-Intervenors
    Iraq Abade, et al.

---

**Page 2**

APPEARANCES: (Continued)
SHERMAN & HOWARD, LLC
  By Kelly Robinson, Esq.
    633 17th Street, Suite 3000
    Denver, Colorado 80202
    Appearing on behalf of Defendant.
Also Present: Hassan Haile, Interpreter
              Omar Nur, Interpreter
              Maryvonne Tompkins,
              Videographer

---

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the video deposition of MOHAMED ALI BUNOW, called by Defendant, was taken on Wednesday, October 3, 2012, commencing at 9:06 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Gail Obermeyer, Registered Professional Reporter and Notary Public within and for the State of Colorado.

I N D E X
VIDEO DEPOSITION OF MOHAMED ALI BUNOW
EXAMINATION BY:                          PAGE
  Mr. Winston                             187
  Ms. Hasselbacher                        --
  Ms. Crusewater                          --
  Ms. Robinson                           6, 204

EXHIBITS                          INITIAL REFERENCE
Exhibit 341 Photocopy of Social             7
   Security card and
   ID card for Mohamed
   Ali Bunow

Exhibit 342 Application for Hourly         64
   Employment pertaining
   to Mohamad Ali Bunow,
   3/10/08

Exhibit 343 Blank termination             152
   form

---

**Page 4**

I N D E X (Continued)
EXHIBITS                          INITIAL REFERENCE
Exhibit 344 Charge of                    153
   Discrimination form
   pertaining to Mohamed
   Bunow, 11/13/08

EXHIBITS PREVIOUSLY MARKED        INITIAL REFERENCE

Exhibit 8  Swift & Company                70
   Employee Handbook
Exhibit 11 JBS, Corporate Hotline         76
   information
Exhibit 16 Agreement between              75
   JBS and UFCW, Local
   No. 7, 2004-2009,
   Somali version
Exhibit 19 Bulletin regarding             76
   graffiti
Exhibit 27 Agreement between              72
   JBS and UFCW, Local
   No. 7, 2004-2009,
   English version
Exhibit 66 (Exhibit description           71
   not available)
Exhibit 247 JBS Memo to All Swift         76
   and Company Employees
   regarding Zero-
   Tolerance Policy,
   1/2/08
Exhibit 339 Islamic Finder,              184
   Prayer Times Schedule,
   10/2012

---

**177**

1  interested in jobs and is being told it's because
2  he's not a U.S. citizen. It's an entirely
3  different reason. And I believe it is relevant,
4  whether he's applied for citizenship now, for
5  purposes of --
6      MR. WINSTON: I'm instructing him not
7  to answer the question pursuant to the rule.
8      MS. ROBINSON: Okay. Then we'll take
9  it up with Judge Mix.
10     MS. HASSELBACHER: Don't answer the
11 question.
12     THE DEPONENT: Okay.
13  Q   (BY MS. ROBINSON) When you worked at
14 the Lexington beef plant, how did they handle your
15 requests -- or did you ask to pray at the plant
16 when you worked for Tyson?
17  A   Yes.
18  Q   And you were working the first shift in
19 Lexington, correct?
20     THE DEPONENT: Yes.
21  Q   (BY MS. ROBINSON) What prayers did you
22 need to recite during your shift?
23  A   Only Dhuhr, Dhuhr.
24  Q   And did you need -- did the Dhuhr
25 prayer fall within any of your regularly scheduled

**178**

1  breaks at Tyson, or did you have to ask for a
2  special break for that?
3  A   My supervisor would give me time to
4  pray.
5  Q   Did you have to ask your supervisor for
6  permission?
7  A   Yes.
8  Q   And who was your supervisor?
9  A   Nick.
10 Q   And what was his last name?
11     THE DEPONENT: I don't know his last
12 name.
13 Q   (BY MS. ROBINSON) What line did you
14 work on?
15     THE DEPONENT: I -- I work slaughter.
16     INTERPRETER HAILE: Slaughter?
17     THE DEPONENT: Slaughter.
18 Q   (BY MS. ROBINSON) What area?
19     THE DEPONENT: They're called -- I
20 don't remember. They don't have, like, numbers.
21 They don't have numbers over there, like 30238.
22 Q   (BY MS. ROBINSON) What were your job
23 duties?
24     THE DEPONENT: I was doing --
25 A   I would take the stomach from the cow.

**179**

1  Q   (BY MS. ROBINSON) Were there other
2  Muslim employees who worked on your line at Tyson?
3  A   No.
4  Q   And when you would leave work, did your
5  supervisor fill in for you while you were gone or
6  another employee fill in?
7  A   Co-workers would do my job.
8  Q   And how long would you be away from
9  work?
10 A   He used to give me 15 minutes.
11 Q   Were there ever times when you were not
12 allowed to leave the line at prayer time when you
13 worked at Tyson?
14 A   No.
15 Q   And did you quit your employment at
16 Tyson, or were you terminated?
17 A   I quit.
18 Q   And you haven't worked anywhere else,
19 correct?
20     MS. HASSELBACHER: Objection to form.
21 A   Nowhere else.
22 Q   (BY MS. ROBINSON) Are you seeking
23 damages for emotional distress that you claim was
24 caused by JBS?
25 A   Yes.

