EXHIBIT A – 1

KADRO ABDULLAHI DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

Case No.: 10-CV-02103-PAB-KLM

---

VIDEO DEPOSITION OF KADRO ABDULLAHI

November 9, 2012

---

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,

        Plaintiff,

and

IRAQ ABADE, et al.,

        Plaintiff-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

        Defendant.

---

APPEARANCES:

    EQUAL OPPORTUNITY EMPLOYMENT COMMISSION
        By:  Andrew Winston, Esq.
            303 East 17th Avenue
            Suite 410
            Denver, Colorado 80203-9634
              Appearing on behalf of Plaintiff.

    KING GREISEN LLP
        By:  Jennifer Cruseturner, Esq.
            1670 York Street
            Denver, Colorado 80206
              Appearing on behalf of
              Plaintiff-Intervenor.

AGREN BLANDO COURT REPORTING & VIDEO INC.

23

1    Q    Did your supervisor tell you that you were
2    fired?
3    A    Yes, my supervisor did it.
4    Q    And you have filed a complaint with the
5    government or with a lawyer about getting fired from
6    your job at Cargill?
7    A    Yes, I told them, the court, hearing at the
8    unemployment. And they claim that I quit my job.
9    And that's how I was able to tell the hearing -- the
10   court that I did not quit.
11   Q    Have you filed a charge of discrimination
12   against Cargill?
13   A    Yes, when I was questioned how I lost my
14   job, I told them how I lost my job. And then I
15   realized that this is only for unemployment. And
16   then I just kind of stopped complaining.
17   Q    Did you file a charge with the Equal
18   Employment Opportunity Commission of discrimination
19   against Cargill?
20   A    The HR office?
21   Q    No, the federal government agency. The
22   Equal Employment Opportunity Commission.
23   A    The unemployment?
24   Q    Different than unemployment.
25   A    I never heard that one before.

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

33

1     Q     What kind of work did you do?
2     A     When the planes land, we'll go in there,
3  get the stuff, put it in the container.  And then the
4  other job I did there was for DHL.  I would sort mail
5  and make sure that every mail is going to the right
6  state.
7           And the other job I did was I was standing
8  in the line.  The other job I did there was sec
9  (phonetic) assignment, or sec assignment.  What I
10 would do is take pen and paper and then mark the
11 containers, the container names, the name of the
12 airlines, the cargo.
13    Q     Did any of the work you did in Columbus
14 Ohio interfere with your religious beliefs?
15          THE DEPONENT:  No.
16    Q     Did you take prayer breaks at work when you
17 were working in Ohio?
18    A     When it's time for prayer, supervisor will
19 come over and give you a prayer break.
20    Q     Did you work when you lived in Kansas?
21          THE DEPONENT:  Yes.
22    A     Yes.
23    Q     How many jobs did you have in Kansas?
24    A     Tyson.
25    Q     How long did you work for Tyson, from when

AGREN BLANDO COURT REPORTING & VIDEO INC.

34

1  to when?

2     A    2007 all the way to beginning of 2008.  I

3  don't remember exactly which month, but all in all

4  one year.

5     Q    What kind of work did you do for Tyson?

6          THE DEPONENT:  Knife.

7     A    Knife.

8     Q    What kind of animals were you working with?

9          THE DEPONENT:  Beef.

10    Q    Did your work at Tyson create any conflicts

11 with your religious beliefs or practices?

12    A    The Muslim people working there were

13 respect and we had no problem.

14    Q    Did you work during times where -- that

15 coincided with times for prayer breaks during the

16 day?

17    A    When it's prayer time supervisor, manager,

18 even co-workers will remind you, "It's prayer time.

19 Go pray."

20    Q    Was there a production line at Tyson that

21 had to be stopped when the Muslim workers took prayer

22 break or did the production line keep going?

23         MR. WINSTON:  Objection to form.

24    A    The line will never stop.  If there are a

25 lot of employees on that line they will just keep

1  working.  If there aren't enough employees working on
2  that line, what they're going to do is they slow down
3  the speed of the line.
4       Q    (BY MR. VOLIN)  And why did your employment
5  at Tyson end?
6       A    I worked the whole year 2007.  I think it
7  ended the new year, 2008, but I'm not sure.
8       Q    Why did your employment at Tyson end?
9       A    I don't know.  The company people told us
10 no more work.
11      Q    Was the plant closed?
12      A    Yes, that plant was closed.
13      Q    You are Muslim?
14           THE DEPONENT:  Yes, I'm Muslim.
15      Q    Have you been Muslim all your life?
16           THE DEPONENT:  Yes, whole life Muslim.
17      Q    Are you Suni?
18           THE DEPONENT:  I'm Suna.
19      A    We believe in Prophet Muhammad, peace be
20 upon him.  So we are Suna.
21      Q    Is that different than Suni?
22      A    To make it short, Islam is one religion.
23 There is no difference.
24      Q    Have you ever heard of Shia Muslim?
25      A    Yes, I heard Shia but I'm not Shiite.

AGREN BLANDO COURT REPORTING & VIDEO INC.

59

1   Colorado in --

2           THE DEPONENT:  Yes.

3       Q   -- in 2008?

4           THE DEPONENT:  Yes.

5       Q   When you moved to Colorado you moved to

6   Greeley?

7           THE DEPONENT:  Yes.

8       Q   That was for the purpose of applying to

9   work at JBS?

10          THE DEPONENT:  Yeah.

11      Q   That was because your sister Hawa already

12  worked there?

13          THE DEPONENT:  Yeah.

14      Q   What did she tell you about working for

15  JBS?

16      A   I wanted to stay with my sister so we can

17  live together.  She just told me "come and work."  I

18  did not ask her anything.

19      Q   Did she say anything to you about whether

20  she was able to pray at work?

21      A   She did not explain to me anything like

22  that.  My question was, Are they hiring?  "Yes."  So

23  I filled out the application, get the job.

24          (Exhibit 467 was marked.)

25      Q   (BY MR. VOLIN)  I show you what has been

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296 - 0017 Boulder (303) 443 - 0433 Colorado Springs (719) 635 - 8328 Greeley (970) 356 - 3306

1   marked Exhibit 467. Is this the application you

2   submitted to JBS in July 2008?

3       A   My first application?

4       Q   Yes. This is dated July 2008.

5       A   I came 2008, and I think I submitted my

6   application on July 2008. I don't remember the

7   history of this application.

8       Q   Is that your signature on the middle of the

9   last page of Exhibit 467?

10      A   Yes.

11      Q   Did you fill out this application or did

12  somebody fill it out for you?

13      A   Somebody. I did not understand the system.

14  Somebody filled it out for me.

15      Q   Was it your sister?

16          THE DEPONENT: No. No.

17      Q   Was this someone that your sister knew?

18      A   A male. Young people who were working for

19  the company. We lived in the same apartments.

20      Q   On the second page in the section that's

21  marked "Education" it has filled in there, I think

22  it's a number 4, four years of education. Did you

23  have four years of education at the time you applied

24  to work at JBS in July 2008?

25      A   I told you how many years of the schooling