# EXHIBIT A – 2

# NUR ALI ABDULLAHI DEPOSITION

Page 1

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
Case No.: 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI
August 30, 2012

EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,
            Plaintiff,
and

IRAQ ABADE, et al.,

            Plaintiff-Intervenors,
vs.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
            Defendant.

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    By: Andrew Winston, Esq.
        303 East 17th Avenue
        Suite 410
        Denver, Colorado 80203-9634
        Appearing on behalf of Plaintiff

KING GREISEN LLP
    By: Raina Bayas, Esq.
        1670 York Street
        Denver, Colorado 80206
        Appearing on behalf of
        Plaintiff-Intervenor

Page 2

APPEARANCES (Continued)
    SHERMAN & HOWARD LLC
    By: Heather Fox Vickles, Esq.
        633 17th Street
        Suite 3000
        Denver, Colorado 80202
        Appearing on behalf of Defendant.

ALSO PRESENT: Paula Wolff, Videographer
              Hassan Haile, Interpreter
              Omar Nur, Interpreter
              Ahmed Odawaay, Interpreter

Page 3

Pursuant to Notice of the Federal Rules of Civil Procedure, the videotaped deposition of NUR ALI ABDULLAHI, called by Defendant JBS USA LLC, was taken on Thursday, August 30, 2012, commencing at 9:15 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Wendy Bustos, Registered Professional Reporter and Notary Public within and for the State of Colorado.

I N D E X
VIDEOTAPED DEPOSITION OF NUR ALI ABDULLAHI

| EXAMINATION BY: | PAGE |
|---|---|
| Ms. Fox Vickles | 5 |
| Mr. Winston | 153 |

| EXHIBITS | | INITIAL REFERENCE |
|---|---|---|
| 197 | Massachusetts Driver's License of Nur Ali Abdullahi and Social Security card of Nur Ali Abdullahi | 5 |
| 198 | Nebraska Driver's License of Ali Ibrahim Dahir | 5 |
| 199 | JBS Application for Hourly Employment of Nur Abdullahi | 44 |
| 200 | Acknowledgement of Receipt & Understanding of the Employee Handbook of Nur Abdullahi, dated 5-5-08 | 52 |
| 201 | Swift Employee Training Tracking Form of Nur Abdullahi, dated 5-5-08 | 52 |

Page 4

I N D E X (Continued)

| EXHIBITS | | INITIAL REFERENCE |
|---|---|---|
| 202 | Acknowledgement Best Work Environment Training of Nur Abdullahi, no date | 52 |
| 203 | Nur Abdullahi Statement, September 16, 2008 | 142 |
| 204 | Grievance Report Form, A Step 2 Meeting is Requested as Per Contract | 143 |
| 205 | Charge of Discrimination, Nur Abdullahi | 145 |

Page 21

1  Exhibit 10 from your mosque?
2     A   Yes. We get from the mosque. It's in my
3  pocket. It's at home posted. It's on my phone.
4     Q   What mosque do you attend presently?
5     A   The mosque in town.
6     Q   What is the name of the mosque you attend?
7     A   The name says Islamic Lexington in
8  Nebraska.
9     Q   How long have you been attending that
10 mosque?
11    A   Every time that I have to pray my five
12 daily prayers, I go there.
13    Q   My question was how long have you been
14 going to that mosque? A year? Two years?
15    A   One-and-a-half year. And that's how long I
16 was in that city.
17    Q   Who is the Imam at the Islamic mosque in
18 Lexington?
19    A   Abdi Rasheed.
20    Q   Do you know Abdi Rasheed's full name?
21    A   No.
22    Q   Have you ever discussed this lawsuit with
23 Abdi Rasheed?
24    A   No.
25    Q   Are you working right now?

Page 22

1     A   Yes, I do.
2     Q   Where do you work?
3     A   Lexington, Tyson.
4     Q   How long have you worked for Tyson in
5  Lexington?
6     A   Year and a half.
7     Q   What is your hire date there?
8     A   November 27, 2010.
9     Q   What is your position at Tyson?
10    A   It's department 950.
11    Q   Is it a beef plant like JBS?
12    A   Yes.
13    Q   Do you work with a knife?
14    A   Yes.
15    Q   How much are you paid?
16    A   Per hour?
17    Q   Yes.
18    A   $15.00 -- one, five -- and 25 cents.
19    Q   Does Tyson provide you with benefits such
20 as health insurance?
21    A   Yes.
22    Q   Do you know a woman named Fardusa Council
23 who works at Tyson?
24    A   Yes.
25    Q   Tell me, how does Tyson accommodate your

Page 23

1  religious practices?
2     A   There are times I need to pray while I'm
3  working and I'm permitted to do that.
4     Q   Do you ask permission to leave your line to
5  take a prayer break?
6     A   Yes, I requested and I'm granted.
7     Q   What happens if you leave your line for
8  a prayer break? Does someone come in to fill in for
9  you or do your co-workers do your work while you're
10 gone?
11    A   My co-workers will do my job. The
12 supervisor will come and do the job. Or someone else
13 who else can do the job will come and fill it in.
14 But I never miss my prayers. I'm always granted to
15 pray.
16    Q   Are there occasions when you must wait a
17 few minutes until somebody can come fill in for you?
18    A   Until they find someone to fill in for me,
19 the supervisor will do my job. They will always let
20 me go.
21    Q   Do they always let you go exactly -- well,
22 immediately after you ask?
23    A   Yes, right away when I ask they let me go.
24    Q   How many Muslim employees are working on
25 your line presently at Tyson?

