# EXHIBIT A – 3

# LIBAN ADAN DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF LIBAN ADAN
December 14, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiff-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        By Iris Halpern, Esq.
           303 East 17th Avenue
           Suite 410
           Denver, CO 80203-9634
           Phone: 303.866.1381
           Fax: 303.866.1375
           iris.halpern@eeoc.gov
           Appearing on behalf of the
           Plaintiff

AGREN BLANDO COURT REPORTING & VIDEO INC

57

1   filled out?
2     A     It was so many years ago, I don't know,
3   but my name, my contact information, basic
4   information is all mine.
5     Q     On the first page it has listed as an
6   address 1213 East 26th Avenue.
7           Do you see that?
8     A     That's when I lived with my uncle when I
9   first came here.
10    Q     Have you ever been convicted of any crime?
11    A     No.
12    Q     Who is Bashir Mohamed?
13    A     My uncle.
14    Q     The uncle that you lived with when you
15  moved to Colorado?
16    A     Yes.
17    Q     Who is Ahmed Adan?
18    A     Where is Ahmed Adan?
19    Q     It says Ahmed Adan at the bottom of the
20  second page.  Do you see where it says Ahmed Adan at
21  the bottom of the second page?
22    A     (BY THE DEPONENT)  Yeah.
23    A     I don't know why Ahmed Adan is there.
24    Q     Do you know anyone by the name of Ahmed
25  Adan?

AGREN BLANDO COURT REPORTING & VIDEO INC

58

1     A     Don't remember.

2     Q     The third page of your application lists
3  places that you were employed and it includes Arnold
4  Logistics and Gold'n Plump.  In the Arnold Logistics
5  section it says you were employed there from March of
6  2008 to July of 2008.

7           Do you see that?

8           MS. HASSELBACHER:  Where are you looking
9  at the dates?

10          MR. VOLIN:  At the top of the third page
11 of the exhibit.

12          MS. HASSELBACHER:  For Gold'n Plump?

13          MR. VOLIN:  No, for Arnold Logistics.

14          MS. HASSELBACHER:  Oh, I apologize, sorry.

15    A     I see that.

16    Q     (BY MR. VOLIN)  Are those the dates that
17 you were employed at Arnold Logistics, March through
18 July of 2008?

19    A     That's what I think.

20    Q     How about Gold'n Plump, the next section
21 on the bottom of the page, it says there you were
22 employed from March of 2007 to September of 2007.

23          Do you see that?

24    A     Yes.

25    Q     Are those the dates that you were employed