# EXHIBIT A – 4

# SADI MOHAMED ADAN DEPOSITION

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02103-PAB-KLM

VIDEOTAPED DEPOSITION OF SADI MOHAMED ADAN
August 27, 2012

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
and
IRAQ ABADE, et al.,
Plaintiff-Intervenors,
v.
JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
Defendant.

APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By Stephanie Struble, Esq.
303 East 17th Avenue
Suite 410
Denver, CO 80203-9634
Phone: 303.866.1378
Fax: 303.866.1375
stephanie.struble@eeoc.gov
Appearing on behalf of the
Plaintiff

Page 2

APPEARANCES: (Continued)
KING GREISEN LLP
By Joel Borgman, Esq.
1670 York Street
Denver, CO 80206
Phone: 303.298.9878
Fax: 303.298.9879
borgman@kinggreisen.com
Appearing on behalf of the Abade
Plaintiff-Intervenors

SHERMAN & HOWARD, LLC
By Andrew W. Volin, Esq.
633 Seventeenth Street
Suite 3000
Denver, CO 80202
Phone: 303.299.8194
Fax: 303.298.0940
avolin@shermanhoward.com
Appearing on behalf of the
Defendant

Also present:
Maryvonne Tompkins, CLVS, Videographer
Hassan Haile, Interpreter
Ahmed Odawaay

Page 3

Pursuant to Notice and the Federal Rules of Civil Procedure, the videotaped deposition of SADI MOHAMED ADAN, called by Defendant, was taken on Monday, August 27, 2012, commencing at 9:05 a.m., at 633 17th Street, Suite 3000, Denver, Colorado, before Kelly A. Mackereth, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter and Notary Public within Colorado, Court Reporting Office of Agren Blando Court Reporting & Video, Inc., 216-16th Street, Suite 650, Denver, Colorado 80202.

\* \* \* \* \* \* \*

I N D E X

| EXAMINATION | PAGE |
|---|---|
| BY MR. VOLIN | 6 |
| BY MS. STRUBLE | 175 |

PRODUCTION REQUEST(S):

None.

Page 4

INDEX OF EXHIBITS

| DESCRIPTION | INITIAL REFERENCE |
|---|---|
| Exhibit 131 Photocopy of Sadi Mohamed Adan's Kansas ID card and Social Security card | 7 |
| Exhibit 132 Sadi Mohomed Adan Swift & Company Application for Hourly Employment | 49 |
| Exhibit 133 Sadi Adan Employee Training Tracking Form | 54 |
| Exhibit 134 Sadi Adan's Acknowledgement of Best Work Environment Training form | 55 |
| Exhibit 135 Copy of Sadi Adan Job Change Form | 63 |
| Exhibit 136 Form titled Cost of Equipment | 74 |
| Exhibit 137 Affidavit of Sadi M. Adan | 88 |
| Exhibit 138 Statement of Mr. Sadi Mohamed Adan | 171 |
| Exhibit 139 (Exhibit number not used. No Exhibit 139 marked.) | 168 |
| Exhibit 140 Copy of Sadi Mohamed Adan's Charge of Discrimination form | 168 |

PREVIOUSLY MARKED EXHIBITS

| Exhibit 19 | 60 |
|---|---|

**Page 49**

1  Abdi Afrah. I found his telephone number because he
2  was working there. So I asked him.
3     Q   So after you were laid off from Tyson, you
4  called Abdi to see if he knew whether there was any
5  work for you in Colorado at JBS?
6     A   Yes.
7     Q   And what did Mr. Afrah tell you about
8  working at JBS?
9     A   All he told me was there is work and
10 they're hiring.
11    Q   Did you move to Colorado before you got a
12 job offer from JBS?
13    A   When he told me, then I came over here.
14 Then I filled out the application and applied for the
15 job.
16    Q   So you moved to Colorado before you
17 applied to work at JBS?
18    A   Yes. The reason was that he told me that
19 they were hiring.
20    Q   I'm going to hand you what has been marked
21 as Exhibit 132. Mr. Adan, is Exhibit 132 a copy of
22 the application that you filled out for employment
23 with JBS?
24    A   Yes.
25    Q   Did you fill this out, or did someone else

**Page 50**

1  fill out the application for you?
2     A   I don't read -- I'm sorry, I don't write.
3  Somebody else did it.
4     Q   Do you know who wrote for you?
5     A   Yes.
6     Q   Who?
7     A   Somali man.
8     Q   Do you remember his name?
9     A   Yes. His name was Said, S-A-I-D, I think.
10    Q   Did this Somali man, Said, work for JBS,
11 or how did you know him?
12        MS. STRUBLE: Object to form.
13    A   He himself was getting an application and
14 he was applying for the job. That's how he helped
15 us.
16    Q   (BY MR. VOLIN) Did you tell Said what to
17 put in the application?
18    A   Yes.
19    Q   Is that your signature on the middle of
20 page 4?
21    A   This one?
22    Q   Yes. Is that your signature on page 4 of
23 Exhibit 132?
24    A   I didn't sign it. I think that guy signed
25 it I think. This is not my signature. The one that

