# EXHIBIT A – 5

# HALAWI ALI DEPOSITION

Page 1

```
 1       IN THE UNITED STATES DISTRICT COURT
 2
         FOR THE DISTRICT OF COLORADO
 3
     Case No. 10-CV-02103-PAB-KLM
 4   _____
 5   VIDEOTAPED DEPOSITION OF HALAWI ALI
     February 16, 2012
 6   _____
 7   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 8   Plaintiff,
 9   and
10   IRAQ ABADE, et al.,
11   Plaintiff-Intervenors,
12   v.
13   JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
14   Defendant.

15   _____
     APPEARANCES:
16
        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17         By William E. Moench, Esq.
18         303 East 17th Avenue
19         Suite 410
20         Denver, CO 80203-9634
21         Phone: 303.866.1378
22         Fax: 303.866.1375
23         william.moench@eeoc.gov
24         Appearing on behalf of the
25         Plaintiff
```

Page 2

```
 1   APPEARANCES: (Continued)
 2      KING GREISEN LLP
           By Diane S. King, Esq.
 3         1670 York Street
           Denver, CO 80206
 4         Phone: 303.298.9878
           Fax: 303.298.9879
 5         king@kinggreisen.com
           Appearing on behalf of the Abade
 6         Plaintiff-Intervenors
 7      MCNAMARA, ROSEMAN & KAZMIERSKI, LLP
           By Todd J. McNamara, Esq.
 8         (For a.m. session)
           1640 East 18th Avenue
 9         Denver, CO 80218-1202
           Phone: 303.333.8700
10         Fax: 303.331.6967
           tjm@18thavelaw.com
11         Appearing on behalf of the Abdi
           Plaintiff-Intervenors
12
        SHERMAN & HOWARD, LLC
13         By Kelly K. Robinson, Esq.
           633 Seventeenth Street
14         Suite 3000
           Denver, CO 80202
15         Phone: 303.299.8194
           Fax: 303.298.0940
16         krobinson@shermanhoward.com
           Appearing on behalf of the
17         Defendant
18   Also present:
        Joel Coriat, CLVS Videographer
19      Hassan Haile, Interpreter
        Ahmed Odawaay
20
21
22
23
24
25
```

Page 3

```
 1       Pursuant to Notice and the Federal Rules of
 2   Civil Procedure, the videotaped deposition of HALAWI
 3   ALI, called by Defendant, was taken on Thursday,
 4   February 16, 2012, commencing at 9:06 a.m., at 633
 5   17th Street, Suite 3000, Denver, Colorado, before
 6   Kelly A. Mackereth, Certified Shorthand Reporter,
 7   Registered Professional Reporter, Certified Realtime
 8   Reporter and Notary Public within Colorado, Court
 9   Reporting Office of Agren Blando Court Reporting &
10   Video, Inc., 216-16th Street, Suite 650, Denver,
11   Colorado 80202.
12                    * * * * * * *
                        I N D E X
13
14   EXAMINATION                               PAGE
15   EXAMINATION                                 6
       BY MS. ROBINSON
16   EXAMINATION                                185
       BY MR. MOENCH
17   FURTHER EXAMINATION                        187
       BY MS. ROBINSON
18
19   PRODUCTION REQUEST(S):
20   None.
21
22
23
24
25
```

Page 4

```
 1            INDEX OF EXHIBITS
 2
                          INITIAL
 3   DESCRIPTION                         REFERENCE
 4
     Exhibit 41  Copy of Halawi Farah Ali ID card    10
 5      and Social Security card
 6   Exhibit 42  Halawi Ali JBS Application          42
 7   Exhibit 43  Halawi Ali acknowledgement of       52
        receipt of and understanding of
 8      the employee handbook
 9   Exhibit 44  Halawi Ali acknowledgement of       53
        receipt and understanding of the
10      employee handbook
11   Exhibit 45  Halawi Ali Form I-9                 53
12   Exhibit 46  Halawi Ali acknowledgement best     55
        work environment training
13
     Exhibit 47  Halawi Ali union application        56
14
     Exhibit 48  2008 September calendar            100
15
     Exhibit 49  Halawi Ali Charge of               137
16      Discrimination
17   Exhibit 50  9/16/08 Halawi Ali statement       142
18   Exhibit 51  9/16/08 Halawi Ali statement       144
19   Exhibit 52  Undated Statement of Ms. Halawi    160
        Ali
20
21   PREVIOUSLY MARKED EXHIBITS
22
     Exhibit 3   Termination letter                 121
23
     Exhibit 8   Employee Handbook                   51
24
25
```

