# EXHIBIT A – 6

# SAYNAB ALI DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF SAYNAB ALI
November 9, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
       By Stephanie Struble, Esq.
         303 East 17th Street
         Suite 410
         Denver, Colorado 80203-9634
           Appearing on behalf of Plaintiff.

    KING GREISEN LLP
       By Lauren Hasselbacher, Esq.
         1670 York Street
         Denver, Colorado 80206

           Appearing on behalf of Abade

           Plaintiffs-Intervenors.

AGREN BLANDO COURT REPORTING & VIDEO INC.

37

```
1      Q     Which position at Tyson did you hold
2   longer, the knife position or the packaging
3   position?
4      A     I don't remember.
5      Q     How much money did you make per hour
6   working at Tyson?
7      A     It's been a long time.  I don't remember.
8      Q     Did you have benefits?
9      A     What benefits?
10     Q     Did you have any benefits like health
11  insurance, dental insurance?
12     A     Yes, I had medical insurance.
13     Q     How much did that cost you?
14     A     I don't remember.
15     Q     Why did you leave Tyson?
16     A     I moved to Colorado.
17     Q     But why?
18     A     My family moved here.
19     Q     Which family?
20     A     My friends.  Some of my friends called
21  me, and then my aunt's daughter -- that's my family
22  member -- was here, so I joined -- I joined her
23  here.
24     Q     Did you voluntarily leave your employment
25  at Tyson or were you fired?
```

AGREN BLANDO COURT REPORTING & VIDEO INC.

38

1    A    Voluntarily I left.
2    Q    Did you have any problems at Tyson?
3         MS. STRUBLE:  Object to form.
4    A    No.
5    Q    (BY MS. ROBINSON)  Did you work the first
6  shift or second shift at Tyson?
7    A    Second shift.
8    Q    What were the hours of the second shift?
9    A    Four -- no, 40.
10   Q    What time did you start work and what
11 time did you end work?
12   A    Start at 3 and ends at 12, 3 to 12.
13   Q    Did you recite prayers at Tyson?
14   A    Yes.
15   Q    How did they -- how did the company
16 handle that?
17        MS. HASSELBACHER:  Objection; form.
18   A    The company handled the prayer very well.
19 They took care of it, and I never had any problem.
20   Q    (BY MS. ROBINSON)  How did you have to
21 request a prayer break at Tyson?
22        MS. STRUBLE:  Object to form.
23   A    All the supervisors had a printed
24 calendar, a schedule, posted on their area station,
25 and when your prayer time comes, they will either

1   come and tap you on the shoulder and say go ahead
2   and pray.
3       Q    (BY MS. ROBINSON)  And did somebody cover
4   your work for you while you were away?
5       A    Even if there is nobody to cover you,
6   it's their responsibility.  They let you go and they
7   take care of it.
8       Q    When you were at Tyson, how many other
9   Muslim employees worked on your line?
10      A    There were many Muslims, but I don't know
11  how many.
12      Q    Other than working for Tyson in Emporia
13  and at JBS in Greeley, have you had any other
14  employment in the United States?
15      A    I don't remember.
16      Q    You don't remember whether you worked
17  anywhere else?
18      A    I have been here roughly six years.  I
19  applied different jobs, so I don't remember exactly.
20      Q    Have you worked at any other jobs other
21  than Tyson and JBS?
22      A    No, I don't remember.
23      Q    Before moving to Greeley, had you heard
24  anything about Swift before you -- Swift or JBS
25  before you applied for a job there?

AGREN BLANDO COURT REPORTING & VIDEO INC.

45

```
 1   time?
 2        A    Yes.
 3        Q    And how long did you live with them?
 4        A    I don't remember.  A couple of months.
 5   Until I got the job and work.  Maybe a couple of
 6   months.
 7        Q    It indicates on this first page that you
 8   had been living at this address, 609 Eighth Avenue,
 9   for eight months.
10             Had you been living with them for eight
11   months before applying for this job?
12        A    No.
13        Q    Do you know who helped you fill this
14   application out?
15        A    I don't know him.  Hadan and Leyla, a
16   friend of theirs, they asked him to help me out and
17   fill out the application.
18        Q    Looking at page 3 of this exhibit, it
19   says -- for previous employment, it says Tyson Food
20   in Hillsdale.
21             Where is that?
22        A    The Tyson plant was shut down and they
23   transferred everybody who wanted to go to Chicago
24   Hillsdale, and that's where I transferred.
25        Q    And that was in Illinois?
```