# EXHIBIT A – 7

# NAJIMA HUNDULE a/k/a
# NIDIFO AHMED ASHKIR DEPOSITION

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 10-cv-02103-PAB-KLM

---

VIDEO DEPOSITION OF NIDIFO AHMED ASHKIR
December 10, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

**Page 2**

APPEARANCES:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
  By William E. Moench, Esq.
    303 East 17th Avenue, Suite 410
    Denver Colorado  80203
      Appearing on behalf of Plaintiff.
KING GREISEN LLP
  By Lauren Hasselbacher, Esq.
    1670 York Street
    Denver Colorado  80206
      Appearing on behalf of
      Plaintiffs-Intervenors.

SHERMAN & HOWARD L.L.C.
  By Heather Fox Vickles, Esq.
    633 - 17th Street, Suite 3000
    Denver, Colorado  80202
      Appearing on behalf of Defendant.

Also present: Omar Nur, Interpreter
              Maryvonne Tomkins, CLVS

**Page 3**

Pursuant to Notice and the Federal Rules of Civil Procedure, the video deposition of NIDIFO AHMED ASHKIR, called by Defendant, was taken on Monday, December 10, 2012, commencing at 8:43 a.m., at 633 - 17th Street, Suite 3000, Denver, Colorado, before Sharon R. Dobson, Registered Professional Reporter and Notary Public within and for the State of Colorado.

                I N D E X
VIDEO DEPOSITION OF NIDIFO AHMED ASHKIR
EXAMINATION BY:                    PAGE
  Mr. Moench                        197
  Ms. Hasselbacher                   --
  Ms. Vickles                      6, 206

EXHIBITS                  INITIAL REFERENCE
Exhibit 515  Photocopy of Social Security    6
             card and driver's license

Exhibit 516  Charge of Discrimination        8

Exhibit 517  Handwritten note in Spanish    41

Exhibit 518  Attendance Violation Notice   109

Exhibit 519  Job Summary                   116

Exhibit 520  Health Notes                  121

**Page 4**

EXHIBITS                  INITIAL REFERENCE
Exhibit 521  Application for Hourly        162
             Employment

Exhibit 522  Acknowledgment of Receipt     168
             of and Understanding of the
             Employee Handbook (Revised
             April 2004)

Exhibit 523  Grievance Report Form         178

EXHIBITS PREVIOUSLY MARKED    INITIAL REFERENCE

Exhibit   8  Employee Handbook             167

Page 121

1  Q   And did he tell you to wait and go to the
2  nurse on your break time?
3  A   No, because my break I cannot go, if I
4  don't have permission, to the nursing office.
5  Q   When you went to the nursing office, did
6  you have an interpreter?
7  A   When I go to the nursing office? They
8  used to call someone through an agency or something.
9  Q   Did they have an interpreter on the
10 telephone when you went to the nurse?
11 A   Yes, by phone.
12     MS. VICKLES:  Can you mark this one,
13 please.
14     THE COURT REPORTER:  Um-hum.  520.
15     (Exhibit 520 marked.)
16 Q   (By Ms. Vickles) Exhibit 520 are pages
17 from your Health Services records with JBS. And so
18 this indicates that you first went to Health
19 Services May 1st of 2008, and you told them that you
20 had been working harder than usual.
21 A   Yes. I went there by myself?
22 Q   This doesn't indicate. This indicates you
23 visited Health Services May 1st, 2008. Do you
24 recall that?
25 A   No. May 1st I didn't see. I believe

Page 122

1  June 16 when I went to a doctor. They send me a
2  doctor who is here in Denver.
3  Q   Before you went to the doctor in Denver,
4  do you remember being examined by Shelby Vincent in
5  Health Services?
6  A   When the nurse refused to see me and they
7  say we can only see you next Tuesday, that night I
8  saw a doctor, yes. I don't think it was May, but
9  I'm not sure. It could be because they send me to
10 other doctor in June, so if this is May then it's
11 possible.
12 Q   Do you remember Shelby in Health Services?
13 A   I believe maybe she's the one who send me
14 to the doctor.
15 Q   Um-hum. Do you remember she gave you a
16 cold pack for your neck and shoulder, she gave you a
17 massage, and some medicine?
18 A   No. They told me, You'll be seen next
19 Tuesday. Go ahead and take ibuprofen.
20 Q   And do you remember she told you to come
21 back if your pain got worse?
22 A   They said, We can't see you until next
23 Tuesday. So that day they gave me ibuprofen. And I
24 don't remember she gave me massage or anything. I
25 believe it was maybe Monday, and they said, We'll

Page 123

1  see you a week from tomorrow. But I never received
2  any treatment.
3  Q   Do you remember them giving you cold packs
4  or heat packs to your shoulder?
5  A   No.
6  Q   And they didn't examine your shoulder?
7  A   No.
8  Q   And they didn't massage your shoulder?
9  A   They didn't even -- yes, they didn't
10 massage.
11 Q   So all they did was tell you to take
12 ibuprofen?
13 A   Come back next Tuesday.
14 Q   Did you go back on Tuesday?
15 A   I went the night before to emergency, and
16 then Monday I brought them a doctor's note.
17 Q   Did you have any follow-up appointments
18 with Health Services that you missed?
19 A   No.
20 Q   And Health Services they made -- they made
21 an appointment with Dr. Caton for you. Do you
22 remember her?
23 A   Yes.
24 Q   And you missed the first appointment you
25 had with Dr. Caton, right?

