# EXHIBIT A – 8

# IRSHAD IBRAHIM DEPOSITION

### Page 1

```
 1  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 10-cv-02103-PAB-KLM
 3  _____
 4  VIDEOTAPED DEPOSITION OF IRSHAD IBRAHIM
    August 22, 2012
 5  _____
 6  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 7  Plaintiff,
 8  and
 9  IRAQ ABADE, et al.,
10  Plaintiffs-Intervenors,
11  vs.
12  JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
13  Defendant.
14  _____
15
    APPEARANCES:
16
        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17         By Sean Ratliff, Esq.
           303 East 17th Avenue
18         Suite 410
           Denver, Colorado 80203-9634
19            Appearing on behalf of Plaintiff.
20
        KING GREISEN LLP
21         By Diane S. King, Esq.
           Lauren Hasselbacher, Esq.
22         Joel Borgman, Esq.
           1670 York Street
23         Denver, Colorado 80206
24            Appearing on behalf of Abade
25            Plaintiffs-Intervenors.
```

### Page 2

```
 1  APPEARANCES:  (Cont.)
 2
    SHERMAN & HOWARD LLC
 3     By Brooke A. Colaizzi, Esq.
       633 17th Street
 4     Suite 3000
       Denver, Colorado 80202-3622
 5        Appearing on behalf of Defendant.
 6
 7  Also Present:  Hassan Haile, Somali Interpreter
                   Omar Nur
 8                 Maryvonne Tompkins, Videographer
 9
10
...
25
```

### Page 3

```
 1      Pursuant to Notice and the Federal Rules
 2  of Civil Procedure, the videotaped deposition of
 3  IRSHAD IBRAHIM, called by The Defendant, was taken
 4  on Wednesday, August 22, 2012, commencing at 9:10
 5  a.m. at 633 17th Street, Suite 3000, Denver,
 6  Colorado, before Ellen Leifer, Professional Reporter
 7  and Notary Public within and for the State of
 8  Colorado.
 9
10
11              I N D E X
12
13  VIDEOTAPED DEPOSITION OF IRSHAD IBRAHIM
14  EXAMINATION BY:                      PAGE
15      Ms. Colaizzi                    5
16      Mr. Ratliff                   137
17
18
    EXHIBITS                    INITIAL REFERENCE
19
    Exhibit 86  Copy of Mr. Ibrahim's       7
20      driver's license, Bates
        No. JBS6980
21
    Exhibit 87  Copy of Mr. Ibrahim's       7
22      Social Security card,
        Bates No. JBS6981
23
    Exhibit 88  Application for hourly     44
24      employment from Swift &
        Company, Bates Nos.
25      JBS2562-2565
```

### Page 4

```
 1
                I N D E X (Continued)
 2
    EXHIBITS                     INITIAL REFERENCE
 3
    Exhibit 89  Acknowledgment of receipt     50
 4      of and understanding of
        employee handbook,
 5      Bates No. JBS2580
 6  Exhibit 90  Acknowledgment best work      52
        environment training,
 7      Bates No. JBS14266
 8  Exhibit 91  Charge of discrimination    120
        filed by Mr. Ibrahim,
 9      Bates No. Abade 373
10
...
25
```

Page 45

```
1       Have you ever seen this document before?
2    A    I can see the paper, but I cannot read
3  it. You can understand if you know how to read.
4    Q    Okay. If you could turn to the page
5  that's labeled JBS 2565, the last page.
6  Mr. Ibrahim, is that your signature on that page, up
7  here in the middle of the page?
8    A    Yes.
9    Q    And am I correct that Mr. Aden was the
10 one who helped you fill this out?
11   A    I didn't have a car. He picked me up and
12 he filled out the application.
13   Q    Okay. Did he fill it out on his own, or
14 did you tell him what to put on the application?
15   A    I didn't know, and I couldn't read it.
16   Q    Okay. Did he read any of it to you and
17 ask you for what information he needed to put on the
18 application?
19   A    When he got the application, he filled
20 out the application. I only signed, and I signed
21 even after we submitted the application, and I told
22 them I can only write Irshad. I cannot even write
23 Ibrahim.
24   Q    Okay. Did somebody from JBS interview
25 you before you started working there?
```

Page 46

```
1    A    Yes, they interviewed me.
2    Q    Do you know the name of the person or
3  persons who interviewed you?
4    A    No, I don't know them.
5    Q    How many people interviewed you?
6    A    Two people. One person interviewed me.
7  The other person took urine test to check if I had
8  taken drugs or not.
9    Q    Did the person who interviewed you speak
10 English or Somali or both?
11   A    No. The young man was interpreting for
12 me. I didn't know.
13   Q    Mr. Aden was interpreting for you?
14   A    Abdullahi Aden.
15   Q    Did you request that JBS put you on the
16 second shift, or did they just assign you to the
17 second shift?
18   A    The morning shift -- the morning shift
19 was full. The other shift was open. They assigned
20 me to that shift.
21   Q    Did you tell them that you preferred one
22 shift over the other?
23   A    No, I didn't tell them anything. They
24 took me there.
25   Q    I want you to take a look at Exhibit 24,
```

Page 47

```
1  which has been produced in previous depositions.
2        Have you ever seen that paper before?
3    A    No.
4    Q    Okay.
5    A    I can't even read my name. I mean, how
6  can I tell the difference?
7    Q    I understand.
8        Did somebody at JBS explain the work
9  hours and the break schedule to you when you started
10 working there?
11   A    No. They told us the breaks during the
12 orientation.
13   Q    At the time of your interview with JBS,
14 did you ask any questions about prayer breaks or
15 JBS' policies about prayer breaks?
16   A    When that young man filled out the
17 application for me, they called me up, took my
18 picture, and then we went through the orientation.
19 While we were in the orientation, I asked them if I
20 can pray, and I was told, "Go ahead. Pray."
21   Q    Okay. Do you know what your first day of
22 work was at JBS, what day and month?
23   A    I filled out the application the eighth
24 month, but I don't remember the date.
25   Q    Do you know how many days after you
```

Page 48

```
1  filled out the application that you started working?
2    A    When I -- when I filled out the
3  application, I was called up and we went to the
4  security, and then the security guy led us to a
5  certain place, and then they took my picture.
6    Q    Was that the same day that you filled out
7  the application that this happened?
8    A    Yes.
9    Q    Did you start working the next day?
10   A    It's been a long time. I can't remember
11 if it was that same day or the next day.
12       I do remember that we went through the
13 orientation.
14   Q    What language was used during
15 orientation?
16   A    There was a Somali guy who was training
17 us.
18   Q    So he was speaking in Somali to you?
19   A    Yes.
20   Q    What do you -- what do you recall doing
21 during orientation?
22   A    It's been a long, long time ago. I
23 cannot remember.
24   Q    Did your trainer talk to you about when
25 your breaks would be during your shift?
```