# EXHIBIT A – 9

# ABDI JAMA a/k/a MOWLID ISSE DEPOSITION

AGREN BLANDO COURT REPORTING & VIDEO INC

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF ABDI JAMA a/k/a MOWLID ISSE
December 12, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

APPEARANCES:

 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
  By Laurie S. Elkin, Esq.
   303 East 17th Avenue
   Suite 410
   Denver, Colorado 80203
    Appearing on behalf of Plaintiff.

 KING GREISEN LLP
  By Jennifer Cruseturner, Esq.
   1670 York Street
   Denver, Colorado 80206
    Appearing on behalf of Abade
    Plaintiffs-Intervenors.

AGREN BLANDO COURT REPORTING & VIDEO INC

32

```
 1      A      So I could drive a cab.
 2      Q      When did you first get a job driving a
 3   cab in Denver?
 4      A      (In English)  2010.
 5             (Through the interpreter)  2010.
 6      Q      Was there a period of time between moving
 7   from Fort Morgan and working for Cargill that you
 8   were unemployed before you got the job driving a
 9   cab?
10             MS. ELKIN:  Object to form.
11      A      Yes.
12      Q      (BY MS. ROBINSON)  How long were you
13   unemployed?
14      A      Between June 2009 and January 2010.
15      Q      When you left your job at Cargill, were
16   you fired or did you quit voluntarily?
17      A      I quit, I left.
18      Q      When you started working driving a cab in
19   January 2010, was that with Yellow Cab?
20      A      Yes.
21      Q      Had you applied for any other cab
22   companies?
23      A      No.
24      Q      And why did you want to leave Cargill to
25   drive a cab?
```

AGREN BLANDO COURT REPORTING & VIDEO INC

75

1          (Exhibit 548 marked.)

2     Q    (BY MS. ROBINSON)  I hand you what has
3 been marked as Exhibit 548.
4          Is this a copy of your application for
5 employment at the beef plant in Greeley?
6     A    That's what I think.
7     Q    Is this your handwriting on the first
8 page of Exhibit 548?
9     A    Some of it, yes; some of it, no.
10    Q    Okay.  Which handwriting is not yours?
11    A    Social Security number, that's my
12 handwriting; telephone number, that's my
13 handwriting; name, address.
14         After that, that's not my handwriting.
15    Q    Did anybody help you fill this out?
16    A    Yes.
17    Q    Who was that?
18    A    Somali person.  I don't remember.
19    Q    Did they read it to you, the content of
20 this, and you told them what to write?
21    A    Some of it he read it for me.  Most of it
22 he did not.  He just filled it out.
23    Q    Looking at the second page, is any of the
24 handwriting on the second page yours?
25    A    No.

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

88

1      A     Yes.
2      Q     And did you quit your job at Cargill or
3  were you terminated?
4      A     I was fired.
5      Q     And what were you fired for?
6      A     I was pushing a big meat, cow meat.  It
7  was very heavy, and I fell.  I broke my arm.  It was
8  fractured, my arm.  That's why I got fired.
9      Q     And you got fired the same day that you
10 broke your arm?
11     A     Days later.
12     Q     Did you get treatment for your broken
13 arm?
14     A     They sent me to the hospital.  They put
15 something on it.  I didn't get good treatment.
16     Q     Did Cargill give you a reason for why
17 they were terminating you?
18     A     Them, they didn't tell me.
19     Q     Did you have a meeting with them about
20 getting terminated?
21     A     Yes.
22     Q     And what was discussed in that meeting?
23     A     They told me that I did not follow the
24 orders of my managers, and what they were talking
25 about was, they wanted me to work while my hand was

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

146

1  A  Yes.
2  Q  Did you have anyone assisting you with
3  your unemployment claim against Cargill?
4  A  No. I applied for it.
5  Q  Did you have a friend or an attorney help
6  you with any part of the claim process?
7  A  No, but the Government was providing
8  interpreter for me.
9  Q  The front page of Exhibit 553 has a
10 Social Security number of 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.
11     That is your Social Security number;
12 correct?
13     THE INTERPRETER: You said 553?
14 Q  (BY MS. ROBINSON) 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.
15     THE INTERPRETER: No, I am sorry,
16 Exhibit 553?
17     MS. ROBINSON: 553.
18 A  Yes, it is.
19 Q  (BY MS. ROBINSON) Your unemployment
20 claim against Cargill was denied; isn't that true?
21 A  Yes, but before that, after I left Swift,
22 I was also denied.
23     (Exhibit 554 marked.)
24 Q  (BY MS. ROBINSON) I am going to hand you
25 what has been marked as Exhibit 554.

AGREN BLANDO COURT REPORTING & VIDEO INC

147

1            If you could look at the last page or
2    second-to-last page, is that your signature?
3       A    That's what I think.
4       Q    And on the first page, which is a list of
5    plaintiffs involved in this lawsuit, is that your
6    name, Abdi Jama, appearing towards the bottom of
7    that list?
8       A    Yes.
9       Q    So you are a part of another lawsuit, are
10   you not, Mr. Jama?
11      A    That's involving Cargill case?
12      Q    That's JBS.
13      A    Yes, there is a case regarding hours.
14      Q    You never -- when you worked at JBS, you
15   never used a knife; correct?
16      A    Yes.
17      Q    When did you use a knife?
18      A    I did not use knife.
19      Q    And you never used a hook; right?  You
20   never used a hook?
21      A    Sometimes we had to use it because, when
22   the meat gets jammed, we had to use hook.
23      Q    You never wore mesh, wire mesh; right?
24      A    No, I did not.
25      Q    You never wore any mesh gloves; right?

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

AGREN BLANDO COURT REPORTING & VIDEO INC

150

1      Q      Where were you when you signed it?

2      A      Greeley.  We were a lot of people.  I was

3  mad.  They said that we are suing Swift and I was

4  mad about them, so I just signed it.

5      Q      You understand what this lawsuit that's

6  reflected in Exhibit 554 is all about?

7             MS. ELKIN:  Object to form.

8      A      Right now I understand, but at that time,

9  I didn't.

10     Q      (BY MS. ROBINSON)  And how do you have

11 that understanding now about what it's about?

12     A      Right now I have interpreter, and you

13 explained to me that it's about the hours.

14     Q      What interpreter has interpreted anything

15 related to this lawsuit reflected on Exhibit 554?

16     A      Nobody translated for us.  I have seen

17 people signing, and then I just went along with it.

18     Q      Looking at Exhibit 553, who presented

19 this document to you for your signature?

20     A      I swear I don't remember who.

21            MS. ROBINSON:  Let's take a break.

22            THE VIDEOGRAPHER:  We are off the record

23 at 3:41 p.m.

24            (Recess taken from 3:41 p.m. to 4:04

25 p.m.)