# EXHIBIT A – 10

# ZAHRA ABDI MUSE DEPOSITION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

---

VIDEOTAPED DEPOSITION OF ZAHRA ABDI MUSE

August 27, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

IRAQ ABADE, et al.,

Plaintiffs-Intervenors,

vs.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY,

Defendant.

---

THE INTERPRETER: The clock, yeah.

Q (By Ms. Colaizzi) Before you started working for Swift, other than what you heard from Yousef, had you heard anything else about what it was like to work for the company?

A The only person that I knew at that time was -- was that boy.

Q When you applied for employment at JBS, did you know anybody else who was already working there?

A No. He was the one who helped me to fill out the application.

Q Yousef was?

A Yes.

Q Did he help you fill out the application here in Colorado or back in Minnesota?

A He were -- when I come, he was already here.

Q Okay. When -- when -- when he told you that Swift was a good company to work for, were you both in Minnesota when he told you that?

A Well, he came first. Yeah.

Q Oh, to Colorado?

A Yes.

Q When he told you that Swift was a good place to work, were you both in Minnesota, or were you in Minnesota and he was in Colorado?

A He was here, and I was in Minnesota.

Q Were you talking on the phone to him when he told you this?

A Um-hum.

MS. KING: And you need to answer yes or no.

MS. COLAIZZI: Thank you.

This will be 117.

(Exhibit 117 marked.)

Q (By Ms. Colaizzi) Ms. Muse, you have in front of you Deposition Exhibit 117.

Do you recall seeing this before? I understand that you can't read it, but do you recall seeing the papers before?

A No.

THE DEPONENT: (In English) No.

Q (By Ms. Colaizzi) When Yousef helped you fill out the application, where were you?

A It's from the Workforce.

Q Okay. Did Yousef tell you what the application said and then ask -- ask you what to write, or did he just fill it out for you?

A I don't know -- I don't know how to read and he not asked me any question about the -- the application. Then he started filling out my Social Security and the -- the box which asks questions about

to answer yes and no.

Q Could you please turn to the last page of 117, which is JBS Page 3434, and about halfway down, your name is written there.

Did you write your name or --

MS. COLAIZZI: What did she say?

THE INTERPRETER: "Yes. I see that's my name."

Q (By Ms. Colaizzi) Did you write your name there, or did Yousef write your name there?

A Yousef is the one who -- who wrote down.

Q Okay. The application states that you went -- that you had eight years of schooling in Somalia. Is that correct?

A I don't know what he wrote there. I did not attended eight years of school in Somalia.

Q Okay. Did you ever attend Mogadishu High School?

THE DEPONENT: (In English) No.

A Uh-uh.

MS. KING: You need to answer yes or no again, okay?

THE DEPONENT: (In English) Yes.

MS. KING: It's difficult. I know.

THE DEPONENT: (In English) Sorry. Sorry.

Q (By Ms. Colaizzi) Do you know somebody by the name of Abdullahi Yousef?

A I don't know Abdullahi Yousef. I don't remember now.

Q Do you have an aunt by the name of Abdullahi Yousef?

THE INTERPRETER: Aunt, you said?

MS. COLAIZZI: Yes.

THE INTERPRETER: Aunt?

MS. COLAIZZI: Aunt.

THE INTERPRETER: Abdi? Abdi Yousef?

Q (By Ms. Colaizzi) Abdullahi Yousef. Do you have an aunt by the name of Abdullahi Yousef?

THE DEPONENT: (In English) No.

A No.

Abdeerahim or Abdullahi?

Q Abdullahi.

THE DEPONENT: (In English) No.

A No.

Q (By Ms. Colaizzi) Just to make sure I'm clear on this, did you have any other jobs in Minnesota other than working at the Jennie-O chicken plant?

A Yes. Child care. Day care.

Q Other than Jennie-O and child care, did you have any jobs in Minneapolis other than those two?

A There was another job that I work for a month, eld (sic) care.

Q Healthcare?

THE INTERPRETER: Eld, eld, eld, eld.

MS. COLAIZZI: Eld care?

THE INTERPRETER: Eld care.

MS. COLAIZZI: Okay. Like elder care?

MS. KING: Elder?

THE INTERPRETER: Elder or eld, yeah.

Q (By Ms. Colaizzi) For older people, elderly people?

THE DEPONENT: (In English) Yeah.

A Yes, eld care.

Q (By Ms. Colaizzi) Was that a company that you worked for when you did that?

A So that is a government company, and I was having a patient in my house.

Q Okay.

MR. NUR: Excuse me. She didn't say "my house." She said "house."

THE DEPONENT: (In English) House.

MR. NUR: Not in her house. A house.

Q (By Ms. Colaizzi) Okay. Okay. So would you go -- would you go to the patient's house to help them?

A Yeah. In their -- in -- in her house.

Q Okay. Did you do that before or after you worked for Jennie-O?
A After.
Q Why did you stop doing the elder care job?
A So I become sick because I need to -- to lift the person, so the doctor told me not to do.
Q The doctor told you not to do the job?
A Yeah. The doctor told me not to lift the person.
Q Okay. Thank you. When you were hired at Swift, did somebody from the company interview you?
A What kind of interview?
Q Did somebody from the company meet with you and ask you questions about yourself?
A So not personally, but I was among those people, black and white people, those who are supposed to be hired.
Q Okay. So you went through an orientation?
A Yes. We went through orientation.
Q Okay. Did anybody from the company meet with you before you started orientation?
A No.
Q Did anybody ask you whether you wanted to work on the first shift or the second shift?
A I do not ask them, and nobody told me about

assistance from any source after your employment with Swift was terminated?

MS. KING: Objection to form.

THE DEPONENT: (In English) No.

A No.

Q (By Ms. Colaizzi) Are you working right now?

THE DEPONENT: (In English) Yes.

Q (By Ms. Colaizzi) Where?

THE DEPONENT: (In English) Tyson.

A Tyson.

Q (By Ms. Colaizzi) When did you begin working for Tyson?

A It was 2010.

Q Before you worked at Tyson, did you work anywhere else between Swift and Tyson?

THE DEPONENT: (In English) No.

A No.

Q (By Ms. Colaizzi) After your employment with Swift ended, what did you do to look for work?

A I was going through the bus -- the buses.

Q The buses?

A The buses that the people use, the public -- public --

THE DEPONENT: (In English) The state.

THE INTERPRETER: From state to state. Like

give you the health card. They give you time for the prayer.

Q Before you started working at Tyson, did you interview with anyone there?

THE DEPONENT: (In English) No.

A No.

Q (By Ms. Colaizzi) When it's prayer time at Tyson, explain to me what -- what happens.

A They have all the schedule papers.

Q I'm sorry. "All the"?

A They all schedule -- schedule papers. When the time for the prayer is due, they come on this, say you go pray.

Q Do you know if all of the Muslims at Tyson pray at the same time, or do some go and then others go after?

A We have no any problem right now. We are happy. They send us for time for the prayer. When we finish our prayer, we come back. We are happy now. We have no problem.

Q Ms. Muse, that wasn't my question.

My question is, do you know if all of the Muslims at Tyson pray at the exact same time?

A So they have -- all of them, they have supervisors, and supervisors is those who give the time