# EXHIBIT A – 11

# OSMAN OSSOBLE DEPOSITION

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF COLORADO
3  Case No. 10-cv-02103-PAB-KLM
4  ----------------------------------------------------
5  VIDEO DEPOSITION OF OSMAN OSSOBLE
6                    August 31, 2012
7  ----------------------------------------------------
8  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
9  Plaintiff,
10 vs.
11 IRAQ ABADE, et al.,
12 Plaintiff-Intervenors,
13 vs.
14 JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
15 Defendant.
16 ----------------------------------------------------
17 APPEARANCES:
18    KING GREISEN LLP
         By Diane S. King, Esq.
19         1670 York Street
           Denver, Colorado 80206
20       Appearing on behalf of Osman Ossoble,
           Plaintiff-Intervenors.
21
      U.S. Equal Opportunity Commission
22       By Iris Halpern, Esq.
           303 East 17th Avenue, Suite 410
23         Denver, Colorado 80203-9634
             Appearing on behalf of Plaintiff.
24
25

Page 2

1  APPEARANCES:
2     SHERMAN & HOWARD L.L.C.
         By Andrew Volin, Esq.
3          633 17th Street, Suite 3000
           Denver, Colorado 80202
4        Appearing on behalf of Defendant.
5  Also present:  Hassan Haile (Interpreter)
                  Omar Nur
6                 Maryvonne Tompkins, Videographer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        Pursuant to Notice and the Federal Rules of
2  Civil Procedure, the video deposition of OSMAN OSSOBLE,
3  called by Defendant, was taken on Friday, August 31,
4  2012, commencing at 9:08 a.m., at 633 17th Street,
5  Denver, Colorado, before Michele Koss, Registered
6  Professional Reporter and Notary Public within and for
7  the State of Colorado.
8
9                    I N D E X
10 VIDEO DEPOSITION OF OSMAN OSSOBLE
11 EXAMINATION BY:                           PAGE
12     Mr. Volin                              5
13     Ms. Halpern                          103
14 EXHIBITS                       INITIAL REFERENCE
15 Exhibit 236  Permanent resident card        5
16 Exhibit 237  Application for employment    32
17 Exhibit 238  Charge of discrimination     101
18
19
20
21
22
23
24
25

Page 4

1              P R O C E E D I N G S
2         THE VIDEOGRAPHER:  The time is 9:08.  We are
3  on the record.  Today is August 31, 2012.  This begins
4  the videotape deposition of Osman Ossoble in the matter
5  of Equal Employment Opportunity Commission, et al. vs.
6  JBS USA, LLC.
7         We are located at 633 17th Street on the
8  18th floor.  The court reporter is Michele Koss.  The
9  videographer is Maryvonne Tomkins.
10        The attorneys will introduce themselves
11 starting with attorney for the plaintiff, please.
12        MS. KING:  Diane King of King Greisen
13 representing Osman Ossoble.
14        MS. HALPERN:  Iris Halpern for the EEOC.
15        MR. VOLIN:  Andy Volin for JBS.
16        THE VIDEOGRAPHER:  The court reporter will
17 please swear in the interpreter, as well as the witness.
18                HASSAN HAILE,
19 was first duly sworn in the above cause to truthfully
20 and accurately translate the questions propounded to
21 this deponent from the English language to the Somalian
22 language and to truthfully and accurately translate the
23 entire text of any answers made by him from the Somalian
24 language to the English language.
25             OSMAN OSSOBLE,

Page 29
1 seven minutes to say?
2    A    Yes.
3    Q    Is there anything that you do as part of the
4 prayer ritual besides saying the prayer itself and
5 sometimes doing the ablution?
6    A    The prayer is about it. You go do the
7 ablution and then you pray. That is it.
8    Q    That is the entire process? There is
9 nothing else?
10    A    That is it.
11    Q    Do you ever combine prayers?
12    A    No.
13    Q    Do you ever shorten your prayers?
14    A    You are allowed only when you are
15 traveling.
16    Q    You can shorten prayers when you are
17 traveling?
18    A    That is what I heard.
19    Q    Can you combine prayers if you are
20 traveling?
21    A    No.
22    Q    Have you ever missed a daily prayer?
23    A    No.
24    Q    Have you ever been late with your daily
25 prayers?

Page 30
1    A    Yes.
2    Q    How often are you late with your daily
3 prayers?
4    A    I do recall during my employment in
5 Greeley, Swift, I was sometimes late for my prayers.
6    Q    How many times do you remember being late
7 for your prayers when you worked for JBS in Greeley?
8    A    I don't remember, but just a lot.
9    Q    Other than the time that you were in Greeley
10 and worked for JBS, have you ever been late for your
11 prayers?
12    A    No.
13    Q    How about your work for Tyson in
14 Shelbyville, Tennessee, have you ever been late for your
15 prayers while you have been working for Tyson in
16 Shelbyville?
17    A    No.
18    Q    What are the consequences of being late with
19 your prayers?
20    A    You committed a sin and God will be angry
21 at you. God will be angry at you.
22    Q    Have you ever had any conflicts between your
23 work and your religion at Tyson in Shelbyville by?
24        MS. HALPERN: Objection to the form.
25    A    No.

