# EXHIBIT B-3

# DOUGLAS W. SCHULT DEPOSITION

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02103-PAB-KLM

---

DEPOSITION OF DOUGLAS W. SCHULT
EXAMINATION DATE: SEPTEMBER 25, 2012

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,
IRAQ ABADE, et al.,
    Plaintiffs-Intervenors,
MARYAN ABDULLE, et al.,
    Plaintiffs-Intervenors,
FARTUN ADAN, et al.,
    Plaintiffs-Intervenors,
and
ASAD ABDI, et al.,
    Plaintiffs-Intervenors
v.
JBS USA, LLC d/b/a JBS SWIFT COMPANY,
    Defendant.

---

PURSUANT TO NOTICE, the deposition of DOUGLAS W. SCHULT was taken at 8:36 a.m. on September 25, 2012, at 303 East 17th Avenue, Suite 410, Denver, Colorado, before Nathan Stormo, Registered Professional Reporter and Notary Public in and for the State of Colorado, said deposition being taken pursuant to the Federal Rules of Civil Procedure.

Nathan Stormo
Registered Professional Reporter

Stormo Reporting, Inc. (303) 200-4792

**Page 48**

1  referring to?
2      THE DEPONENT: It's 15201.
3      MR. SIEBERT: Okay.
4   A  Yes, this looks like it was 45 minutes; a
5  45-minute window.
6   Q  (By Ms. Struble) Okay. And so that refreshes
7  your recollection. You think it was 45, or did you have
8  some independent thinking that there were other
9  discussions about a 30-minute window?
10  A  Well, frankly, now I'm confused. I thought it
11 was 30 minutes either side. But this chart would
12 reflect on what we thought the window based on what we
13 were being told. I remember this chart being fairly
14 complicated.
15  Q  Okay. And by whom was the company informed
16 that there was a window in which to pray?
17  A  My understanding is it came through CAIR.
18  Q  Did you have any discussions with CAIR?
19  A  I had one -- I had one conversation with an
20 attorney from CAIR.
21  Q  And did you have any discussions with any
22 religious leaders about the Muslim religion?
23  A  I had a conversation with an internal employee
24 that works for us that was of the Muslim faith, but no
25 religious leaders outside of that that I sought

**Page 49**

1  directly.
2   Q  And who was the internal employee?
3   A  I can't recall his name right offhand. He
4  still works for JBS.
5   Q  Was this back in 2007?
6   A  They call him Lot. And I think it's -- I think
7  it's L-o-t, I'm not sure, or L-o-t-t.
8   Q  Okay. Is he employed at the Grand Island
9  facility?
10  A  No. He is in our export logistics group. He
11 is employed at the headquarters.
12  Q  What national origin is he?
13  A  I'm not sure.
14  Q  What color is his skin?
15  A  It appears white to me.
16  Q  But he is of the Muslim faith?
17  A  Correct.
18  Q  When did you have the discussion with Mr. Lot?
19  A  It would have been back in 2007 when this first
20 came up.
21  Q  Do you know whether he is Sunni or Shiite?
22  A  I don't know.
23  Q  Do you remember what he said about a prayer
24 window?
25  A  He talked about the prayer times throughout the

**Page 50**

1  day. And then at some point, he would also talk about
2  Ramadan and, you know, the fasting around Ramadan; the
3  breaking of the fast and what have you. And what he
4  talked about was it depends upon almost -- it depends on
5  location to location. It depends upon the imam as to
6  how strict they view the prayer time. And he said that
7  you will find different interpretations.
8   Q  Did you have conversations with other companies
9  about how they deal with the prayer, the Muslim prayer
10 requirements?
11  A  I think I reached out to -- I don't recall
12 exactly who I would have talked to, but there were a
13 couple people at Tyson, which was formerly IBP, and they
14 had had some issues over time. I talked to an
15 individual, not with the company, but a union official
16 that has the Cargill plant in Fort Morgan to ask what
17 their experiences were.
18  Q  And this would have been back in 2007; is that
19 correct?
20  A  Yes. I believe that's correct.
21  Q  And the individual at Cargill told you that
22 they allowed people to leave the line informally to
23 break their fast and pray; is that correct?
24  A  It wasn't an individual at Cargill. It was the
25 Teamster president that represented the Cargill

