# EXHIBIT B-5

# BARBARA I. WALKER DEPOSITION

## Page 1

```
 1       IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 10-cv-02103-PAB-KLM
 3   _____
 4   DEPOSITION OF BARBARA I. WALKER
     EXAMINATION DATE: February 23, 2012
 5   _____
 6   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
         Plaintiff,
 7
     IRAQ ABADE, et al.,
 8       Plaintiffs-Intervenors,
 9   MARYAN ABDULLE, et al.,
         Plaintiffs-Intervenors,
10
     FARTUN ADAN, et al.,
11       Plaintiffs-Intervenors,
12   and
13   ASAD ABDI, et al.,
         Plaintiffs-Intervenors,
14
     v.
15
     JBS USA, LLC d/b/a JBS SWIFT & COMPANY,
16       Defendant.
17   _____
         PURSUANT TO NOTICE AND SUBPOENA, the
18   deposition of BARBARA I. WALKER was taken at 10:02 a.m.
     on February 23, 2012, at 303 East 17th Avenue,
19   Suite 410, Denver, Colorado, before Tammie E. Singer,
     Professional Court Reporter and Notary Public in and for
20   the State of Colorado, said deposition being taken
     pursuant to the Federal Rules of Civil Procedure.
21
22
23
24
25
```

## Page 2

```
 1                    A P P E A R A N C E S
 2   For the Plaintiff:
 3     STEPHANIE STRUBLE, ESQ.
       Senior Trial Attorney
 4     Equal Employment Opportunity Commission
       Denver Field Office
 5     303 East 17th Avenue, Suite 410
       Denver, Colorado 80203
 6     (303) 866-1381
 7
     For Plaintiffs-Intervenors Iraq Abade, et al.:
 8
       DIANE S. KING, ESQ.
 9     King Greisen, LLP
       1670 York Street
10     Denver, Colorado 80206
       (303) 298-9878
11
12   For Plaintiffs-Intervenors Maryan Abdulle, et al.:
13     Mr. Daniel Mauk
       Mr. Sam Scheurich
14
15   For Plaintiffs-Intervenors Asad Abdi, et al.:
16     TODD J. McNAMARA, ESQ.
       McNamara, Roseman, Martinez & Kazmierski, LLP
17     1640 East 18th Avenue
       Denver, Colorado 80218-1202
18     (303) 333-8700
19
     For the Defendant:
20
       W. V. BERNIE SIEBERT, ESQ.
21     BRIANNA COLE, ESQ.
       Sherman & Howard, LLC
22     633 Seventeenth Street, Suite 3000
       Denver, Colorado 80202-3622
23
24
25
```

## Page 3

```
 1                  I N D E X
 2   EXAMINATION BY                         PAGE
 3   Ms. Struble ......................  5
 4   Ms. King .........................  --
 5   Mr. Mauk .........................  --
 6   Mr. McNamara .....................  --
 7   Mr. Siebert ......................  --
 8
     DEPOSITION EXHIBITS              INITIAL REFERENCE
 9
     60   JBS Human Resources org chart, JBS006502     7
10
     61   Diagram of cafeteria and parking lot drawn   49
11        by Ms. Walker
     62   Color photograph of several people standing, 123
12        CAM8 2008-09-05 21-00-38
13
     63   9/8/08 handwritten notes beginning with      179
14        "Ron Gould," JBS000257
     64   Two pages of handwritten notes beginning     179
15        with "Ron: What happen," JBS000091 and 92
16
     65   9/6/08 email from Mr. Kitch to Mr. Ray       185
17        and others re "Breaks - B shift Fab w/e
          9/6/08," JBS000960
18
     66   JBS "General Production and Break            187
19        Sign-off," JBS013002
     67   9/16/08 email from Mr. Lovell to Mr. Ray     187
20        and others re writeups for unauthorized
          breaks, JBS000082
21
     22   68   9/9/08 email from Mr. Ray to Mr. Lovell 189
          and Ms. Walker re "Walk off list,"
     23        JBS000422 to 426
     24   69   Spreadsheet of names, ID, ck#, date, vac, 190
              wd, dept, and signature, JBS000427 to 432
     25
```

