IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion to Amend Scheduling Order to Extend Dispositive Motions Deadline and Request for Expedited Ruling** [#306][1] (the "Motion").

    IT IS HEREBY **ORDERED** that Plaintiff shall respond to the Motion [#306] on or before **January 22, 2014**. Defendant's Reply, if any, shall be filed on or before **January 29, 2014**.

    Dated: January 9, 2014

---

[1] "[#306]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.