# EXHIBIT 2

WARD JANUARY 3, 2013 REBUTTAL

# Expert Report of Michael P. Ward, Ph.D.
## In the Matter of
### *Equal Employment Opportunity Commission*
### *v.*
### *JBS USA, LLC d/b/a JBS Swift & Company*

I am Vice President and Senior Analyst at Welch Consulting, a consulting firm specializing in economic and statistical research. I am also senior economist at Unicon Research Corporation, a sister organization performing grant and contract research for the Federal Government. I am a member of the American Economic Association, the American Statistical Association, the Population Association of America and the American Compensation Association. Attached hereto as Appendix 1 is a copy of my resume.

I hold a bachelors degree in Economics from the University of California, Santa Barbara, and M.A. and Ph.D. degrees in Economics from the University of Chicago. My fields of specialty in graduate school were labor economics and econometrics. Econometrics is the application of statistical methods to economic data. From 1973 to 1975, I taught economics and statistics at the graduate and undergraduate level at the University of California, Santa Barbara. From 1975 to 1980, I taught economics and statistics at the graduate and undergraduate level at the University of California, Los Angeles. From 1980 to 1984, I was employed full-time as Senior Economist at the Rand Corporation. In 1984, I joined Welch Consulting and Unicon Research Corporation.

In 1983, I was appointed by the U.S. Secretary of Commerce as a member of the U.S. Census Advisory Committee on Population Statistics, and I remained a member of that Committee until 1988. For two years, I was chairman of that committee.

My research, conducted while I was at UCLA, Rand, and at Unicon, was supported by the Department of Labor, the National Institutes of Health, the National Institute of Aging, the Department of the Air Force, the Department of Energy, and the Assistant Secretary of Defense. Virtually all of that work was in the area of labor economics and statistics. The product of this research is shown in my resume, attached as Appendix 1.

I have testified in Federal and State Courts as an expert witness on issues relating to both economics and statistics. I have conducted, and have testified about, statistical studies of employment practices, including hiring, pay, promotion, and terminations, and wage and hour/FLSA issues. Attached as Appendix 2 is a list of all cases in which I have testified in deposition or in court in the last four years.

**Assignment**

I have been retained by attorneys representing JBS USA, LLC to review the November 16, 2012 report of Dr. Mark McNulty in this matter. His report seeks to "determine if the rate of disciplinary actions for Blacks, Somali, and /or Muslim Swift employees is statistically different than for other Swift employees." (Pages 2-3)

**Summary and Conclusions**

I have been provided with the same data (Appendix 3) used by Dr. McNulty, and I have reproduced his statistical results. Thus, I understand both the data and methods which he used to prepare his statistics.

Dr. McNulty believes that his statistics are evidence of discrimination against "Blacks, having a birthdate of January 1, and/or a Somali/Muslim name."[1] In fact, his statistics are nothing more than a byproduct of the events which led to the terminations of September 10, 2008.[2] There is absolutely nothing more in his statistics than a repackaging of those terminations.

Put simply, his statistics are meaningless since they simply repeat what is already known about the terminations of September 10, 2008 – who was involved and who was affected. In fact, the lack of a statistical pattern in disciplinary actions, apart from the termination on that single day, shows that *there is no pattern.* If the terminations of September 10, 2008 were part of a larger pattern of adverse disciplinary actions, the data would show evidence of discrepancies on other days—but they do not. Dr. McNulty has disproved his own contention.

---

[1] The title on page 6 for the section discussing his statistical studies is "Discrimination Analyses."

[2] The data show that 96 employees were involuntarily terminated on that day for violation of policy. All but one was black.

**Data**

Using the data provided by JBS showing employment actions between January 1, 2007 and April 13, 2009, Dr. McNulty developed a set of personnel actions which he characterized as "disciplinary." These include the actions shown in Table 1 below. I found the same number of occurrences of these disciplinary actions as Dr. McNulty. I also found other involuntary terminations codes which Dr. McNulty inexplicably omitted from his analysis. These are shown in the bottom panel of Table 1.

The upper panel of Table 1 also shows the composition of the terminations for "Violation of Plicy/Misconduct." Of the 383 terminations in this category, 96 occurred on one day – September 10, 2008. This one day accounts for 25% of disciplinary actions in this category and 14% of all disciplinary actions over the period.

