EXHIBIT 8

WARD JULY 23, 2014 SUPPLEMENTAL EXPERT REPORT

**Supplemental Expert Report of Dr. Michael P. Ward**

**In the Matter of**

**Equal Employment Opportunity Commission**
**v.**

**JBS USA, LLC d/b/a JBS Swift & Company**

In the United States District Court
for the District of Colorado

Case Number: 10-cv-02103-PAB-KLM

**July 23, 2014**

Supplemental Expert Report of Michael P. Ward, Ph.D.

In the Matter of

*Equal Employment Opportunity Commission*

*v.*

*JBS USA, LLC d/b/a JBS Swift & Company*

# Comment on the June 2014 "Discrimination Analysis Supplement" of Mark S. McNulty, Ph. D.

### Assignment

I am a Senior Vice President at Welch Consulting. I have submitted two previous reports in this matter dated January 3, 2013 and December 13, 2013. The first report contains my qualifications and list of prior testimony. An updated testimony list is attached here as Exhibit 1. A list of documents and computer files that I have considered since the previous reports is in Exhibit 2.

I have been retained by attorneys representing JBS USA, LLC to review and comment on the reports of plaintiffs' expert Dr. Mark S. McNulty dated November 16, 2012, July 23, 2013, and June 23, 2014.

### Summary and Conclusions

In conjunction with reviewing the reports of Dr. McNulty in this matter, I have been provided with the data and computer programs Dr. McNulty used to create the tables and charts in all three reports. Thus, I understand both the data and the methods he used to prepare the statistics on which he bases his conclusions.

In my previous reports I criticized Dr. McNulty for basing his conclusions about discrimination against Somali/Muslims on an analysis that includes the 96 terminations on September 10, 2008. I reiterate that criticism here and show that his studies are not informative in the context in which the EEOC is relying on them. I also raise again my earlier criticism that in his second report Dr. McNulty began limiting his studies exclusively to Greeley employees who terminated their

1

employment. This decision makes the results in his second and third reports useless in almost any context.

I also discuss other concerns I have with Dr. McNulty's reports. Included in these is the set of proxies for the group allegedly receiving discriminatory treatment. Dr. McNulty uses four proxy variables to form his statistical comparisons, but he provides no justification for why he chose them and why we should consider them valid or reliable.

For these reasons, and others that I discussed in my two previous reports, I still find that Dr. McNulty's analyses do not support the EEOC's allegations that the terminations on September 10, 2008 were part of a larger pattern of discrimination against Somalis or Muslims.

### Dr. McNulty's Second and Third Studies Include Only Terminated Employees

Dr. McNulty portrays his second and third reports as being extensions of his original report, applying the same methodology to data covering longer time intervals.[1] This portrayal is not accurate. The studies in the first report considered all employees included in the 2009 EEOC file ("EEOC_data_04-13-2009.xls"). The percentages in his Tables 4 – 8 are based on counts of all people in indicated groups, both those who terminated during the period and those who did not. Individuals still employed at the end of that study period (April 13, 2009) were included in the denominators of those percentages.

In his July 2013 report Dr. McNulty restricts the study population to people who separated from JBS during the study period. As I discuss further below, the first approach is a correct starting point, from which Dr. McNulty takes the wrong path. The second is irretrievable – even if all subsequent decisions in conducting the study were made correctly, the analysis could not hope to be useful in supporting the EEOC's allegations.

The problem with Dr. McNulty's approach in his second and third reports can be seen by considering what we want to learn from the statistical analysis. The question is whether disciplinary terminations (discharges) occur more often among the specified proxy groups than among other workers, other things equal. Answering this question requires that we consider *everyone* in the relevant population that could have been discharged during the designated study period. Dr. McNulty considers only people who separated during the period, including those

---

[1] "In this Addendum the "combined data" derived by merging the original data with the new data is analyzed using the same methodology as described in my original report." [Page 3, McNulty July 2013 "Addendum"]

who resigned or were discharged or laid off, but excluding people who remained employed. Since those employed could have been discharged, they should have been included in a proper analysis of rates of termination. Dr. McNulty's explanation is, "If the issue at hand relates to employer behavior with respect to terminations, it is logical to examine those individuals who have actually been terminated."[2] But Dr. McNulty's approach only compares the *relative* frequency of being discharged as opposed to resigning or separating for some other reason. It does not look at the frequency of discharge among all those at risk.

Table 1 illustrates the unreliability of Dr. McNulty's discharge comparison. The table contains two hypothetical comparisons, each involving two groups of employees. The groups have the indicated number of employees discharged, terminating for other reasons, and remaining employed. The discharge rates under Dr. McNulty's calculation and mine are shown in the two right-hand columns.

In the first hypothetical, Dr. McNulty's calculation implies that the discharge rates for the two groups are the same when, in fact, the rate of the first group is considerably higher than the rate of the second. In the second hypothetical, the true rates of the two groups are the same, but Dr. McNulty's calculation suggests that the rate is much higher for the second group than the first.

Oddly, Dr. McNulty used the correct calculation (discharges divided by total employed) in his November 2012 report, but switched to the incorrect alternative (discharges divided by total terminations) in his July 2013 report. He never acknowledges this change.

### The 96 September 10, 2008 Terminations
### Should not be Included in the Statistical Comparisons

Dr. McNulty and I disagree on whether the 2008 Ramadan discharges (95 black and one white Local 7 employees terminated on September 10, 2008 for "Policy Violation/Misconduct") should be included in the study.[3] I see two reasons for excluding the 2008 Ramadan discharges from the analysis. My first reason is that the EEOC's allegations in this matter have two components – one concerning the treatment of the Somali/Muslim employees involved in the 2008 Ramadan

---

[2] Page 4, McNulty June 2014 "Supplement".

[3] The "Policy Violation/Misconduct" termination code covered a range of causes for termination in 2008. For example, my understanding is that the white individual was terminated for a violation of the JBS drug policy. It may be that some of the 95 terminations of blacks were also unrelated to the Ramadan incident. In the absence of information on all 96, I continue to treat all the people terminated on September 10, 2008 under this code the same.

3

incident and another concerning discrimination against other aggrieved employees at other times from 2007 forward. My second reason for excluding the Ramadan discharges is a technical statistical issue of whether the 2008 Ramadan discharges can be considered statistically "independent." Dr. McNulty's calculations assume that they are.

**The 2008 Ramadan terminations in perspective**

Before looking at those points more closely, it is useful to review the magnitude of the 2008 Ramadan terminations relative to the typical rates of discharge for Dr. McNulty's proxy groups. Table 2 shows the scale of the 2008 Ramadan terminations relative to the frequency of discharges on all other days of the study period. Each row of the table summarizes the data for one of Dr. McNulty's protected groups. Because Dr. McNulty and I disagree on which terminations should be considered "disciplinary," the table contains separate panels for each of our criteria. The patterns are similar for all the proxy groups under both definitions of disciplinary termination, so I will discuss the data for blacks under Dr. McNulty's definition.

Tables 2 and 3 show that the number of discharges associated with the 2008 Ramadan incident was an extreme event. Table 2 shows the magnitude of the 2008 Ramadan terminations relative to the monthly average. The 95 discharges of blacks on September 10, 2008 – shown in the first row – dwarf the *monthly* average for blacks – 3.12. The number of blacks terminated in the 2008 Ramadan incident is thus 30.5 times the number of blacks discharged in an average month. This implies that it would normally take about 2 ½ years (using Dr. McNulty's criteria) to accumulate the number of discharges of blacks that were recorded on September 10, 2008. The comparisons in the following three rows show that the 2008 Ramadan discharges are even more extreme relative to the average for the other proxies.

When statisticians review their data for outliers (data points far outside the central concentration of the sample distribution) or influential observations (individual data points or groups of observations that have a strong influence on the outcomes of statistical tests), they typically regard the distance between a given observation and the mean of the sample values, measured in units of standard deviation, as a useful guide. Values more than two or three standard deviations from the mean are unusual and raise concerns that the observation may have unique causal

4

factors or be mismeasured.[4]  Table 3 shows the difference between the numbers of 2008 Ramadan terminations for McNulty's proxy groups and the corresponding monthly mean number of discharges.  The last column shows the differences in units of standard deviation.  The differences range from 35 to 55, which makes September 10, 2008 a clear outlier in the distribution of disciplinary terminations.

In summary, the 2008 Ramadan incident is clearly an extraordinary event for Dr. McNulty's Somali/Muslim proxy groups.  Even if we did not know the circumstances surrounding these terminations, we could conclude that the involuntary terminations on September 10, 2008 were not produced by the same process that generated discharges during the rest of the study period.

### The EEOC's claims in this matter call for an analysis excluding the 2008 Ramadan discharges

My understanding is that the EEOC's complaint with respect to "discriminatory discipline and discharge" has two components.  One focuses on the 2008 Ramadan discharges.  The other component focuses on what I will call the "routine discharges" that occur among workers of all ethnicities and religious backgrounds over the course of any period of time.

