IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties **Joint Motion to Vacate the Final Pretrial Conference and Deadline for Submission of a Proposed Final Pretrial Order** [#439] ("Motion").  The parties request that the Court vacate the Final Pretrial Conference set for April 19, 2016 and reschedule it to a later date.  The parties state that Plaintiff intends to file a motion to reopen discovery pursuant to the Court's March 30, 2016 Order. *Order* [#438].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#439] is **GRANTED**.  The parties shall contact the Court on a mutually convenient date and time to obtain a new date for the Final Pretrial Conference.  The parties shall contact the Court only after any further discovery issues are resolved or adjudicated.

    Dated:  April 14, 2016