**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

IRAQ ABADE, *et al.*,

      Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS SWIFT & COMPANY,

      Defendant.

---

**PLAINTIFF EEOC'S UNOPPOSED MOTION FOR STAY AND EXTENSION**

---

      Plaintiff Equal Employment Opportunity Commission ("EEOC") moves this Court to stay this litigation and to extend any future deadlines due to the shutdown of operations of the Federal Government and lapse in appropriations.

1. The EEOC is the Federal Government agency charged by Congress with interpreting, administering, and enforcing the Federal Government's employment discrimination laws.

2. Congress failed to pass a continuing resolution on Friday January 19, 2018, and as a result, appropriations for funding Federal Government operations lapsed as of midnight on January 19, 2018. The Federal Government is now shut down.

3. As a Federal Government agency, the EEOC is subject to the federal Antideficiency Act, which provides in part that an "officer or employee of the United States Government . . .

may not . . . involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law" and "may not accept voluntary services . . . or employ personal services exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1341(a)(1)(B); *Id.* § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id.* § 1342.

4.  Because of the lapse in appropriations of Federal Government funding and the requirements of the Antideficiency Act, EEOC lawyers and legal support staff are prohibited from engaging in litigation activities as of midnight on January 19, 2018, with the exception of a four-hour, wind-down period on Monday, January 22, 2018.

5.  Accordingly, the EEOC seeks an order to stay this litigation for the duration of the lapse in agency appropriations and to extend all deadlines that may be imposed during the lapse in appropriations for the same time period as the lapse. For example, if the EEOC remains without funding from January 20, 2018 through January 27, 2018, then any deadlines occurring during that period would be extended by seven days.

6.  Counsel for the EEOC has contacted counsel for Defendant regarding this motion and Defendant does not oppose this motion.

WHEREFORE, the EEOC requests that this Court enter an Order staying the litigation of this matter due to a lapse in appropriations, lifting the stay upon restoration of appropriations, and extending all deadlines which occur during the term of any lapse in appropriations by the same time period as the lapse.

Dated: January 22, 2018

Respectfully submitted,

*/s/ Lauren Jaeckel*
LAUREN JAECKEL
Trial Attorney
E-mail: lauren.jaeckel@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Denver Field Office
303 17th Ave., Suite 410
Denver, CO 80203
(303) 866-1381

Attorney for Plaintiff EEOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2018, the foregoing was electronically filed via CM/ECF, which will send notification of such filing to the following email address:

Diane S. King, Esq.
Kimberly Jo Jones, Esq.
Hunter Swain, Esq.
King & Greisen LLP
1670 York St.
Denver, CO 80206
king@kinggreisen.com
jones@kinggreisen.com
swain@kinggreisen.com

Rajasimha Raghunath, Esq.
Student Law Office
University of Denver
Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
raghunathlawfirm@gmail.com

James Yee Chiu, Esq.
Richard K. Blundell, Esq.
Law Office of Richard K. Blundell &
James Y. Chiu
1233 8th Ave.
Greeley, CO 80631
james@chiulawoffice.com
rick@rkblaw.net

Todd J. McNamara, Esq.
McNamara, Roseman & Kazmierski, LLP
1640 East 18th Ave.
Denver, CO 80218
tjm@18thavelaw.com
David Lichtenstein, Esq.
Law Office of David Lichtenstein
1556 Williams St., Suite 100
Denver, CO 80218
dave@lichtensteinlaw.com

Attorneys for Plaintiffs-Intervenors

Heather Fox Vickles, Esq.
Kelly K. Robinson, Esq.
Matthew M. Morrison, Esq.
Sherman & Howard LLC
633 17th St., Suite 3000
Denver, CO 80202
hvickles@shermanhoward.com
krobinson@shermanhoward.com
mmorrison@shermanhoward.com

Raymond M. Deeny, Esq.
Sherman & Howard LLC
90 S. Cascade Ave., Suite 1500
Colorado Springs, CO 80903
rdeeny@shermanhoward.com

Attorneys for Defendant

*/s/ Lauren Jaeckel*
Lauren Jaeckel
Trial Attorney