IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02103-PAB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

IRAQ ABADE, et al.,

    Plaintiffs-Intervenors,

and

MARYAN ABDULLE, et al.,

    Plaintiffs-Intervenors,

v.

JBS USA, LLC, d/b/a JBS Swift & Company,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff EEOC's **Unopposed Motion for Stay and Extension** [#612] (the "Motion"). The day after filing the Motion [#612], Plaintiff filed a Notice of Withdrawal of Motion [#614]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#612] is **DENIED as moot**.

    Dated: January 31, 2018