**180**

1  Q   And for what, specifically?
2  A   The company -- whatever it is the
3  company has done, those things to us, something
4  must be done about that.
5  Q   What symptoms of emotional distress do
6  you claim to have suffered as a result of what
7  happened to you at JBS?
8  A   I had a loan, car payment loan. And I
9  lost my job, and I didn't have means to pay for
10 that. And I tried to look for a job, and I was
11 not able to get one. So I just stayed around.
12 So, finally, I decided to enroll school.
13 Q   And what happened with your car
14 payment?
15 A   I was not able to pay for about two
16 months. And, finally, I gave it to my brother, so
17 he made the payments.
18 Q   You gave the car to your brother?
19     THE DEPONENT: Yeah.
20 Q   (BY MS. ROBINSON) Have you had any
21 other symptoms of emotional distress?
22 A   Lack of sleep.
23 Q   Anything else?
24 A   Thinking too much.
25 Q   Anything else?

181

1  A    That's it.
2  Q    Have these symptoms gotten worse
3  over time? I mean, have your symptoms improved
4  over time?
5  A    First when I left work, I tried to look
6  for a job, but I couldn't find it. And then,
7  finally, I went to school, then I felt better.
8  Q    So how long did your emotional distress
9  symptoms last, the lack of sleep or the thinking
10 too much?
11 A    One to two months.
12 Q    Have you ever experienced these same
13 kind of symptoms at any other times in your life?
14 A    No.
15 Q    Did you suffer any emotional distress
16 after you lost your mother?
17 A    My mother was terminally ill for a long
18 time. So I already accepted that she's going to
19 die, so I was prepared for it.
20 Q    Well, when you found out your mother
21 was terminally ill, did you suffer emotional
22 distress then?
23 A    Yes. It caused me a lot of worries. I
24 used to take care of my mother. I wasn't working
25 at the time. The reason that I moved here was

182

1  because of her. And then when I moved, after two
2  months, she passed away. Oh, she died there. And
3  I was with her. And then after she died, I moved
4  here.
5  Q    When you say "there," where is "there"?
6       THE DEPONENT: In San Diego.
7  Q    (BY MS. ROBINSON) And when you and
8  your family came from Kenya to the United States,
9  did you move directly to San Diego?
10 A    Yeah. First time we came to San Diego.
11 Q    Did you suffer any of these emotional
12 distress symptoms when you moved from Kenya to the
13 United States and had to leave one of your
14 brothers behind?
15 A    Yes, we felt. Because there was no one
16 helping us. We were new in town. It was hard to
17 look for a job. Yes, we felt.
18 Q    Have you ever been treated for
19 depression or anxiety?
20 A    No.
21 Q    Have you ever sought any medical
22 treatment for any of your emotional distress
23 symptoms?
24 A    No.
25 Q    Have you ever taken any medications or

183

1  any sort of sleep aid to help with your sleep
2  problems when you've had those symptoms?
3  A    Yes. I took pills for lack of sleep.
4  Q    Okay. And did a doctor prescribe those
5  to you?
6  A    No. I bought them from Walgreens.
7  Q    And how long did you have take those
8  pills to help you with your sleep?
9  A    A couple of weeks.
10 Q    Have you ever sought any counseling
11 from a mental health professional?
12      MR. WINSTON: Object to form.
13 A    No.
14 Q    (BY MS. ROBINSON) Is there a reason
15 why you have not sought any sort of counseling
16 from a mental health professional?
17      MR. WINSTON: Again, object to form.
18 A    Yes. I didn't know any doctors. I did
19 not have a car.
20 Q    (BY MS. ROBINSON) Have you ever sought
21 counseling from anybody during -- at any time in
22 your life?
23      MR. WINSTON: Object to form.
24 A    No.
25 Q    (BY MS. ROBINSON) I want to show you

184

1  what was marked yesterday as Deposition
2  Exhibit 339, which is a copy of a prayer schedule
3  from Islamic Finder. Does that look like the kind
4  of prayer schedule you get from your mosque?
5       THE DEPONENT: Yeah, it's the same.
6  Q    (BY MS. ROBINSON) Is it the same?
7       THE DEPONENT: Yeah, it's the same.
8  But I get mine from Denver
9  Q    (BY MS. ROBINSON) Right. And does
10 it -- is it from Islamic -- does it say Islamic
11 Finder on the -- on it?
12      THE DEPONENT: I don't remember that.
13 I just know the schedule.
14 Q    (BY MS. ROBINSON) But it looks like
15 that?
16      THE DEPONENT: Yeah, it looks like
17 that. But I don't remember that.
18 Q    (BY MS. ROBINSON) Have we discussed
19 everything that you believe supports your claims
20 against the company?
21 A    Repeat the question.
22 Q    (BY MS. ROBINSON) Have we talked --
23 have we discussed everything that you believe
24 supports your claims against the company?
25      MR. WINSTON: Object to form.