Page 24

1     A   Where I work we are three.
2     Q   Does Fardusa Council work in the human
3  resources office at Tyson?
4     A   Yes.
5     Q   Have you ever been to speak to Ms. Council
6  about any concerns or issues you have with your
7  employment at Tyson?
8     A   No.
9     Q   Have you had any issues or problems during
10 your employment at Tyson?
11    A   No.
12    Q   Where did you work before you were hired by
13 Tyson in November 2010?
14    A   I was working at Cargill.
15    Q   What date were you hired at Cargill?
16    A   October 6, 2008.
17    Q   What plant did you work at?
18    A   Cargill.
19    Q   Which plant? Where was it located?
20    A   Fort Morgan.
21    Q   When did you leave your position at the
22 Fort Morgan plant?
23    A   May -- I don't remember the day -- 2010.
24    Q   Why did you leave your job with Cargill?
25    A   I moved from this state.

Page 45
1  A  Yes.
2  Q  And the third one, that is not yours?
3  A  The name is mine, but the way I sign is
4  different.
5  Q  Did Abdi Bare fill out this application for
6  you?
7  A  No.
8  Q  Who filled out the application?
9  A  Someone. I don't know. But Abdi knew that
10 person. That person came with me and they filled out
11 the application for me.
12 Q  What was that person's name?
13 A  I did not ask him -- I did not ask what his
14 name was. He helped me fill out the application and
15 that was it.
16 Q  Did that person who helped you read the
17 questions to you, and did you give him the answers?
18 A  I was looking for work. Wherever it tells
19 me to put my name on or sign, that's what I was
20 doing.
21 Q  Did the person who helped you read you the
22 questions on the application, and did you give him
23 the answers to fill in?
24 A  I don't remember what he told me. But
25 whenever he tells me to write my name down, I did

Page 46
1  write my name. Whenever he tells me to put down
2  a date, I did.
3  Q  Did he ask you questions about where you
4  worked before?
5  A  Yes.
6  Q  Did you give him that information?
7  A  Yes.
8  Q  Did he ask you things such as your address
9  and your telephone number?
10 A  Yes.
11 Q  And did you give him that information?
12 A  Yes.
13 Q  Did he ask you whether you were available
14 to work the day shift or the night shift?
15 A  He did ask that question.
16 Q  And did you tell him that you would prefer
17 to work on the night shift?
18 A  I was looking for a job, so I told him no
19 matter what shift, whichever shift is available, I'm
20 ready to work.
21 Q  Did you know on your application he circled
22 the night shift for you?
23 A  He told me.
24 Q  And was that okay with you?
25 A  Yes.

Page 47
1  Q  This indicates that you applied to work at
2  JBS on April 28th of 2008; is that correct?
3  A  Yes.
4  Q  After you turned in your application did
5  you have an interview?
6  A  Yes.
7  Q  Do you recall the name of the person who
8  interviewed you?
9  A  I don't recall his name.
10 Q  Did he explain the work schedule and the
11 break schedule to you?
12 A  No.
13 Q  Did he explain anything about the jobs or
14 the company to you?
15 A  No.
16 Q  Did you ask the interviewer any questions?
17 A  Yes, I did ask.
18 Q  What did you ask?
19 A  Did ask like does the company allow for
20 prayers.
21 Q  What was his answer?
22 A  It was no.
23 Q  Did he say anything else?
24 A  I don't recall.
25 Q  Did you ask him any questions after that?

Page 48
1  A  No.
2  Q  If you asked does the company allow prayers
3  and he said no, why did you still want to work for
4  that company?
5  A  The Muslim workers before me, whichever way
6  that they deal with this prayer issue, that's what I
7  intended to do. I was wait and see. Start working
8  and see what happens.
9  Q  Did you know how the Muslim workers before
10 you had dealt with this issue?
11 A  No.
12 Q  Were you surprised when the interviewer
13 told you, No, the company doesn't allow prayers?
14 A  Very much so.
15 Q  And you must have gone to ask your friend
16 Abdi Bare about that, did you?
17 A  Yes.
18 Q  What did Abdi tell you?
19 A  He told me they give us a hard time on
20 prayers. They don't allow us. Sometimes they let
21 us. But most of the time they don't permit us to
22 pray.
23 Q  And did Abdi tell you how he handled that?
24 A  Whatever that we talked about that time, I
25 don't remember.