**Page 51**

1  was filling out application did it. I think he
2  signed for me, because he was the one who was putting
3  all the information.
4     Q   Do you sign documents now?
5     A   Yes, I can write my name now.
6     Q   Do you recall being interviewed for work
7  at JBS?
8     A   Yes.
9     Q   Do you remember whether or not you
10 requested to work on the second shift?
11    A   Yes.
12    Q   Why did you want to work on the second
13 shift?
14    A   My roommates and other employees who lived
15 in my neighborhood, they were all second shift, so I
16 wanted them to give me a ride to work.
17    Q   If you look at page 1 of the application,
18 one of the questions is how long have you been at the
19 above address. And the answer that is written in
20 there says seven weeks, I believe is what it says.
21        Had you lived in Greeley for seven weeks
22 before you applied to work at JBS?
23    A   About that time.
24    Q   Well, this application is dated March of
25 2008. You said you worked for Tyson until March of

**Page 52**

1  2008, right?
2     A   Yes.
3     Q   So how could you have lived in Greeley for
4  seven weeks?
5     A   I got laid off from my work. The company
6  that I was working for were paying us two months that
7  we were not working. So I moved to Greeley while I
8  was getting paid from my company. That's how it was.
9  And now that they were paying me, I was their
10 employee.
11    Q   Did you work in Greeley for anyone before
12 you started working at JBS?
13    A   No. Other than Tyson, I didn't.
14    Q   If you look at page 2 of your application,
15 Exhibit 132, the sixth question down or seventh, is
16 regarding your education and it says you have three
17 years of education.
18        Do you see that?
19    A   Again, I did not, I didn't write this. I
20 think the guy who was filling out the application
21 just wrote it.
22    Q   You have not had three years of education,
23 correct?
24    A   I did not get any education, like I told
25 you.


**Page 165**

1  if. And I say if they are going to give me my
2  rights, yes, I would go back to them.
3   Q   (BY MR. VOLIN) Why would you rather work
4  at JBS than Cargill?
5       MS. STRUBLE: Object to form.
6   A   Right now I have a job and I'm not
7  quitting. But just in case I lose my job for
8  whatever reason I can go somewhere. JBS is like any
9  other company as long as they going to give me my
10 rights, I would work for them.
11  Q   (BY MR. VOLIN) Would you prefer to work
12 at JBS over Cargill, or would you prefer to stay at
13 Cargill?
14  A   Right now?
15  Q   Yeah.
16  A   Right now I have a job. Right now I have
17 a job. You can lose your job a lot of different
18 ways. So if they would allow me to practice my
19 religion and if my rights will be like any other
20 employee's rights and I will have equal rights, as
21 long as I live in America, they will be the same as
22 any other company I would apply.
23  Q   That wasn't my question.
24  A   What was your question?
25  Q   If you had to choose between working at

**Page 166**

1  JBS, if things were better at JBS, and your current
2  job at Cargill, which would you prefer?
3   A   The companies are the same. If JBS change
4  for the better, they are the same to me. But right
5  now I have a job.
6   Q   Is the work that you do at Cargill now, is
7  that harder than the work that you did at JBS?
8   A   No.
9   Q   So your job now at Cargill is easier work
10 than the work that you did at JBS?
11  A   I've been working for them for close to
12 four years right now. I don't work just one
13 position. I work with knife. I do different jobs,
14 some of them easy, some of them hard.
15  Q   Have you kept records of the money that
16 you've made working at Cargill?
17  A   The check that I get, or is it how much
18 money I make a year?
19  Q   Do you keep -- do you get a pay stub with
20 your check? Is that it?
21  A   Is it attached to the check or is it the
22 copy when you deposit the check in the bank, is it
23 the copy that you get?
24  Q   Do you get something in writing from
25 Cargill about the pay that they provide to you?

**Page 167**

1   A   Yes.
2   Q   Have you kept those?
3   A   Maybe they are in my apartment. The one
4  that you're talking about is the one that says the
5  hours?
6   Q   For example, that would be one, yes.
7   A   He said -- yeah, I do have one that I use
8  when I get my W-2 form or the ones that I get every
9  time I get a check, I do have them.
10  Q   You've kept the ones that you get every
11 time you get a check?
12  A   I'm not understanding that.
13  Q   What kind of records do you have at home
14 about how much money is made at Cargill?
15  A   I can prove that I am an employee of
16 Cargill. I do have the ID. And right there you can
17 figure out how much employees make a year from
18 working there.
19  Q   Do you have copies of your weekly pay
20 stubs from Cargill?
21      THE INTERPRETER: The Interpreter wants to
22 say he doesn't understand paycheck stubs so if you
23 could please explain or elaborate.
24  Q   (BY MR. VOLIN) What kind of papers do you
25 have at home about what you've been paid?

**Page 168**

1   A   Cargill?
2   Q   Yes.
3   A   Yes, I can find the checks that I got.
4   Q   You've kept copies of the checks that
5  you've received?
6   A   Yes.
7       (Exhibit 140 marked.)
8   Q   (BY MR. VOLIN) That's 140. I've given
9  you what has been marked as Exhibit 140, Mr. Adan.
10 It's got your name on the bottom left. And this is a
11 charge of discrimination.
12      Have you ever seen this before?
13  A   Yes.
14  Q   Was this translated for you, ever?
15  A   Yes.
16  Q   Do you know why someone else signed it for
17 you?
18      MR. BORGMAN: Object to the extent it
19 calls for attorney-client privilege information and
20 instruct you to answer to the extent that it doesn't
21 involve a conversation with your attorney or an
22 interpreter or a representative.
23      THE INTERPRETER: Do you want me to repeat
24 the question? Is that all right?
25      MR. VOLIN: Sure. It's -- I'll rephrase