Page 21
1  from Tyson to move to another plant at that time?
2      A    Tyson, they were no longer working, Tyson,
3  at the time.
4      Q    And when that Tyson plant shut down, were
5  you offered to move to another Tyson plant?
6      A    Another place?  Are you talking about
7  Tyson place?
8      Q    Right.
9      A    Yes.
10     Q    And what plant were you offered to move
11 to?
12     A    Lexington.
13     Q    Did you go work there?
14     A    No.
15     Q    And why not?
16     A    I heard Swift was way much better and me
17 and a lot of other people decided to try Swift.
18     Q    Okay.  When you lived in Wisconsin, who
19 did you work for?
20     A    A company called Paron Wisconsin and it
21 was poultry.  Have you heard of another one called
22 Fireball?
23     Q    That's okay.
24     A    They are the same company.
25     Q    And why did you leave the poultry company

Page 22
1  in Wisconsin to move to the Tyson -- to go work for
2  Tyson in Kansas?
3      A    I was new at the time and I couldn't
4  handle the job.  I was working with a knife, so I
5  couldn't get along with the managers.  And the team
6  leader, we couldn't get along.
7      Q    And what did you do for Tyson in the
8  Emporia, Kansas plant?  What was your job?
9      A    It was meat packing, and it was way better
10 than the one that Wisconsin.
11     Q    Was it still a poultry plant?
12     A    Cattle.
13     Q    Cattle.  And what job did you do?
14     A    Lean.  My job was to remove the fat from
15 the meat in order to have it lean meat.
16     Q    Do you know why that plant closed down?
17     A    I don't know.
18     Q    And you said you had heard at that -- when
19 the Kansas plant closed down, you had heard that
20 Swift was a better place to work.  What had you heard
21 about Swift at that time?
22     A    Since our company was shut down, and we
23 didn't have nothing else to do, we were told that
24 Swift Company is better and they pay better.
25     Q    And who did you hear that from?  What was

Page 23
1  their name?
2      A    People who lived here who was working for
3  Swift called us, and told us that you will get more
4  overtime and you will get higher pay.
5      Q    Do you know the name of that person who
6  told you that?
7      A    I don't remember.  I don't know.
8      Q    When the Tyson plant closed down, what
9  were you making?  What was your hourly wage?
10     A    $12 and some cents.  I don't know exactly
11 the cents.
12     Q    When you started at the JBS plant in
13 Greeley, what were you making?
14     A    I think it was $13 per hour.
15     Q    Ms. Ali, is Somali your native language?
16     A    Yes.
17     Q    Do you speak any other languages?
18     A    No.  A little bit of English.
19     Q    Do you read Somali?
20     A    Yes.
21     Q    Do you write Somali?
22     A    A little bit.
23     Q    Can you write any English?
24     A    A little bit.  Is, this --
25     Q    And do you read any English?

Page 24
1      A    -- you.
2          I can read a little bit, but I cannot
3  understand long questions and long answers.
4      Q    Did you study English when you lived in
5  Kenya?
6      A    No.
7      Q    Have you taken any courses to learn any
8  English since coming to the United States?
9      A    Yes.
10     Q    And what have you done?
11     A    When I left Swift, I attended a school
12 called ESL, ELS -- ESL.  And the reason that I took
13 those courses was to get my passport.  About two
14 years.  I was looking for a job at the same time.
15     Q    And did you pass those ESL classes or
16 programs?
17     A    Yeah.  I felt better.
18     Q    Do you know any Spanish?
19     A    When I was working, I could understand
20 here, there, but not now.
21     Q    Do you have any blood relatives who are
22 plaintiffs in this lawsuit?
23          THE INTERPRETER:  Can I rephrase?
24          MS. ROBINSON:  Did she not understand?
25          THE INTERPRETER:  Yeah.