Page 124

1  A   I went there. The first doctor they send
2  me I was at work. The lady, you just mentioned her
3  name, I believe, came to me and she said, I'll take
4  you there. I believe it was June 16. And I went to
5  see the doctor. She took me there.
6  Q   Yeah. But do you recall that you had an
7  appointment with her originally on June 5th that you
8  missed?
9  A   No. I don't think so.
10 Q   And they rescheduled you to see Dr. Caton
11 on June 16th?
12 A   No.
13 Q   But you did go see Dr. Caton on the 16th
14 of June?
15 A   Yes.
16 Q   And the company arranged transportation to
17 get you there, correct?
18 A   They took me there.
19 Q   And they also provided an interpreter,
20 correct?
21 A   Yes.
22 Q   And is that when Dr. Caton gave you her
23 opinion that it was the metal mesh causing your
24 pain?
25 A   She said I -- she told me she spoke with

**Page 205**

1 during the -- when I was working at the whizard
2 knife.
3   Q   So were other coworkers not doing their
4 jobs and allowing the meat to pile up so that you
5 would have to do it?
6   A   When the meat is retained and everybody is
7 asked, Whose meat is this, everybody says, It's not
8 mine. It's not mine. I'm at the end. Supervisor
9 will take the meat and put it on my area.
10   Q   So that you had to handle all of that
11 meat?
12   A   Yes.
13   Q   You talked a little bit about your
14 emotional distress. And you mentioned that it made
15 you feel sad, and I want to ask you more about that.
16 What is it that caused you to feel sad?
17       MS. VICKLES: Objection. Asked and
18 answered.
19   A   When I -- it has a lot of sadness and
20 depression. And sometimes when I remember, I feel
21 like crying. But I don't want to cry. This was
22 something new. I have never experienced before.
23 And thankful I get better job and feeling better.
24   Q   (By Mr. Moench) What was it that caused
25 you to feel sad?

**Page 206**

1   A   You -- you feel like that you have been
2 discriminated and you have been treated differently.
3 You're not allowed to practice your religion and
4 what you wanted to do. And you were given more work
5 than others. That's what caused me. When the work
6 ends, sometimes I used to go home not feeling well
7 and I couldn't even talk. When I go home, I pray
8 and pray to God, maybe I feel a little bit better.
9 But sometimes when I go home I was feeling very,
10 very sad.
11       MR. MOENCH: Thank you. That's all I
12 have.
13       THE DEPONENT: You're welcome.
14       MS. VICKLES: Few additional questions.
15           EXAMINATION
16 BY MS. VICKLES:
17   Q   What is the name of the cleaning person
18 who sprayed water on the floor in the locker room?
19   A   She used to have a red hat, but I don't
20 remember her name. But the company knows her
21 because she used to clean the bathrooms and she has
22 a red hat.
23   Q   Do you remember anything about what she
24 looks like?
25   A   She was Hispanic, brown, and old. And she

**Page 207**

1 didn't speak any English.
2   Q   Do you wear mesh in your current job at
3 Tyson?
4   A   Yes.
5   Q   And do you still have problems with
6 shoulder pain?
7   A   The mesh -- the mesh we use at Tyson is --
8 you use it, your hand, and it has a pin you attach
9 from your hands. It has two pins here. But it's
10 not this heavy thing you put all your body. It's
11 different mesh.
12   Q   And are you still experiencing problems
13 with shoulder pain?
14   A   No. It's much better.
15   Q   And the Hispanic employees who you said
16 appeared angry on Thursday, September 4th of 2008,
17 were they angry because the break time had been
18 changed to sunset?
19       MR. MOENCH: Object to form.
20   A   The first day when we went for the break,
21 the employees didn't say anything. We didn't notice
22 anything. That next day when he went -- the
23 Thursday when he went to talk to everybody on the
24 line, right after he left, that's when we noticed
25 the change. Whatever he told them stir up that

**Page 208**

1 anger and everything else.
2   Q   (By Ms. Vickles) And do you know what
3 he -- Mr. Palacios told them?
4   A   He was speaking to them in Spanish, but it
5 was obvious -- someone who was working with you
6 earlier, and when this guy left they changed their
7 attitude completely, then something must have
8 happened. We don't care about your religion, we
9 don't care the break time change, and things like
10 that. And then after he talked to them, they didn't
11 go for breaks or...
12   Q   So the answer to my question is no, you
13 don't know what Mr. Palacios told the employees in
14 Spanish?
15   A   No. But I saw what the employees'
16 reaction was.
17   Q   And perhaps Mr. Palacios told the Spanish
18 employees that the break was going to stay at 7:30.
19 Maybe?
20       MS. HASSELBACHER: Object to form.
21   A   Whatever he told them when he was going
22 around the lines was not something nice for anybody.
23   Q   (By Ms. Vickles) But you don't know what
24 that was?
25   A   No. I don't know what he told them. No.

Nidifo Ahmed Ashkir (Najima Hundule)                         Pages 205 - 208