Page 31
1    Q    Are you able to recite prayers at work for
2 Tyson?
3    A    Yes, I am allowed.
4    Q    Which prayers do you recite at work at
5 Tyson?
6    A    I was working second shift, so I used to do
7 Maghrib and Isha'a.
8    Q    When you worked second shift at Tyson you
9 were able to see the Maghrib and Isha'a prayers at the
10 same time they were posted on the prayer calendar?
11    A    Yes.
12    Q    Were any of your co-workers at Tyson Muslim?
13    A    Most of them were Muslim.
14    Q    And did the Muslim workers all say the
15 prayers at the same time?
16    A    No.
17    Q    How did the prayer breaks work for the
18 Muslim workers at Tyson?
19    A    I am just talking about my department. I
20 used to work for the packaging department. We used to
21 have seven-minute break and another seven-minute break,
22 30-minute break and another 30-minute break. So when
23 it is time to pray, you tell them ahead of time the
24 prayer time. So they tell us and say it is prayer
25 time, take your seven-minute break.

Page 32
1    Q    And then all the Muslim employees take the
2 break at the same time?
3    A    I am talking only about my department. The
4 other departments they cover for each other. My
5 department, that is the one that I am talking about.
6    Q    In your department did all the Muslim
7 employees take a break at the same time?
8    A    And non-Muslims too.
9    Q    In your department all the employees, both
10 the Muslims and non-Muslims would take the break at the
11 same time and the Muslim employees would pray at that
12 break?
13    A    Yes.
14        (Exhibit 237 marked.)
15    Q    (BY MR. VOLIN) Mr. Ossoble, I have handed
16 you what has been marked as Exhibit 237.
17        MS. HALPERN: Let us take a short break.
18        MR. VOLIN: Okay.
19        THE VIDEOGRAPHER: The time is 10:09. We
20 are going off the record.
21        (Recess was taken.)
22        THE VIDEOGRAPHER: The time is 10:15. We
23 are back on the record.
24    Q    (BY MR. VOLIN) Mr. Ossoble, is Exhibit 237
25 the application for employment that you filled out to

Osman Ossoble                                    Pages 29 - 32

Page 33
1  work at JBS?
2      A    Yes, I can see my name is on it.
3      Q    Did you fill out this application that we
4  have marked as Exhibit 237 or did somebody else fill it
5  out for you?
6      A    A friend of mine filled out this
7  application, and I was with him.
8      Q    Was your friend Mohamed Afrah that filled
9  out the application?
10     A    No.
11     Q    What was the person's name who helped you
12 fill out the application?
13     A    Another guy who was a friend of Mohamed
14 Afrah.
15     Q    Do you remember that person's name?
16     A    Nassid.  That is how I know him.
17     Q    Why weren't you able to fill it out
18 yourself?
19     A    I don't know how to fill the applications
20 out.
21     Q    Can you read any of the application?
22     A    If I could read, I would have filled them
23 out.
24     Q    But you cannot read any of the application?
25     A    I cannot read.

Page 34
1      Q    On the last page, the fourth page of the
2  application, is that your signature or did someone else
3  sign that for you?
4      A    That is my signature.
5      Q    So Mohamed's friend filled it out but you
6  signed it?
7      A    Yes, I signed it.
8      Q    Did you give Mohamed's friend the
9  information to put on to the application?
10     A    No, he put all the information by himself.
11 He asked me to sign.
12     Q    Do you remember anything about your
13 interview?
14          Were you interviewed?
15     A    Yes.
16     Q    What do you remember about your interview?
17     A    I had an interpreter.
18     Q    Do you remember what was discussed in the
19 interview?
20     A    Questions about my history and employment
21 history.  Were you arrested, that kind of questions.
22     Q    Do you remember whether or not you talked
23 about which shift was available at JBS?
24     A    Yes, they told me the shift that I was
25 working.

Page 35
1      Q    And was that the second shift or B shift?
2      A    Second shift.
3      Q    Is the second shift also called the B shift?
4      A    Yes.
5      Q    Did you have any concerns about working on
6  the second shift?
7      A    No.
8      Q    Did you find out anything during the
9  interview about whether there were breaks during the
10 second shift?
11     A    I didn't know.
12     Q    Did the topic of prayer breaks come up
13 during your interview?
14     A    No.
15     Q    After you were hired, did you go through an
16 orientation period at JBS before you actually started
17 working?
18     A    After I got hired for the job?
19     Q    Yes.
20     A    Yes, I did.
21     Q    How many days was the orientation?
22     A    I don't remember.  It was not much.  It was
23 a couple of days.
24     Q    Was there an interpreter?
25     A    Yes.