**Page 51**

1  facility. His point was you have to get to the imam to
2  find out exactly what the rules are. And what he said
3  they were doing was spelling people out of the line.
4   Q  And so the record is clear, spelling people out
5  of the line means the line is still moving, but people
6  can take informal breaks to go pray?
7   A  That's what he said.
8   Q  Do you know whether they would leave all at
9  once, a certain time, or is it serially one at a time?
10 Do you know how that worked?
11  A  I don't know.
12  Q  Did he give you the name of an imam that
13 Greeley -- that Cargill or the union at Cargill had
14 spoken with?
15  A  No. He told me that the imam that they had
16 brought in to help them over in Fort Morgan was from
17 down in Denver.
18  Q  And do you know what -- what did he tell you
19 with respect to what the imam did? How did they use the
20 imam?
21  A  He said that you need to get to a leader, and
22 you need to find out which of the imams is the leader
23 for the group. Because if you don't, you will get --
24 you will have -- the group will be fractionalized, and
25 it will be -- probably not be his words, but my

15 (Pages 48 to 51)

Stormo Reporting, Inc. (303) 200-4792

**Page 52**

1 interpretation, but a power struggle inside of the group
2 themselves. So there has to be a respected religious
3 elder that comes in to try and provide that leadership
4 and that consistency.
5　Q　And so what did they -- did they have an imam
6 come into the facility at Cargill? What is your
7 understanding of what they did with the imam?
8　A　My understanding is that they had an issue,
9 they had an event that occurred, and that they ended
10 up -- whoever "they" is, again, I'm just talking to the
11 union official. And he said that they identified this
12 individual in Denver, and they brought him to Fort
13 Morgan. I don't know if he went to the plant or not,
14 but then the individual imam from Denver worked with the
15 different fractions or factions of the Somali group that
16 they had in Fort Morgan and over time was able to
17 establish himself as the religious leader.
18　Q　Do you know whether that imam was paid for his
19 time?
20　A　I don't know.
21　Q　And did the Teamsters official indicate that
22 the employees seemed to be satisfied and the company was
23 satisfied and things seemed to be working at Cargill?
24　A　He said that it seemed to be working for them.
25　Q　Did you have any discussion with the Teamsters

**Page 53**

1 official about whether Cargill considered moving the
2 lunch break?
3　A　Not that I -- not that I recall. I just asked
4 them what they had done. I knew they had experienced
5 some issues, and if he could shed any light on it for
6 me.
7　Q　What about the Tyson person, do you recall who
8 you spoke with?
9　A　No, I don't.
10　Q　Okay.
11　A　But -- no, I don't.
12　Q　And what do you recall about that conversation?
13　A　Well, I knew that -- we knew that they had an
14 issue I think in their Madison plant. In my file there
15 is a draft of a policy that they were considering at the
16 time. My understanding is that they never implemented
17 it, but that's where that would have come from.
18　Q　Okay. That was going to be something
19 negotiated with the collective bargaining agreement; is
20 that correct?
21　A　That's something they were considering. Again,
22 that was a draft, I believe, of their letter of
23 understanding.
24　Q　And just so the record is clear, it's JBS
25 15239.

**Page 54**

1　　And do you know, did they indicate why they did
2 not implement it?
3　A　No. I can only speculate.
4　Q　And what would your speculation be?
5　　MR. SIEBERT: I'm going to object to the form
6 of the question.
7　　But you may answer.
8　A　This would require them to have an additional
9 ten-minute paid break during the day, and that would
10 result in ten minutes of additional loss of production
11 for their facility. It would have been a highly unusual
12 move.
13　Q　(By Ms. Struble) Sure. Did you speak with a
14 company official or a union official from Tyson?
15　A　This I believe I got from one of the company
16 representatives.
17　Q　And do you know how -- did the person from
18 Tyson tell you how they ended up resolving their issues?
19　A　I think they closed the plant. I don't know if
20 that was a direct result of this, but ultimately the
21 plant closed.
22　Q　Okay. Did you speak with anybody else outside
23 of Swift about -- let me rephrase that.
24　　Did you speak to any other companies besides
25 Cargill and Tyson, companies or unions, about how they

**Page 55**

1 handled religious accommodation issues?
2　A　We talked to legal counsel who had represented
3 companies.
4　Q　Okay. And that would have been Littler
5 Mendelson, your counsel?
6　A　Right.
7　Q　Anybody else?
8　A　No, not that I recall.
9　Q　And I apologize. I think I asked this, but
10 just to make sure. You didn't speak to any religious
11 leaders -- actually, I'm not going to ask that question.
12 I think that's wrong.
13　　MS. STRUBLE: Should we take a five-minute
14 break to use the restroom?
15　　MR. SIEBERT: Sure.
16　　(A recess was taken from 10:09 to 10:15 a.m.)
17　Q　(By Ms. Struble) When the break was changed in
18 2007 at the Grand Island facility, was there any
19 problems with the non-Muslim employees accepting that
20 change?
21　A　Not that I recall in 2007.
22　Q　Okay. Was there -- were you involved or do you
23 know how the company communicated the break change to
24 the employees in 2007?
25　A　I wouldn't have been involved. We would have