## Page 4

```
 1   EXHIBITS PREVIOUSLY MARKED     INITIAL REFERENCE
 2    8                              155
 3   11                              164
 4   12                              153
 5   19                              165
 6   35                              167
```

Page 137

1 hiring during this time; is that correct?
2    A.    No.
3    Q.    When -- you were, however, involved in hiring
4 back in the late '80s and '90s, correct?
5    A.    I don't know if it was that far back, but --
6    Q.    Oh, okay.
7    A.    -- whenever.
8    Q.    Okay. And it was when you were the employment
9 manager; is that right?
10    A.    Correct.
11    Q.    Okay. When you were the hiring manager, you
12 actually interviewed people as well?
13    A.    I could.
14    Q.    And when you interviewed people, did you ever
15 check references?
16    A.    At that time, I can't remember. I know we did
17 in 1986. I don't remember, I don't remember, because
18 mostly what I did was supervisors and management. The
19 clerk did more of the production area. So I would,
20 like, run a background check.
21    Q.    For supervisors and managers?
22    A.    Correct.
23    Q.    Do you know whether background checks were done
24 for employees being hired onto the floor?
25    A.    For the production employees at that time?

Page 138

1    Q.    Correct.
2    A.    No, we didn't do -- we've never done background
3 checks. It would be too expensive.
4    Q.    Okay. Do you do any sort of checking of
5 references?
6    A.    I'm not sure what they do now. I don't know
7 what they do now.
8    Q.    What did you do back when you were doing it?
9    A.    I don't remember. I don't remember if they --
10 they checked backgrounds or not. I don't recall.
11    Q.    Do you ever recall not hiring someone because
12 the information on their application was incorrect?
13    A.    Yes.
14    Q.    Tell me about that.
15    A.    It would be -- they would -- there was a
16 question on there that asked if you've ever worked at
17 this company before. And they would say, "No."
18         And then when we would run the information
19 through the computer to see if they were a rehire or
20 not, then we would find out that they were.
21    Q.    And that they had been fired before or
22 something like that?
23    A.    Correct.
24    Q.    Okay.
25    A.    Correct.

Page 139

1    Q.    What about if somebody put their employment
2 background on the application, like left off an
3 employer? Have you ever not hired someone because they
4 left off an employer on their application?
5    A.    I don't know that I've really ever had that
6 situation or that I would have known. You know what I
7 mean?
8    Q.    Right.
9    A.    So I would have to say no.
10    Q.    And is that something that would have bothered
11 you if you were hiring for the fabrication floor?
12    A.    It could --
13         MR. SIEBERT: Object to the form of that
14 question. You can answer.
15         THE DEPONENT: I can?
16         MR. SIEBERT: Yes.
17    A.    It could for the fact of that when you're
18 hiring, if you're in different statuses, depending on
19 how many individuals we need, obviously sometimes if we
20 need people with experience, you know, if you have
21 experience over someone that doesn't have experience,
22 obviously you're going to hire the experienced person
23 with knives because it's a skilled job.
24    Q.    (BY MS. STRUBLE) Do you always hire -- do
25 you -- are you looking for people with experience for

Page 140

1 the fabrication floor?
2    A.    It's preferred. It doesn't mean that they have
3 to. You know what I mean? But it's obviously
4 preferred.
5         If someone has knife skills, that's a learned,
6 you know, art, to be able to keep knives sharp and to
7 cut the meat quickly, so, yes.
8    Q.    But you've hired people for knife that don't
9 have any experience, correct?
10    A.    Correct.
11    Q.    Are you aware of JBS ever terminating an
12 employee once it found out that an employee's
13 information on the application was incorrect?
14    A.    Can you be more specific?
15    Q.    I'm just wondering whether you're aware of --
16 you're involved in termination decisions often, correct?
17    A.    Correct.
18    Q.    So I'm wondering if you're aware of any
19 employee being terminated because JBS found that the
20 application had incorrect information on it.
21    A.    It has happened, yes.
22    Q.    Okay. Tell me about that.
23    A.    It was for a felony.
24    Q.    And how did JBS figure out that someone had a
25 felony?