Dr. McNulty developed identifiers for individuals with Somali/Muslim names and for individuals with birthdates on January 1. I have simply duplicated his methods of identifying these individuals. I do not have an opinion about the accuracy of this method for identifying religion or ethnicity or national origin.

**Analysis**

Table 2 repeats Dr. McNulty's analysis and then reports two alternative analyses. The first column of Table 2 is the replication of Dr. McNulty. The statistics in Column 1 show that Black employees, those with a recorded birth date of January 1, and those with Somali/Muslim names, whether examined separately or jointly, experience disciplinary actions at higher rates than their complementary employee group. The differences are large and are highly statistically significant.[3] However, virtually all of these differences are due to the terminations of September 10, 2008.

---

[3] Statistical significance is the term used to distinguish differences that are large, in the sense that they are unlikely to have occurred by chance, from differences small enough that chance cannot be ruled out as a cause. The convention in social sciences and legal contexts is to consider a difference of two standard deviations or more to be statistically significant. The two standard deviation threshold derives from a chance probability threshold of 5%, which translates to 1.96 standard deviations, which rounds up to 2.00.

Column 2 of Table 2 repeats Dr. McNulty's analysis but drops out the involuntary terminations of protected group members that occurred on September 10, 2008. The change in statistics is dramatic. Now, the differences in disciplinary rates between "Black and Other," "Recorded Birthdate of Jan 1 and All Other," "Somali/Muslim Name and All Other" are all small and all are statistically insignificant.[4]

In Column 3 I have treated as disciplinary actions four other types of involuntary terminations: Falsification, Identity Falsification, In Jail, and Unresolved Identity.[5] Column 3 shows the statistics associated with this more inclusive treatment of involuntary terminations. The differences in the rates of "disciplinary action" are very close to one another—in fact, the rate for those with a recorded birthdate of January 1 is slightly lower than that of the comparison group. None of the contrasts is statistically significant: black, January 1 birthdate, Somali/Muslim name or all three combined.

**Conclusions**

Statistics can provide useful evidence about differences in outcomes between one or more groups provided legal protection from discrimination and their counterparts. They are most useful in assessing differences that may emerge as a result of large numbers of independent decisions that, when considered systematically with statistical tools, may be shown to accumulate to a pattern where the outcomes are consistently different across groups. In Dr. McNulty's analysis, what he has shown are disparities that result from one decision to terminate 96 employees on a single day.

If the terminations of September 10, 2008 were part of an overall pattern of adverse treatment of the groups identified by Dr. McNulty, then these groups would experience these adverse actions at relatively high rates on other days during the period—but they do not. *Therefore, the terminations of September 10, 2008 are not part of a larger pattern of discrimination against Somali's or Muslims.*

---

[4] The test used is the Fisher Exact Test which asks whether being disciplined is independent of, i.e. unrelated to, group membership.
[5] The descriptions in the data for termination reason codes are all preceded by either an "I" or a "V". Dr. McNulty included some of the "I" reason codes in his definition of disciplinary actions, but not all of them. (He included none of the "V"s.) I am adding the four remaining termination reasons preceded by an "I" to Dr. McNulty's definition.

I do not know the total charges for my work performed to date. My hourly billing rate is $650 per hour for both research work and for time testifying.

*[signature]*

Michael P. Ward, Ph.D.
January 3, 2013

| Code for Action/Action Reason | Description | Number |
|---|---|---|
| **Table 1. Disciplinary Actions** | | |
| *Codes Used by McNulty* | | |
| DEM/USP | Demotion/Unsatisfactory Performance | 1 |
| TER/ABS | Termination/Attendance | 254 |
| TER/IPJ | Termination/Inability prfrm/lwprductvty | 38 |
| TER/UNS | Termination/Unsatisfactory Performance | 7 |
| TER/VIO | Termination/Violation of Plicy/Miscnduct | 383 |
| | On September 10, 2008 | 96 |
| | All Other Days | 287 |
| *Additional Involuntary Termination Codes* | | |
| TER/FAL | Falsification | 1 |
| TER/IFL | Identity Falsification | 16 |
| TER/IJL | In Jail | 23 |
| TER/UID | Unresolved Identity | 7 |