Two paragraphs in the EEOC's Response in Opposition to Defendant's Motion for Summary Judgment support this view.  On page 17, the EEOC states, "Since Ramadan 2008, JBS has continued to discipline and discharge Somali and/or Black and/or Muslim employees." Statistical support for this allegation clearly needs to exclude the 2008 Ramadan terminations. Indeed, it should also exclude discharges before September 10, 2008 as well.  Similarly, on page 64 the EEOC states that "Discovery has borne out EEOC's allegation of discrimination and retaliation occurring both before and after Ramadan 2008."  This again calls for evidence from studies of discharges other than those that occurred on September 10, 2008.[5]

The data presented in the tables above clearly show that the 2008 Ramadan terminations comprised an exceptional event, and the observations for people discharged on September 10, 2008 are highly influential.  If they are combined with the routine discharges that occurred at

---

[4] Michael O. Finkelstein and Bruce Leven, *Statistics for Social Science and Public Policy*, Second Edition, pages 360 – 361.
[5] The next paragraph in the EEOC's Response reinforces the point that the allegation on page 64 refers to actions other than the 2008 Ramadan terminations.  That paragraph contains a series of anecdotes in which aggrieved individuals are said to have incurred discriminatory discipline or discharge before or after the 2008 Ramadan incident.  The EEOC concludes this paragraph by saying, "These examples are all in addition to the discriminatory discipline and discharges during Ramadan 2008." (Page 66)

other times – as in Dr. McNulty's reports – they will dominate the comparisons of discharges of the other Greeley plant employees, and the analysis will lose any ability to support inferences about a discriminatory pattern in discharges in the rest of the study period. This is exactly what Dr. McNulty's studies do. Consequently, they provide no support for the EEOC's claims on pages 17 and 64 of the agency's Response.[6]

**Studies of disciplinary terminations before and after September 10, 2008**

The EEOC's allegations call for studies of discharges before and after the 2008 Ramadan incident. Table 4 provides statistical studies of these periods separately. Aside from dividing the original study period into two parts – the first ending on September 9, 2008 and the second beginning on September 11, 2008, the data and statistical method are the same as in Table 6 of my December 2013 supplemental report.[7]

Table 4 shows no statistically significant differences between any of the proxy groups and the reference group of employees that are neither black nor Asian. The discharge ratios before September 10, 2008 were somewhat above 1.000, indicating slightly higher termination rates for the proxy groups, but all of the deviations from parity are below two standard deviations. Thus, none of the disparities are statistically significant. The discharge ratios for the period after September 10, 2008 are all below 1.0, indicating that discharge rates were lower for the proxy groups than for the reference group. Therefore, these studies provide no support for the EEOC's allegations that discriminatory discharges occurred both before and after the 2008 Ramadan terminations.

**Statistical principles require excluding the 2008 Ramadan terminations from an analysis of the routine discharges**

Dr. McNulty states on page 3 of his June 2014 report that excluding the 2008 Ramadan terminations biases the tests of statistical significance. I disagree. Indeed, I find that the reverse

---

[6] In Paragraph 71 of its August 2010 Complaint, the EEOC alleges that "Muslim and Somali employees were disciplined and discharged for allegedly engaging in a work stoppage, while non-Somali, non-Muslim employee were not disciplined for similar conduct." This claim could be tested statistically, but the analysis would look much different from anything Dr. McNulty has done. One would need data identifying all the individuals who engaged in similar conduct on the day in question. The discharge rates within that population could then be compared. But that would be a distinct analysis from the study of discharges in the routine course of business.
[7] Dr. McNulty mentions a coding error in my implementation of the Cox hazard model. I have modified my code accordingly for the studies in this report.

is true – leaving the 2008 Ramadan terminations in the analysis produces unreliable tests of statistical significance.

The statistical tests Dr. McNulty uses rely on an assumption of "independence" – that on any one day the likelihood of discharge for any one employee is unrelated to whether another employee was discharged on that day. That assumption definitely does not hold for members of Dr. McNulty's proxy group on September 10, 2008. The point that the 2008 Ramadan terminations are not independent is evident from paragraphs 26 – 43 of the EEOC's Complaint, which describe the EEOC's version of the events that lead to the 2008 Ramadan terminations.[8]

### No Support or Justification for the Proxies Used to Represent the Protected Group

In the absence of data to identify employees of Somali origin or those who practice the Muslim religion, Dr. McNulty relies on a series of proxy variables to differentiate employees who arguably were affected by the alleged discrimination described by the EEOC. Although I do not question the need for some method of identification, some authority or analysis must be provided to support the validity and reliability of the method chosen. The validation may be provided by another expert or by the statistician, but it cannot just be assumed.

Dr. McNulty uses a series of proxies, including recorded birth date and name in addition to race. He provides no support or discussion of how he chose these proxies. In developing his list of Muslim names, his sources are four Internet sites, but he provides no discussion of how or why he chose the four sites he used.[9] In his discussion of these proxies on page 3 of his November 2012 report, he simply states that his basis for using the name and birth date proxies it that "it is understood and assumed for the purpose of this analysis . . .". Dr. McNulty has not provided any justification, or even a discussion, of the basis for these assumptions.

The January 1 birth date is particularly suspect. My understanding is that the custom of assigning a January 1 birth date to refugees who arrive without birth records is not limited to

---

[8] See, for example, Paul G. Hogel, *Elementary Statistics (Second Edtion)*, pages 86 and 183; David S. Moore and George P. McCabe, Introduction to the Practice of Statistics (Second Edition), pages 294, 351, 439, 472, 613; Ramu Ramanthan, *Introductory Econometrics, with Applications*, Harcourt Brace, (1989), page 39.
[9] Dr. McNulty adds the names of plaintiffs identified in this case to the names harvested from the Internet sites. This is essentially an admission that list of names from the Internet sites is incomplete.

7

Somalis. An article in the *Los Angeles Times* indicates that this convention has been used with refugees from many countries since the end of the Vietnam War.[10]

My review of the people who were included in Greeley's Local 7 workforce indicates that 52% of blacks and 31% of Asians have recorded birth dates of January 1. Asians accounted for 26% of those with January 1 birth dates. Hispanics and whites accounted for another 3%. Blacks accounted for 71% of those who had January 1 birth dates. Because the January 1 birth date was found frequently among the Asians, my failure-time studies use a proxy group limited to blacks with recorded birth dates of January 1.

Using all blacks as a proxy group probably includes many people who were not Somali or Muslim. My review of the data indicates that only 60% of blacks had Muslim names, and only 70% had either a Muslim name or a recorded birth date of January 1.

Dr. McNulty also includes as a proxy group employees that he has characterized as "Plaintiffs." Attached as Exhibit 3 is a list of these employees.

### Other Criticisms

In my first two reports I criticized Dr. McNulty for his selective inclusion of some types of involuntary terminations in his counts of disciplinary actions but not others. I also pointed out that Dr. McNulty's discussions of the rationale in each report were not consistent. Dr. McNulty provides no defense of his choices in his June 2014 report. He does provide calculations using his incorrectly framed studies in which he finds higher discharge rates for his proxy groups when he uses the more complete definition of disciplinary terminations that I recommend. These provide no useful insight because he omits employees who did not terminate while they were in the Local 7 workforce.

Dr. McNulty also included studies using logit regression in his June 2014 report. He claims that these studies support his primary studies, which make no attempt to hold constant potentially confounding factors. But Dr. McNulty's logit results are based on data consisting only of terminated employees, just like the discharge percentages in his second and third reports. Because the studies are incorrectly designed, their results are irrelevant.

---

[10] January 1, 2010. http://articles.latimes.com/2010/jan/01/local/la-me-jan1-2010jan01, accessed on 7/21/14.

**Failure time analyses**

In my December 2013 report I provided results of a failure-time (or survival) analysis in Table 6. That analysis showed no statistically significant differences between any of the proxy groups and a reference group of non-black non-Asian employees. In his June 2014 report on pages 8 and 9 Dr. McNulty comments on that analysis and provides his own version, with modifications.

In his comments, Dr. McNulty notes that "the Cox proportional hazard model is relatively complex," and he quotes a reference text to the effect that "logistic regression may be preferred to survival analysis because of judicial familiarity." [Page 8]   However, the logistic regression that the authors of this book[11] had in mind does not remotely resemble the analysis Dr. McNulty performed and described on Pages 4 and 5.

The logistic substitute for survival analysis would contain a series of "snapshots" of the workforce at successive dates covering the study period. For example, these snapshots might be taken annually, monthly, or quarterly. Each would contain everyone employed on the snapshot date. The people experiencing disciplinary termination before the subsequent snapshot date would be flagged, and the percentages of each group discharged would be compared. Dr. McNulty's logistic models have one observation for each terminated person, and the comparison is the percentages discharged among those terminated. They are not remotely adequate substitutes for the failure-time model that I used.

With respect to the statement that the failure time analysis is complex, I described the unusual workforce dynamics at Greeley plant on pages 9 – 12 of my December 2013 report. As the plant transitioned from one shift to two, large numbers of new employees quit within weeks of being hired. Such high turnover makes the logistic approach less attractive. It would require snapshots at impractically short intervals, and it would not address the censoring problem, where the likelihood of discharge among people who resign or transfer out of Local 7 cannot be observed. I acknowledge that failure time analysis may be less familiar, but it is the best statistical framework for analyzing terminations in this case.

If one is looking for a simple comparison that is relevant to the issues in this case, I suggest Figure 4 in my December 2013 report. The charts in that figure show an increase in the

---

[11] Ramona L. Paetzold and Steven L. Willborn, *The Statistics of Discrimination: Using Statistical Evidence in Discrimination Cases* (2013-2014 Edition).

9

representation of blacks with Muslim names from 3% to 8% between January 2007 and October 2012. The representation of other blacks rose from under 1% to 6%. Assuming that Dr. McNulty's proxies have some validity, these changes are not consistent with a regime of discriminatory discharges of Somali Muslim employees.

**Treatment of Asians**

Dr. McNulty also objects to my exclusion of Asians from my failure time analysis. I did this because with respect to terminations, Asians are a very distinctive group, with quit and discharge rates dramatically lower than any other race or ethnic group. I described the statistical disparities between Asians and other groups in footnote 20 on page 14 of my December 2013 report, where I noted that the discharge ratios of both Hispanics and blacks with respect to Asians were 11 standard deviations from parity, while the ratio for whites was almost 14 standard deviations from parity.