Page 41

1  Q    And are all of the prayers a five-minute
2  time period that they have to be said within or is
3  there a different time window?
4  A    No, you have to pray within that period of
5  time. But that doesn't mean that you cannot pray.
6  But the best time to pray is that period of time that
7  I told you.
8  Q    And when you say that period of time,
9  you're talking about that five-minute period of time?
10 A    When the Imam makes the prayer calls,
11 within ten minutes you have to pray.
12 Q    Okay.
13 A    So that's the time period I'm talking
14 about. And then maybe 30 minutes after that you
15 could still pray. Most of the times ladies do that.
16 People who are always behind.
17 Q    Well, from what you just said, if the Imam
18 says that the Dhuhr prayer is at 1 o'clock, and you
19 pray at 1:30, are you still considered on time?
20 A    When the Imam --
21 Q    At 1.
22 A    Imam will follow the time. He's not
23 lying. When the Imam makes the prayer call, ten
24 minutes after that, you have to pray.
25 Q    But you stated some people are 30 minutes

Page 42

1  late, right?
2  A    It's not good prayers, but they're late.
3     MS. KING: Kelly, can we take a short
4  break somewhere?
5     MS. ROBINSON: Sure.
6     THE VIDEOGRAPHER: All right. Going off
7  the record at 10:38 a.m.
8     (Recess taken from 10:38 a.m. to
9  10:58 a.m.)
10    (Exhibit 42 marked.)
11    THE VIDEOGRAPHER: And we are back on the
12 record at 10:58 a.m.
13 Q    (BY MS. ROBINSON) Ms. Ali, I have put in
14 front of you what has been marked as Exhibit 42. Do
15 you recognize what this is?
16 A    No.
17 Q    Do you recognize any of -- you can look
18 through it. Do you recognize any of the handwriting
19 on this document?
20 A    I can see my signature. I can see my
21 name.
22 Q    Okay.
23 A    I don't recognize anything else.
24 Q    I'm going to represent to you that
25 Exhibit 42 is your application for employment at JBS.

Page 43

1  Okay?
2  A    Yes.
3  Q    Did you have somebody with you when you
4  applied for work at JBS to help you fill out this
5  application?
6  A    Yes.
7  Q    And who was that person?
8  A    It was a male, a young man.
9  Q    Okay. And what's his name?
10 A    His name was Abdi.
11 Q    What was his last name?
12 A    I do not remember it right now. It was
13 one of the young men who was there.
14 Q    Okay. Did you know him before you went in
15 to apply for work?
16 A    No, but he knew a lot about the work.
17 Q    Okay. Well, how did you get to the --
18 where did you go to apply for work?
19 A    I needed work. Wherever they take me, I
20 was okay with it.
21 Q    Did you go to the Greeley beef plant to
22 apply for a job?
23 A    Yes.
24 Q    Who took you there?
25 A    Young man took me there. The same guy.

Page 44

1  Q    Where did you meet this man?
2  A    When I first came here -- when I first
3  came here, Colorado, I didn't come to Denver. I
4  first went to Greeley and I stayed at hotel in
5  Greeley. Then I met him in the market and I said to
6  him, how are you. And that's how we met.
7     So we get together. I gave him all my
8  information and he draft, and then he get the
9  application for me. And then he drove me to Greeley,
10 to the plant.
11 Q    So had you already filled this application
12 out before you went to the plant?
13 A    Yes.
14 Q    And this man had brought the application
15 to you?
16 A    He went to the office and got the
17 application and then bring it to me.
18 Q    Was he working at Swift?
19 A    At the time, yes.
20 Q    And did he read the questions on this
21 application and then you gave him the information to
22 put down, is that how that worked?
23 A    Yes.
24 Q    On the second page, if you would look at
25 that. Under the question, names of any relatives who