Page 36
1      Q    Do you remember the interpreter's name?
2      A    Yes.
3      Q    What was his name?
4      A    Mohamed.
5      Q    What do you remember learning in the
6  orientation?
7      A    They talk about where you work, how you
8  work, what kind of equipment you work and safety.
9      Q    Do you remember if prayer breaks were ever
10 discussed during orientation?
11     A    We asked him, can we pray in the plant?  He
12 said, yes.
13     Q    Do you remember anything else that was
14 discussed during orientation about prayer at work?
15     A    Repeat the question?
16     Q    Do you remember anything else that was said
17 about prayer at work during the orientation?
18     A    No.
19     Q    Do you remember during the orientation
20 learning that you had to ask for a break to say your
21 prayer?
22     A    During the orientation, when you would
23 start to pray, you would go out and pray.
24     Q    Did you learn anything during orientation
25 about when you could pray when you started working,

Page 97
1  do 60 hours, 50 plus, 48.
2      Q    When you went back to work at Tyson in
3  November of 2008, do you remember how much you were paid
4  an hour?
5      A    Right after I went back or right now?
6      Q    When you went back.
7      A    Nine dollars and whatever cents.
8      Q    Did that change?
9      A    Yes.
10     Q    What was your pay change to?
11     A    Currently I am at $10.90.
12     Q    $10.90, nine zero?
13     A    Nine zero.
14     Q    Do you have any records of the pay that you
15  have earned working for Tyson?
16     A    No, I don't.
17     Q    Do you get a paystub with your paycheck that
18  shows you how many hours you have worked and how much
19  you are being paid?
20     A    Yes, I do.
21     Q    Have you kept those?
22     A    Yes, but I don't not always keep them.
23  Whenever I get my check, I look at it and I see.  If
24  something is wrong, I take it back to them.
25     Q    But you have not kept those or you have kept

Page 98
1  only some of them?
2      A    I have been working for them for four
3  years.  Do you want me to keep them four years,
4  paycheck stubs?
5      Q    I am asking you if you have kept them?
6      A    I have some of them.
7      Q    Have you had any other employment since you
8  left JBS other than your work at Tyson?
9      A    No.
10     Q    Do you want to move back to Colorado and go
11  back to work for JBS?
12     A    I love JBS why as long as they stop what
13  they were doing, the way they were treating us and they
14  apologize to us.  Work is work.  Right now I have a
15  job.
16     Q    If you are still working at Tyson but JBS
17  apologized to you and asked you to come back to work,
18  would you go back to work for JBS?
19     A    Right now I do have a job.
20     Q    Would you give up your job at Tyson in order
21  to go back to work at JBS?
22     A    I do not want to come back to Colorado.
23     Q    You would prefer to stick with your job at
24  Tyson?
25     A    Yes.

Page 99
1      Q    Has your life in Tennessee been impacted at
2  all by your work at JBS?
3          MS. HALPERN:  Objection.  Vague and
4  ambiguous.
5      A    My life?
6      Q    Yes.  Anything about your life different
7  because of what happened to you at JBS?
8          MS. HALPERN:  Same objection.
9      A    Whenever I remember what happened to me at
10  JBS, I feel sad.  I get mad.  I get headaches.  I
11  become very weak, weight loss, all of these things.
12  Nothing much has changed.
13     Q    How much weight have you lost?
14     A    I don't remember, but there was some weight
15  loss.
16     Q    How often do you think about what happened
17  at JBS?
18     A    Sometimes, whenever it comes to my mind, I
19  just get mad, like right now.
20     Q    Have you ever gone to see a doctor about
21  feeling upset about JBS?
22     A    No, I don't go.
23     Q    When you worked at JBS, were you ever hurt
24  at work?
25     A    No.

Page 100
1      Q    Did you ever go to the employee health
2  services at JBS when you worked there?
3      A    No.
4      Q    Other than what you have already talked
5  about, were you ever verbally harassed at JBS?
6          MS. KING:  Objection to form.
7      A    I don't remember.
8      Q    Do you think the Hispanic employees were
9  treated better than you at JBS?
10     A    I do not know.  I could not tell you.
11     Q    Do you think there were White employees that
12  were treated better than you at JBS?
13     A    I couldn't tell you.
14     Q    Do you have any friends that work at JBS?
15     A    Right now or before?
16     Q    Now.
17     A    No.
18     Q    Do you know of any JBS employees who are
19  Muslim but were not Black?
20     A    No.
21     Q    Were you aware of any JBS employees who were
22  Somalian but were not Muslim?
23     A    No.
24     Q    Were all the Somalia employees that you knew
25  at JBS Muslim?