Notes:
1. Data are from EEOC_data_04-13-2009.xls
2. Number of records:  49,071
3. Number of individuals:  9,625

| Table 2. Statistical Studies of Rates of Disciplinary Action | | | |
|---|---|---|---|
| | (1) | (2) | (3) |
| | Includes Only Disciplinary Actions Used By McNulty * | | Includes All Involuntary Terminations ** |
| | Includes All Terminations on 9/10/08 for Violation of Policy | Excluding Terms of Protected Group Members on 9/10/08 for Violation of Policy | Excluding Terms of Protected Group Members on 9/10/08 for Violation of Policy |
| *All Blacks vs. All Other* | | | |
| Black | 13.91% | 6.88% | 7.18% |
| Other | 5.84% | 5.84% | 6.32% |
| *Recorded Birthdate is Jan 1 vs. All Other* | | | |
| Birthdate Jan 1 | 15.53% | 6.55% | 6.68% |
| Other | 6.21% | 6.21% | 6.69% |
| *Somali/Muslim Name vs. All Other \*\*\** | | | |
| Somali/Muslim Name | 17.37% | 6.88% | 6.88% |
| Other | 5.94% | 5.94% | 6.44% |
| *Black, Somali/Muslim Name, and Birthdate Jan 1 vs. all Other* | | | |
| Black, Somali/Muslim Name, and Birthdate Jan 1 | 20.04% | 8.23% | 8.23% |
| Other | 6.15% | 6.15% | 6.64% |

Notes

* Disciplinary actions are limited to those listed in McNulty's Table 1.

** Disciplinary actions include all terminations with an "I" as the first character of the action/reason description as well as those used by McNulty.

*** Somali/Muslim names are taken from the list in McNulty's Table 2.

# Appendix 1
# RESUME

**MICHAEL P. WARD**

Welch Consulting
12100 Wilshire Boulevard, Suite 1650
Los Angeles, California 90025
Telephone: (310) 393-5530
Facsimile: (310) 393-2503
MWard@welchcon.com

Michael Ward received his Ph.D. in economics from the University of Chicago, where he was a National Science Foundation Fellow. Dr. Ward received his B.A. in economics from the University of California, Santa Barbara, where he was elected to Phi Beta Kappa. He is a member of the American Economic Association, The American Statistical Association, American Compensation Association and the American Population Association. Dr. Ward has served as a reviewer for most of the major economics journals and on peer review panels of the National Institutes of Health and the National Science Foundation. He has also served as chairman of the U.S. Census Advisory Committee on Population Statistics. The author of numerous professional articles dealing with the statistical analysis of economic data, Dr. Ward specializes in studies of the labor market.

Dr. Ward has served on the faculty of the University of California at Santa Barbara and the University of California, Los Angeles, teaching graduate and undergraduate courses in microeconomics, econometrics, statistics, and labor economics. Before joining Welch Consulting, he was senior economist at RAND, where he directed federally funded research on women's employment patterns and wages, job turnover rates for young men, the U.S. private pension plan system, and the earnings and retirement decisions of older workers. In addition to labor economics, his academic research includes work in energy supplies and the economics of production and inventory systems in firms.

Dr. Ward has testified on statistical and economic matters in a broad range of litigation settings in both federal and state courts. His testifying experience includes statistical analysis of employment practices in age, race and gender discrimination cases, class action wage and hour litigation, as well as both business and personal earnings loss.

**EDUCATION**

    University of California, Santa Barbara, B.A., Economics, 1969.

    University of Chicago, M.A., Economics, 1972.

    University of Chicago, Ph.D., Economics, 1978.

**HONORS AND AWARDS**

    1971-1973, National Science Foundation Fellowship.

    1969-1970, Ingersoll Economics Fellowship, University of Chicago.

    1969, Phi Beta Kappa, University of California, Santa Barbara.

**PROFESSIONAL EXPERIENCE**

    1995-Present, Senior Vice President, Welch Consulting, Santa Monica, California

    1984-Present, Vice President and Senior Analyst, Welch Consulting, Santa Monica, California.

    1984-Present, Senior Economist, Unicon Research Corporation, Santa Monica, California.

    1984-1991, Consultant, The Rand Corporation, Santa Monica, California.

    1983-1988, Census Advisory Committee on Population Statistics.

    1980-1984, Senior Economist, The Rand Corporation, Santa Monica, California.

    1979-1984, Consultant, Unicon Research Corporation, Santa Monica, California.

    1978-1980, Postdoctoral Fellow, Department of Economics, University of California, Los Angeles

    1975-1978, Lecturer, Department of Economics, University of California, Los Angeles.