Below I discuss a series of studies that consider disciplinary terminations for each race/ethnic group individually relative to the proxy groups. This allows me to include the Asians in the study, but it will put their experience in context with other individual groups, rather than combining everyone who is not black or Somali into a single undifferentiated aggregate. In this framework, for each proxy group I calculate a discharge ratio for each race/ethnic group; that ratio, and its associated standard deviation, will summarize the comparison of discharge rates between the proxy group and the specific race group. In this framework, if the EEOC's allegations are true, the discharge ratios for all major race groups will be greater than 1.0 and the difference between the observed ratio and 1.0 will be statistically significant.

Table 5 shows the results of such an analysis. It contains four panels, one for each proxy group. A discharge ratio of 1.0 would indicate parity for the proxy group relative to the race/ethnic group. A discharge ratio greater than 1.0 indicates a higher discharge rate for the proxy group relative to the race/ethnic group in question – a finding that is disadvantageous to the proxy group. A discharge ratio between 0 and 1.0 indicates the reverse – a situation where the comparison favors the proxy group.

In the first panel, where the proxy group is all blacks, the discharge ratio in the first row – for blacks relative to Asians – is 7.768. Since this number is above 1.0, the ratio indicates a higher rate of disciplinary terminations for blacks than for Asians. The statistical test shows the

difference from parity is over 11 standard deviations. Because this is much greater than 2.0, it is highly significant statistically. Thus, the comparison shows the discharge rate is higher for blacks than for Asians. (Note that this is the same result that I reported in footnote 20 of my second report.)

The second row in the first panel, which shows the comparison between blacks and whites, has a discharge ratio of 0.592, indicating blacks are discharged at *lower* rates than whites. The significance test shows the difference from parity is over two standard deviations in absolute value, so it is statistically significant.

The third and fourth rows in the first panel show that the discharge ratios for blacks relative to Hispanics and relative to other races are just above 1.0 and that the differences from parity are less than two standard deviations. Thus, the discharge probability is not statistically significantly higher for blacks than for Hispanics or the "Other" race group. Consequently, the only race group to have a significantly lower discharge rate than blacks is Asians.

The pattern of results in the first panel is repeated for the other proxy groups. For each proxy, the discharge ratio is significantly above 1.0 for Asians, significantly below 1.0 for whites, and not significantly different from 1.0 for Hispanics and Others. Thus, the only race/ethnic group for which the comparison is consistent with the EEOC's allegations is Asians.

I am not aware of any evidence or allegations that the low discharge rates for Asians are due to preferential treatment. Thus, if Asians are the only group with a significant disparity relative to blacks and the other Somali/Muslim proxy groups, and if Asian discharges are below every other race/ethnic group in the Greeley Local 7 workforce, I see no reason to conclude that the comparisons between the proxy groups and Asians represent evidence of discrimination against Somali/Muslims with respect to disciplinary terminations. It was this perspective that led me to present the analyses excluding Asians in Table 6 of my December 2013 report.

A further consideration along this line is that the discharge ratios between the proxy groups and the Greeley plant's largest race/ethnic group – Hispanics – are not far from parity and are not statistically significant. The representation of Hispanics ranged from 87% at the beginning of the study period (January 2007) to 62% at the end (October 2012). The representation of Asians has always been lower, increasing from less than 1% at the beginning to 18% at the end.

11

**Dr. McNulty's Failure Time Study**

Dr. McNulty implements his own version of my failure time analysis in which he keeps the 96 terminations on September 10, 2008 in the data. An analogy to this decision is to put an NBA All Star on a high school basketball team and then try to judge the abilities of the other players from the scores in games. The team with the All Star will win all its games by large margins, but one cannot conclude anything about the abilities of the high school players from that observation. So, of course, Dr. McNulty finds that discharge rates for his proxy groups are significantly higher than the rates for other JBS employees. But this does not tell us anything about the relative discharge rates on dates other than September 10, 2008.

## Conclusions

Dr. McNulty's analyses in all three of his reports fail to address, much less support, the allegations raised by the EEOC. The EEOC cites his results in support of its claim that "Discovery has borne out EEOC's allegation of discrimination and retaliation occurring both before and after Ramadan 2008." This is simply wrong since all of his studies include the 2008 Ramadan terminations. Furthermore, Dr. McNulty has designed his studies incorrectly. In his second and third reports he leaves out people who did not terminate while in the relevant workforce, thereby refusing to consider all employees who were at risk of termination. Finally, his proxies for the groups that are allegedly the targets of the defendant's discriminatory conduct are constructed in an ad hoc fashion without foundation or analysis. Thus, there is no basis to conclude that he has accurately identified the groups experiencing the alleged disparate treatment.

In addition, Dr. McNulty regards any racial or ethnic differences in discharge probabilities as evidence of discrimination. In my failure-time studies of non-Ramadan discharge propensities for individual groups, I find that whites had the highest risk of disciplinary termination, while Asians had the lowest. Discharge risks for blacks and the other proxy groups were below those of whites, above those of Asians, and were not statistically different from the risks for Hispanics, who constituted a majority of the employees at the Greeley plant. These patterns cannot support a claim of discrimination on the basis of race, religion, or national origin.

12

Michael P. Ward, Ph. D.
July 23, 2014

13

**Table 1. Examples Showing the Unreliability of McNulty's Measure of Discharge Rates**

| | (1) | (2) | (3) | (4) | (5) | Discharge Rate | |
| | | | | Total | | | |
| Group | Discharges | Other Terms | Still Employed | Terminations (1) + (2) | Total At Risk (1)+(2)+(3) | Per McNulty (1) / (4) | Actual (1) / (5) |
| | | | | *Example 1* | | | |
| 1 | 2,000 | 2,000 | 1,000 | 4,000 | 5,000 | 50% | 40% |
| 2 | 700 | 700 | 1,300 | 1,400 | 2,700 | 50% | 26% |
| | | | | *Example 2* | | | |
| 1 | 5,000 | 10,000 | 10,000 | 15,000 | 25,000 | 33% | 20% |
| 2 | 500 | 500 | 1,500 | 1,000 | 2,500 | 50% | 20% |

## Table 2. 2008 Ramadan Terminations Relative to Monthly Average Discharge Frequency

| McNulty Proxy | 2008 Ramadan Discharges | Monthly Mean, Other Discharges | Ratio |
|---|---|---|---|
| | *Using McNulty's Definition of Disciplinary Terminations* | | |
| Blacks | 95 | 3.12 | 30.5 |
| Muslim Name | 92 | 2.37 | 38.9 |
| Jan 1 Birth Date | 71 | 2.14 | 33.2 |
| All Three | 68 | 1.86 | 36.5 |
| | *Using My Definition of Disciplinary Terminations* | | |
| Blacks | 95 | 4.28 | 22.2 |
| Muslim Name | 92 | 3.19 | 28.8 |
| Jan 1 Birth Date | 71 | 2.88 | 24.6 |
| All Three | 68 | 2.48 | 27.4 |

## Table 3. 2008 Ramadan Discharges – Difference from Monthly Mean in Standard Deviations

| McNulty Proxy | 2008 Ramadan Discharges * | All Other Discharges | | | 9/10/08 Discharges - Monthly Mean | |
|---|---|---|---|---|---|---|
| | | Monthly Mean | Monthly Standard Deviation | Difference | Difference | Difference in Standard Deviations |
| | | *Using McNulty's Definition of Disciplinary Terminations* | | | | |
| Blacks | 95 | 3.12 | 2.64 | 91.88 | 34.76 | |
| Muslim Name | 92 | 2.37 | 2.06 | 89.63 | 43.55 | |
| Jan 1 Birth Date | 71 | 2.14 | 1.89 | 68.86 | 36.45 | |
| All Three | 68 | 1.86 | 1.66 | 66.14 | 39.87 | |
| | | *Using My Definition of Disciplinary Terminations* | | | | |
| Blacks | 95 | 4.28 | 2.16 | 90.72 | 42.02 | |
| Muslim Name | 92 | 3.19 | 1.63 | 88.81 | 54.65 | |
| Jan 1 Birth Date | 71 | 2.88 | 1.54 | 68.12 | 44.15 | |
| All Three | 68 | 2.48 | 1.37 | 65.52 | 47.93 | |

* Terminated on 9/10/2008 for Violation of Policy/Misconduct

**Table 4. Statistical Analysis of Disciplinary Terminations Before and After Sept 10, 2008**

| Protected Group Proxy | Before | | After | |
| --- | --- | --- | --- | --- |
| | Discharge Ratio | Standard Deviations | Discharge Ratio | Standard Deviations |
| All Blacks | 1.077 | 0.58 | 0.879 | -1.65 |
| All with Somali/Muslim Names | 1.032 | 0.20 | 0.927 | -0.85 |
| Blacks with Somali/Muslim Names | 1.065 | 0.40 | 0.968 | -0.36 |
| Blacks with Jan 1 Birthdate | 1.017 | 0.10 | 0.831 | -1.85 |
| Blacks with Somali/Muslim Names & Jan 1 Birthdate | 1.203 | 1.07 | 0.932 | -0.66 |

## Table 5.  Failure Time Analyses
### Proxy Groups vs.
### Individual Race Groups

**Proxy:  Blacks**

|  | Discharge Ratios | Standard Deviations |
|---|---|---|
| Asian | 7.768 | 11.02 |
| White | 0.592 | -6.13 |
| Hispanic | 1.035 | 0.49 |
| Other | 1.098 | 0.34 |

**Proxy:  Employees with Muslim Names**

|  | Discharge Ratios | Standard Deviations |
|---|---|---|
| Asian | 8.240 | 10.94 |
| White | 0.609 | -5.26 |
| Hispanic | 1.083 | 0.99 |
| Other | 1.130 | 0.44 |

**Proxy:  Blacks with Muslim Names**

|  | Discharge Ratios | Standard Deviations |
|---|---|---|
| Asian | 8.570 | 11.26 |
| White | 0.642 | -4.67 |
| Hispanic | 1.134 | 1.54 |
| Other | 1.192 | 0.63 |

**Proxy:  Blacks with January 1 Birthdates**

|  | Discharge Ratios | Standard Deviations |
|---|---|---|
| Asian | 7.547 | 10.43 |
| White | 0.563 | -5.66 |
| Hispanic | 0.989 | -0.13 |
| Other | 1.039 | 0.14 |

## Table 5.  Failure Time Analyses
### Proxy Groups vs.
### Individual Race Groups

**Proxy:  Blacks with Muslim Names and January 1 Birthdates**

|          | Discharge Ratios | Standard Deviations |
|----------|------------------|---------------------|
| Asian    | 8.590            | 10.98               |
| White    | 0.641            | -4.23               |
| Hispanic | 1.129            | 1.30                |
| Other    | 1.186            | 0.60                |

Notes:

1. A discharge ratio of 1.000 indicates parity. A ratio above 1.000 indicates a disparity to the disadvantage of the proxy group.