    1975-1980, Consultant, The Rand Corporation, Santa Monica, California.

    1973-1975, Acting Assistant Professor, Department of Economics, University of California, Santa Barbara.

    1973-1974, Consultant, Abt Associates, Incorporated, Cambridge, Massachusetts.

## PROFESSIONAL ACTIVITIES

### Reviewer:

*American Economic Review; Demography; Economic Inquiry; International Economic Review; Journal of Human Resources; Journal of Money, Credit and Banking; Journal of Political Economy; Journal of the American Statistical Association; National Science Foundation Proposals; Quarterly Journal of Economics.*

### Memberships:

American Economics Association.

American Compensation Association.

American Statistical Association.

Population Association of America.

## PUBLICATIONS

"Problems in Assessing Employment Discrimination," with Robert S. Follett and Finis Welch. American Economic Review, May 1993.

"Job Mobility and the Careers of Young Men," with Robert H. Topel, Quarterly Journal of Economics 107, no. 2 (May 1992):439-73.

"Women in the Labor Market and in the Family," with James P. Smith, Journal of Economic Perspectives 3, no. 1 (Winter 1989): 9-23.

"Implementing Comparable Worth: Conceptual Issues and Impacts," with John Raisian and Finis R. Welch. In Three Worlds of Labor Economics, edited by G. Mangum and P. Philips. Armonk, New York: M.E. Sharp, Inc., 1988.

"Pay Equity and Comparable Worth," with John Raisian and Finis Welch. Contemporary Policy Issues 4, no. 2 (April 1986):4-20.

"The Statistical Measurement of Poverty." Vol. 1, Conference on the Measurement of Noncash Benefits, Proceedings. Williamsburg, VA: Department of Commerce, Bureau of the Census, December 12-14, 1985.

"Comparable Worth: Issues, Evidence, and Impacts," with John Raisian and Finis Welch. Los

Angeles: Welch Consulting, March 1985.

"The Prospects for Military Enlistments: An Assessment," with George J. Borjas, Robert F. Cotterman, John Raisian and Finis R. Welch. Los Angeles: Unicon Research Corporation, March 1985.

**PUBLICATIONS (CONT.)**

"Time-Series Growth in the Female Labor Force," with James P. Smith. Journal of Labor Economics 3, no. 1 (January 1985 Supplement):S59-S90.

"Women's Wages and Work in the Twentieth Century," with James P. Smith. Prepared for the National Institute of Child Health and Human Development, Rand report #R-3119-NICHD. Santa Monica: The Rand Corporation, October 1984.

"The Acceleration in Women's Wages," with James P. Smith. August 1984, mimeo.

"Forecasting the Wages of Young Men: The Effects of Cohort Size," with Hong W. Tan. Prepared for the Department of the Army, Rand report #R-3115-ARMY. Santa Monica: The Rand Corporation, May 1985.

"The Retention of High Quality Personnel in the U.S. Armed Forces," with Hong W. Tan. Prepared for the Office of the Secretary of Defense/Manpower, Installations and Logistics, Rand report #R-3117-MIL. Santa Monica: The Rand Corporation, February 1985.

"Job Transitions of Young Men," with Robert H. Topel, The Rand Corporation, Santa Monica, WD-2127-DoL, January 1984.

"Early Career Mobility and the Duration of Jobs," with Robert H. Topel. August 1983, mimeo.

"Social Security and the Retirement Decision," The Rand Corporation, Santa Monica, WD-1756-DoL, December 1982.

"State Taxes on Coal: A Compendium of 1982 Statutes," co-authored, The Rand Corporation, Santa Monica, WD-1582-DoE, August 1982.

"A Dynamic Model of Marital Dissolution," co-authored, The Rand Corporation, Santa Monica, April 1982.

"Coal Severance Taxes: The Effect of Western States' Tax Policy on the U.S. Coal Market," Prepared for the U.S. Department of Energy, Rand report #R-2848-DOE. Santa Monica: The Rand Corporation, January 1982.

"Completed Fertility and Its Timing," with William P. Butz. Journal of Political Economy 88, no. 5 (October 1980):917-40.

"Asset Accumulation and Family Size," with James P. Smith. Demography 17, no. 3 (August 1980):243-60.

"Will US Fertility Remain Low? A New Economic Interpretation," with William P. Butz, Population and Development Review 5, no. 4 (December 1979):663-88.