2. Differences from parity below 2.0 standard deviations (in absolute vale) are not statisitically significant.

EXHIBIT 1

## LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|------|------|------|----------|-------|
| Deposition | 6/23/2014 | Barr Segal v. The TCW Group | | |
| Trial | 6/19/2014 | Karl McClain v. Pacific Maritime Association, et al. | 56-2013-00437691-CU-WT-VTA | Superior Court of California, County of Ventura |
| Deposition | 5/21/2014 | Karl McClain v. Pacific Maritime Association, et al. | 56-2013-00437691-CU-WT-VTA | Superior Court of California, County of Ventura |
| Deposition | 5/16/2014 | Stella Tommasi, Ph.D. v. Beckman Research Institute of the City of Hope, et al. | BC505164 | Superior Court of California; County of Los Angeles |
| Deposition | 4/30/2014 | Andrew Allen, et al. v. American Multi-Cinema, Inc. | RG-11585502 | Superior Court of California; County of Alameda |
| Deposition | 4/2/2014 | Tameifuna v. Sunrise Senior Living Management, Inc. | 2:13-cv-06294-JAK-PLA | United States District Court; Central District of California, Western Division |
| Deposition | 4/2/2014 | Shiferaw v. Sunrise Senior Living Management, Inc. | 2:13-cv-02171-JAK-PLA | United States District Court; Central District of California, Western Division |
| Deposition | 3/31/2014 | Don Hanks v. Amgen USA, Inc. | 56-2009-00342748-CU-WT-VTA | Superior Court of California; County of Ventura, Unlimited Civil Jurisdiction |
| Trial | 2/20/2014 | Bobby Dean Nickel v. Staples Contract & Commercial, Inc., et al. | BC481391 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 1/6/2014 | Chen-Oster, et al. v. Goldman Sachs & Co., et al. | 10-CV-06950(LBS) | United States District Court; Southern District of New York |
| Deposition | 12/18/2013 | Equal Employment Opportunity Commission v. Sterling Jewelers, Inc. | 08-CV-0706 (A)(M) | United States District Court; Western District Court of New York |
| Deposition | 12/18/2013 | Laryssa Jock, et al. v. Sterling Jewelers, Inc. | 11 160 00655 08 | American Arbitration Association |
| Deposition | 12/3/2013 | Bobby Dean Nickel v. Staples Contract & Commercial, Inc., et al. | BC481391 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 9/17/2013 | Denise Rhodes v. Dyson, Inc. | 00553521 | Superior Court of California; County of Orange |
| Deposition | 8/13/2013 | Deloitte Financial Advisory Services, LLP v. Jay Sonbolian | BC487440 | Superior Court of California; County of Los Angeles |
| Deposition | 8/9/2013 | Denise Rhodes v. Dyson, Inc. | 00553521 | Superior Court of California; County of Orange |
| Arbitration | 3/15/2013 | Gilbert K. Moran, M.D. v. Southern California Permanente Medical Group, et al. | 72 160 00280 12 MATU | American Arbitration Association |
| Deposition | 2/15/2013 | Phil Huggins v. Warner Brothers Studio Facilities | BC478514 | Superior Court of California; County of Los Angeles |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Deposition | 1/7/2013 | Danielle Malihoit v. Home Depot U.S.A., Inc. (Matter #EL-11-04-01080) | CV11-03892-AHM | United States District Court; Central California |
| Deposition | 10/19/2012 | Maher Habashy, et al. v. Farmers Group, Inc., et al. | BC 443190 | Superior Court of California; County of Los Angeles |
| Trial | 7/17/2012 | Palma v. Rite Aid Corporation | BC 465411 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 6/8/2012 | Palma v. Rite Aid Corporation | BC 465411 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 5/23/2012 | Openshaw v. FedEX Ground Package System, Inc. | SACV 10-0689 CJC (SSx) | United States District Court; Central District of California |
| Trial | 4/9/2012 | David Coppedge v. Jet Propulsion Laboratory, et al. | BC435600 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 2/1/2012 | Ellis v. Les Schwab Tire Centers of Portland, Inc. | 0809-12701 | Circuit Court for the State of Oregon; County of Multnomah |
| Deposition | 1/24/2012 | David Coppedge v. Jet Propulsion Laboratory, et al. | BC435600 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 10/24/2011 | Marina Puchalski, et al. v. Taco Bell Corp. | GIC 870429 | Superior Court of California; County of San Diego |
| Deposition | 8/3/2011 | Lashone Purnell v. Sunrise Senior Living | SACV10-897 JAK (MLGx) | United States District Court; Central District of California, Southern Division |
| Deposition | 5/13/2011 | Cynthia Aspinwall v. Kaiser Foundation Health Plan, Inc. (eCounsel No. 10-36893) | BC430696 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 3/1/2011 | Roy D. Taylor, et al. v. FedEx Freight West, Inc. | 5:10-CV-02118 LHK | United States District Court; Northern District of California |
| Trial | 12/15/2010 | Abney & Rodriguez v. California State University | BC402504 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 11/29/2010 | Abney & Rodriguez v. California State University | BC402504 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 11/10/2010 | Shigemitsu v. California Department of Real Estate | BC 420362 | Superior Court of California; County of Los Angeles |
| Deposition | 9/20/2010 | Rodrigo Flores v. Merced Irrigation District | 1:090CV-01539-LJO-DLB | United States District Court; Eastern District of California, Fresno Division |
| Trial | 6/24/2010 | Robert Oberto v. California Institute of Technology (CalTech) | BC 105007 | Superior Court of California; County of Los Angeles |
| Deposition | 5/26/2010 | Robert Oberto v. California Institute of Technology (CalTech) | BC 105007 | Superior Court of California; County of Los Angeles |
| Deposition | 5/11/2010 | Rodrigo Flores & Lamonte Tumbling v. Merced Irrigation District, et al. | 1:09-cv-01539 | United States District Court; Eastern District of California, Fresno Division |

EXHIBIT 1
LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Trial | 3/22/2010 | Aerotek, Inc. v. The Johnson Group Staffing Company, Inc. & Michael Ponce | 2007-00540602 | Superior Court of California; County of Sacramento |
| Deposition | 2/23/2010 | EEOC (Jill Patricot, et al) v. Bloomberg, L.P. | 07-CV-8383 (LAP)(HP) | United States District Court; Southern District of New York |
| Trial | 2/18/2010 | Jeanette A. Ybarra v. Dacor Holdings, Inc., et al. | KC 054144 | Superior Court of California; County of Los Angeles, East District |
| Deposition | 1/15/2010 | J. Steven Willey, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | Superior Court of California; County of Contra Costa |
| Deposition | 1/6/2010 | Michael Weigele v. FedEx Ground Package System, Inc. | 06 CV 1330 JM (POR) | United States District Court; Southern District of California |
| Deposition | 12/14/2009 | EEOC (Jill Patricot, et al) v. Bloomberg, L.P. | 07-CV-8383 (LAP)(HP) | United States District Court; Southern District of New York |
| Arbitration | 11/17/2009 | Aaron Leone v. Washington Mutual | 07-02333 | Financial Industry Regulatory Authority Dispute Resolution—Arbitration |
| Deposition | 10/30/2009 | Barbara A. Myers v. Baxter Bioscience, et al. | CV 08-05610 AHM (Manx) | Superior Court of the State of California for the County of Ventura |
| Deposition | 9/9/2009 | Tyson Multi-District Litigation (Matter #2007-01981) | 4:07-md-01854-CDL | United States District Court for the Middle District of Georgia Columbus Division |
| Deposition | 7/10/2009 | Albert Cicairos, et al. v. Summit Logistics, Inc. | CV 028541 | Superior Court of California; County of San Joaquin, Stockton Branch |
| Trial | 7/8/2009 | Mamou v. Trendwest Resorts, Inc. and Kevin Fiore | 1-05-CV-053162 | Superior Court of; County of Santa Clara |
| Deposition | 6/10/2009 | Wade E. Jensen, et al. v. Solvay America, Inc., et al. | 06CV-273 | United States District Court for the District of Wyoming |
| Deposition | 6/2/2009 | Mamou v. Trendwest Resorts, Inc. and Kevin Fiore | 1-05-CV-053162 | Superior Court of; County of Santa Clara |
| Trial | 5/14/2009 | Michael Marto v. United Parcel Service, Inc. | CV 03-04336 | United States District Court, Central District of California Western Division |
| Deposition | 3/17/2009 | She She Strawder v. Pacific Sunwear Stores Corporation | BC356891 | Superior Court of the State of California for the County of Los Angeles |
| Trial | 3/4/2009 | J. Steven Willey, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | Superior Court of California; County of Contra Costa |
| Trial | 2/21/2009 | Jason Merridth v. United Airlines, Inc. | BC 383544 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Deposition | 2/6/2009 | Jason Merridth v. United Airlines, Inc. | BC 383544 | Superior Court of the State of California for the County of Los Angeles - Central District |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|------|------|------|----------|-------|
| Deposition | 2/4/2009 | Aerotek, Inc. v. The Johnson Group Staffing Company, Inc. & Michael Ponce | 2007-00540602 | Superior Court of California; County of Sacramento |
| Deposition | 1/30/2009 | J. Steven Willey, et al. v. Trendwest Resorts, Inc., et al. | C05-01991 | Superior Court of California; County of Contra Costa |
| Deposition | 1/15/2009 | Melissa Schueler, et al. v. H&R Block Mortgage Corporation, et al. (Matter #2008-03710) | SACV07-342 CJC (MLGx) | United States District Court - Central District of California |
| Deposition | 12/5/2008 | Shana White v. Mrs. Gooch's Natural Foods Market, Inc. et al. | BC380974 | Superior Court of the State of California County of Los Angeles |
| Deposition | 10/15/2008 | Schmitt and Walsh v. Levi Strauss, et al. | 5:04-CV-01026 RMW | Superior Court of the State of California Northern District of California |
| Trial | 10/8/2008 | Kenneth Hodge, et al. v. Aon Insurance Services | BC285725 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 8/22/2008 | Kenneth Hodge, et al. v. Aon Insurance Services | BC285725 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 8/13/2008 | Wayne Tomlinson, et al. v. El Paso Corporation, et al. | 04-z-2686 (oes) | The United States District Court for the District of Colorado |
| Trial | 7/15/2008 | Irvin Strub, M.D. v. Southern California Permanente Medical Group, et al. | BC355468 | Superior Court of the State of California for the County of Los Angeles |
| Deposition | 7/9/2008 | Brenda Goodwin v. Bank of America, N.A. | CV07-1089 GPS (Ex) | United States District Court for the Central District of California |
| Arbitration | 5/30/2008 | Gwen Myles v. Blue Cross of California, et al. | 1220035953 | In Arbitration (JAMS) |
| Deposition | 5/22/2008 | Jasmen Holloway, et al. v. Best Buy Company, Inc. Consulting | C305o06056 | Northern District of California San Francisco Oakland Division |
| Trial | 5/13/2008 | Lenzel Brown v. Temple-Inland dba TIN and Eddie Hernandez | RCV 099752 | Superior Court of California for the County of Riverside, West Division |
| Deposition | 4/1/2008 | Lenzel Brown v. Temple-Inland dba TIN and Eddie Hernandez | RCV 099752 | Superior Court of California for the County of Riverside, West Division |
| Trial | 3/18/2008 | Chau v. Starbucks Coffee Company | GIC 836925 | Superior Court of the State of California, County of San Diego |
| Trial | 3/17/2008 | Chau v. Starbucks Coffee Company | GIC 836925 | Superior Court of the State of California, County of San Diego |
| Deposition | 3/12/2008 | Chau v. Starbucks Coffee Company | GIC 836925 | Superior Court of the State of California, County of San Diego |
| Deposition | 3/10/2008 | Chau v. Starbucks Coffee Company | GIC 836925 | Superior Court of the State of California, County of San Diego |
| Deposition | 2/22/2008 | Irvin Blake, et al. v. Nevada Department of Corrections, et al. | 2:05-CV-01412 | United States District Court for the District of Nevada |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY

PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Trial | 1/25/2008 | Catherine Y. McCoy v. Pacific Maritime Association, et al. | BC346725 | Superior Court of the State of California County of Los Angeles |
| Deposition | 1/24/2008 | Ban Vaughn v. CNA Casualty of California | 06CC08932 | Superior Court of the State of California County of Orange Unlimited Civil Case |
| Deposition | 12/8/2007 | Lund v. Sprint | BC 360545 | Superior Court of California; County of Los Angeles |
| Deposition | 11/14/2007 | Alvarado v. Costco | | |
| Deposition | 10/1/2007 | Olivia Leulu v. Whole Foods, Inc., et al. | BC 363287 | Superior Court of the State of California for the County of Los Angeles |
| Deposition | 9/25/2007 | Grimes v. UPS | 05-cv-01824-CRB | United States District Court for the Northern District of California San Francisco Division |
| Deposition | 9/7/2007 | Fielder v. Congregational Homes | KC048350G | Superior Court of the State of California, County of Los Angeles |
| Deposition | 7/24/2007 | Jerry Rose v. RSI Holding Company, et al. | Ref No 1200037934 | Judicial Arbitration and Mediation Services |
| Trial | 7/10/2007 | Kane, et al. v. Kelly Services, Inc. | 03-70691 | United States District Court; Eastern District of Michigan |
| Arbitration | 6/27/2007 | Glenn Goldenberg v. UPS | 1420014728 | Judicial Arbitration and Mediation Service |
| Deposition | 6/8/2007 | Lynn Jenkins v. MGA Entertainment | | Arbitration |
| Arbitration | 6/5/2007 | Jeannette Torrado Nevarez v. Methodist Hospital, et al. | BC 331425 | Arbitration of Claims before Honorable Luis Cardenas |
| Deposition | 3/27/2007 | Kane, et al. v. Kelly Services, Inc. | 03-70691 | United States District Court; Eastern District of Michigan |
| Trial | 3/13/2007 | Jim Leung v. Millennium Biltmore Hotel Los Angeles, et al. | BC323270 | Superior Court of the State of California for the County of Los Angeles Los Angeles Courthouse |
| Trial | 3/8/2007 | Irene Mutuc, et al. v. Huntington Hospital | BC288727 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Trial | 3/7/2007 | Irene Mutuc, et al. v. Huntington Hospital | BC288727 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Deposition | 3/6/2007 | Tizanado v. Quest Diagnostics Inc., et al. | BC 344436 | Superior Court of the State of California for the County of Los Angeles |
| Deposition | 2/25/2007 | Irene Mutuc, et al. v. Huntington Hospital | BC288727 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Deposition | 1/8/2007 | Wayne DeShera, et al. v. California State Automobile Association Inter-Insurance Bureau, et al. | RG06239659 | Superior Court of the State of California in and For the County of Alameda |
| Deposition | 12/6/2006 | Jeannette Torrado Nevarez v. Methodist Hospital, et al. | BC 331425 | Arbitration of Claims before Honorable Luis Cardenas |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|------|------|------|----------|-------|
| Arbitration | 12/1/2006 | Tom Crews v. Buck Consultants, Inc., et al. | 72 160 00615 03 SHST | American Arbitration Association |
| Deposition | 11/17/2006 | Federico Balet v. Colorado Rockies Baseball Club, Ltd., et al. | 05-215570 | Superior Court of California for the County of Los Angeles |
| Trial | 11/6/2006 | Linda S. Selbach v. Barclay Global Investors, NA, et al. | CGC 05-444027 | In the Superior Court for the State of California, In and for the County of San Francisco |
| Deposition | 9/22/2006 | Linda S. Selbach v. Barclay Global Investors, NA, et al. | CGC 05-444027 | In the Superior Court for the State of California, In and for the County of San Francisco |
| Deposition | 7/19/2006 | Irene Mutuc, et al. v. Huntington Hospital | BC288727 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Trial | 6/23/2006 | Karen Peled, et al. v. Spectrum Women's Health Care Medical Group | BC 323902 | Superior Court of the State of CA, For the County of Los Angeles |
| Arbitration | 6/22/2006 | David Thomas v. Slauson Transmission Parts | 1220031809 | Arbitration (JAMS) |
| Deposition | 5/2/2006 | Glen Ross v. Nokia, Inc., et al. | CV 05-3112 RSWL | United States District Court for the Central District of California |
| Deposition | 4/25/2006 | David Thomas v. Slauson Transmission Parts | 1220031809 | Arbitration (JAMS) |
| Deposition | 4/18/2006 | Karl Warmsley, et al. v. Target Corporation, et al. | BC325138 | Superior Court of the State of California for the County of Los Angeles - Central District |
| Deposition | 2/24/2006 | Ann Marie Gallant v. City of Carson, et al. | BC 309168 | Superior Court of the State of California for the County of Los Angeles |
| Trial | 1/23/2006 | Wilton Anderson v. CA State Univ, et al. (Dckt #06164 190 SD2004CV0015) | GIC 819563 | Superior Court of California; County of San Diego |
| Trial | 12/13/2005 | Williams v. The Boeing Company - Nationwide Race Case (Matter ID 004226) | C98-761P | United States District Court; Western District of Washington at Seattle |
| Arbitration | 11/28/2005 | Donna Makhlouf v. Rosenthal & Aronson, Inc., et al. | | Arbitration |
| Deposition | 11/9/2005 | Wilton Anderson v. CA State Univ, et al. (Dckt #06164 190 SD2004CV0015) | GIC 819563 | Superior Court of California; County of San Diego |
| Trial | 10/31/2005 | Jane Doe v. NPR of America Inc. | BC316617 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 10/19/2005 | Brenda McAllister v. Trendwest Resorts, Inc. | 03-1662-HA | United States District Court; District of Oregon |
| Deposition | 10/10/2005 | Gorman, et al. v. Kornick & Bourgeois, LLC | YC043494 | Los Angeles County Superior Court |
| Trial | 9/1/2005 | Mahmoud Rabani v. Vought Aircraft Industries Inc. et al | BC317775 | Superior Court of California; County of Los Angeles |