"Baby Boom and Bust: A New View," with William P. Butz, American Demographics (September 1979):11-17.

## PUBLICATIONS (CONT.)

"Labor Markets and Fertility: A Demographically Disaggregate Model of U.S. Postwar Experience," with William P. Butz. Prepared for the Social Security Administration, U.S. Department of Health, Education, and Welfare, Rand note #N-1304-SSA. Santa Monica: The Rand Corporation, September 1979.

"Countercyclical U.S. Fertility and its Implications," with William P. Butz. Social Security Bulletin 42, no. 8 (August 1979):38-43.

"Difficulties with Testing for Causation," with Rodney L. Jacobs and Edward E. Leamer. Economic Inquiry 17, no. 3 (July 1979):401-13.

"The Emergence of Countercyclical U.S. Fertility," with William P. Butz. American Economic Review 69, no. 3 (June 1979):318-28. (First published for the National Institute of Child Health and Human Development, Department of Health, Education and Welfare, Rand report #R-1605-NIH. Santa Monica: The Rand Corporation, June 1977.)

"A Theoretical and Empirical Model of Marital Instability," Final Report, NICHD Grant, June 1978.

"Energy and Jobs: A Long Run Analysis," with John Cogan and M. Bruce Johnson. Original paper 3, International Institute for Economic Research, introduction by H.S. Houthakker. Ottawa, IL: Green Hill Publishers, Inc., July 1976.

## SEMINARS/PRESENTATIONS

March 1986. "Private Pensions and the Labor Market." Presented at the Labor Economics Workshop, University of California, Los Angeles.

December 12-14, 1985. "The Statistical Measurement of Poverty." Unicon Research Corporation, Los Angeles, California, December 1985. Presented at the Bureau of the Census Conference on the Measurement of Noncash Benefits, Williamsburg, Virginia.

June 1985. "Comparable Worth." Presented at the Annual Meeting of the Law and Society Association, San Diego, California.

January 1985. "Women's Wages." Presented to the Institute of Industrial Relations, University of

California, Los Angeles.

January 1985. Statement on "Male-Female Wage Differentials, April 1985." Presented to the Comparable Worth Task Force, California State Legislature.

**SEMINARS/PRESENTATIONS (CONT.)**

January 1985. "Comparable Worth." Presented at the Applied Economics Workshop, University of California, Los Angeles.

May 1984. "Early Career Mobility and the Duration of Jobs." Presented at the Labor Economics Seminar, University of California, Los Angeles.

February 1984. "Social Security and the Retirement Decision," Presented to the Graduate School of Business, University of Chicago, Illinois.

December 1983. "Social Security and the Retirement Decision." Presented to the U.S. Department of Labor, Washington, D.C.

July 1983. "Job Transition Among Young Men." Presented to the Western Economic Association, Seattle, Washington.

June 1983. "Time Series Changes in the Female Work Force." Presented at the Conference on International Comparisons of Women's Employment Trends, Sussex, England.

May 1983. "Long Term Trends in Women's Wages and Employment." Presented at the Labor Economics Workshop, University of California, Los Angeles.

April 1983. "Retention of High Quality Personnel." Board of Directors, The Rand Corporation, Washington, D.C.

April 1983. "Forecasting the Wages of Young Men." Presented to the Population Association of America, Pittsburgh, Pennsylvania.

February 1983. "Cohort Size and Earnings." Presented at the Labor Economics Workshop, University of California, Los Angeles.

Fall 1982. "Social Security and Retirement." University of California, Los Angeles.

June 1982. "Coal Severance Taxes." Presented to the Western Tax Association, Los Angeles, California.

Spring 1982. "Modeling the Retirement Decision." University of California, Los Angeles.

April 1982. "A Dynamic Model of Marital Dissolution." Presented to the Population Association of America.

April 1979. "The Timing Component of U.S. Fertility Rates." Presented to the Population Association of America, Philadelphia, Pennsylvania.

August 1978. "Time Series Model of U.S. Labor Markets." Presented to the Econometric Society,

6

    Chicago, Illinois.

June 1978. Discussant, session on Topics in Labor Economics, Western Economic Association, Las Vegas, Nevada.

**SEMINARS/PRESENTATIONS (CONT.)**

  June 1978. Discussant, session on Negative Income Tax Experiment, Western Economic Association, Hawaii.