EXHIBIT 1
LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|------|------|------|----------|-------|
| Trial | 8/31/2005 | Zakiyyah Muhammad, Ed.D. v. Islamic Society of Orange County, et al. | 04CC02268 | Superior Court of California; County of Orange, Central Justice Center |
| Deposition | 8/16/2005 | Emma Lee Anderson, et al. v. The Boeing Company, et al. | 02 CV 196 EA | United States District Court, Northern District of Oklahoma |
| Deposition | 8/5/2005 | Rita Oliai v. Coram Healthcare Corporation, et al. | CV-99-08032 AHM (CWX) | United States District Court; Central District of California |
| Deposition | 8/4/2005 | David Folck v. Northridge Hospital Medical Center, et al. | PC 035616 | Superior Court of California; County of Los Angeles |
| Deposition | 7/7/2005 | Williams v. The Boeing Company - Nationwide Race Case (Matter ID 004235) | C98-761P | United States District Court; Western District of Washington at Seattle |
| Trial | 6/17/2005 | Kenneth Hodge, et al. v. Aon Insurance Services | BC265725 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 5/12/2005 | Salvador Basurto v. Imperial Irrigation District | ECU01967 | Superior Court of California; County of Imperial |
| Deposition | 5/11/2005 | Paule Hurpia v. Universal Church and Total Digital | BC316532 | Superior Court of California; County of Los Angeles |
| Deposition | 5/10/2005 | Kenneth Hodge, et al. v. Aon Insurance Services | BC265725 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 5/9/2005 | Zakiyyah Muhammad, Ed.D. v. Islamic Society of Orange County, et al. | 04CC02268 | Superior Court of California; County of Orange, Central Justice Center |
| Trial | 4/20/2005 | Jasmine Velasco v. Delano Regional Medical Center, et al. | 252144-SPC | Superior Court of California; County of Kern |
| Arbitration | 3/14/2005 | JAFCO America Ventures v. Federal Insurance Company | | American Arbitration Association (Commercial Arbitration Rules) |
| Deposition | 3/7/2005 | Jasmine Velasco v. Delano Regional Medical Center, et al. | 252144-SPC | Superior Court of California; County of Kern |
| Trial | 3/1/2005 | George Wheeler, et al. v. United Parcel Service, Inc. | GIC 813450 | Superior Court of the State of California; County of San Diego |
| Deposition | 2/25/2005 | La Barbara Knox v. Victor Valley Community Hospital | VCVVS 027988 | Superior Court of California; County of San Bernardino, Victorville Branch |
| Deposition | 1/21/2005 | Michael Marlo v. United Parcel Service, Inc. | CV 03-04336 | United States District Court; Central District of California |
| Deposition | 1/17/2005 | Kelvin Winters v. International Business Machines, Inc. | BC311345 | Superior Court of California; County of Los Angeles |
| Trial | 11/15/2004 | Kenneth James Harris, D.D.S. v. Nobel Biocare USA, Inc. | 03CC12478 | Superior Court of California; County of Orange |

EXHIBIT 1
LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Deposition | 10/11/2004 | Kenneth James Harris, D.D.S. v. Nobel Biocare USA, Inc. | 03CC12478 | Superior Court of California; County of Orange |
| Trial | 9/30/2004 | Olha Moran v. Avaya, Inc. | GIC 814260 | Superior Court of California; County of San Diego |
| Deposition | 9/29/2004 | Annisa Mayer v. Computer Sciences Corporation, et al. | CGC 03422578 | Superior Court of California; County of San Francisco |
| Deposition | 9/8/2004 | Olha Moran v. Avaya, Inc. | GIC 814260 | Superior Court of California; County of San Diego |
| Deposition | 8/27/2004 | Jose Parra and Gonzalo Estrada v. Bashas', Inc. | CIV 02-0591-PHX-RCB | United States District Court; District of Arizona |
| Trial | 6/24/2004 | Anthony Estrada, et al. v. RPS, Inc. | BC 210130 | Superior Court of the State of California in and for the County of Los Angeles-Central District |
| Trial | 5/24/2004 | Khalil Nouri, et al. v. The Boeing Company, et al. | C99-1227L | United States District Court; Western District of Washington |
| Arbitration | 5/20/2004 | Trailer Park, Inc. v. Jamie Bradshaw and Ignition Creative LLC | JAMS Ref No. 1220030728 | JAMS Arbitration; Los Angeles |
| Deposition | 5/17/2004 | Donna Makhlouf v. Rosenthal & Aronson, Inc., et al. | JAMS Ref No. 1220030728 | Arbitration |
| Deposition | 5/7/2004 | Khalil Nouri, et al. v. The Boeing Company, et al. | C99-1227L | United States District Court; Western District of Washington |
| Trial | 4/30/2004 | Gee G. Jones v. The Boeing Company, et al. | NC031747 | Superior Court of California; County of Los Angeles |
| Deposition | 4/13/2004 | Trailer Park, Inc. v. Jamie Bradshaw and Ignition Creative LLC | JAMS Ref No. 1220030728 | JAMS Arbitration; Los Angeles |
| Deposition | 2/16/2004 | Mary Beck, et al. v. The Boeing Company, et al. | C99-1836L | United States District Court; Western District of Washington at Seattle |
| Deposition | 2/11/2004 | Mindy Benson v. Computer Sciences Corporation | BC 286575 | Superior Court of California; County of Los Angeles |
| Trial | 2/3/2004 | Barbara Tiegs v. Bank of America Corporation | 02CC11078 | Superior Court of California; County of Orange, Central Justice Center |
| Deposition | 2/2/2004 | Patricia Ann Warren v. AT&T Corporation | BC 289090 | Superior Court of California; County of Los Angeles |
| Trial | 1/14/2004 | Rene Passman v. County of Los Angeles, et al. | BC 288632 | Los Angeles Superior Court |
| Deposition | 1/6/2004 | Rene Passman v. County of Los Angeles, et al. | BC 288632 | Los Angeles Superior Court |
| Deposition | 12/16/2003 | Khalil Nouri, et al. v. The Boeing Company, et al. | C99-1227L | United States District Court; Western District of Washington |
| Deposition | 12/3/2003 | Elizabeth Weaver and David Feinman v. Cedars-Sinai Imaging Medical Group | BC 279501 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 11/26/2003 | Velma Levingston, et al. v. Albertson's Inc. | 8403124-6 | Superior Court of California; County of Alameda |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY

PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Trial | 11/18/2003 | Ruth Hobbs v. URS Corporation, et al. | CGC 02 410843 | Superior Court of California; County of San Francisco |
| Deposition | 10/23/2003 | Diane Y. Ghirardo v. University of Southern California | CV-02-05506 DT | United States District Court; Central District of California |
| Deposition | 10/20/2003 | Barbara Tiegs v. Bank of America Corporation | 02CC11078 | Superior Court of California; County of Orange, Central Justice Center |
| Trial | 10/16/2003 | Hamid Shariff v. Steelcase, Inc. | GIC 793641 | Superior Court of California; County of San Diego |
| Deposition | 10/15/2003 | Jeanne Jarviase, et al. v. RAND Corporation | 1:96CV2680 (HHG) | United States District Court; District of Columbia |
| Trial | 10/7/2003 | Paige 2 v. California Highway Patrol | | |
| Trial | 10/2/2003 | Edward M. Jennings v. Senao International/Engenius Supertel Technologies | 02CC01022 | Superior Court of California; County of Orange |
| Deposition | 10/1/2003 | Ruth Hobbs v. URS Corporation, et al. | CGC 02 410843 | Superior Court of California; County of San Francisco |
| Deposition | 9/15/2003 | Paige 2 v. California Highway Patrol | | |
| Deposition | 8/15/2003 | Lata v. Valley Presbyterian Hospital | LC 060540 | Superior Court of California; County of Los Angeles |
| Deposition | 3/14/2003 | Laura Warren v. Harry Mertz and Wiggins Lift Co., Inc. | 248687 RJA | Superior Court of California; County of Kern |
| Deposition | 8/6/2003 | Karen Yapp, et al. v. Union Pacific Railroad Company | 4:02 CV 00615 SNL | United States District Court; Missouri, Eastern Division |
| Trial | 6/18/2003 | Roger Heath v. Catalina Pacific Cement Company | BC 234991 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 5/29/2003 | Christopher Fisher v. Lurie MD, et al. | TC 014229 | Superior Court of California; County of Los Angeles, South Central |
| Deposition | 5/27/2003 | Mary Armstrong v. Packard Hughes Interconnect | 01CC12977 | Superior Court of California; County of Orange |
| Deposition | 3/31/2003 | Leslie Gold v. Torrex Equipment Corporation | 2001-029563 | Superior Court of California; County of Alameda |
| Deposition | 2/28/2003 | Roger Heath v. Catalina Pacific Cement Company | BC 234991 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 2/7/2003 | Karen Daily v. Kaiser Foundation Hospitals, et al. | BC 234153 | Superior Court of California; County of Los Angeles |
| Deposition | 1/28/2003 | Harold Haddock, et al. v. Thrifty Payless, Inc. | CIV S-98-1572 FCD DAD | United States District Court; Eastern District, State of California |
| Deposition | 1/23/2003 | Michael Bury, et al. v. Disneyland | 00CC05201 | Superior Court of California; County of Orange |