  December 1977. "Timing and Spacing of Fertility." Presented to the American Economic Association, New York.

  June 1977. Discussant, session on Econometric Methodology, Western Economic Association, Anaheim, California.

  September 1976, Discussant, session on Energy Economics, Econometric Society Meetings, Atlantic City, New Jersey.

**APPENDIX 2**
**LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY**
**2009 TO PRESENT**

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Deposition | 1/15/2009 | Melissa Schueler, et al. v. H&R Block Mortgage Corporation, et al. (Matter #2008-03710) | SACV07-342 CJC (MLGx) | United States District Court - Central District of California |
| Deposition | 1/30/2009 | J. Steven Wiley, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | The Superior Court of the State of California in and for the County of Contra Costa |
| Deposition | 2/4/2009 | Aerotek, Inc. v. The Johnson Group Staffing Company, Inc. & Michael Ponce | 2007-00540602 | Superior Court of the State of California County of Sacramento |
| Deposition | 2/6/2009 | Jason Merridth v. United Airlines, Inc. | BC 383544 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Trial | 2/21/2009 | Jason Merridth v. United Airlines, Inc. | BC 383544 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Trial | 3/4/2009 | J. Steven Wiley, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | The Superior Court of the State of California in and for the County of Contra Costa |
| Deposition | 3/17/2009 | She She Strawder v. Pacific Sunwear Stores Corporation | BC356891 | Superior Court of the State of California for the County of Los Angeles |
| Trial | 5/14/2009 | Michael Mario v. United Parcel Service, Inc. | CV 03-04336 | United States District Court, Central District of California Western Division |
| Deposition | 6/2/2009 | Mamou v. Trendwest Resorts, Inc. and Kevin Fiore | 1-05-CV-053162 | Superior Court of the State of California County of Santa Clara |
| Deposition | 6/10/2009 | Wade E. Jensen, et al. v. Solvay America, Inc., et al. | 06CV-273 | Unfied States District Court for the District of Wyoming |
| Trial | 7/8/2009 | Mamou v. Trendwest Resorts, Inc. and Kevin Fiore | 1-05-CV-053162 | Superior Court of the State of California County of Santa Clara |
| Deposition | 7/10/2009 | Albert Cicairos, et al. v. Summit Logistics, Inc. | CV 028541 | Superior Court of the State of California County of San Joaquin - Stockton Branch |
| Trial | 9/9/2009 | Tyson Multi-District Litigation (Matter #2007-01981) | | |
| Deposition | 10/30/2009 | Barbara A. Myers v. Baxter Bioscience, et al. | CV 08-05610 AHM (Manx) | Superior Court of the State of California for the County of Ventura |
| Arbitration | 11/17/2009 | Aaron Leone v. Washington Mutual | 07-02333 | Financial Industry Regulatory Authority Dispute Resolution—Arbitration |
| Deposition | 12/14/2009 | EEOC (Jill Patricot, et al.) v. Bloomberg, L.P. | 07-CV-8383 (LAP)(HP) | United States District Court Southern District of New York |
| Deposition | 1/6/2010 | Michael Weigele v. FedEx Ground Package System, Inc. | 06 CV 1330 JM (POR) | United States District Court Southern District of California |
| Deposition | 1/15/2010 | J. Steven Wiley, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | The Superior Court of the State of California in and for the County of Contra Costa |
| Trial | 2/18/2010 | Jeanette A. Ybarra v. Dacor Holdings, Inc., et al. | KC 054144 | Superior Court of the State of California for the County of Los Angeles, East District |

APPENDIX 2
LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
2009 TO PRESENT