EXHIBIT 1

LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|---|---|---|---|---|
| Trial | 1/22/2003 | Consortium Information Services, Inc. v. Credit Data Services, Inc. | SA 01-985 DOC (MLGx) | United States District Court; Central District of California Southern Division |
| Deposition | 1/21/2003 | Christopher Fisher v. Lurie MD, et al. | TC 014229 | Superior Court of California; County of Los Angeles, South Central |
| Deposition | 1/7/2003 | Consortium Information Services, Inc. v. Credit Data Services, Inc. | SA 01-985 DOC (MLGx) | United States District Court; Central District of California Southern Division |
| Trial | 11/26/2002 | Anthony Randall, et al. v. Charles Kenneth Crane, et al. | BC 264331 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 11/11/2002 | Anthony Randall, et al. v. Charles Kenneth Crane, et al. | BC 264331 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 10/11/2002 | John P. Aiello v. San Francisco Chronicle | 320797 | Superior Court of California; County of San Francisco, Unlimited Jurisdiction |
| Deposition | 10/10/2002 | Cynthia Coleman and Jackie Higashiyama v. Los Angeles Police Relief Association, L.A.S.C. | BC245732 | Superior Court of California; County of Los Angeles |
| Trial | 9/30/2002 | Donald E. Long v. Disneyland Resorts, et al. | 01CC07824 | Superior Court of California; County of Orange |
| Deposition | 9/25/2002 | Judy E. Deneholtz v. The Walt Disney Company | BC246745 | Superior Court of California; County of Los Angeles, Central District |
| Trial | 9/17/2002 | Anthony Kelly v. United Parcel Service | BC247267 | Superior Court of the State of California; County of Los Angeles |
| Deposition | 9/3/2002 | Russell Samet v. Columbia West Hills Medical Center | LC 055 234 | Superior Court of California; County of Los Angeles |
| Deposition | 8/28/2002 | Phillip McKibbins v. IBM | CV 99-04465 CBM (AJWx) | United States District Court; Central District of California |
| Deposition | 8/26/2002 | Roger Heath v. Catalina Pacific Cement Company | BC 234991 | Superior Court of California; County of Los Angeles, Central District |
| Deposition | 8/13/2002 | Solomon Gottom, et al. v. Central Parking Systems, Inc. | 01-WM-1353 | United States District Court; District of Colorado |
| Deposition | 8/7/2002 | Zieminski v. TBG Insurance Service Corporation | BC 246390 | Superior Court of California; County of Los Angeles, Central Division |
| Trial | 8/1/2002 | Suzanne Doup v. Michael Hirsh and Hirsh Entertainment Group | BC 242393 | Superior Court of California; County of Los Angeles |
| Trial | 7/12/2002 | Charles Pennington and Willie Sims v. Clayton Industries, Inc., et al. | CV-00-12266 FMC (Ex) | United States District Court; Central District of California, Western Division |
| Trial | 7/2/2002 | Anthony W. Czarnik, Ph.D. v. Illumina, Inc. | GIC 763972 | Superior Court of California; County of San Diego |
| Trial | 6/17/2002 | Frank, et al. v. County of Los Angeles, et al. | BC 198771 | Superior Court of California; County of Los Angeles |

EXHIBIT 1
LIST OF CASES INVOLVING MICHAEL P. WARD'S TRIAL AND/OR DEPOSITION TESTIMONY
PRESENT TO 2002

| TYPE | DATE | CASE | CASE NO. | COURT |
|------|------|------|----------|-------|
| Deposition | 6/14/2002 | Frank, et al. v. County of Los Angeles, et al. | BC 198771 | Superior Court of California; County of Los Angeles |
| Trial | 5/29/2002 | Frank, et al. v. County of Los Angeles, et al. | BC 198771 | Superior Court of California; County of Los Angeles |
| Deposition | 5/20/2002 | Frank, et al. v. County of Los Angeles, et al. | BC 198771 | Superior Court of California; County of Los Angeles |
| Deposition | 5/10/2002 | Anthony Kelly v. United Parcel Service | BC247267 | Superior Court of the State of California; County of Los Angeles |
| Arbitration | 4/22/2002 | United States v. City of Warren | | U.S. District Court; Eastern District of Michigan, Southern Division |
| Deposition | 4/17/2002 | Marc A. Rifkin, M.D. v. Bosley Medical Group | BC 240798 | Superior Court of California; County of Los Angeles |
| Deposition | 4/16/2002 | Frank, et al. v. County of Los Angeles, et al. | BC 198771 | Superior Court of California; County of Los Angeles |
| Deposition | 3/18/2002 | Anthony W. Czarnik, Ph.D. v. Illumina, Inc. | GIC 763972 | Superior Court of California; County of San Diego |
| Trial | 3/5/2002 | Apple One Employment Services, LTD. v. Olsten Staffing, Inc., et al. | BC 200657 | Superior Court of California; County of Los Angeles |

**Exhibit 2**

**Documents and Materials Received**

Discrimination Analysis Supplement, Mark S. McNulty, June 23, 2014

Programs and logs provided by Mark S. McNulty, July 2, 2014

Complaint and Jury Trial Demand, 8/30/2010

PLAINTIFF EEOC'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT

**Exhibit 3**
**Employees Dr. McNulty Characterizes as "Plaintiffs"**

| Emp ID | Name 1 | Name 2 | Hire Date | DOB | Race |
|--------|--------|--------|-----------|-----|------|
| 3050992 | Osman,Ahmed Aden | AHMED OSMAN | 11/27/2006 | 1/1/1988 | Blk Af Am |
| 3052744 | Mohamed,Zuleka H | ZULEKA MOHAMED | 1/8/2007 | 1/1/1988 | Blk Af Am |
| 3053517 | Afrah,Abdi | | 1/22/2007 | 1/1/1945 | Blk Af Am |
| 3055147 | Hundule,Rashid Yusuf | | 3/12/2007 | 1/1/1945 | Blk Af Am |
| 3056452 | Aden,Nuho A | | 4/16/2007 | 6/25/1985 | Blk Af Am |
| 3059953 | Sheikh,Foos Nur | | 7/2/2007 | 10/21/1986 | Blk Af Am |
| 3060798 | Mohamed,Hodan A | | 7/23/2007 | 1/1/1989 | Blk Af Am |
| 3062364 | Salad,Saleban M | | 8/20/2007 | 4/12/1973 | Blk Af Am |
| 3062477 | Ibrahim,Irshad A | | 8/20/2007 | 1/1/1966 | Blk Af Am |
| 3062678 | Aden,Maryan | | 8/27/2007 | 1/1/1987 | Blk Af Am |
| 3062755 | Egal,Ahmed A | AHMED EGAL | 8/27/2007 | 6/20/1979 | Blk Af Am |
| 3062963 | Gelle,Abdiweli A | ABDIWELI GELLE | 9/4/2007 | 1/1/1983 | Blk Af Am |
| 3062969 | Sanweyne,Malyun A | MALYUN SANWEYNE | 9/4/2007 | 1/1/1984 | Blk Af Am |
| 3063008 | Aden,Muhumed | MUHUMED ADEN | 9/6/2007 | 1/1/1978 | Blk Af Am |
| 3063009 | Ali,Bilan A | | 9/4/2007 | 4/7/1969 | Blk Af Am |
| 3063036 | Jama,Mohamed | | 9/4/2007 | 1/1/1981 | Blk Af Am |
| 3063331 | Warsame,Amina | | 9/10/2007 | 1/1/1988 | Blk Af Am |
| 3063490 | Farah,Mohamednoor A | | 9/17/2007 | 1/1/1986 | Blk Af Am |
| 3063507 | Handule,Najima O | | 9/17/2007 | 12/15/1982 | Blk Af Am |
| 3063515 | Jama,Fatuma A | | 9/17/2007 | 1/1/1971 | Blk Af Am |
| 3063787 | Awl,Batula | | 9/24/2007 | 1/1/1945 | Blk Af Am |
| 3064191 | Omar,Qorane S | | 10/1/2007 | 10/21/1982 | Blk Af Am |
| 3064682 | Bare,Abdiamar H | | 10/15/2007 | 1/1/1984 | Blk Af Am |
| 3064690 | Hussein,Khadija | | 10/15/2007 | 1/1/1988 | Blk Af Am |
| 3065241 | Abdille,Jimale M | | 10/29/2007 | 1/1/1965 | Blk Af Am |
| 3065517 | Abdulkadir,Wali A | | 11/5/2007 | 1/1/1978 | Blk Af Am |
| 3065561 | Mursal,Fatuma Mohamed | | 11/5/2007 | 1/1/1971 | Blk Af Am |
| 3066635 | Mohamed,Safia f | | 12/3/2007 | 1/1/1980 | Blk Af Am |
| 3066671 | Abdille,Salado | SALADO ABDILLE | 12/3/2007 | 1/1/1949 | Blk Af Am |
| 3066750 | Maalin,Hibo H | | 12/3/2007 | 12/5/1988 | Blk Af Am |
| 3067302 | Aden,Ahmed | AHMED ADEN | 12/17/2007 | 1/1/1985 | Blk Af Am |
| 3067822 | Hussein,Mohamed Mahamud | | 1/2/2008 | 11/22/1982 | Blk Af Am |
| 3067979 | Sanweyne,Fardowsa | | 1/7/2008 | 1/1/1986 | Blk Af Am |
| 3068105 | Dadle,Adan | ADAN DADLE | 1/7/2008 | 5/6/1984 | Blk Af Am |
| 3068437 | Sigad,Safiyo | | 1/14/2008 | 7/6/1974 | Blk Af Am |
| 3068759 | Hussein,Abdirashid A | | 1/21/2008 | 1/21/1987 | Blk Af Am |
| 3069062 | Ali,Adan | ADAN ALI | 1/28/2008 | 9/8/1986 | Blk Af Am |
| 3069352 | Farah,Ahmed A | AHMED FARAH | 2/4/2008 | 1/1/1987 | Blk Af Am |
| 3069362 | Dirie,Ali H | | 2/4/2008 | 9/20/1987 | Blk Af Am |
| 3069572 | Egal,Maryan A | MARYAN EGAL | 2/11/2008 | 1/1/1987 | Blk Af Am |
| 3069585 | Mursal,Anisa M | ANISA MURSAL | 2/11/2008 | 1/1/1986 | Blk Af Am |
| 3069618 | Ali,Hirsiyo | HIRSIYO ALI | 2/11/2008 | 12/28/1983 | Blk Af Am |
| 3069923 | Dahir,Abdikadir | | 2/18/2008 | 6/1/1986 | Blk Af Am |
| 3069939 | Somow,Abdi Shukri | | 2/18/2008 | 1/1/1967 | Blk Af Am |
| 3070086 | Abdi,Abdirizak M | | 2/25/2008 | 1/1/1970 | Blk Af Am |
| 3070140 | Horor,Mohamed | | 2/25/2008 | 1/1/1978 | Blk Af Am |