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Deposition | 2/23/2010 | EEOC (Jill Patricot, et al.) v. Bloomberg, L.P. | 07-CV-8383 (LAP)(HP) | United States District Court Southern District of New York |
| Trial | 3/22/2010 | Aerotek, Inc. v. The Johnson Group Staffing Company, Inc. & Michael Ponce | 2007-00540602 | Superior Court of the State of California County of Sacramento |
| Deposition | 5/11/2010 | Rodrigo Flores & Lamonte Tumbling v. Merced Irrigation District, et al. | 1:09-cv-01539 | United States District Court Eastern District of California, Fresno Division |
| Deposition | 5/26/2010 | Robert Oberto v. California Institute of Technology (CalTech) | BC 105007 | Superior Court in the State of California for the County of Los Angeles |
| Trial | 6/24/2010 | Robert Oberto v. California Institute of Technology (CalTech) | BC 105007 | Superior Court in the State of California for the County of Los Angeles |
| Deposition | 9/16/2010 | Depo, Rodrigo Flores v. Merced Irrigation District | | |
| Deposition | 9/20/2010 | Rodrigo Flores v. Merced Irrigation District | 1:09CV-01529-LJO-DLB | United States District Court Eastern District of California, Fresno Division |
| Trial | 11/10/2010 | Shigemitsu v. California Department of Real Estate | BC 420362 | Superior Court of the State of California, for the County of Los Angeles |
| Deposition | 11/29/2010 | Abney & Rodriguez v. California State University | BC402504 | Superior Court of the State of California County of Los Angeles- Central District |
| Trial | 12/15/2010 | Abney & Rodriguez v. California State University | BC402504 | Superior Court of the State of California County of Los Angeles- Central District |
| Deposition | 3/1/2011 | Roy D. Taylor, et al. v. FedEx Freight West, Inc. | 5:10-CV-02118 LHK | United States District Court, Northern District of California |
| Deposition | 5/13/2011 | Cynthia Aspinwall v. Kaiser Foundation Health Plan, Inc. (eCounsel No. 10-36893) | BC430696 | Superior Court of the State of California, County of Los Angeles Central District |
| Deposition | 8/3/2011 | Lashone Purnell v. Sunrise Senior Living | SACV10-897 JAK (MLGx) | United States District Court Central District of California Southern Division |
| Deposition | 10/24/2011 | Marina Puchalski, et al. v. Taco Bell Corp. | GIC 870429 | Superior Court of the State of California, County of San Diego |
| Deposition | 1/24/2012 | David Coppedge v. Jet Propulsion Laboratory, et al. | BC435600 | California Superior Court, County of LA, Central District |
| Trial | 2/1/2012 | Ellis v. Les Schwab Tire Centers of Portland, Inc. | 0809-12701 | Circuit Court for the State of Oregon, For the County of Multnomah |
| Trial | 4/9/2012 | David Coppedge v. Jet Propulsion Laboratory, et al. | BC435600 | California Superior Court, County of LA, Central District |
| Trial | 5/23/2012 | Openshaw v. FedEx Ground Package System, Inc. | SACV 10-0689 CJC (SSx) | United States District Court Central District of California |
| Deposition | 6/8/2012 | Palma v. Rite Aid Corporation | BC 465411 | Superior Court of the State of California for the County of Los Angeles, Central District |

## Appendix 3

## Documents Received

Response to "Request for Further Information" dated January 26, 2009.

First Supplemental Response to Request for Further Information dated February 17, 2009.

Response to 2/26/09 Request for "Automated Records" Associated with "Request for Further Information" dated April 29, 2009.

Second Supplemental Response to "Request for Further Information" dated April 29, 2009.

Complaint and Jury Trial Demand dated August 30, 2010.

Plaintiff EEOC's Initial Disclosures dated November 15, 2010.

Answer to EEOC's Complaint and Jury Trial Demand dated June 23, 2011.

Appendex E. Common Somali Names and Meanings.

Documents bates numbered E000004288-4309, 4317-4318, 4319-4320 and 4321-4322.

JBS006607 Ee List Requested by EEOC 01.06.09 (Excel Spreadsheet)

JBS008836 (Excel Spreadsheet)

JBS 008784
- EEOC_data_04-13-2009.xls
    - Employee data and field code values
    - 67687 KB
- EEOC_AUDIT_QUERIES SETUP.SQL
    - SQL to pull field code values
- EEOC_AUDIT_QUERIES.SQL
    - SQL used to pull employee data
- Data Information.doc
    - This document listing files on the disk, table descriptions and mapping the tables to the requested data segments
- EE Data Screen Prints.doc
    - Screen prints of data for two employees

JBS 008802
- readme.doc
    - Information and Table of Contents
- vp_employeev42.xls
    - Kronos Greeley Hourly Employees

- vp_punchitem.zip
    - Kronos Greeley Hourly Employee Punch Items
- vp_wfcexceptionv42.zip
    - This is the complete database table
- joined vp_wfcexceptionv42.zip
    - Linked exceptions for Greeley Hourly Employees
- Examples.xls
    - Example punches to show how to tell if the exception was for an "in" or "out" punch