46

## Exhibit 3
## Employees Dr. McNulty Characterizes as "Plaintiffs"

| Emp ID | Name 1 | Name 2 | Hire Date | DOB | Race |
|--------|--------|--------|-----------|-----|------|
| 3070152 | Osman,Farhan Aden | | 2/25/2008 | 1/1/1990 | Blk Af Am |
| 3070460 | Salad,Zakaria Zubeir | | 3/3/2008 | 1/1/1982 | Blk Af Am |
| 3070681 | Hassan,Hussein | | 3/10/2008 | 1/1/1987 | Blk Af Am |
| 3070683 | Hassan,Idris O | | 3/10/2008 | 1/1/1990 | Blk Af Am |
| 3070684 | Hersi,Sudi M | | 3/10/2008 | 12/20/1980 | Blk Af Am |
| 3070733 | Ali,Halawi Farah | | 3/10/2008 | 1/1/1954 | Blk Af Am |
| 3070841 | Bunow,Mohamed Ali | | 3/17/2008 | 1/1/1989 | Blk Af Am |
| 3070882 | Hassan,Sadaq O | SADAQ WEYZ | 3/17/2008 | 1/1/1989 | Blk Af Am |
| 3070922 | Suryan,Abdirashid M | ABDIRASHID SURYAN | 3/17/2008 | 4/1/1981 | Blk Af Am |
| 3071124 | Abdi,Yusuf Nur | | 3/25/2008 | 1/1/1950 | Blk Af Am |
| 3071128 | Abdulle,Mahad | | 3/25/2008 | 1/1/1984 | Blk Af Am |
| 3071172 | Guedi,Robleh G | ROBLEH GUEDI | 3/25/2008 | 1/1/1982 | Blk Af Am |
| 3071242 | Wantings,Sam Nells | | 3/25/2008 | 10/10/1963 | Blk Af Am |
| 3071395 | Arr,Rahma M | RAHMA ARR | 3/31/2008 | 6/26/1982 | Blk Af Am |
| 3071466 | Jama,Istahil Farah | | 3/31/2008 | 12/12/1982 | Blk Af Am |
| 3071657 | Abade,Iraq | | 4/7/2008 | 1/1/1985 | Blk Af Am |
| 3071934 | Nur,Dahir A | | 4/14/2008 | 1/1/1979 | Blk Af Am |
| 3072141 | Abdullahi,Mahamed | MAHAMED ABDULLAHI | 4/21/2008 | 1/1/1988 | Blk Af Am |
| 3072159 | Jama,Suhan | | 4/21/2008 | 12/31/1986 | Blk Af Am |
| 3072338 | Abdi,Habiba Ibrahim | | 4/28/2008 | 1/1/1987 | Blk Af Am |
| 3072342 | Ali,Salah S | | 4/28/2008 | 10/28/1977 | Blk Af Am |
| 3072371 | Jama,Abdi | | 4/28/2008 | 1/1/1985 | Blk Af Am |
| 3072376 | Jama,Hared Farah | HARED JAMA | 4/28/2008 | 10/20/1978 | Blk Af Am |
| 3072528 | Awale,Osman Weheliye | | 5/5/2008 | 6/10/1968 | Blk Af Am |
| 3072742 | Abdi,Rahma | | 5/12/2008 | 1/1/1988 | Blk Af Am |
| 3072779 | Jama,Sahro Mohamed | | 5/12/2008 | 1/1/1990 | Blk Af Am |
| 3072972 | Haji,Khalfan Ali | | 5/19/2008 | 1/1/1978 | Blk Af Am |
| 3072994 | Sheikh,Hawa Nur | | 5/19/2008 | 12/15/1984 | Blk Af Am |
| 3073144 | Dualle,Abdullahi M | | 5/27/2008 | 1/1/1950 | Blk Af Am |
| 3073159 | Jama,Muna Ahmed | MUNA JAMA | 5/27/2008 | 7/22/1989 | Blk Af Am |
| 3073642 | Saalah,Fadumo Abdullahi | FADUMO SAALAH | 6/9/2008 | 1/1/1965 | Blk Af Am |
| 3073849 | Mohamed,Abdiwahab Haji Mohamud | | 6/16/2008 | 1/1/1978 | Blk Af Am |
| 3074034 | Mohamed,Abukar | | 6/23/2008 | 1/1/1980 | Blk Af Am |
| 3074133 | Adan,Abdullahi | | 6/23/2008 | 1/1/1985 | Blk Af Am |
| 3074140 | Gelle,Ahmed Ali | | 6/23/2008 | 8/18/1989 | Blk Af Am |
| 3074144 | Ibrahim,Aden Hire | | 6/23/2008 | 1/1/1987 | Blk Af Am |
| 3074147 | Mohamed,Ayan Ahmed | | 6/23/2008 | 6/27/1985 | Blk Af Am |
| 3074402 | Ahmed,Abdirizak | | 6/30/2008 | 1/1/1989 | Blk Af Am |
| 3074403 | Ali,Yahye | | 6/30/2008 | 1/1/1987 | Blk Af Am |
| 3074469 | Hirsi,Ibado Abdi | IBADO HIRSI | 6/30/2008 | 12/25/1965 | Blk Af Am |
| 3074682 | Abdi,Zeynab Hersi | ZEYNAB ABDI | 7/7/2008 | 1/1/1988 | Blk Af Am |
| 3074689 | Elmi,Habibo Adam | | 7/7/2008 | 1/1/1976 | Blk Af Am |
| 3074694 | Dahirali,Nadifo | | 7/7/2008 | 4/2/1985 | Blk Af Am |
| 3074713 | Abdille,Osman | | 7/7/2008 | 1/1/1980 | Blk Af Am |
| 3074978 | Ali,Abdulkadir Dahir | | 7/14/2008 | 6/10/1986 | Blk Af Am |
| 3074986 | Dame,Abdulle Osman | | 7/14/2008 | 3/25/1938 | Blk Af Am |

46

## Exhibit 3
### Employees Dr. McNulty Characterizes as "Plaintiffs"

| Emp ID | Name 1 | Name 2 | Hire Date | DOB | Race |
|---|---|---|---|---|---|
| 3074996 | Gure,Maryan Nur | | 7/14/2008 | 1/1/1984 | Blk Af Am |
| 3075049 | Omar,Yusuf Ahmed | | 7/14/2008 | 1/1/1988 | Blk Af Am |
| 3075066 | Shilale,Hassan Ibrahim | HASSAN SHILALE | 7/14/2008 | 1/1/1953 | Blk Af Am |
| 3075292 | Hussein,Ubah S | | 7/21/2008 | 4/2/1987 | Blk Af Am |
| 3075316 | Muhumed,Nimo Farah | | 7/21/2008 | 1/1/1985 | Blk Af Am |
| 3075601 | Adan,Liban Hussein | | 7/28/2008 | 3/2/1987 | Blk Af Am |
| 3075866 | Shube,Nur Badal | | 8/4/2008 | 12/1/1982 | Blk Af Am |
| 3075921 | Iman,Ibrahim A | IBRAHIM IMAN | 8/4/2008 | 1/1/1973 | Blk Af Am |
| 3075941 | Aden,Aden A | | 8/4/2008 | 1/1/1979 | Blk Af Am |
| 3075950 | Moalin,Ali Dhaffe | | 8/4/2008 | 1/1/1979 | Blk Af Am |
| 3075951 | Ossoble,Osman H | | 8/4/2008 | 1/1/1975 | Blk Af Am |
| 3076153 | Gelle,Hassan A | | 8/11/2008 | 1/1/1987 | Blk Af Am |
| 3076158 | Isse,Mohamed Dahir | | 8/11/2008 | 1/1/1969 | Blk Af Am |
| 3076205 | Omar,Kadar Said | | 8/11/2008 | 7/15/1963 | Blk Af Am |
| 3076214 | Warsame,Suled | | 8/11/2008 | 3/30/1980 | Blk Af Am |
| 3076217 | Yusuf,Hashim Ibrahim | | 8/11/2008 | 1/1/1980 | Blk Af Am |
| 3076370 | Ali,Amina A | AMINA ALI | 8/18/2008 | 7/10/1953 | Blk Af Am |
| 3076379 | Dirshe,Aurala | | 8/18/2008 | 1/1/1940 | Blk Af Am |
| 3076381 | Dude,Ambiyo | | 8/18/2008 | 1/1/1958 | Blk Af Am |
| 3076448 | Fiqi,Ahmed Said | | 8/18/2008 | 1/1/1983 | Blk Af Am |
| 3076453 | Hassan,Muno Mohamed | MUNO HASSAN | 8/18/2008 | 2/1/1985 | Blk Af Am |
| 3076469 | Mohamed,Sahro Abdullahi | | 8/18/2008 | 1/1/1986 | Blk Af Am |
| 3076618 | Aden,Halimo Mohamud | | 8/25/2008 | 1/1/1967 | Blk Af Am |
| 3076644 | Gurux,Layla Ali | LAYLA GURUX | 8/25/2008 | 1/1/1958 | Blk Af Am |
| 3076646 | Haji,Abdikarim A | | 8/25/2008 | 1/1/1985 | Blk Af Am |
| 3076675 | Hirmoge,Hawo Aden | | 8/25/2008 | 1/1/1981 | Blk Af Am |
| 3076677 | Hussein,Omar A | | 8/25/2008 | 6/1/1982 | Blk Af Am |
| 3076679 | Iise,Halimo Ahmed | | 8/25/2008 | 1/1/1957 | Blk Af Am |
| 3076701 | Mohamed,Luqman A | LUQMAN MOHAMED | 8/25/2008 | 1/1/1985 | Blk Af Am |
| 3076877 | Farah,Zamzam Mohamed | ZAMZAM FARAH | 9/2/2008 | 1/1/1971 | Blk Af Am |
| 3077206 | Hassan,Maryan M | | 9/8/2008 | 9/21/1989 | Blk Af Am |
| 3079347 | Nur,Mahamed S | MAHAMED NUR | 11/17/2008 | 2/2/1981 | Blk Af Am |